IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. SAAD ALJABRI,<br><br>    Plaintiff,<br><br>    v.<br><br>MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD, *et al*.<br><br>    Defendants. | Civil Action No. 1:20-cv-2146 |

**MOTION FOR *PRO HAC VICE* ADMISSION OF DAVID PRESSMAN AS ADDITIONAL COUNSEL FOR PLAINTIFF**

Pursuant to Local Civil Rule 83.2(d), I hereby move for the admission *pro hac vice* of David Pressman as additional counsel for Plaintiff Dr. Saad Aljabri.  A declaration from David Pressman and a proposed order are filed herewith.

                                                                Respectfully submitted,

Dated: August 6, 2020         /s/  Lindsay Harrison
                                                                Lindsay Harrison
                                                                D.C. Bar No. 977407
                                                                Jenner & Block LLP
                                                                1099 New York Avenue, NW
                                                                Suite 900
                                                                Washington, DC 20001-4412
                                                                Telephone:  (202) 639-6865
                                                                Fax:  (202) 639-6066
                                                                lharrison@jenner.com

                                                                *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of August, 2020, the foregoing Motion for *Pro Hac Vice* Admission of David Pressman as Additional Counsel for Plaintiff, Declaration of David Pressman in Support of Motion for Admission *Pro Hac Vice*, and the appended Proposed Order will be filed with the Court's electronic filing system.

Dated: August 6, 2020                                          Respectfully submitted,

/s/  Lindsay Harrison
Lindsay Harrison
D.C. Bar No. 977407
Jenner & Block LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
Telephone:  (202) 639-6865
Fax:  (202) 639-6066
lharrison@jenner.com

*Counsel for Plaintiff*