**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

DR. SAAD ALJABRI,

     Plaintiff,

     v.

MOHAMMED BIN SALMAN BIN
ABDULAZIZ AL SAUD, *et al.*

     Defendants.

**Civil Action No. 1:20-cv-2146**

**DECLARATION OF DAVID PRESSMAN IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, David Pressman, hereby declare as follows:

1.     My full name is David Jason Pressman.

2.     I am a Partner at the law firm of Jenner & Block LLP. My office address and telephone number are as follows:

     Jenner & Block LLP
     919 Third Avenue
     New York, NY 10022
     (212) 891-1654

3.     I am a member of the bar of the State of New York and the District of Columbia.

4.     I have not been disciplined by any state or federal bar and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5.     I have not applied for admission *pro hac vice* in this court within the past two years.

6.     I do not practice law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.


Executed this 6th day of August, 2020

_____
David Pressman