## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. SAAD ALJABRI,<br><br>    Plaintiff,<br><br>    v.<br><br>MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD, *et al.*<br><br>    Defendants. | Civil Action No. 1:20-cv-2146 |

### **[PROPOSED] ORDER**

Upon consideration of the motion to admit David Pressman to appear in the action *pro hac vice*, it is hereby ORDERED that the motion is GRANTED.

Date:_____                                         _____

                                                                                                   United States District Judge