IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. SAAD ALJABRI,<br><br>   Plaintiff,<br><br>   v.<br><br>MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD, *et al*.<br><br>   Defendants. | Civil Action No. 1:20-cv-02146 |

## NOTICE OF ERRATA TO COMPLAINT

Plaintiff Dr. Saad Aljabri respectfully submits this errata to his Complaint, which was filed on August 6, 2020, at Docket No. 1, in order to correct an inadvertent clerical error. In Paragraph 222, the Complaint stated that a team of Tiger Squad Defendants "arrived at Ontario International Airport in Ontario, Canada." That sentence should have read "arrived at Ottawa International Airport in Ontario, Canada." Paragraph 228 also inadvertently referred to an attempt "to clear customs at Ontario International Airport," but should have read "to clear customs at Ottawa International Airport." Both instances were typographical errors.

| | |
|---|---|
| Dated: August 6, 2020 | Respectfully submitted, |

JENNER & BLOCK LLP

/s/ David Pressman
David Pressman (*pro hac vice* application pending)
D.C. Bar No. 1013431
Jenner & Block LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 891-1654
Fax: (212) 891-1699
dpressman@jenner.com


/s/ Lindsay Harrison
Lindsay Harrison
D.C. Bar No. 977407
Jenner & Block LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
Telephone: (202) 639-6865
Fax: (202) 639-6066
lharrison@jenner.com

*Counsel for Plaintiff*