AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Dr. SAAD ALJABRI ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:20-cv-02146-TJK |
| MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Dr. Saad Aljabri                                                                                                    .

Date:   08/07/2020                                                /s/ David Pressman
                                                                                *Attorney's signature*

                                                                    David Pressman (D.C. Bar No.1013431)
                                                                    *Printed name and bar number*
                                                                            Jenner & Block LLP
                                                                            919 Third Avenue
                                                                            New York, NY
                                                                                 10022
                                                                                *Address*

                                                                         DPressman@jenner.com
                                                                               *E-mail address*

                                                                               (212) 891-1654
                                                                             *Telephone number*

                                                                               (212) 891-1699
                                                                                *FAX number*