# EXHIBIT J

CO 226
Rev. 6/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

DR. SAAD ALJABRI,

_____
Plaintiff(s)

vs.

MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD, et al.

Civil Action No.: 1:20-cv-02146-TJK

_____
Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

Saud Abdulaziz Alsaleh
Ministry of Defense
King Abdul Aziz Rd
Al Wizarat
Riyadh 12626
SAUDI ARABIA

by: (check one)   ☐ certified or registered mail, return receipt requested
                  ☑ DHL
                  ☐ Fed Ex

pursuant to the provisions of: (check one)
                  ☑ FRCP 4(f)(2)(C)(ii)
                  ☐ 28 U.S.C. § 1608(a)(3)
                  ☐ 28 U.S.C. § 1608(b)(3)(B)
                  ☐ 28 U.S.C. § 1608(a)(4)

I certify that Jenner & Block contacted the Directorate of Overseas Citizens Services at the U.S. Department of State, which indicated that it can neither confirm nor deny that the domestic law in the Kingdom of Saudi Arabia permits service by mail.

/s/ David Pressman
(Signature)

David Pressman (admitted pro hac vice)
D.C. Bar No. 1013431
Jenner & Block LLP
919 Third Avenue
New York, NY 10022
Telephone:  (212) 891-1654
(Name and Address)