AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Dr. Saad Aljabri | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 20-cv-02146-TJK |
| Mohammed bin Salman bin Abdulaziz al Saud, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

   I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

   Defendant Youssef Alrajhi *.

Date:   08/26/2020

   */s/Mitchell R. Berger*
   *Attorney's signature*

*reserving all of Defendant's defenses, including as to jurisdiction.

   Mitchell R. Berger (385467)
   *Printed name and bar number*

   Squire Patton Boggs (US) LLP
   2550 M Street, NW
   Washington, D.C. 20037
   *Address*

   mitchell.berger@squirepb.com
   *E-mail address*

   (202) 457-6000
   *Telephone number*

   (202) 457-6315
   *FAX number*