AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Dr. Saad Aljabri </br> *Plaintiff* </br> v. </br> Mohammed bin Salman bin Abdulaziz al Saud, et al. </br> *Defendant* | Case No. 20-cv-02146-TJK |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Youssef Alrajhi*

Date: 08/26/2020

/s/Alan T. Dickey
*Attorney's signature*

Alan T. Dickey (496403)
*Printed name and bar number*

Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, D.C. 20037
*Address*

alan.dickey@squirepb.com
*E-mail address*

(202) 457-6000
*Telephone number*

(202) 457-6315
*FAX number*

*reserving all of Defendant's defenses, including as to jurisdiction.