UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DR. SAAD ALJABRI,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:20-cv-02146-TJK |
| | ) |
| **MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD,** | ) |
| | ) |
| **PRINCE MOHAMMED BIN SALMAN ABDULAZIZ FOUNDATION d/b/a MISK FOUNDATION,** | ) |
| | ) |
| **BADER ALASAKER,** | ) |
| | ) |
| **SAUD ALQAHTANI,** | ) |
| | ) |
| **AHMED ALASSIRI,** | ) |
| | ) |
| **KHALID IBRAHIM ABDULAZIZ ALGASEM,** | ) |
| | ) |
| **MISHAL FAHAD ALSAYED,** | ) |
| | ) |
| **BANDAR SAEED ALHAQBANI,** | ) |
| | ) |
| **IBRAHIM HAMAD ABDULRAHMAN ALHOMID,** | ) |
| | ) |
| **SAUD ABDULAZIZ ALSALEH,** | ) |
| | ) |
| **YOUSSEF ALRAJHI,**<br>3049 Saint Regents Dr., Apt. 122<br>Fairfax, VA 22031-1287 | ) |
| | ) |
| **MOHAMMED ALHAMED,** | ) |
| | ) |
| **LAYLA ABULJADAYEL,** | ) |
| | ) |
| **BIJAD ALHARBI,** | ) |

(Caption Continued from Previous Page)

| | |
|---|---|
| **JOHN DOES 1-11,** | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

### DEFENDANT YOUSSEF ALRAJHI'S UNOPPOSED MOTION
### FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant Youssef Alrajhi ("Defendant"), through counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Local Rule 7, and this Court's Standing Order in Civil Cases (Dkt. #10), respectfully moves for an additional 60 days, until and including November 2, 2020, to answer, move with respect to, or otherwise respond to, the Complaint (Dkt. #1).  In filing this Motion for Extension of Time, Defendant expressly reserves, and does not waive, any defenses to Plaintiff's Complaint, including all defenses relating to personal and the Court's subject matter jurisdiction.

Service on Defendant was attempted on August 11, 2020 when a process server left a copy of a summons and the Complaint with Defendant's wife at Defendant's residence in Virginia. Accordingly, the original date of the deadline this Motion is seeking to extend is no earlier than 21 days thereafter—September 1, 2020.  *See* FED. R. CIV. P. 12(a)(1)(A).

Plaintiff's counsel, David Pressman, has stated that Plaintiff does not oppose this Motion for Extension of Time.

There is good cause for the requested extension of time because the undersigned were recently retained as counsel for Defendant and require additional time to analyze and respond fully on Defendant's behalf to Plaintiff's 107-page long Complaint.

No previous extensions of Defendant's deadline to respond to the Complaint have been sought or granted.

Defendant is unaware of any other deadlines that previously have been set in the case. Accordingly, extending Defendant's deadline to respond to the Complaint will have no effect on previously-set deadlines.

Defendant Youssef Alrajhi accordingly requests that the Court extend his time to respond to Plaintiff's Complaint until and through November 2, 2020—the first business day after the expiration of the 60-day extension.

### LOCAL CIVIL RULE 7(m) CERTIFICATION

Pursuant to Local Civil Rule 7(m), I hereby certify that we conferred with Plaintiff's counsel, David Pressman, who stated that Plaintiff does not oppose the 60-day extension of Defendant's time to respond to the Complaint.

Dated:  Washington, DC
       August 26, 2020

/s/Mitchell R. Berger
Mitchell R. Berger (DC 385467)
Alan T. Dickey (DC 496403)
Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, D.C.  20037
Telephone:  (202) 457-6000
Facsimile:  (202) 457-6315
mitchell.berger@squirepb.com
alan.dickey@squirepb.com

*Attorneys for Defendant Youssef Alrajhi*

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2020, I caused a true and correct copy of the foregoing Motion For Extension of Time to Respond to Complaint to be served through the Court's CM/ECF System on the following counsel of record for Plaintiff:

David Pressman
(admitted *Pro Hac Vice*)
Jenner & Block LLP
919 Third Avenue New York, NY 10022
Telephone: (212) 891-1654
Fax: (212) 891-1699
dpressman@jenner.com

Lindsay Harrison
Jenner & Block LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
Telephone: (202) 639-6865
Fax: (202) 639-6066
lharrison@jenner.com

/s/Mitchell R. Berger
Mitchell R. Berger (DC 385467)
Alan T. Dickey (DC 496403)
Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315
mitchell.berger@squirepb.com
alan.dickey@squirepb.com

*Attorneys for Defendant Youssef Alrajhi*