## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| _____ | ) | |
| **DR. SAAD ALJABRI,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:20-cv-02146-TJK |
| | ) | |
| **MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD,** | ) ) | |
| | ) | |
| **PRINCE MOHAMMED BIN SALMAN ABDULAZIZ FOUNDATION d/b/a MISK FOUNDATION,** | ) ) ) ) | |
| | ) | |
| **BADER ALASAKER,** | ) | |
| | ) | |
| **SAUD ALQAHTANI,** | ) | |
| | ) | |
| **AHMED ALASSIRI,** | ) | |
| | ) | |
| **KHALID IBRAHIM ABDULAZIZ ALGASEM,** | ) ) | |
| | ) | |
| **MISHAL FAHAD ALSAYED,** | ) | |
| | ) | |
| **BANDAR SAEED ALHAQBANI,** | ) | |
| | ) | |
| **IBRAHIM HAMAD ABDULRAHMAN ALHOMID,** | ) ) | |
| | ) | |
| **SAUD ABDULAZIZ ALSALEH,** | ) | |
| | ) | |
| **YOUSSEF ALRAJHI,** 3049 Saint Regents Dr., Apt. 122 Fairfax, VA 22031-1287 | ) ) ) | |
| | ) | |
| **MOHAMMED ALHAMED,** | ) | |
| | ) | |
| **LAYLA ABULJADAYEL,** | ) | |
| | ) | |
| **BIJAD ALHARBI,** | ) | |
| | ) | |

(Caption Continued from Previous Page)

**JOHN DOES 1-11,**                                  )
                                                     )
                          Defendants.                )
_____                    )

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant Youssef Alrajhi's Unopposed Motion and for Extension of Time to Respond to Complaint pursuant to Fed. R. Civ. P. 6(b), and the record herein, it is hereby

ORDERED that Defendants' Motion is hereby GRANTED, and that Defendant Youssef Alrajhi shall have until and including November 2, 2020, to answer, move with respect to, or otherwise respond to, Plaintiff's Complaint (Dkt. #1).

SO ORDERED this __ day of August 2020.

_____
Hon. Timothy J. Kelly
United States District Judge for the
District of Columbia