# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the District of Columbia

**Dr. Saad Aljabri**

    Plaintiff(s),

vs.

**Mohammed Bin Salman Bin Abdulaziz Al Saud, et al**

    Defendant(s).

Attorney: Lindsay Harrison

Jenner & Block LLP (DC)
1099 New York Ave., NW
Washington DC 20001



*256934*

**Case Number:** 1:20-cv-02146-TJK

Legal documents received by Same Day Process Service, Inc. on **08/10/2020** at **4:10 PM** to be served upon **Youssef Alrajhi 3049 Saint Regents Dr., #122 Fairfax VA 22031**

I, **Harvey Jessup**, swear and affirm that on **August 11, 2020** at **2:41 PM**, I did the following:

**Substitute** Served **Youssef Alrajhi** by leaving a conformed copy of this **Summons in a Civil Action; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Complaint; Civil Cover Sheet; Motion for Pro Hac Vice Admission of David Pressman as Additional Counsel for Plaintiff; Declaration of David Pressman in Support of Motion for Admission Pro Hac Vice; [Proposed] Order; Notice of ERRATA to Complaint; Standing Order in Civil Cases; [Defendant's] Statement of Material Facts Not in Dispute; [Plaintiff's] Counter-Statement of Disputed Material Facts; [Defendant's] Reply to Counter-Statement of Disputed Material Facts; Appearance of Counsel;** at **3049 Saint Regents Dr., #122 , Fairfax, VA 22031**, the within named person's usual place of residence, to a person residing therein who is at least 18 years of age or older and who stated that he/she resides therein with the defendant to wit: **Sara Bekri**, as **Wife & Co-Resident** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 35-40 Height: 5ft4in-5ft8in Weight: 100-130 lbs Skin Color: Middle Eastern Hair Color: Obstructed/Covered

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Harvey Jessup**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:256934

District of Columbia: SS
Subscribed and Sworn to before me this ___ day of _____

K. Mack, Notary Public, D.C.
My commission expires February 29, 202_