# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SAAD ALJABRI,

    *Plaintiff*,

v.

MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD *et al.*,

    *Defendants*.

Civil Action No. 20-2146 (TJK)

## ORDER

It is hereby **ORDERED** that Plaintiff's Motion for Alternative Service, ECF No. 14-1, is **GRANTED**. Plaintiff has leave to serve Defendants Mohammed bin Salman Bin Abdulaziz Al Saud, Prince Mohammed Bin Salman Abdulaziz Foundation D/B/A Misk Foundation, Bader Alasaker, Saud Alqahtani, Ahmed Alassiri, Mohammed Alhamed, Khalid Ibrahim Abdulaziz Algasem, Mishal Fahad Alsayed, Bandar Saeed Alhaqbani, Ibrahim Hamad Abdulrahman Alhomid, and Saud Abdulaziz Alsaleh by alternative means.

Accordingly, Plaintiff shall serve Defendants as described in Appendix A to this Order.

**SO ORDERED.**

                                                  /s/ Timothy J. Kelly
                                                TIMOTHY J. KELLY
                                                United States District Judge

Date: September 22, 2020