## APPENDIX A

| Defendant | Methods of Alternative Service |
|---|---|
| Mohammed bin Salman Bin Abdulaziz Al Saud | 1) By WhatsApp message to Defendant bin Salman's personal WhatsApp account<br><br>2) By mail to his residential address located at:<br><br>Al Auja Palace<br>Wadi Hanifah<br>Riyadh, 13731<br>Saudi Arabia<br><br>3) By mail to his address located at:<br><br>Royal Court<br>An Nakheel<br>Riyadh 12382<br>Saudi Arabia |
| Prince Mohammed Bin Salman Abdulaziz Foundation D/B/A Misk Foundation | 1) By WhatsApp message to the personal WhatsApp account of Defendant bin Salman, founder of the MiSK Foundation<br><br>2) By WhatsApp message to the personal WhatsApp account of Defendant Alasaker, Secretary-General of the MiSK Foundation<br><br>3) By mail to MiSK's office located at:<br><br>MiSK Foundation Building<br>Abdullah Alsahmi Street<br>Al Safarat Area<br>7605<br>Saudi Arabia, Riyadh 12512 |

| Bader Alasaker | 1) By WhatsApp message to Defendant Alasaker's personal WhatsApp account |
|---|---|
| | 2) By Signal message to Defendant Alasaker's personal Signal account |
| | 3) By mail to his work addresses located at: |
| | MiSK Foundation Building<br>Abdullah Alsahmi Street<br>Al Safarat Area<br>7605<br>Saudi Arabia, Riyadh 12512 |
| | Executive Office of the Crown Prince HRH Prince Mohammed bin Salman Al Saud<br>P.O. Box 11111<br>Riyadh, Saudi Arabia |
| Saud Alqahtani | 1) By WhatsApp message to Defendant Alqahtani's personal WhatsApp account |
| | 2) By Signal message to Defendant Alqahtani's personal Signal account |
| | 3) By mail to his last known work address located at: |
| | The Royal Court of the Kingdom of Saudi Arabia Building<br>Mohammad Bin Kutama Street<br>Um Al Hamam Al Sharqi Area<br>Riyadh, Saudi Arabia |
| Ahmed Alassiri | 1) By WhatsApp message to Defendant Alassiri's personal WhatsApp account |
| | 2) By mail to his last work address located at: |
| | General Intelligence Presidency (Re'asat al Istikhabarat al A'amah)<br>3678 Said As Salmi Street<br>An Nakheel, 7096<br>Riyadh 12385<br>Saudi Arabia |

| | |
|---|---|
| Mohammed Alhamed | 1) By WhatsApp message to Defendant Alhamed's personal WhatsApp account <br><br> 2) By Signal message to Defendant Alhamed's personal Signal account <br><br> 3) By mail to his work addresses located at: <br><br> Saudi Elite Group <br> The Business Gate <br> Airport Rd, Exit 8, near SABIC, KKI <br> Riyadh 13244 Saudi Arabia |
| Khalid Ibrahim Abdulaziz Algasem | 1) By WhatsApp message to Defendant Algasem's personal WhatsApp account <br><br> 2) By mail to his work address located at: <br><br> General Department of Criminal Evidence <br> Ar Rimayah <br> Riyadh, 14812 <br> Saudi Arabia |
| Mishal Fahad Alsayed | 1) By WhatsApp message to Defendant Alsayed's personal WhatsApp account <br><br> 2) By mail to his work address located at: <br><br> General Department of Criminal Evidence <br> Ar Rimayah <br> Riyadh, 14812 <br> Saudi Arabia |
| Bandar Saeed Alhaqbani | 1) By WhatsApp message to Defendant Alhaqbani's personal WhatsApp account <br><br> 2) By mail to his work address located at: <br><br> Ministry of Interior <br> PO Box 2933 <br> Riyadh 11134 <br> Saudi Arabia |

| Ibrahim Hamad Abdulrahman Alhomid | 1) By WhatsApp message to Defendant Alhomid's personal WhatsApp account<br><br>2) By Signal message to Defendant Alhomid's personal Signal account<br><br>3) By mail to his work address located at:<br><br>Ministry of Foreign Affairs Central office<br>Al Washm Street<br>An Namudhajiyah<br>Riyadh 12753<br>Saudi Arabia |
|---|---|
| Saud Abdulaziz Alsaleh | 1) By WhatsApp message to Defendant Alsaleh's personal WhatsApp account<br><br>2) By Signal message to Defendant Alsaleh's personal Signal account<br><br>3) By mail to his work address located at:<br><br>Ministry of Defence<br>King Abdul Aziz Rd,<br>Al Wizarat, Riyadh 12626<br>Saudi Arabia |