CO 226
Rev. 6/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

DR. SAAD ALJABRI,

_____
Plaintiff(s)

vs.

MOHAMMED BIN SALMAN BIN ABDULAZIZ AL
SAUD, et al.

_____
Defendant(s)

Civil Action No.:   1:20-cv-02146-TJK

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the
summons and complaint   (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

Mohammad bin Salman Al Saud
Al Auja Palace
Wadi Hanifah
Riyadh 13731
SAUDI ARABIA

by: (check one)

☐   certified or registered mail, return receipt requested
☑   DHL
☐   Fed Ex

pursuant to the provisions of: (check one)

☑   FRCP 4(f)(2)(C)(ii)
☐   28 U.S.C. § 1608(a)(3)
☐   28 U.S.C. § 1608(b)(3)(B)
☐   28 U.S.C. § 1608(a)(4)

I certify that Jenner & Block contacted the Directorate of Overseas Citizens Services at the
U.S. Department of State, which indicated that it can neither confirm nor deny that the domestic law in the
Kingdom of Saudi Arabia permits service by mail.

_____/s/ David Pressman_____
(Signature)

David Pressman (admitted pro hac vice)
D.C. Bar No. 1013431
Jenner & Block LLP
919 Third Avenue
New York, NY 10022
Telephone:  (212) 891-1654
(Name and Address)

# EXHIBIT B

CO 226
Rev. 6/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

DR. SAAD ALJABRI,

_____
Plaintiff(s)

vs.

MOHAMMED BIN SALMAN BIN ABDULAZIZ AL
SAUD, et al.

_____
Defendant(s)

Civil Action No.:   1:20-cv-02146-TJK

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint  (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

Prince Mohammed bin Salman bin Abdulaziz Foundation d/b/a MiSK Foundation
MiSK Foundation Building
Abdullah Alsahmi Street
Al Safarat Area
7605
Riyadh 12512
SAUDI ARABIA

by: (check one)

- ☐ certified or registered mail, return receipt requested
- ☑ DHL
- ☐ Fed Ex

pursuant to the provisions of: (check one)

- ☑ FRCP 4(f)(2)(C)(ii)
- ☐ 28 U.S.C. § 1608(a)(3)
- ☐ 28 U.S.C. § 1608(b)(3)(B)
- ☐ 28 U.S.C. § 1608(a)(4)

I certify that Jenner & Block contacted the Directorate of Overseas Citizens Services at the U.S. Department of State, which indicated that it can neither confirm nor deny that the domestic law in the Kingdom of Saudi Arabia permits service by mail.

_____/s/ David Pressman_____
(Signature)

David Pressman (admitted pro hac vice)
D.C. Bar No. 1013431
Jenner & Block LLP
919 Third Avenue
New York, NY 10022
Telephone:  (212) 891-1654
(Name and Address)

# EXHIBIT C

CO 226
Rev. 6/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

DR. SAAD ALJABRI,

_____
                        Plaintiff(s)

        vs.                                          Civil Action No.: __1:20-cv-02146-TJK__

MOHAMMED BIN SALMAN BIN ABDULAZIZ AL
SAUD, et al.

_____
                        Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

        I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the
summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

Bader Alasaker
MiSK Foundation Building
Abdullah Alsahmi Street
Al Safarat Area
7605
Riyadh 12512
SAUDI ARABIA

by: (check one)        ☐    certified or registered mail, return receipt requested
                       ☑    DHL
                       ☐    Fed Ex

pursuant to the provisions of: (check one)
                       ☑    FRCP 4(f)(2)(C)(ii)
                       ☐    28 U.S.C. § 1608(a)(3)
                       ☐    28 U.S.C. § 1608(b)(3)(B)
                       ☐    28 U.S.C. § 1608(a)(4)

        I certify that Jenner & Block contacted the Directorate of Overseas Citizens Services at the
U.S. Department of State, which indicated that it can neither confirm nor deny that the domestic law in the
Kingdom of Saudi Arabia permits service by mail.

                                        _____/s/ David Pressman_____
                                                (Signature)
                                        David Pressman (admitted pro hac vice)
                                        D.C. Bar No. 1013431
                                        Jenner & Block LLP
                                        919 Third Avenue
                                        New York, NY 10022
                                        Telephone:  (212) 891-1654
                                                (Name and Address)

# EXHIBIT D

CO 226
Rev. 6/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

DR. SAAD ALJABRI,

_____
Plaintiff(s)

vs.

MOHAMMED BIN SALMAN BIN ABDULAZIZ AL
SAUD, et al.

_____
Defendant(s)

Civil Action No.: __1:20-cv-02146-TJK__

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

Saud Alqahtani
The Royal Court of the Kingdom of Saudi Arabia Building
Mohammed bin Kutama Street
Um Al Hamam Al Sharqi Area
Riyadh
SAUDI ARABIA

by: (check one)
- ☐ certified or registered mail, return receipt requested
- ☑ DHL
- ☐ Fed Ex

pursuant to the provisions of: (check one)
- ☑ FRCP 4(f)(2)(C)(ii)
- ☐ 28 U.S.C. § 1608(a)(3)
- ☐ 28 U.S.C. § 1608(b)(3)(B)
- ☐ 28 U.S.C. § 1608(a)(4)

I certify that Jenner & Block contacted the Directorate of Overseas Citizens Services at the U.S. Department of State, which indicated that it can neither confirm nor deny that the domestic law in the Kingdom of Saudi Arabia permits service by mail.

_____/s/ David Pressman_____
(Signature)

David Pressman (admitted pro hac vice)
D.C. Bar No. 1013431
Jenner & Block LLP
919 Third Avenue
New York, NY 10022
Telephone:  (212) 891-1654
(Name and Address)

# EXHIBIT E

CO 226
Rev. 6/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

DR. SAAD ALJABRI,

_____
Plaintiff(s)

vs.                                                    Civil Action No.: __1:20-cv-02146-TJK__

MOHAMMED BIN SALMAN BIN ABDULAZIZ AL
SAUD, et al.

_____
Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

Ahmed Alassiri
General Intelligence Presidency (Re'asat al Istikhabarat al A'amah)
Building 1054, Al Orouba Street (in front of Panda Market)
P.O. Box 277
Riyadh 11972
SAUDI ARABIA

by: (check one)    ☐  certified or registered mail, return receipt requested
                   ☑  DHL
                   ☐  Fed Ex

pursuant to the provisions of: (check one)
                   ☑  FRCP 4(f)(2)(C)(ii)
                   ☐  28 U.S.C. § 1608(a)(3)
                   ☐  28 U.S.C. § 1608(b)(3)(B)
                   ☐  28 U.S.C. § 1608(a)(4)

I certify that Jenner & Block contacted the Directorate of Overseas Citizens Services at the U.S. Department of State, which indicated that it can neither confirm nor deny that the domestic law in the Kingdom of Saudi Arabia permits service by mail.

_____/s/ David Pressman_____
(Signature)
David Pressman (admitted pro hac vice)
D.C. Bar No. 1013431
Jenner & Block LLP
919 Third Avenue
New York, NY 10022
Telephone:  (212) 891-1654
(Name and Address)

# EXHIBIT F

CO 226
Rev. 6/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

DR. SAAD ALJABRI,

_____
Plaintiff(s)

vs.                                               Civil Action No.:  1:20-cv-02146-TJK

MOHAMMED BIN SALMAN BIN ABDULAZIZ AL
SAUD, et al.

_____
Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint  (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

Khalid Ibrahim Abdulaziz Algasem
General Department of Criminal Evidence
Ar Rimayah
Riyadh 14812
SAUDI ARABIA

by: (check one)    ☐    certified or registered mail, return receipt requested
                   ☑    DHL
                   ☐    Fed Ex

pursuant to the provisions of: (check one)
                   ☑    FRCP 4(f)(2)(C)(ii)
                   ☐    28 U.S.C. § 1608(a)(3)
                   ☐    28 U.S.C. § 1608(b)(3)(B)
                   ☐    28 U.S.C. § 1608(a)(4)

I certify that Jenner & Block contacted the Directorate of Overseas Citizens Services at the U.S. Department of State, which indicated that it can neither confirm nor deny that the domestic law in the Kingdom of Saudi Arabia permits service by mail.

_____
/s/ David Pressman
(Signature)

David Pressman (admitted pro hac vice)
D.C. Bar No. 1013431
Jenner & Block LLP
919 Third Avenue
New York, NY 10022
Telephone:  (212) 891-1654
(Name and Address)

# EXHIBIT G

CO 226
Rev. 6/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

DR. SAAD ALJABRI,

_____
Plaintiff(s)

vs.                                                Civil Action No.:  __1:20-cv-02146-TJK__

MOHAMMED BIN SALMAN BIN ABDULAZIZ AL
SAUD, et al.

_____
Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

  I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint  (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

Mishal Fahad Alsayed
General Department of Criminal Evidence
Ar Rimayah
Riyadh 14812
SAUDI ARABIA

by: (check one)  ☐ certified or registered mail, return receipt requested
      ☑ DHL
      ☐ Fed Ex
pursuant to the provisions of: (check one)
      ☑ FRCP 4(f)(2)(C)(ii)
      ☐ 28 U.S.C. § 1608(a)(3)
      ☐ 28 U.S.C. § 1608(b)(3)(B)
      ☐ 28 U.S.C. § 1608(a)(4)

  I certify that Jenner & Block contacted the Directorate of Overseas Citizens Services at the U.S. Department of State, which indicated that it can neither confirm nor deny that the domestic law in the Kingdom of Saudi Arabia permits service by mail.

            __/s/ David Pressman__
             (Signature)
         David Pressman (admitted pro hac vice)
         D.C. Bar No. 1013431
         Jenner & Block LLP
         919 Third Avenue
         New York, NY 10022
         Telephone:  (212) 891-1654
           (Name and Address)

# EXHIBIT H

CO 226
Rev. 6/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

DR. SAAD ALJABRI,

_____
Plaintiff(s)

vs.                                                Civil Action No.:   1:20-cv-02146-TJK

MOHAMMED BIN SALMAN BIN ABDULAZIZ AL
SAUD, et al.

_____
Defendant(s)


## AFFIDAVIT REQUESTING FOREIGN MAILING

     I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

Bandar Saeed Alhaqbani
Ministry of Interior
PO Box 2933
Riyadh 11134
SAUDI ARABIA


by: (check one)        ☐    certified or registered mail, return receipt requested
                       ☑    DHL
                       ☐    Fed Ex

pursuant to the provisions of: (check one)
                       ☑    FRCP 4(f)(2)(C)(ii)
                       ☐    28 U.S.C. § 1608(a)(3)
                       ☐    28 U.S.C. § 1608(b)(3)(B)
                       ☐    28 U.S.C. § 1608(a)(4)


     I certify that Jenner & Block contacted the Directorate of Overseas Citizens Services at the U.S. Department of State, which indicated that it can neither confirm nor deny that the domestic law in the Kingdom of Saudi Arabia permits service by mail.


                                  /s/ David Pressman
                                    (Signature)
                    David Pressman (admitted pro hac vice)
                    D.C. Bar No. 1013431
                    Jenner & Block LLP
                    919 Third Avenue
                    New York, NY 10022
                    Telephone:  (212) 891-1654
                             (Name and Address)

# EXHIBIT I

CO 226
Rev. 6/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

DR. SAAD ALJABRI,

_____
Plaintiff(s)

vs.

MOHAMMED BIN SALMAN BIN ABDULAZIZ AL
SAUD, et al.

_____
Defendant(s)

Civil Action No.:   __1:20-cv-02146-TJK__

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint  (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

Ibrahim Hamad Abdulrahman Alhomid
Ministry of Foreign Affairs Central Office
Al Washm Street
An Namudhajiyah
Riyadh 12753
SAUDI ARABIA

by: (check one)
☐ certified or registered mail, return receipt requested
☑ DHL
☐ Fed Ex

pursuant to the provisions of: (check one)
☑ FRCP 4(f)(2)(C)(ii)
☐ 28 U.S.C. § 1608(a)(3)
☐ 28 U.S.C. § 1608(b)(3)(B)
☐ 28 U.S.C. § 1608(a)(4)

I certify that Jenner & Block contacted the Directorate of Overseas Citizens Services at the U.S. Department of State, which indicated that it can neither confirm nor deny that the domestic law in the Kingdom of Saudi Arabia permits service by mail.

_____/s/ David Pressman_____
(Signature)
David Pressman (admitted pro hac vice)
D.C. Bar No. 1013431
Jenner & Block LLP
919 Third Avenue
New York, NY 10022
Telephone:  (212) 891-1654
(Name and Address)

# EXHIBIT J

CO 226
Rev. 6/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

DR. SAAD ALJABRI,

_____

Plaintiff(s)

vs.                                                            Civil Action No.:  __1:20-cv-02146-TJK__

MOHAMMED BIN SALMAN BIN ABDULAZIZ AL
SAUD, et al.

_____

Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

      I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

Saud Abdulaziz Alsaleh
Ministry of Defense
King Abdul Aziz Rd
Al Wizarat
Riyadh 12626
SAUDI ARABIA

by: (check one)     ☐   certified or registered mail, return receipt requested
                       ☑   DHL
                       ☐   Fed Ex

pursuant to the provisions of: (check one)
                       ☑   FRCP 4(f)(2)(C)(ii)
                       ☐   28 U.S.C. § 1608(a)(3)
                       ☐   28 U.S.C. § 1608(b)(3)(B)
                       ☐   28 U.S.C. § 1608(a)(4)

      I certify that Jenner & Block contacted the Directorate of Overseas Citizens Services at the U.S. Department of State, which indicated that it can neither confirm nor deny that the domestic law in the Kingdom of Saudi Arabia permits service by mail.

                                         _____/s/ David Pressman_____
                                           (Signature)
                            David Pressman (admitted pro hac vice)
                            D.C. Bar No. 1013431
                            Jenner & Block LLP
                            919 Third Avenue
                            New York, NY 10022
                            Telephone:  (212) 891-1654
                                   (Name and Address)

# EXHIBIT K

CO 226
Rev. 6/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

DR. SAAD ALJABRI,

_____

Plaintiff(s)

vs.

MOHAMMED BIN SALMAN BIN ABDULAZIZ AL
SAUD, et al.

_____

Defendant(s)

Civil Action No.: __1:20-cv-02146-TJK__

## **AFFIDAVIT REQUESTING FOREIGN MAILING**

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

Mohammed Alhamed
Saudi Elite Group
The Business Gate, Airport Rd, Exit 8, near SABIC, KKI
Riyadh 13244
SAUDI ARABIA

by: (check one)

- ☐ certified or registered mail, return receipt requested
- ☑ DHL
- ☐ Fed Ex

pursuant to the provisions of: (check one)

- ☑ FRCP 4(f)(2)(C)(ii)
- ☐ 28 U.S.C. § 1608(a)(3)
- ☐ 28 U.S.C. § 1608(b)(3)(B)
- ☐ 28 U.S.C. § 1608(a)(4)

I certify that Jenner & Block contacted the Directorate of Overseas Citizens Services at the U.S. Department of State, which indicated that it can neither confirm nor deny that the domestic law in the Kingdom of Saudi Arabia permits service by mail.

_____/s/ David Pressman_____
(Signature)
David Pressman (admitted pro hac vice)
D.C. Bar No. 1013431
Jenner & Block LLP
919 Third Avenue
New York, NY 10022
Telephone:  (212) 891-1654
(Name and Address)