CO 939
Rev. 9/2017

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

SAAD ALJABRI
_____
Plaintiff(s)

vs.

Civil Action No.: 20-cv-02146-TJK

BIN SALMAN BIN ABDULAZIZ AL SAUD et al
_____
Defendant(s)

## CERTIFICATE OF MAILING

I hereby certify under penalty of perjury, that on the __25th__ day of __September__, 20 __20__, I mailed:

1. [X] One copy of the **summons and complaint** by **DHL** ▼ , to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)(2)(C)(ii).

2. [ ] One copy of the **summons, complaint and notice of suit**, together with a translation of each into the official language of the foreign state, by **registered mail, return receipt requested**, to the head of the ministry of foreign affairs, pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

3. [ ] Two copies of the **summons, complaint and notice of suit**, together with a translation of each into the official language of the foreign state, by **certified mail, return receipt requested**, to the U.S. Department of State, CA/OSC/L, SA-17, 10th Floor, Washington, DC 20522-1710, ATTN: Director of Overseas Citizens Services, pursuant to the provisions of 28 U.S.C. § 1608(a)(4).

4. [ ] One copy of the **summons and complaint**, together with a translation of each into the official language of the foreign state, by **registered mail, return receipt requested**, to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. § 1608(b)(3)(B).

ANGELA D. CAESAR, CLERK

By: _____/s/Jackie Francis_____
Deputy Clerk

**EXPRESS WORLDWIDE DOX** =_DHL_=

2020-09-16 MYDHL+ 1.0 / *30-0821*

From : USDC DDC
Clerk
333 Constitution Avenue Northwest

20002 Washington  District of Columbia
United States of America

Origin:
**DCA**

Contact: +12023543000

To: Bader Alasaker
Attn: Fahad Abdullah Alsadon
MiSK Foundation Building
Abdullah Alsahmi Street
Al Safarat Area 7605
RIYADH
Saudi Arabia

Contact:
Attn. Fahad Abdullah Alsadon
+966505453993

# SA-RUH-GTW

Day   Time

Ref: 70154-10001

Pce/Shpt Weight   Piece
**2.0 lbs   1 / 1**



WAYBILL 66 9899 1025

Contents:
Correspondence

(2L)SA:RUHGTW+42000000



(J) JD01 4600 0081 1477 0672

**EXPRESS WORLDWIDE** **DOX** 

2020-08-27 MYDHL • 1.0 / "30-0821"

From: USDC DDC
Clerk
333 Constitution Avenue Northwest

Origin:
**DCA**

20002 Washington District of Columbia
United States of America

Contact: +12023543000

To: Ministry of Foreign Affairs Central Office
Ibrahim Hamad Abdulrahman Alhomid
Al Washm Street
An Namudhajiyah

Contact:
Ibrahim Hamad Abdulrahman Alhomid
+966555454291

**RIYADH**
**Saudi Arabia**

# SA-RUH-GTW

Day    Time

Ref: 70154-10001

Pce/Shpt Weight    Piece
**2.0 lbs   1 / 1**



Contents:
Correspondence

WAYBILL 30 0724 4166



(2L)SA:RUHGTW+42000000



(J) JD01 4600 0080 6766 8549



EXPRESS WORLDWIDE DOX =DHL=
2020-05-27 MYDHL• 1.0 / '30-0821'
From: USDC DDC
Clerk
333 Constitution Avenue Northwest
20002 Washington District of Columbia
United States of America
Origin: DCA
Contact: +12023543000
Contact: Saud Abdulaziz Alsaleh
+966505203410

To: Ministry of Defense
Saud Abdulaziz Alsaleh
King Abdul Aziz Rd
Al Wizarat
riyadh
Saudi Arabia

SA-RUH-GTW

Ref: 70154-10001    Pce/Shpt Weight 2.0 lbs    Piece 1/1



Contents: Correspondence

WAYBILL 30 0726 6636

(2L)SA:RUHGTW+42000000



(J) JD01 4600 0080 6767 1324

```
EXPRESS WORLDWIDE  DOX  =DHL=
2020-08-27 MYDHL+ 1.0 / *30-0821*
From : USDC DDC                                          Origin:
       Clerk
       333 Constitution Avenue Northwest                 DCA

       20002 Washington  District of Columbia
       United States of America                   Contact: +12023543000

To :   Prince Mohammed bin Salman bin Abdulaziz   Contact
       Foundation d/b/a MiSK Foundation           Foundation d/b/a MiSK Foundation
       Abdullah Alsahmi Street                    +966114444490
       MiSK Foundation Building
       Al Safarat Area 7605
       riyadh
       Saudi Arabia
```

## SA-RUH-GTW

Day    Time

Ref: 70154-10001            Pce/Shpt Weight    Piece
                            2.0 lbs            1 / 1

Contents: Correspondence


WAYBILL 27 7335 6003

(2L)SA:RUHGTW+42000000


(J) JD01 4600 0080 6741 2940

EXPRESS WORLDWIDE DOX DHL
2020-09-15 MYDHL 1.0 / 30-0821

From: USDC DCC
Clerk
333 Constitution Avenue Northwest

Origin:
**DCA**

20002 Washington District of Columbia
United States of America

Contact: +12023543000

To: General Department of Criminal Evidence
Mishal Fahad Alsayed
Ar Rimayah

Contact:
Mishal Fahad Alsayed
+966500388181

RIYADH
Saudi Arabia

**SA-RUH-GTW**

Day   Time

Ref: 70154-10001

Pce/Shpt Weight   Piece
2.0 lbs   1 / 1

Contents: correspondence

WAYBILL 21 0225 2692

(2L)SA:RUHGTW+42000000

(J) JD01 4600 0081 2256 6935

**EXPRESS WORLDWIDE** DOX —DHL—

2020-09-16 MYDHL+ 1.0 / 10-0821

From : USDC DDC
Clerk
333 Constitution Avenue Northwest

Origin:
**DCA**

20002 Washington  District of Columbia
United States of America

Contact: +12023543000

To :
Bandar Saeed Alhaqbani
Ministry of Interior

Contact:
Bandar Saeed Alhaqbani
+966505215768

riyadh
Saudi Arabia

**SA-RUH-GTW**



Day   Time

Ref: 70154-10001

Pce/Shpt Weight   Piece
2.0 lbs   1 / 1



Contents:
correspondence

WAYBILL 21 0224 9505

(2L)SA:RUHGTW+42000000

(J) JD01 4600 0081 2256 6544

**EXPRESS WORLDWIDE** **DOX** _DHL_

2020-09-02 MYDHL · 1.0 / ·30-0821·

From: USDC DDC
Clerk
333 Constitution Avenue Northwest

Origin:
**DCA**

20002 Washington  District of Columbia
United States of America

Contact: +12023543000

To: Mohammad bin Salman Al Saud
Attn: Tamim Abdulaziz
Al Auja Palace
Wadi Hanifah

Contact:
Attn. Tamim Abdulaziz
+966555455925

**RIYADH**
**Saudi Arabia**

# SA-RUH-GTW

Day   Time

Ref: 70154-10001

Pce/Shpt Weight   Piece
**2.0 lbs   1 / 1**

Contents:
Correspondence



WAYBILL 96 9216 5980



(2L)SA:RUHGTW+42000000

(J) JD01 4600 0080 8116 4208

**EXPRESS WORLDWIDE** DOX =DHL=

2020-09-16 MYDHL+ 1.0 / '30-0821'

From : USDC DDC
Clerk
333 Constitution Avenue Northwest

20002 Washington  District of Columbia
United States of America

Origin:
DCA

Contact: +12023543000

To : General Intelligence Presidency
Ahmed Alassiri
Building 1054
Al Orouba Street

RIYADH
Saudi Arabia

Contact
Ahmed Alassiri
+966558820030

**SA-RUH-GTW**



Day   Time

Ref: 70154-10001

Pce/Shpt Weight    Piece
2.0 lbs    1 / 1



Contents
Correspondence

WAYBILL 38 6946 2273

(2L)SA:RUHGTW+42000000



(J) JD01 4600 0081 1475 6793

EXPRESS WORLDWIDE **DOX** _DHL_

2020-09-16 MYDHL • 1.0 / *30-0821*

From : USDC DDC
Clerk
333 Constitution Avenue Northwest

20002 Washington District of Columbia
United States of America

Contact: +12023543000

Origin:

**DCA**

To : Royal Court of Kingdom of Saudi Arabia Bldg
Saud Alqahtani
Mohammad bin Kutama Street
Um Al Hamam Al Sharqi Area

Contact:
Saud Alqahtani
+966555489750

RIYADH
Saudi Arabia

# SA-RUH-GTW

Day   Time

Ref: 70154-10001

Pce/Shpt Weight   Piece
**2.0 lbs   1 / 1**


WAYBILL 21 0227 8861

Contents:
Correspondence


(2L)SA:RUHGTW+42000000


(J) JD01 4600 0081 2257 0165

EXPRESS WORLDWIDE DOX _DHL_
2020-09-16 MYDHL+ 1.0 / -30-0821*

From : USDC DDC
Clerk
333 Constitution Avenue Northwest

Origin:
DCA

20002 Washington  District of Columbia
United States of America

Contact: +12023543000

To : Saudi Elite Group
Mohammed Alhamed
The Business Gate, Airport Rd, Exit 8, near
SABIC, KKI

Contact:
Mohammed Alhamed
+12026443397

RIYADH
Saudi Arabia

SA-RUH-GTW



Day   Time

Ref: 70154-10001

Pce/Shpt Weight   Piece
2.0 lbs   1 / 1



Contents:
correspondence

WAYBILL 21 0217 1853

(2L)SA:RUHGTW+42000000



(J) JD01 4600 0081 2134 2934

**EXPRESS WORLDWIDE DOX** =_DHL_=

From: USDC DDC  
Clerk  
333 Constitution Avenue Northwest  
20002 Washington District of Columbia  
United States of America  

Origin: **DCA**

Contact: +12023543000

To: General Department of Criminal Evidence  
Khalid Ibrahim Abdulaziz Algasem  
Ar Rimayah  

Contact:  
+966566533885

**RIYADH**  
Saudi Arabia

## SA-RUH-GTW

Day   Time

Ref: 70154-10001

Pce/Shpt Weight   Piece  
**2.0 lbs   1 / 1**



WAYBILL 66 9895 8836

(2L)SA:RUHGTW+42000000

(J) JD01 4600 0081 1476 6684