AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Dr. Saad Aljabri | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 20-cv-02146-TJK |
| Mohammed bin Salman bin Abdulaziz al Saud, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Mohammed Alhamed *    .

Date:   09/28/2020                              /s/Mitchell R. Berger
                                                *Attorney's signature*

*reserving all of Defendant's defenses,              Mitchell R. Berger (385467)
including as to jurisdiction.                        *Printed name and bar number*

                                                Squire Patton Boggs (US) LLP
                                                2550 M Street, NW
                                                Washington, D.C. 20037
                                                *Address*

                                                mitchell.berger@squirepb.com
                                                *E-mail address*

                                                (202) 457-6000
                                                *Telephone number*

                                                (202) 457-6315
                                                *FAX number*