AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Saad Aljabri | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-02146-TJK |
| Mohammed bin Salman bin Abdulaziz al Saud, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bader Alasaker and Prince Mohammed bin Salman bin Abdulaziz Foundation d/b/a MiSK Foundation*   .

Date:   09/28/2020

/s/ Margarita K. O'Donnell
*Attorney's signature*

\* = Reserving all of Defendants' defenses, including as to jurisdiction.

Margarita K. O'Donnell (1005972)
*Printed name and bar number*

Zuckerman Spaeder LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036
*Address*

modonnell@zuckerman.com
*E-mail address*

(202) 778-1800
*Telephone number*

(202) 822-8106
*FAX number*