AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Saad Aljabri | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-02146-TJK |
| Mohammed bin Salman bin Abdulaziz al Saud, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bader Alasaker and Prince Mohammed bin Salman bin Abdulaziz Foundation d/b/a MiSK Foundation*  .

Date:  09/28/2020

\* = Reserving all of Defendants' defenses, including as to jurisdiction.

/s/ William W. Taylor, III
*Attorney's signature*

William W. Taylor, III (84194)
*Printed name and bar number*

Zuckerman Spaeder LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036
*Address*

wtaylor@zuckerman.com
*E-mail address*

(202) 778-1800
*Telephone number*

(202) 822-8106
*FAX number*