AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Dr. Saad Aljabri | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   20-cv-02146-TJK |
| Mohammed bin Salman bin Abdulaziz al Saud, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Saud Alqahtani, Ahmed Alassiri, Khalid Ibrahim Abdulaziz Algasem, Mishal Fahad Alsayed, Ibrahim Hamad Abdulrahman Alhomid, and Saud Abdulaziz Alsaleh *                               .

Date:   09/30/2020

/s/ Barry J. Pollack
*Attorney's signature*

Barry J. Pollack (434513)
*Printed name and bar number*

THE LAW OFFICES OF BARRY J. POLLACK, LLC
1629 K Street, N.W.
Suite 300
Washington, DC 20006
*Address*

barryjpollack@gmail.com
*E-mail address*

(202) 230-9647
*Telephone number*

N/A
*FAX number*

\* Reserving all of Defendants' defenses, including, but not limited to, service of process and jurisdiction.