AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Dr. Saad Aljabri                                      ) | |
| *Plaintiff*                                              ) | |
| v.                                                         )  Case No.  20-cv-02146-TJK |
| Mohammed bin Salman bin Abdulaziz al Saud, et al.  ) | |
| *Defendant*                                            ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Bandar Saeed Alhaqbani *                                                                                                                          .

Date: 10/08/2020

/s/ Barry J. Pollack
*Attorney's signature*

Barry J. Pollack (434513)
*Printed name and bar number*

THE LAW OFFICES OF BARRY J. POLLACK, LLC
1629 K Street, N.W.
Suite 300
Washington, DC 20006
*Address*

barryjpollack@gmail.com
*E-mail address*

(202) 230-9647
*Telephone number*

N/A
*FAX number*

\* Reserving all of Defendant's defenses, including, but not limited to, service of process and jurisdiction.