IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. SAAD ALJABRI,<br><br>    Plaintiff,<br><br>    v.<br><br>MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD, *et al*.<br><br>    Defendants. | Civil Action No. 1:20-cv-02146-TJK |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiff Dr. Saad Aljabri ("Plaintiff"), by and through his undersigned counsel, and with the consent of all Defendants who have appeared in this matter, and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Local Rule 7, and this Court's Standing Order in Civil Cases (Dkt. 5), respectfully moves for an extension of time, until and including December 7, 2020, for all Defendants who have been served to answer, move with respect to, or otherwise respond to, the Complaint (Dkt. 1). As grounds therefore, Plaintiff states as follows:

1. Based on service effected to date, Defendants have varying deadlines to respond to the Complaint. Accordingly, and with the consent of all Defendants who have appeared in this matter, Plaintiff respectfully requests this Court issue an Order setting a single deadline to respond to the Complaint for all Defendants who have been served, until and including December 7, 2020.

2. With the exception of the Minute Order granting Defendant Youssef Alrajhi's Unopposed Motion for Extension of Time to Respond to Complaint (Dkt. 12), no previous extensions of Defendants' deadline to respond to the Complaint have been sought or granted.

3. In light of developments, Plaintiff and all Defendants who have been served, including all Defendants who have already appeared in this action, believe there is good cause supporting an extension of time for all parties who have been served to respond to the Complaint until and including December 7, 2020. In addition, setting a single, uniform deadline for responding to the Complaint would promote judicial efficiency and streamline the presentation of issues.

4. Extending Defendants' deadline to respond to the Complaint will have no effect on previously-set deadlines, other than the previous extension granted to Defendant Alrajhi pursuant to this Court's August 28, 2020 Minute Order.

5. In the event that one or more Defendants move to dismiss the Complaint, the parties have agreed to negotiate in good faith a future extension of time for Plaintiff to serve and file a memorandum in opposition to the motion and for Defendants to serve and file a reply memorandum.

6. WHEREFORE, Plaintiff respectfully requests this Court issue an Order extending Defendants' time to respond to the Complaint until and including December 7, 2020.

LOCAL CIVIL RULE 7(m) CERTIFICATION

7. Pursuant to Local Civil Rule 7(m), I hereby certify that we conferred with counsel for Defendants who have appeared, who stated that they do not oppose this motion for extension of Defendants' time to respond to the Complaint.

Dated: October 9, 2020

Respectfully submitted,

JENNER & BLOCK LLP

/s/ David Pressman
David Pressman (admitted *pro hac vice*)
D.C. Bar No. 1013431
Jenner & Block LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 891-1654
Fax: (212) 891-1699
dpressman@jenner.com


/s/ Lindsay Harrison
Lindsay Harrison
D.C. Bar No. 977407
Jenner & Block LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
Telephone: (202) 639-6865
Fax: (202) 639-6066
lharrison@jenner.com

*Counsel for Plaintiff*