IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. SAAD ALJABRI,<br><br>   Plaintiff,<br><br>   v.<br><br>MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD, *et al*.<br><br>   Defendants. | Civil Action No. 1:20-cv-02146-TJK |

## **ORDER**

The Court having considered Plaintiff's Unopposed Motion for Extension of Time and the entire record herein, IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that all Defendants who have been served, including all Defendants who have appeared in this matter, shall have until December 7, 2020 to respond to the Complaint (Dkt. 1).


Date: _____                                 _____
                                                                                              UNITED STATES DISTRICT JUDGE