AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Dr. Saad Aljabri | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 20-cv-02146-TJK |
| Mohammed bin Salman bin Abdulaziz al Saud, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Layla Abuljadayel*                                                    .

Date:   10/09/2020

/s/Alan T. Dickey
*Attorney's signature*

Alan T. Dickey (496403)
*Printed name and bar number*

Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, D.C. 20037
*Address*

alan.dickey@squirepb.com
*E-mail address*

(202) 457-6000
*Telephone number*

(202) 457-6315
*FAX number*

*reserving all of Defendant's defenses, including as to jurisdiction.