AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Saad Aljabri | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-02146-TJK |
| Mohammed bin Salman bin Abdulaziz Al Saud, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Defendant His Royal Highness Mohammed Bin Salman Bin Abdulaziz Al Saud, Crown Prince of the Kingdom of Saudi Arabia *    .

Date: 10/17/2020

/s/ Michael K. Kellogg
*Attorney's signature*

Michael K. Kellogg (372049)
*Printed name and bar number*

Kellogg Hansen Todd Figel & Frederick PLLC
1615 M Street, NW, Suite 400
Washington, DC 20036
*Address*

mkellogg@kellogghansen.com
*E-mail address*

202-326-7900
*Telephone number*

202-326-7999
*FAX number*

\* Reserving all of Defendant's defenses, including as to jurisdiction and service of process.