AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Saad Aljabri ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:20-cv-02146-TJK |
| Mohammed bin Salman bin Abdulaziz Al Saud, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Defendant His Royal Highness Mohammed Bin Salman Bin Abdulaziz Al Saud, Crown Prince of the Kingdom of Saudi Arabia *.

Date: 10/17/2020

/s/ Gregory G. Rapawy
*Attorney's signature*

Gregory G. Rapawy (493973)
*Printed name and bar number*

Kellogg Hansen Todd Figel & Frederick PLLC
1615 M Street, NW, Suite 400
Washington, DC 20036
*Address*

grapawy@kellogghansen.com
*E-mail address*

202-326-7900
*Telephone number*

202-326-7999
*FAX number*

* Reserving all of Defendant's defenses, including as to jurisdiction and service of process.