**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAAD ALJABRI,<br><br>     *Plaintiff*,<br><br>v.<br><br>MOHAMMED BIN SALMAN BIN<br>ABDULAZIZ AL SAUD, *et al*.,<br><br>     *Defendants*. | Civil Action No. 20-2146 (TJK) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME**
**TO RESPOND TO THE COMPLAINT**

Defendant His Royal Highness Crown Prince Mohammed bin Salman bin Abdulaziz Al Saud (the "Crown Prince") requests an enlargement of time until December 7, 2020, to respond to the Complaint. Prior to filing this motion, undersigned counsel discussed the relief sought herein with counsel for Plaintiff Saad Aljabri ("Plaintiff"). Plaintiff's counsel stated that Plaintiff consents to the motion.

Plaintiff filed the Complaint on August 6, 2020. ECF No. 1. On September 22, 2020, Plaintiff purported to effect service on the Crown Prince and several other Defendants.[*] Accordingly, the presumptive deadline for the Crown Prince to respond to the Complaint was October 13, 2020. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). On October 9, 2020, after discussions with counsel for Defendants, including counsel for the Crown Prince, Plaintiff filed an unopposed motion to extend until December 7, 2020, the deadline of "all Defendants who have been served"

---

[*] The Crown Prince reserve all defenses, including as to insufficient service of process. *See*, *e.g.*, *Attakora v. District of Columbia*, 300 F.R.D. 24, 27 (D.D.C. 2013) (seeking additional time to respond to complaint "does not inherently concede service").

to respond to the Complaint.  ECF No. 27.  That motion therefore sought an extension of time for the Crown Prince to respond to the Complaint.  On October 14, 2020, this Court granted by minute order Plaintiff's motion but only as to the 12 Defendants who have already appeared in the case.  Counsel for the Crown Prince have entered notices of appearance on behalf of the Crown Prince contemporaneous with the filing of this motion.  The Crown Prince respectfully requests that the Court expressly extend the time for him to respond to the Complaint as well.

This Court may extend the time to respond to the Complaint "for good cause."  Fed. R. Civ. P. 6(b)(1).  Good cause exists here.  The enlargement the Crown Prince seeks is identical to the enlargement previously granted to the other Defendants, and it is reasonable and designed to promote efficient adjudication, rather than delay.  Permitting a single, uniform deadline for responding to the Complaint would promote judicial efficiency, streamline the presentation of issues, and reduce the burden on the parties.  By contrast, filing piecemeal motions to dismiss around varying deadlines would be inefficient and burdensome for the Court and the parties. *See*, *e.g.*, *Marsh v. Johnson*, 263 F. Supp. 2d 49, 54 (D.D.C. 2003) ("The better approach is for the parties to incorporate their arguments in one chain of briefing, rather than in the piecemeal briefing that has resulted.").

The Court has not yet entered a scheduling order, and the only other deadline currently in place at this early stage of the litigation is the December 7, 2020 deadline for other Defendants to respond to the Complaint.  Granting the enlargement of time sought herein would align the Crown Prince's response deadline with all other deadlines.

## CONCLUSION

For the foregoing reasons, the Crown Prince requests an enlargement of time until December 7, 2020, to respond to the Complaint.

Dated:   October 17, 2020                  Respectfully submitted,

                                           /s/ *Michael K. Kellogg*

                                           Michael K. Kellogg (DC 372049)
                                           Gregory G. Rapawy (DC 493973)
                                           Andrew C. Shen (DC 500071)
                                           **KELLOGG, HANSEN, TODD, FIGEL**
                                             **& FREDERICK, P.L.L.C.**
                                           1615 M Street, N.W., Suite 400
                                           Washington, D.C. 20036
                                           (202) 326-7900

                                           *Attorneys for Defendant*
                                           *Mohammed bin Salman bin Abdulaziz Al Saud*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on October 17, 2020, I electronically filed the foregoing Consent Motion for Enlargement of Time To Respond to the Complaint, using the ECF system, which sent notice of filing in this matter to all counsel of record.

<u>*/s/ Michael K. Kellogg*</u>

Michael K. Kellogg
*Attorney for Defendant*
*Mohammed bin Salman bin Abdulaziz Al Saud*