20-2146



