# EXHIBIT C



**Bader Alasaker**

9/22/2020

🔒 Messages are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them. Click to learn more.

PDF  Aljabri v. bin Salman_Service of ...
255 pages · PDF · 6 MB      4:09 PM

PDF  Aljabri v. bin Salman_Service of ...
255 pages · PDF · 6 MB      4:09 PM

You, Bader Alasaker, are hereby summoned and required to serve on Plaintiff Dr. Saad Aljabri's attorney, Jenner & Block LLP, 919 Third Avenue, New York, NY 10022-3908, United States, an answer to the complaint in the matter of Aljabri v. bin Salman, 1:20-cv-02146 (U.S. District Court for the District of Columbia). The following documents, in both English and Arabic, are included as attachments to this message: Summons; Civil Cover Sheet; Complaint; Notice of Errata; and Judge Kelly's Standing Order.

4:09 PM

أنت، بدر العساكر، مستدعى ومطلوب لتقديم على محامي المدعي الدكتور سعد الجبري، جينر آند بلوك إل بي، 919 ثيرد أفينيو، نيويورك، نيويورك 10022-3908، الولايات المتحدة، رد على الشكوى فيما يتعلق بقضية الجبري ضد بن سلمان (1:20-cv-02146) (المحكمة الجزئية الأمريكية لمنطقة كولومبيا). الوثائق التالية ، باللغتين الإنجليزية والعربية، مدرجة كمرفق لهذه الرسالة: الاستدعاء؛ صفحة الغلاف المدنية؛ الشكوى؛ إشعار خطأ مطبعي؛ و أمر القاضي كيلي.

4:09 PM



**Bader Alasaker**
online

UNITED STATES DISTRICT COURT
for the
District of Columbia

📄 PDF   Aljabri v. bin Salman_Service of ...

255 pages · PDF · 6 MB   4:09 PM ✓✓

You, Bader Alasaker, are hereby summoned and required to serve on Plaintiff Dr. Saad Aljabri's attorney, Jenner & Block LLP, 919 Third Avenue, New York, NY 10022-3908, United States, an answer to the complaint in the matter of Aljabri v. bin Salman, 1:20-cv-02146 (U.S. District Court for the District of Columbia). The following documents, in both English and Arabic, are included as attachments to this message: Summons; Civil Cover Sheet; Complaint; Notice of Errata; and Judge Kelly's Standing Order.   4:09 PM ✓✓

أنت، بدر العساكر، مستدعى ومطلوب لتقديم على محامي المدعي الدكتور سعد الجبري، جينر آند بلوك إل إل بي، 919 ثيرد أفينيو، نيويورك، نيويورك، 10022-3908، الولايات المتحدة، رد على الشكوى فيما يتعلق بقضية الجبري ضد بن سلمان (cv-02146-1:20) (المحكمة الجزئية الأمريكية لمنطقة كولومبيا). الوثائق التالية ، باللغتين الإنجليزية والعربية، مدرجة كمرفق لهذه الرسالة: الاستدعاء: صفحة الغلاف المدنية؛ الشكوى؛ إشعار خطأ مطبعي؛ و أمر القاضي كيلي.   4:09 PM ✓✓

The Prince Mohammed Bin Salman Abdulaziz Foundation D/B/A Misk Foundation is hereby summoned and required to serve on Plaintiff Dr. Saad Aljabri's attorney, Jenner & Block LLP, 919 Third Avenue, New York, NY 10022-3908, United States, an answer to the complaint in the matter of Aljabri v. bin Salman, 1:20-cv-02146 (U.S. District Court for the District of Columbia). The following documents, in both English and Arabic, are included as attachments to this message: Summons; Civil Cover Sheet; Complaint; Notice of Errata; and Judge Kelly's Standing Order.   4:10 PM ✓✓

مؤسسة الأمير محمد بن سلمان عبدالعزيز الخيرية (مؤسسة مسك الخيرية) مستدعاة ومطلوبة لتقديم على محامي المدعي الدكتور سعد الجبري، جينر آند بلوك إل إل بي، 919 ثيرد أفينيو، نيويورك، نيويورك، 10022-3908، الولايات المتحدة، رد على الشكوى فيما يتعلق بقضية الجبري ضد بن سلمان (cv--1:20 02146) (المحكمة الجزئية الأمريكية لمنطقة كولومبيا). الوثائق التالية، باللغتين الإنجليزية والعربية، مدرجة كمرفق لهذه الرسالة: الاستدعاء: صفحة الغلاف المدنية؛ الشكوى؛ إشعار خطأ مطبعي؛ و أمر القاضي كيلي.   4:10 PM ✓✓



