# EXHIBIT P

