# EXHIBIT U



**Saud Abdulaziz Alsaleh**

For your security, conversation history isn't transferred to new linked devices.

> 📄 **Aljabri v. bin Salman_Service of Process_Alsaleh.pdf**
> 5.54 MB
> Sep 22 4:55pm

> You, Saud Abdulaziz Alsaleh, are hereby summoned and required to serve on Plaintiff Dr. Saad Aljabri's attorney, Jenner & Block LLP, 919 Third Avenue, New York, NY 10022-3908, United States, an answer to the complaint in the matter of Aljabri v. bin Salman, 1:20-cv-02146 (U.S. District Court for the District of Columbia). The following documents, in both English and Arabic, are included as attachments to this message: Summons; Civil Cover Sheet; Complaint; Notice of Errata; and Judge Kelly's Standing Order.
> Sep 22 4:55pm

> أنت، سعود عبدالعزيز الصالح، مستدعى ومطلوب لتقديم على محامي المدعي الدكتور سعد الجبري، جينر آند بلوك إل إل بي، 919 ثيرد أفنيو، نيويورك، نيويورك 10022-3908، الولايات المتحدة، رد على الشكوى فيما يتعلق بقضية الجبري ضد بن سلمان (1:20-cv-02146) (المحكمة الجزئية الأمريكية لمنطقة كولومبيا). الوثائق التالية ، باللغتين الإنجليزية والعربية، مدرجة كمرفق لهذه الرسالة: الاستدعاء؛ صفحة الغلاف المدنية؛ الشكوى؛ إشعار خطأ مطبعي؛ و أمر القاضي كيلي.
> Sep 22 4:56pm