**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

DR. SAAD ALJABRI,

     Plaintiff,

     v.

MOHAMMED BIN SALMAN BIN
ABDULAZIZ AL SAUD, *et al.*

     Defendants.

**Civil Action No. 1:20-cv-02146-TJK**

**DECLARATION OF DAVID PRESSMAN AS PROOF OF SERVICE OF
SUMMONS AND COMPLAINT ON THE ALTERNATIVE SERVICE DEFENDANTS**

I, DAVID PRESSMAN, hereby declare under penalty of perjury that the following is true
and correct:

1.     I am a partner with the law firm of Jenner & Block LLP, and I represent Plaintiff
Dr. Saad Aljabri in the above-captioned action.  I am admitted to practice before this court *pro hac
vice*.  I submit this Declaration pursuant to Federal Rule of Civil Procedure 4(*l*)(1).  The statements
made in this declaration are based on my personal knowledge.

2.     As set forth in more detail below, Plaintiff served Defendants Mohammed bin
Salman bin Abdulaziz Al Saud ("Defendant bin Salman"), Prince Mohammed bin Salman
Abdulaziz Foundation d/b/a MiSK Foundation ("Defendant MiSK Foundation"), Bader Alasaker
("Defendant Alasaker"), Ahmed Alassiri ("Defendant Alassiri"), Mohammed Alhamed
("Defendant Alhamed"), Khalid Ibrahim Abdulaziz Algasem ("Defendant Algasem"), Mishal
Fahad Alsayed ("Defendant Alsayed"), Saud Abdulaziz Alsaleh ("Defendant Alsaleh"), Bandar
Saeed Alhaqbani ("Defendant Alhaqbani"), Ibrahim Hamad Abdulrahman Alhomid ("Defendant
Alhomid"), and Saud Alqahtani ("Defendant Alqahtani") (collectively, the "Alternative Service

Defendants") utilizing the methods set forth in the Court's September 22, 2020 Order granting Plaintiff's Motion for Alternative Service.  Dkt. 15.

***Defendant bin Salman***

3.      On September 22, 2020, Plaintiff effected service on Defendant bin Salman via WhatsApp, as described in more detail in the Affidavit of Thomas Musters as Proof of Service of Summons and Complaint on the Alternative Service Defendants via WhatsApp and Signal ("Musters Affidavit"), Dkt. 35 ¶ 12.

4.      On September 23, 2020, my firm mailed a copy of the summons and complaint, along with all additional documents filed at the time the case was opened (including the Court's Standing Order) and Arabic translations of each document (collectively, the "Service Package") to Defendant bin Salman by United States Postal Service ("USPS") Priority Mail International to: Royal Court, An Nakheel, Riyadh 12382, Saudi Arabia, and to Al Auja Palace, Wadi Hanifah, Riyadh 13731, Saudi Arabia.  *See* Exs. A and B (USPS tracking pages).  The Service Package was delivered to Defendant bin Salman at these addresses on October 8, 2020 at 11:31 AM and 12:51 PM, respectively.  *See* Exs. A and B.  Additionally, on October 3, 2020, my firm mailed a copy of the Service Package to Defendant bin Salman by FedEx International Priority to the Royal Court address indicated above.  *See* Ex. C (FedEx proof of delivery).  The Service Package was delivered to Defendant bin Salman on October 8, 2020 at 12:09 PM and signed for by "M. Mohamed."  *See id.*[1]

---

[1] FedEx informed Plaintiff's counsel that after the Service Package was delivered to Defendant bin Salman and signed for by "M. Mohamed," the recipient requested that FedEx "retrieve" the package.  *See* Ex. D (package listed as "delivered" (with signature received upon delivery) and subsequently "[r]efused by recipient").

***Defendant MiSK Foundation***

5.      On September 22, 2020, Plaintiff effected service on Defendant MiSK Foundation via WhatsApp, as described in more detail in the Musters Affidavit.  Dkt. 35 ¶ 15.

6.      On September 23, 2020, my firm mailed the Service Package to Defendant MiSK Foundation by UPS Express to: MiSK Foundation Building, Abdullah Alsahmi Street, Al Safarat Area 7605, Riyadh 12512, Saudi Arabia.  *See* Ex. E (UPS tracking page).  The Service Package was delivered to Defendant MiSK Foundation on October 1, 2020, at 2:56 PM and signed for by "Othman."  *See* Ex. F (UPS proof of delivery).

***Defendant Alasaker***

7.      On September 22, 2020, Plaintiff effected service on Defendant Alasaker via WhatsApp and Signal, as described in more detail in the Musters Affidavit.  Dkt. 35 ¶¶ 13-14.

8.      On September 23, 2020, my firm mailed the Service Package to Defendant Alasaker by UPS Express to: MiSK Foundation Building, Abdullah Alsahmi Street, Al Safarat Area 7605, Riyadh 12512, Saudi Arabia.  *See* Ex. G (UPS tracking page).  The Service Package was delivered to Defendant Alasaker on October 1, 2020, at 2:55 PM and signed for by "Othman Receptio[n]."  *See* Ex. H (UPS proof of delivery).

***Defendant Alassiri***

9.      On September 22, 2020, Plaintiff effected service on Defendant Alassiri via WhatsApp, as described in more detail in the Musters Affidavit.  Dkt. 35 ¶ 18.

10.     On September 23, 2020, my firm mailed the Service Package to Defendant Alassiri by UPS Express and USPS Priority Mail International to: General Intelligence Presidency (Re'asat al Istikhabarat al A'amah), 3678 Said As Salmi Street, An Nakheel, 7096, Riyadh 12385, Saudi Arabia.  *See* Ex. I (UPS tracking page), Ex. J (USPS tracking page).  The Service Package was

delivered to Defendant Alassiri by UPS Express on October 6, 2020, at 12:05 PM. *See* Ex. K (UPS proof of delivery). The Service Package was also delivered to Defendant Alassiri by USPS Priority Mail International on October 7, 2020, at 12:51 PM. *See* Ex. J (USPS tracking page). Additionally, on October 3, 2020, my firm mailed the Service Package to Defendant Alassiri by FedEx International Priority at the address indicated above. *See* Ex. L (FedEx tracking page). The Service Package was delivered to Defendant Alassiri by FedEx International Priority on October 7, 2020 at 12:58 PM. *See* Ex. M (FedEx proof of delivery).

***Defendant Alhamed***

11.     On September 22, 2020, Plaintiff effected service on Defendant Alhamed via WhatsApp and Signal, as described in more detail in the Musters Affidavit. Dkt. 35 ¶¶ 26-27.

12.     On October 3, 2020, my firm mailed the Service Package to Defendant Alhamed by FedEx International Priority to: Saudi Elite Group, The Business Gate, Airport Road, Exit 8, Near Sabic, KKI, Riyadh, Saudi Arabia. *See* Ex. N (FedEx tracking page). The Service Package was delivered to Defendant Alhamed on October 11, 2020, at 11:18 AM. *See* Ex. O (FedEx proof of delivery).

***Defendant Algasem***

13.     On September 22, 2020 Plaintiff effected service on Defendant Algasem via WhatsApp, as described in more detail in the Musters Affidavit. Dkt. 35 ¶ 19.

14.     On September 23, 2020, my firm mailed the Service Package to Defendant Algasem by UPS Express to: General Department of Criminal Evidence, Ar Rimayah, Riyadh 14812, Saudi Arabia. *See* Ex. P (UPS tracking page). The Service Package was delivered to Defendant Algasem on October 8, 2020, at 2:26 PM and signed for by "Khalid." *See* Ex. Q (UPS proof of delivery). Additionally, on October 2, 2020, my firm mailed the Service Package to

Defendant Algasem by FedEx International Priority at the address indicated above.  *See* Ex. R (FedEx tracking page).  The Service Package was delivered via FedEx to Defendant Algasem on October 7, 2020 at 2:18 PM.   *See* Ex. S (FedEx proof of delivery).

***Defendant Alsayed***

15.     On September 23, 2020 Plaintiff effected service on Defendant Alsayed via WhatsApp, as described in more detail in the Musters Affidavit.  Dkt. 35 ¶ 20.

16.     On September 23, 2020, my firm mailed the Service Package to Defendant Alsayed by USPS Priority Mail International to: General Department of Criminal Evidence, Ar Rimayah, Riyadh 14812, Saudi Arabia.  *See* Ex. T (USPS tracking page).  The Service Package was delivered to Defendant Alsayed on October 12, 2020, at 6:57 PM.  *See id.*  Additionally, on October 3, 2020, my firm mailed the Service Package to Defendant Alsayed by FedEx International Priority at the address indicated above.  *See* Ex. U (FedEx tracking page).  The Service Package was delivered to Defendant Alsayed on October 7, 2020 at 2:19 PM.  *See* Ex. V (FedEx proof of delivery).

***Defendant Alsaleh***

17.     On September 22, 2020 Plaintiff effected service on Defendant Alsaleh via WhatsApp and Signal, as described in more detail in the Musters Affidavit.  Dkt. 35 ¶¶ 24-25.

18.     On October 3, 2020, my firm mailed the Service Package to Defendant Alsaleh via FedEx International Priority to: Ministry of Defence, King Abdul Aziz Rd., Al Wizarat, Riyadh 12626, Saudi Arabia.  *See* Ex. W (FedEx tracking page).  FedEx attempted to deliver the package to Defendant Alsaleh on October 7, 2020, at 4:18 PM, but the package was "[r]efused by [the] recipient."  *See id.*  Additionally, on October 21, 2020, my firm mailed the Service Package to

Defendant Alsaleh by Aramex[2] at the address indicated above.  *See* Ex. X (Aramex tracking page).

Aramex attempted to deliver the package to Defendant Alsaleh on October 28, 2020, but the

package was "refused by [the] customer."  *See id.*

### Defendant Alhaqbani

19.     On September 22, 2020 Plaintiff effected service on Defendant Alhaqbani via

WhatsApp, as described in more detail in the Musters Affidavit.  Dkt. 35 ¶ 21.

20.     On October 3, 2020, my firm mailed the Service Package to Defendant Alhaqbani

by FedEx International Priority to: Ministry of Interior, Riyadh 11134, Saudi Arabia.  *See* Ex. Y

(FedEx tracking page).  FedEx attempted to deliver the package to Defendant Alhaqbani on

October 7, 2020, at 11:08 AM, but the package was "[r]efused by [the] recipient."  *See id.*

### Defendant Alhomid

21.     On September 22, 2020 Plaintiff effected service on Defendant Alhomid via

WhatsApp and Signal, as described in more detail in the Musters Affidavit.  Dkt. 35 ¶¶ 22-23.

### Defendant Alqahtani

22.     On September 23, 2020, Plaintiff effected service on Defendant Alqahtani via

WhatsApp and Signal, as described in more detail in the Musters Affidavit.  Dkt. 35 ¶¶ 16-17.


I declare under penalty of perjury that the foregoing is true and correct.


Dated:  October 29, 2020                           /s/ David Pressman
                                                   David Pressman

---

[2] Aramex is a delivery company based in the United Arab Emirates, with a particular presence in the Middle East.  *See About Aramex*, https://www.aramex.com/us/en/about/about-aramex (last visited Oct. 28, 2020).