# EXHIBIT A

# USPS Tracking®

FAQs >

Track Another Package +

Remove ✕

**Tracking Number:** CJ180768993US

Your item was delivered in SAUDI ARABIA at 11:31 am on October 8, 2020.

 Delivered

October 8, 2020 at 11:31 am
Delivered
SAUDI ARABIA

Feedback

**Get Updates** ∨

---

**Text & Email Updates**  ∨

---

**Tracking History**  ∧

**October 8, 2020, 11:31 am**
Delivered
SAUDI ARABIA
Your item was delivered in SAUDI ARABIA at 11:31 am on October 8, 2020.

**October 7, 2020, 9:00 am**
Collect for Pick Up
SAUDI ARABIA

**October 7, 2020, 8:51 am**
Arrival at Post Office
SAUDI ARABIA

**October 6, 2020, 12:44 pm**
Departed Facility
SAUDI ARABIA

**October 6, 2020, 9:16 am**
Arrived at Facility
SAUDI ARABIA

**October 5, 2020, 9:56 am**
Processed through Facility
DAMMAM CENTRAL SORTING CENTER, SAUDI ARABIA

**October 5, 2020, 8:41 am**
Processed Through Facility
SAUDI ARABIA

**October 4, 2020, 2:05 am**
Departed
DAMMAM, SAUDI ARABIA

**October 2, 2020, 6:30 pm**
Departed
NEW YORK, UNITED STATES

**October 1, 2020, 6:24 pm**
Arrived
NEW YORK, UNITED STATES

**September 26, 2020, 2:16 pm**
Processed Through Regional Facility
JAMAICA NY INTERNATIONAL DISTRIBUTION CENTER

Feedback

**September 26, 2020, 2:15 pm**
Arrived at Regional Facility
JAMAICA NY INTERNATIONAL DISTRIBUTION CENTER

**September 26, 2020**
In Transit to Next Facility

**September 25, 2020, 5:16 am**
Departed USPS Regional Facility
JAMAICA NY INTERNATIONAL DISTRIBUTION CENTER

**September 24, 2020, 10:40 am**
Arrived at USPS Regional Facility
JAMAICA NY INTERNATIONAL DISTRIBUTION CENTER

**September 24, 2020, 4:51 am**
Departed USPS Facility
HYATTSVILLE, MD 20785

Feedback

**September 23, 2020, 11:16 pm**
Arrived at USPS Regional Facility
WASHINGTON DC NETWORK DISTRIBUTION CENTER

**September 23, 2020, 3:08 pm**
USPS in possession of item
WASHINGTON, DC 20005

**September 23, 2020**
Pre-Shipment Info Sent to USPS, USPS Awaiting Item

## Product Information

**Postal Product:**                                **Features:**

| Priority Mail International Parcels | Up to $100 insurance included |

**See Less ⋀**

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback