# EXHIBIT C

October 08, 2020

Dear Customer,

The following is the proof-of-delivery for tracking number: 815343276565

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | M.MOHAMED | **Delivery Location:** | HAI OLAYA |
| **Service type:** | International Priority | | RIYADH, |
| **Special Handling:** | Deliver Weekday; Residential Delivery | **Delivery date:** | Oct 8, 2020 12:09 |

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 815343276565 | **Ship Date:** | Oct 3, 2020 |
| | | **Weight:** | 1.5 LB/0.68 KG |

**Recipient:**
MOHAMMED BIN SALMAN, ATTN:TAMIM ABDULAZIZ
ROYAL COURT
AN NAKHEEL
RIYADH, SA,

**Shipper:**
J B,
919 THIRD AVE
NEW YORK, NY, US, 10022



Thank you for choosing FedEx