# EXHIBIT D

**IMPORTANT!**
**FedEx is closely monitoring the Wildfires in the Northwest.** Learn More

815343276565

# Delivered
## Thursday 10/08/2020 at 12:09 pm

**DELIVERED**
Signed for by: M.MOHAMED

**GET STATUS UPDATES**
**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| NEW YORK, NY US | RIYADH, SA |

## Shipment Facts

| TRACKING NUMBER | SERVICE | WEIGHT |
|---|---|---|
| 815343276565 | International Priority | 1.5 lbs / 0.68 kgs |

| DELIVERED TO | TOTAL PIECES | TOTAL SHIPMENT WEIGHT |
|---|---|---|
| Residence | 1 | 1.5 lbs / 0.68 kgs |

| TERMS | PACKAGING | SPECIAL HANDLING SECTION |
|---|---|---|
| Third Party | FedEx Pak | Deliver Weekday, Residential Delivery |

| STANDARD TRANSIT | SHIP DATE | ACTUAL DELIVERY |
|---|---|---|
| 10/10/2020 by 8:00 pm | Sat 10/03/2020 | Thu 10/08/2020 12:09 pm |

## Travel History

Local Scan Time

**Thursday , 10/08/2020**

| 2:36 pm | RIYADH SA | Delivery exception |
| | | Refused by recipient |
| 12:09 pm | RIYADH SA | Delivered |
| 8:28 am | RIYADH SA | On FedEx vehicle for delivery |

**Wednesday , 10/07/2020**

| 7:06 pm | RIYADH SA | At local FedEx facility |
| 5:03 pm | RIYADH SA | Delivery exception |
| | | Future delivery requested |

| | | |
|---|---|---|
| 8:46 am | RIYADH SA | On FedEx vehicle for delivery |
| 6:31 am | RIYADH SA | In transit |
| 6:30 am | RIYADH SA | International shipment release - Import |
| 6:29 am | RIYADH SA | At destination sort facility |
| 6:29 am | RIYADH SA | In transit<br>Package available for clearance |
| 5:26 am | RIYADH SA | At local FedEx facility |
| **Tuesday , 10/06/2020** | | |
| 5:30 am | DUBAI AE | In transit |
| **Monday , 10/05/2020** | | |
| 6:23 pm | ROISSY CHARLES DE GAULLE CEDEX FR | Departed FedEx location |
| 5:34 pm | ROISSY CHARLES DE GAULLE CEDEX FR | In transit |
| 9:37 am | ROISSY CHARLES DE GAULLE CEDEX FR | Arrived at FedEx location |
| **Sunday , 10/04/2020** | | |
| 7:01 pm | MEMPHIS, TN | Departed FedEx location |
| 5:38 pm | MEMPHIS, TN | In transit |
| 11:43 am | MEMPHIS, TN | In transit |
| 8:54 am | MEMPHIS, TN | Arrived at FedEx location |
| **Saturday , 10/03/2020** | | |
| 8:10 pm | WASHINGTON, DC | Left FedEx origin facility |
| 5:18 pm | WASHINGTON, DC | Picked up |
| 11:34 am | WASHINGTON, DC | Picked up<br>Tendered at FedEx Office |
| 10:31 am | | Shipment information sent to FedEx |