# EXHIBIT E



## Tracking Details

1Z6134386698260658

**Updated:** 10/12/2020 12:51 P.M. EST

# Delivered

### Delivered On
## Thursday 10/01/2020
### Delivery Time
## at 2:56 P.M.

Send Updates

**Delivered To**
RIYADH, SA

**Left At:** Office

**Received By:** OTHMAN

Proof of Delivery

Ask UPS

We care about the security of your package. Log in () to get more details about your delivery.

# Shipment Progress

| | Overview | Detailed View |
|---|---|---|
| | **Date** | **Location** | **Activity** |
| ✓ **Delivered** | 10/01/2020 2:56 P.M. | RIYADH, SA | DELIVERED  Proof of Delivery |
| ⊙ Out for Delivery | 10/01/2020  8:38 A.M. | Riyadh, Saudi Arabia | Out For Delivery |
| | 09/30/2020  11:14 P.M. | Riyadh, Saudi Arabia | This package is being held for a future delivery date. |
| | 09/30/2020  10:41 A.M. | Riyadh, Saudi Arabia | Import Scan |
| | 09/30/2020  2:30 A.M. | Riyadh, Saudi Arabia | Arrived at Facility |
| | 09/30/2020  1:00 A.M. | Dharan, Saudi Arabia | Departed from Facility |

**Ask UPS**

|  | Date | Location | Activity |
|---|---|---|---|
|  | 09/29/2020 9:00 A.M. | Dharan, Saudi Arabia | Arrived at Facility |
|  | 09/26/2020 2:30 A.M. | Dubai Airport, United Arab Emirates | Departed from Facility |
|  | 09/25/2020 10:15 A.M. | Dubai Airport, United Arab Emirates | Origin Scan |
|  | 09/25/2020 2:15 A.M. | Dubai Airport, United Arab Emirates | Arrived at Facility |
|  | 09/24/2020 4:42 A.M. | Louisville, KY, United States | Departed from Facility |
|  | 09/24/2020 12:44 A.M. | Louisville, KY, United States | Export Scan |
|  | 09/23/2020 7:44 P.M. | Landover, MD, United States | Pickup Scan |
| Shipped | 09/23/2020 5:11 P.M. | New York, NY, United States | The service selected is not available to this destination address. This has delayed delivery. |

**Ask UPS**

| | Date | Location | Activity |
|---|---|---|---|
| Label Created | 09/23/2020  4:11 P.M. | United States | Order Processed: Ready for UPS |

## Shipment Details

**Service**

UPS Express Saver® ↗
(https://www.ups.com/content/us/en/shipping/time/service/index.html)

**Weight**

5.00 LBS

**Shipped / Billed On**

09/23/2020

**Shipment Category**

Package

Show Less  —

## 📦 Track

Help ↗

[                                                                ]

[                          Track                                 ]

Copyright ©1994- 2020 United Parcel Service of America, Inc. All rights reserved.

**Ask UPS**

Case 1:20-cv-02146-TJK   Document 36-5   Filed 10/29/20   Page 6 of 6

**Ask UPS**