# EXHIBIT F



**ATTN :** DAVID PRESSMAN
**PHONE :** (312)415-9338

## DELIVERY NOTIFICATION

INQUIRY FROM:   DAVID PRESSMAN
                JENNER & BLOCK LLP
                353 N CLARK ST RM 2800
                CHICAGO  IL 60654

| | |
|---|---|
| SHIPMENT TO: | MISK FOUNDATION<br>MISK FOUNDATION<br>D Q ST<br>RIYADH    1000 |

Shipper Number............................**613438**          Tracking Identification Number...**1Z6134386698260658**

According to our records **1** parcel was delivered on **10/01/20** at **2:56 P.M.**, and left at **OFFICE**.  The shipment was received by **OTHMAN** as follows:

| SHIPPER NUMBER | PKG ID NO. | TRACKING NUMBER | ADDRESS (NO/STREET,CITY) | SIGNATURE |
|---|---|---|---|---|
| 613438 | | 1Z6134386698260658 | D Q ST<br>RIYADH |  |

NPT9URD:000A0000