# EXHIBIT G



## Tracking Details

1Z6134386698450612

**Updated:** 10/12/2020 12:47 P.M. EST

# Delivered



**Delivered On**

## Thursday
## 10/01/2020

**Delivery Time**

## at 2:55 P.M.

Send Updates

**Delivered To**
RIYADH, SA

**Left At:** Office

**Received By:** OTHMAN RECEPTIO

Proof of Delivery

**Ask UPS**

We care about the security of your package. Log in () to get more details about your delivery.

## Shipment Progress  ^

| | Overview | Detailed View |
|---|---|---|

| | | Date | Location | Activity |
|---|---|---|---|---|
| ✓ | **Delivered** | **10/01/2020 2:55 P.M.** | **RIYADH, SA** | **DELIV-ERED** **Proof of Delivery** |
| ✓ | Out for Delivery | 10/01/2020  8:38 A.M. | Riyadh, Saudi Arabia | Out For De-livery |
| | | 09/30/2020  11:14 P.M. | Riyadh, Saudi Arabia | This package is being held for a future delivery date. |
| | | 09/30/2020  11:09 A.M. | Riyadh, Saudi Arabia | Import Scan |
| | | 09/30/2020  2:30 A.M. | Riyadh, Saudi Arabia | Arrived at Facility |
| | | 09/30/2020  1:00 A.M. | Dharan, Saudi Arabia | Departed from Facility |

**Ask UPS**

| | | Date | Location | Activity |
|---|---|---|---|---|
| | | 09/29/2020  9:00 A.M. | Dharan, Saudi Arabia | Arrived at Facility |
| | | 09/26/2020  2:30 A.M. | Dubai Airport, United Arab Emirates | Departed from Facility |
| | | 09/25/2020  10:15 A.M. | Dubai Airport, United Arab Emirates | Origin Scan |
| | | 09/25/2020  2:15 A.M. | Dubai Airport, United Arab Emirates | Arrived at Facility |
| | | 09/24/2020  4:42 A.M. | Louisville, KY, United States | Departed from Facility |
| | | 09/24/2020  12:44 A.M. | Louisville, KY, United States | Export Scan |
| | | 09/23/2020  7:44 P.M. | Landover, MD, United States | Pickup Scan |
| | Shipped | 09/23/2020  4:48 P.M. | New York, NY, United States | The service selected is not available to this destination address. This has delayed delivery. |

**Ask UPS**

| | Date | Location | Activity |
|---|---|---|---|
| Label Created | 09/23/2020  3:48 P.M. | United States | Order Processed: Ready for UPS |

## Shipment Details                                               ⌃

**Service**

UPS Express Saver® ↗ (https://www.ups.com/content/us/en/shipping/time/service/index.html)

**Weight**

5.00 LBS

Show More  +

## 📦 Track

Help ↗

[                                                              ]

( Track )

Copyright ©1994- 2020 United Parcel Service of America, Inc. All rights reserved.

**Ask UPS**