# EXHIBIT H



October 14, 2020
Shipper 613438
Page 1 of 1

ATTN : DAVID PRESSMAN
PHONE : (312)415-9338

# DELIVERY NOTIFICATION

| INQUIRY FROM: | DAVID PRESSMAN<br>JENNER & BLOCK LLP<br>353 N CLARK ST RM 2800<br>CHICAGO IL 60654 |
|---|---|
| SHIPMENT TO: | BADER ALASAKER<br>BADER ALASAKER<br>D Q ST<br>RIYADH    1000 |

Shipper Number............................**613438**          Tracking Identification Number...**1Z6134386698450612**

According to our records **1** parcel was delivered on **10/01/20** at **2:55 P.M.**, and left at **OFFICE**.  The shipment was received by **OTHMAN RECEPTIO** as follows:

| SHIPPER<br>NUMBER | PKG<br>ID NO. | TRACKING<br>NUMBER | ADDRESS<br>(NO/STREET,CITY) | SIGNATURE |
|---|---|---|---|---|
| 613438 | | 1Z6134386698450612 | D Q ST<br>RIYADH | *[signature]* |

NPT9URD:000A0000