# EXHIBIT I



# Tracking Details

1Z6134386697893468

**Updated:** 10/12/2020 12:50 P.M. EST

## Delivered



**Delivered On**

## Tuesday
## 10/06/2020

**Delivery Time**

## at 12:05 P.M.

Send Updates

**Delivered To**
RIYADH, SA

**Left At:** Office

**Received By:** YOUSEF

Proof of Delivery

Ask UPS

We care about the security of your package. Log in () to get more details about your delivery.

## Shipment Progress

| | | Overview | Detailed View | |
|---|---|---|---|---|
| | | **Date** | **Location** | **Activity** |
| ✓ | **Delivered** | 10/06/2020 12:05 P.M. | **RIYADH, SA** | **DELIVERED** **Proof of Delivery** |
| ✓ | Out for Delivery | 10/06/2020  8:37 A.M. | Riyadh, Saudi Arabia | Out For Delivery |
| | | 10/05/2020  7:27 P.M. | Riyadh, Saudi Arabia | This package is being held for a future delivery date. |
| | | 10/05/2020  8:52 A.M. | Riyadh, Saudi Arabia | Destination Scan |
| | | 10/04/2020  4:34 P.M. | Riyadh, Saudi Arabia | Delivery may be delayed due to an incomplete address. We are working to update the address. **Ask UPS** |

| Date | Location | Activity |
| --- | --- | --- |
| 10/04/2020  7:57 A.M. | Riyadh, Saudi Arabia | Destination Scan |
| 10/03/2020  2:33 P.M. | Riyadh, Saudi Arabia | This package is being held for a future delivery date. |
| 10/03/2020  12:14 P.M. | Riyadh, Saudi Arabia | Delivery has been rescheduled due to holiday closures. |
| 10/01/2020  5:02 P.M. | Riyadh, Saudi Arabia | Delivery may be delayed due to an incomplete address. We are working to update the address. |
| 10/01/2020  8:40 A.M. | Riyadh, Saudi Arabia | Destination Scan |
| 09/30/2020  11:12 P.M. | Riyadh, Saudi Arabia | This package is being held for a future delivery date. |
| 09/30/2020  11:46 A.M. | Riyadh, Saudi Arabia | Import Scan |

**Ask UPS**

| Date | | Location | Activity |
|---|---|---|---|
| 09/30/2020 | 2:30 A.M. | Riyadh, Saudi Arabia | Arrived at Facility |
| 09/30/2020 | 1:00 A.M. | Dharan, Saudi Arabia | Departed from Facility |
| 09/29/2020 | 9:00 A.M. | Dharan, Saudi Arabia | Arrived at Facility |
| 09/26/2020 | 9:30 P.M. | Dubai Airport, United Arab Emirates | Departed from Facility |
| 09/26/2020 | 2:36 A.M. | Dubai Airport, United Arab Emirates | Arrived at Facility |
| 09/25/2020 | 5:33 A.M. | Louisville, KY, United States | Departed from Facility |
| 09/24/2020 | 10:56 P.M. | Louisville, KY, United States | Export Scan |
| 09/24/2020 | 10:52 P.M. | Louisville, KY, United States | Import Scan |

**Ask UPS**

|  | Date | Location | Activity |
|---|---|---|---|
|  | 09/24/2020  5:08 P.M. | Paramus, NJ, United States | The service selected is not available to this destination address. This has delayed delivery. |
|  | 09/24/2020  12:44 P.M. | Louisville, KY, United States | A missing commercial invoice is causing a delay. / The information requested has been obtained and the hold has been resolved. |
|  | 09/24/2020  3:45 A.M. | Louisville, KY, United States | Warehouse Scan |
|  | 09/24/2020  1:59 A.M. | Louisville, KY, United States | A missing commercial invoice is causing a delay. |
|  | 09/24/2020  12:40 A.M. | Louisville, KY, United States | Origin Scan |
| Shipped | 09/23/2020  7:44 P.M. | Landover, MD, United States | Pickup Scan |

**Ask UPS**

|   | Date | Location | Activity |
|---|---|---|---|
| Label Created | 09/23/2020  2:22 P.M. | United States | Order Processed: Ready for UPS |

## Shipment Details

**Service**

UPS Express Saver® [↗]
(https://www.ups.com/content/us/en/shipping/time/service/index.html)

**Weight**

5.00 LBS

**Shipped / Billed On**

09/23/2020

**Shipment Category**

Package

Show Less —

## Track

Help [↗]

Track

Copyright ©1994- 2020 United Parcel Service of America, Inc. All rights reserved.

Ask UPS

**Ask UPS**