# EXHIBIT J

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** CJ180769530US

Remove ✕

Your item was delivered in SAUDI ARABIA at 12:51 pm on October 7, 2020.

## ✓ Delivered

October 7, 2020 at 12:51 pm
Delivered
SAUDI ARABIA

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**October 7, 2020, 12:51 pm**
Delivered
SAUDI ARABIA
Your item was delivered in SAUDI ARABIA at 12:51 pm on October 7, 2020.

**October 7, 2020, 9:00 am**
Collect for Pick Up
SAUDI ARABIA

**October 7, 2020, 8:51 am**
Arrival at Post Office
SAUDI ARABIA

**October 6, 2020, 12:44 pm**
Departed Facility
SAUDI ARABIA

**October 6, 2020, 9:16 am**
Arrived at Facility
SAUDI ARABIA

**October 5, 2020, 9:56 am**
Processed through Facility
DAMMAM CENTRAL SORTING CENTER, SAUDI ARABIA

**October 5, 2020, 8:41 am**
Processed Through Facility
SAUDI ARABIA

**October 4, 2020, 2:05 am**
Departed
DAMMAM, SAUDI ARABIA

**October 2, 2020, 6:30 pm**
Departed
NEW YORK, UNITED STATES

**October 1, 2020, 6:24 pm**
Arrived
NEW YORK, UNITED STATES

**September 26, 2020, 2:16 pm**
Processed Through Regional Facility
JAMAICA NY INTERNATIONAL DISTRIBUTION CENTER

**September 26, 2020, 2:15 pm**
Arrived at Regional Facility
JAMAICA NY INTERNATIONAL DISTRIBUTION CENTER

**September 26, 2020**
In Transit to Next Facility

**September 25, 2020, 12:45 am**
Departed USPS Regional Facility
JAMAICA NY INTERNATIONAL DISTRIBUTION CENTER

**September 24, 2020, 10:40 am**
Arrived at USPS Regional Facility
JAMAICA NY INTERNATIONAL DISTRIBUTION CENTER

**September 24, 2020, 4:51 am**
Departed USPS Facility
HYATTSVILLE, MD 20785

**September 23, 2020, 11:16 pm**
Arrived at USPS Regional Facility
WASHINGTON DC NETWORK DISTRIBUTION CENTER

**September 23, 2020, 3:08 pm**
USPS in possession of item
WASHINGTON, DC 20005

**September 23, 2020**
Pre-Shipment Info Sent to USPS, USPS Awaiting Item

**Product Information**                                                                                          ⌃

| **Postal Product:** | **Features:** |

Priority Mail International Parcels          Up to $100 insurance included

**See Less ∧**

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**