# EXHIBIT K



October 14, 2020
Shipper 613438
Page 1 of 1

ATTN : DAVID PRESSMAN
PHONE : (312)415-9338

# DELIVERY NOTIFICATION

| | |
|---|---|
| **INQUIRY FROM:** | DAVID PRESSMAN<br>JENNER & BLOCK LLP<br>353 N CLARK ST RM 2800<br>CHICAGO  IL 60654 |
| **SHIPMENT TO:** | AHMED ALASSIRI<br>AHMED ALASSIRI<br>NAKHEEL ST<br>RIYADH    1000 |

Shipper Number............................**613438**            Tracking Identification Number...**1Z6134386697893468**

According to our records **1** parcel was delivered on **10/06/20** at **12:05 P.M.**, and left at **OFFICE**.  The shipment was received by **YOUSEF** as follows:

| SHIPPER NUMBER | PKG ID NO. | TRACKING NUMBER | ADDRESS (NO/STREET,CITY) | SIGNATURE |
|---|---|---|---|---|
| 613438 | | 1Z6134386697893468 | NAKHEEL ST<br>RIYADH | _(signature)_ |

NPT9URD:000A0000