# EXHIBIT N

**IMPORTANT!**
**FedEx is closely monitoring Hurricane Delta and the Wildfires in the Northwest.** Learn More

815343276510 

# Delivered
## Sunday 10/11/2020 at 11:18 am

**DELIVERED**
Signed for by: S.SARA

**GET STATUS UPDATES**
**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| NEW YORK, NY US | RIYADH, SA |

## Shipment Facts

| TRACKING NUMBER | SERVICE | WEIGHT |
|---|---|---|
| 815343276510 | International Priority | 1.5 lbs / 0.68 kgs |

| DELIVERED TO | TOTAL PIECES | TOTAL SHIPMENT WEIGHT |
|---|---|---|
| Residence | 1 | 1.5 lbs / 0.68 kgs |

| TERMS | PACKAGING | SPECIAL HANDLING SECTION |
|---|---|---|
| Third Party | FedEx Pak | Deliver Weekday, Residential Delivery |

| STANDARD TRANSIT | SHIP DATE | ACTUAL DELIVERY |
|---|---|---|
| 10/10/2020 by 8:00 pm | Sat 10/03/2020 | Sun 10/11/2020 11:18 am |

## Travel History

Local Scan Time

**Sunday, 10/11/2020**
| 11:18 am | RIYADH SA | Delivered |
| 8:32 am | RIYADH SA | On FedEx vehicle for delivery |

**Saturday, 10/10/2020**
| 11:27 am | RIYADH SA | At local FedEx facility |

**Thursday, 10/08/2020**
| 10:13 am | RIYADH SA | At local FedEx facility |

| | | |
|---|---|---|
| **Wednesday, 10/07/2020** | | |
| 10:58 am | RIYADH SA | At local FedEx facility |
| 9:15 am | RIYADH SA | Delivery exception |
| | | Incorrect address |
| 6:31 am | RIYADH SA | In transit |
| 6:30 am | RIYADH SA | International shipment release - Import |
| 6:29 am | RIYADH SA | At destination sort facility |
| 6:29 am | RIYADH SA | In transit |
| | | Package available for clearance |
| 5:26 am | RIYADH SA | At local FedEx facility |
| **Tuesday, 10/06/2020** | | |
| 5:30 am | DUBAI AE | In transit |
| **Monday, 10/05/2020** | | |
| 6:23 pm | ROISSY CHARLES DE GAULLE CEDEX FR | Departed FedEx location |
| 5:34 pm | ROISSY CHARLES DE GAULLE CEDEX FR | In transit |
| 9:37 am | ROISSY CHARLES DE GAULLE CEDEX FR | Arrived at FedEx location |
| **Sunday, 10/04/2020** | | |
| 7:01 pm | MEMPHIS, TN | Departed FedEx location |
| 5:38 pm | MEMPHIS, TN | In transit |
| 11:43 am | MEMPHIS, TN | In transit |
| 8:54 am | MEMPHIS, TN | Arrived at FedEx location |
| **Saturday, 10/03/2020** | | |
| 8:10 pm | WASHINGTON, DC | Left FedEx origin facility |
| 5:18 pm | WASHINGTON, DC | Picked up |
| 10:19 am | WASHINGTON, DC | Picked up |
| | | Tendered at FedEx Office |
| 9:17 am | | Shipment information sent to FedEx |