# EXHIBIT O

October 12, 2020

Dear Customer,

The following is the proof-of-delivery for tracking number: 815343276510

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | S.SARA | **Delivery Location:** | QURTABA |
| **Service type:** | International Priority | | RIYADH, |
| **Special Handling:** | Deliver Weekday; Residential Delivery | **Delivery date:** | Oct 11, 2020 11:18 |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 815343276510 | **Ship Date:** | Oct 3, 2020 |
| | | **Weight:** | 1.5 LB/0.68 KG |

**Recipient:**
MOHAMMED ALHAMED, SAUDI ELITE GROUP
AIRPORT RD,EXIT 8,NEAR SABIC,KKI
THE BUISNESS GATE
RIYADH, SA,

**Shipper:**
J B,
919 THIRD AVE
NEW YORK, NY, US, 10022



Thank you for choosing FedEx