# EXHIBIT P

Case 1:20-cv-02146-TJK   Document 36-16   Filed 10/29/20   Page 2 of 8



# Tracking Details

1Z6134386695788380

**Updated:** 10/12/2020 12:01 P.M. EST

# Delivered

### Delivered On

## Thursday
## 10/08/2020

### Delivery Time

## at 2:26 P.M.

Send Updates

**Delivered To**

RIYADH, SA

**Left At:** Receiver

**Received By:** KHALID

Proof of Delivery

We care about the security of your package. Log in () to get more details about your delivery.



## Shipment Progress    ^

| | Overview | | | Detailed View | |

| | | Date | Location | Activity |
|---|---|---|---|---|
| ✓ | **Delivered** | **10/08/2020 2:26 P.M.** | **RIYADH, SA** | **DELIV- ERED** **Proof of Delivery** |
| ✓ | Out for Delivery | 10/08/2020  8:32 A.M. | Riyadh, Saudi Arabia | Out For De- livery |
| | | 10/07/2020  6:22 P.M. | Riyadh, Saudi Arabia | Delivery may be delayed due to an incomplete address. We are working to update the address. |
| | | 10/07/2020  8:29 A.M. | Riyadh, Saudi Arabia | Destination Scan |

| Date | Location | Activity |
|---|---|---|
| 10/06/2020  6:28 P.M. | Riyadh, Saudi Arabia | Delivery may be delayed due to an incomplete address. We are working to update the address. |
| 10/06/2020  8:27 A.M. | Riyadh, Saudi Arabia | Destination Scan |
| 10/05/2020  7:14 P.M. | Riyadh, Saudi Arabia | Delivery may be delayed due to an incomplete address. We are working to update the address. |
| 10/05/2020  8:15 A.M. | Riyadh, Saudi Arabia | Destination Scan |
| 10/04/2020  7:05 P.M. | Riyadh, Saudi Arabia | Delivery may be delayed due to an incomplete address. We are working to update the address. |
| 10/04/2020  9:04 A.M. | Riyadh, Saudi Arabia | Destination Scan |

| Date | Location | Activity |
|---|---|---|
| 10/03/2020  12:11 P.M. | Riyadh, Saudi Arabia | Delivery has been rescheduled due to holiday closures. |
| 10/01/2020  6:02 P.M. | Riyadh, Saudi Arabia | Delivery may be delayed due to an incomplete address. We are working to update the address. |
| 10/01/2020  8:34 A.M. | Riyadh, Saudi Arabia | Destination Scan |
| 09/30/2020  11:14 P.M. | Riyadh, Saudi Arabia | This package is being held for a future delivery date. |
| 09/30/2020  10:42 A.M. | Riyadh, Saudi Arabia | Import Scan |
| 09/30/2020  2:30 A.M. | Riyadh, Saudi Arabia | Arrived at Facility |
| 09/30/2020  1:00 A.M. | Dharan, Saudi Arabia | Departed from Facility |

| | | Date | Location | Activity |
|---|---|---|---|---|
| | | 09/29/2020 9:00 A.M. | Dharan, Saudi Arabia | Arrived at Facility |
| | | 09/26/2020 2:30 A.M. | Dubai Airport, United Arab Emirates | Departed from Facility |
| | | 09/25/2020 10:16 A.M. | Dubai Airport, United Arab Emirates | Origin Scan |
| | | 09/25/2020 2:15 A.M. | Dubai Airport, United Arab Emirates | Arrived at Facility |
| | | 09/24/2020 4:42 A.M. | Louisville, KY, United States | Departed from Facility |
| | | 09/24/2020 12:43 A.M. | Louisville, KY, United States | Export Scan |
| | | 09/23/2020 7:44 P.M. | Landover, MD, United States | Pickup Scan |
| ✓ | Shipped | 09/23/2020 4:35 P.M. | New York, NY, United States | The service selected is not available to this destination address. This has delayed delivery. |

| | Date | Location | Activity |
|---|---|---|---|
| Label Created | 09/23/2020  3:35 P.M. | United States | Order Processed: Ready for UPS |

## Shipment Details  ⌃

**Service**

UPS Express Saver®  ↗
(https://www.ups.com/content/us/en/shipping/time/service/index.html)

**Weight**

5.00 LBS

**Shipped / Billed On**

09/23/2020

**Shipment Category**

Package

Show Less  —

## ⬚ Track

Help ↗

[                                                                    ]

[                          Track                                     ]

Copyright ©1994- 2020 United Parcel Service of America, Inc. All rights reserved.

Case 1:20-cv-02146-TJK   Document 36-16   Filed 10/29/20   Page 8 of 8