# EXHIBIT Q



October 14, 2020
Shipper 613438
Page 1 of 1

ATTN : DAVID PRESSMAN
PHONE : (312)415-9338

## DELIVERY NOTIFICATION

| | |
|---|---|
| **INQUIRY FROM:** | DAVID PRESSMAN<br>JENNER & BLOCK LLP<br>353 N CLARK ST RM 2800<br>CHICAGO  IL 60654 |
| **SHIPMENT TO:** | KHALID IBRAHIM ABDULAZIZ ALG<br>KHALID IBRAHIM<br>KING FHAD RD<br>RIYADH     1000 |

Shipper Number............................**613438**      Tracking Identification Number...**1Z6134386695788380**

According to our records **1** parcel was delivered on **10/08/20** at **2:26 P.M.**.  The shipment was received by **KHALID** as follows:

| SHIPPER NUMBER | PKG ID NO. | TRACKING NUMBER | ADDRESS (NO/STREET,CITY) | SIGNATURE |
|---|---|---|---|---|
| 613438 | | 1Z6134386695788380 | KING FHAD RD<br>RIYADH | *(signature)* |

NPT9URD:000A0000