# EXHIBIT R

**IMPORTANT!**
**FedEx is closely monitoring the Wildfires in the Northwest.** Learn More

771693110087

## Delivered
### Wednesday 10/07/2020 at 2:18 pm

**DELIVERED**
Signed for by: K.KHALID

**GET STATUS UPDATES**
**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| NEW YORK, NY US | RIYADH, SA |

## Shipment Facts

| TRACKING NUMBER | SERVICE | WEIGHT |
|---|---|---|
| 771693110087 | International Priority | 1.5 lbs / 0.68 kgs |

| DELIVERED TO | TOTAL PIECES | TOTAL SHIPMENT WEIGHT |
|---|---|---|
| Receptionist/Front Desk | 1 | 1.5 lbs / 0.68 kgs |

| TERMS | SHIPPER REFERENCE | PACKAGING |
|---|---|---|
| Shipper | 105347259 | FedEx Pak |

| SPECIAL HANDLING SECTION | STANDARD TRANSIT | SHIP DATE |
|---|---|---|
| Deliver Weekday | 10/07/2020 by 8:00 pm | Fri 10/02/2020 |

**ACTUAL DELIVERY**
Wed 10/07/2020 2:18 pm

## Travel History

Local Scan Time

**Wednesday, 10/07/2020**

| | | | |
|---|---|---|---|
| 2:18 pm | RIYADH SA | Delivered | |
| 10:36 am | RIYADH SA | On FedEx vehicle for delivery | |

**Tuesday, 10/06/2020**

| | | | |
|---|---|---|---|
| 9:36 pm | RIYADH SA | At local FedEx facility | |
| 7:02 pm | RIYADH SA | Delivery exception | |

|          |                |                                    |
|----------|----------------|------------------------------------|
|          |                | Incorrect address                  |
| 11:21 am | RIYADH SA      | On FedEx vehicle for delivery      |
| 6:24 am  | RIYADH SA      | At local FedEx facility            |

Sunday , 10/04/2020

| 5:37 am | DUBAI AE | In transit |

Saturday , 10/03/2020

| 5:37 am | MEMPHIS, TN | In transit |
| 5:28 am | MEMPHIS, TN | Departed FedEx location |
| 3:20 am | MEMPHIS, TN | In transit |
| 2:17 am | MEMPHIS, TN | In transit |

Friday , 10/02/2020

| 11:48 pm | MEMPHIS, TN     | Arrived at FedEx location |
| 9:12 pm  | WASHINGTON, DC  | Left FedEx origin facility |
| 5:21 pm  | WASHINGTON, DC  | Picked up |
| 12:14 pm | WASHINGTON, DC  | Picked up |
|          |                 | Tendered at FedEx Office |
| 10:21 am |                 | Shipment information sent to FedEx |