# EXHIBIT S

October 08, 2020

Dear Customer,

The following is the proof-of-delivery for tracking number: 771693110087

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | K.KHALID | **Delivery Location:** | R02 AREA AL NASEEM RIYADH |
| **Service type:** | International Priority | | RIYADH, 14812 |
| **Special Handling:** | Deliver Weekday | **Delivery date:** | Oct 7, 2020 14:18 |

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 771693110087 | **Ship Date:** | Oct 2, 2020 |
| | | **Weight:** | 1.5 LB/0.68 KG |

**Recipient:**
KHALID IBRAHIM ABDULAZIZ ALGASEM, GENERAL DEPART. OF CRIMINAL EVID
AR RIMAYAH
RIYADH, SA, 14812

**Shipper:**
J   B,
919 3RD AVE
NEW YORK, NY, US, 10022

**Reference**     105347259



Thank you for choosing FedEx