# EXHIBIT T

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** CJ180781632US

Remove ✕

Your item was delivered in SAUDI ARABIA at 6:57 pm on October 12, 2020.

## ⊘ Delivered

October 12, 2020 at 6:57 pm
Delivered
SAUDI ARABIA

Feedback

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**October 12, 2020, 6:57 pm**
Delivered
SAUDI ARABIA
Your item was delivered in SAUDI ARABIA at 6:57 pm on October 12, 2020.

---

**October 8, 2020, 8:36 am**
Collect for Pick Up
SAUDI ARABIA

**October 8, 2020, 8:30 am**
Arrival at Post Office
SAUDI ARABIA

**October 7, 2020, 11:59 am**
Departed Facility
SAUDI ARABIA

**October 7, 2020, 6:58 am**
Arrived at Facility
SAUDI ARABIA

**October 6, 2020, 12:37 pm**
Out for Delivery
SAUDI ARABIA

**October 6, 2020, 11:51 am**
Arrival at Post Office
SAUDI ARABIA

Feedback

**October 5, 2020, 12:42 pm**
Departed Facility
SAUDI ARABIA

**October 5, 2020, 8:12 am**
Arrived at Facility
SAUDI ARABIA

**October 4, 2020, 10:52 am**
Processed through Facility
DAMMAM CENTRAL SORTING CENTER, SAUDI ARABIA

**October 4, 2020, 9:57 am**
Processed Through Facility
SAUDI ARABIA

**October 1, 2020, 7:35 am**
Departed
DAMMAM, SAUDI ARABIA

**September 28, 2020, 3:30 am**
Departed
NEW YORK, UNITED STATES

**September 27, 2020, 1:39 pm**
Arrived
NEW YORK, UNITED STATES

**September 26, 2020, 1:57 pm**
Processed Through Regional Facility
JAMAICA NY INTERNATIONAL DISTRIBUTION CENTER

**September 26, 2020, 1:57 pm**
Arrived at Regional Facility
JAMAICA NY INTERNATIONAL DISTRIBUTION CENTER

Feedback

**September 26, 2020**
In Transit to Next Facility

**September 25, 2020, 2:24 pm**
Departed USPS Regional Facility
JAMAICA NY INTERNATIONAL DISTRIBUTION CENTER

**September 24, 2020, 10:40 am**
Arrived at USPS Regional Facility
JAMAICA NY INTERNATIONAL DISTRIBUTION CENTER

**September 24, 2020, 4:51 am**
Departed USPS Facility
HYATTSVILLE, MD 20785

**September 23, 2020, 11:16 pm**
Arrived at USPS Regional Facility
WASHINGTON DC NETWORK DISTRIBUTION CENTER

**September 23, 2020, 3:08 pm**
USPS in possession of item
WASHINGTON, DC 20005

**September 23, 2020**
Pre-Shipment Info Sent to USPS, USPS Awaiting Item

**Product Information**                                                                      ⌄

See Less ⌃

Feedback

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**