# EXHIBIT U

**IMPORTANT!**
**FedEx is closely monitoring the Wildfires in the Northwest.** Learn More

815343276532

# Delivered
## Wednesday 10/07/2020 at 2:19 pm

**DELIVERED**

Signed for by: K.KHALID

**GET STATUS UPDATES**
**OBTAIN PROOF OF DELIVERY**

| FROM | TO |
|---|---|
| NEW YORK, NY US | RIYADH, SA |

## Shipment Facts

| TRACKING NUMBER | SERVICE | WEIGHT |
|---|---|---|
| 815343276532 | International Priority | 1.5 lbs / 0.68 kgs |

| DELIVERED TO | TOTAL PIECES | TOTAL SHIPMENT WEIGHT |
|---|---|---|
| Receptionist/Front Desk | 1 | 1.5 lbs / 0.68 kgs |

| TERMS | PACKAGING | SPECIAL HANDLING SECTION |
|---|---|---|
| Third Party | FedEx Pak | Deliver Weekday |

| STANDARD TRANSIT | SHIP DATE | ACTUAL DELIVERY |
|---|---|---|
| 10/10/2020 by 8:00 pm | Sat 10/03/2020 | Wed 10/07/2020 2:19 pm |

## Travel History

Local Scan Time

**Wednesday , 10/07/2020**

| Time | Location | Status |
|---|---|---|
| 2:19 pm | RIYADH SA | Delivered |
| 10:36 am | RIYADH SA | On FedEx vehicle for delivery |
| 6:31 am | RIYADH SA | In transit |
| 6:30 am | RIYADH SA | International shipment release - Import |
| 6:29 am | RIYADH SA | At destination sort facility |
| 6:29 am | RIYADH SA | In transit |

|         |                                      | Package available for clearance |
|---------|--------------------------------------|---------------------------------|
| 5:26 am | RIYADH SA                            | At local FedEx facility         |

Tuesday , 10/06/2020

| 5:30 am | DUBAI AE | In transit |

Monday , 10/05/2020

| 6:23 pm | ROISSY CHARLES DE GAULLE CEDEX FR | Departed FedEx location |
| 5:34 pm | ROISSY CHARLES DE GAULLE CEDEX FR | In transit |
| 9:37 am | ROISSY CHARLES DE GAULLE CEDEX FR | Arrived at FedEx location |

Sunday , 10/04/2020

| 7:01 pm  | MEMPHIS, TN | Departed FedEx location |
| 5:38 pm  | MEMPHIS, TN | In transit |
| 11:43 am | MEMPHIS, TN | In transit |
| 8:54 am  | MEMPHIS, TN | Arrived at FedEx location |

Saturday , 10/03/2020

| 8:10 pm  | WASHINGTON, DC | Left FedEx origin facility |
| 5:18 pm  | WASHINGTON, DC | Picked up |
| 10:55 am | WASHINGTON, DC | Picked up |
|          |                | Tendered at FedEx Office |
| 9:53 am  |                | Shipment information sent to FedEx |