# EXHIBIT V

October 08, 2020

Dear Customer,

The following is the proof-of-delivery for tracking number: 815343276532

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | K.KHALID | **Delivery Location:** | R02 AREA AL NASEEM RIYADH |
| **Service type:** | International Priority | | RIYADH, |
| **Special Handling:** | Deliver Weekday | **Delivery date:** | Oct 7, 2020 14:19 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 815343276532 | **Ship Date:** | Oct 3, 2020 |
| | | **Weight:** | 1.5 LB/0.68 KG |

**Recipient:**
MISKAL FAHAD ALSAYED, GENERAL DEPARTMENT OF CRIMINAL EVI
AR RIMAYAH
RIYADH, SA,

**Shipper:**
J B,
919 THIRD AVE
NEW YORK, NY, US, 10022



Thank you for choosing FedEx