# EXHIBIT W

**IMPORTANT!**
**The aftermath of Hurricane Delta continues to cause hazardous conditions across portions of Louisiana.** Learn More

815343276451

No scheduled delivery date available at this time.

## Scheduled delivery: Pending

**IN TRANSIT**

At FedEx destination facility

RIYADH, SA

**GET STATUS UPDATES**

| FROM | TO |
|---|---|
| NEW YORK, NY US | RIYADH, SA |

### Shipment Facts

| TRACKING NUMBER | SERVICE | WEIGHT |
|---|---|---|
| 815343276451 | International Priority | 1.5 lbs / 0.68 kgs |

| TOTAL PIECES | TOTAL SHIPMENT WEIGHT | TERMS |
|---|---|---|
| 1 | 1.5 lbs / 0.68 kgs | Third Party |

| PACKAGING | SPECIAL HANDLING SECTION | STANDARD TRANSIT |
|---|---|---|
| FedEx Pak | Deliver Weekday, Residential Delivery | 10/10/2020 by 8:00 pm |

| SHIP DATE | SCHEDULED DELIVERY |
|---|---|
| Sat 10/03/2020 | Pending |

### Travel History

Local Scan Time

**Wednesday , 10/14/2020**

| 7:49 pm | RIYADH SA | At local FedEx facility |
| 6:00 pm | RIYADH SA | Returning package to shipper |
|  |  | Return tracking number 397820189918 |
| 11:06 am | RIYADH SA | At local FedEx facility |

| Date | Time | Location | Status |
|---|---|---|---|
| Tuesday, 10/13/2020 | 11:52 am | RIYADH SA | At local FedEx facility |
| Monday, 10/12/2020 | 10:48 am | RIYADH SA | At local FedEx facility |
| Sunday, 10/11/2020 | 10:51 am | RIYADH SA | At local FedEx facility |
| Saturday, 10/10/2020 | 11:28 am | RIYADH SA | At local FedEx facility |
| Wednesday, 10/07/2020 | 7:06 pm | RIYADH SA | At local FedEx facility |
| | 4:18 pm | RIYADH SA | Delivery exception<br>Refused by recipient |
| | 8:28 am | RIYADH SA | On FedEx vehicle for delivery |
| | 6:31 am | RIYADH SA | In transit |
| | 6:30 am | RIYADH SA | International shipment release - Import |
| | 6:29 am | RIYADH SA | At destination sort facility |
| | 6:29 am | RIYADH SA | In transit<br>Package available for clearance |
| | 5:26 am | RIYADH SA | At local FedEx facility |
| Tuesday, 10/06/2020 | 5:30 am | DUBAI AE | In transit |
| Monday, 10/05/2020 | 6:23 pm | ROISSY CHARLES DE GAULLE CEDEX FR | Departed FedEx location |
| | 5:34 pm | ROISSY CHARLES DE GAULLE CEDEX FR | In transit |
| | 9:37 am | ROISSY CHARLES DE GAULLE CEDEX FR | Arrived at FedEx location |
| Sunday, 10/04/2020 | 7:01 pm | MEMPHIS, TN | Departed FedEx location |
| | 5:38 pm | MEMPHIS, TN | In transit |
| | 11:20 am | MEMPHIS, TN | In transit |
| | 8:54 am | MEMPHIS, TN | Arrived at FedEx location |
| Saturday, 10/03/2020 | 8:10 pm | WASHINGTON, DC | Left FedEx origin facility |
| | 5:18 pm | WASHINGTON, DC | Picked up |
| | 11:16 am | WASHINGTON, DC | Picked up<br>Tendered at FedEx Office |
| | 10:12 am | | Shipment information sent to FedEx |