# EXHIBIT X

Case 1:20-cv-02146-TJK   Document 36-24   Filed 10/29/20   Page 2 of 4

**Shipment Summary**



Tracking Number: 33257040596



Processing        In Transit        Delivered

**New York** - United States    →    **Riyadh** - Saudi Arabia
Wednesday, 21 October 2020       Expected: Wednesday, 28 October 2020

 Shipment Note
Please note that we are committed to deliver any shipment within 21 days from
receiving it at our offices

Current activity
Shipment refused by customer

**History**
Where Your Shipment Has Been

| Date | Location | Activity |
|------|----------|----------|
| 28 Oct 2020<br>04:46 PM | Al Sulai, Riyadh,<br>Saudi Arabia | Shipment refused by customer |
| 28 Oct 2020<br>08:22 AM | Al Sulai, Riyadh,<br>Saudi Arabia | Shipment is out for delivery |
| 27 Oct 2020 | | |

| Date | Location | Activity |
|------|----------|----------|
| 08:21 PM | Saudi HUB, Saudi Arabia | Shipment arrived at Aramex destination facility - will be updated once ready for collection/delivery |
| 26 Oct 2020 08:59 AM | Network Update | Shipment update: Please expect delays due to flight connections. |
| 22 Oct 2020 11:58 AM | New York, United States | Shipment departed origin country - in flight to destination |
| 21 Oct 2020 04:53 PM | New York Office, United States | Shipment received at Aramex origin sorting facility |
| 21 Oct 2020 11:24 AM | New York, United States | Shipment still not received by Aramex |

Get Notifications 

**Details**

## More About Your Shipment



Shipment Type
**Priority Document Express**

Origin
**New York**
United States

→

Destination
**Riyadh**
Saudi Arabia

noeei30.37(a)
NEW YORK

Case 1:20-cv-02146-TJK   Document 36-24   Filed 10/29/20   Page 4 of 4