# EXHIBIT Y

**IMPORTANT!**
The aftermath of Hurricane Delta continues to cause hazardous conditions across portions of Louisiana. Learn More

815343276473

No scheduled delivery date available at this time.

# Scheduled delivery:
# Pending

**IN TRANSIT**

At FedEx destination facility

RIYADH, SA

**GET STATUS UPDATES**

| FROM | TO |
|---|---|
| NEW YORK, NY US | RIYADH, SA |

## Shipment Facts

| | | |
|---|---|---|
| **TRACKING NUMBER** | **SERVICE** | **WEIGHT** |
| 815343276473 | International Priority | 1.5 lbs / 0.68 kgs |
| **TOTAL PIECES** | **TOTAL SHIPMENT WEIGHT** | **TERMS** |
| 1 | 1.5 lbs / 0.68 kgs | Third Party |
| **PACKAGING** | **SPECIAL HANDLING SECTION** | **STANDARD TRANSIT** |
| FedEx Pak | Deliver Weekday | 10/10/2020 by 8:00 pm |
| **SHIP DATE** | **SCHEDULED DELIVERY** | |
| Sat 10/03/2020 | Pending | |

## Travel History

Local Scan Time

| Thursday , 10/15/2020 | | | |
|---|---|---|---|
| 10:37 am | RIYADH SA | At local FedEx facility |

| Wednesday , 10/14/2020 | | | |
|---|---|---|---|
| 11:06 am | RIYADH SA | At local FedEx facility |

| Tuesday , 10/13/2020 | | | |
|---|---|---|---|
| 11:52 am | RIYADH SA | At local FedEx facility |

| Monday , 10/12/2020 | | |
|---|---|---|
| 10:48 am | RIYADH SA | At local FedEx facility |

| Sunday , 10/11/2020 | | |
|---|---|---|
| 11:03 am | RIYADH SA | At local FedEx facility |

| Saturday , 10/10/2020 | | |
|---|---|---|
| 11:27 am | RIYADH SA | At local FedEx facility |

| Thursday , 10/08/2020 | | |
|---|---|---|
| 10:12 am | RIYADH SA | At local FedEx facility |

| Wednesday , 10/07/2020 | | |
|---|---|---|
| 7:06 pm | RIYADH SA | At local FedEx facility |
| 11:08 am | RIYADH SA | Delivery exception |
| | | Refused by recipient |
| 8:17 am | RIYADH SA | On FedEx vehicle for delivery |
| 6:31 am | RIYADH SA | In transit |
| 6:30 am | RIYADH SA | International shipment release - Import |
| 6:29 am | RIYADH SA | At destination sort facility |
| 6:29 am | RIYADH SA | In transit |
| | | Package available for clearance |
| 5:26 am | RIYADH SA | At local FedEx facility |

| Tuesday , 10/06/2020 | | |
|---|---|---|
| 5:30 am | DUBAI AE | In transit |

| Monday , 10/05/2020 | | |
|---|---|---|
| 6:23 pm | ROISSY CHARLES DE GAULLE CEDEX FR | Departed FedEx location |
| 5:34 pm | ROISSY CHARLES DE GAULLE CEDEX FR | In transit |
| 9:37 am | ROISSY CHARLES DE GAULLE CEDEX FR | Arrived at FedEx location |

| Sunday , 10/04/2020 | | |
|---|---|---|
| 7:01 pm | MEMPHIS, TN | Departed FedEx location |
| 5:38 pm | MEMPHIS, TN | In transit |
| 11:43 am | MEMPHIS, TN | In transit |
| 8:54 am | MEMPHIS, TN | Arrived at FedEx location |

| Saturday , 10/03/2020 | | |
|---|---|---|
| 8:10 pm | WASHINGTON, DC | Left FedEx origin facility |
| 5:18 pm | WASHINGTON, DC | Picked up |
| 10:42 am | WASHINGTON, DC | Picked up |
| | | Tendered at FedEx Office |
| 9:37 am | | Shipment information sent to FedEx |