## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DR. SAAD ALJABRI,

    Plaintiff,

v().

MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD, *et al*.

    Defendants.

Civil Action No. 1:20-cv-02146-TJK

### RETURN OF SERVICE

I HEREBY CERTIFY that on September 27, 2020, I served a copy of the summons and complaint, along with all additional documents filed at the time the case was opened (including the Court's Standing Order) by mailing the aforesaid documents to Defendant Khalid Ibrahim Abdulaziz Algasem by DHL shipping on September 25, 2020 to: General Department of Criminal Evidence, Ar Rimayah, Riyadh, Saudi Arabia.  Consistent with the U.S. District Court, District of Columbia Attorney Manual for Service of Process on a Foreign Defendant, the DHL package containing the aforesaid documents was reviewed and sealed by, and shipped from, the Clerk's Office at the U.S. District Court for the District of Columbia, upon receipt of Plaintiff's Affidavit Requesting Foreign Mailing.  Copies of the tracking receipt and proof of delivery from DHL are attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  October 29, 2020         /s/ David Pressman
                                 David Pressman (admitted *pro hac vice*)
                                 D.C. Bar No. 1013431
                                 Jenner & Block LLP
                                 919 Third Avenue
                                 New York, NY 10022
                                 Telephone:  (212) 891-1654
                                 Fax: (212) 891-1699
                                 dpressman@jenner.com