IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. SAAD ALJABRI,<br><br>    Plaintiff,<br><br>    v.<br><br>MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD, *et al*.<br><br>    Defendants. | Civil Action No. 1:20-cv-02146-TJK |

**RETURN OF SERVICE**

I HEREBY CERTIFY that on September 27, 2020, I served a copy of the summons and complaint, along with all additional documents filed at the time the case was opened (including the Court's Standing Order), on Defendant Prince Mohammed bin Salman bin Abdulaziz Foundation d/b/a MiSK Foundation by mailing the aforesaid documents to Defendant MiSK Foundation by DHL shipping on September 25, 2020 to: MiSK Foundation Building, Abdullah Alsahmi Street, Al Safarat Area 7605, Riyadh, Saudi Arabia.  Consistent with the U.S. District Court, District of Columbia Attorney Manual for Service of Process on a Foreign Defendant, the DHL package containing the aforesaid documents was reviewed and sealed by, and shipped from, the Clerk's Office at the U.S. District Court for the District of Columbia, upon receipt of Plaintiff's Affidavit Requesting Foreign Mailing.  Copies of the tracking receipt and proof of delivery from DHL are attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

2

| | |
|---|---|
| Dated:  October 29, 2020 | /s/ David Pressman<br>David Pressman (admitted *pro hac vice*)<br>D.C. Bar No. 1013431<br>Jenner & Block LLP<br>919 Third Avenue<br>New York, NY 10022<br>Telephone:  (212) 891-1654<br>Fax: (212) 891-1699<br>dpressman@jenner.com |

2