# EXHIBIT A



English  Contact Center  DHL Worldwide

# Track DHL Express Shipments

Here's the fastest way to check the status of your shipment. No need to call Customer Service – our online results give you real-time, detailed progress as your shipment speeds through the DHL network.

## Result Summary

**Waybill: 2773356003**

**Signed for by: OTHMAN MISK RECEPTION**

Get Signature Proof of Delivery

Sunday, September 27, 2020 at 09:10
**Origin Service Area:**
WASHINGTON - RONALD REAGAN NATIONAL, DC - WASHINGTON - USA
**Destination Service Area:**
RIYADH - RIYADH - SAUDI ARABIA

1 Piece

| | Sunday, September 27, 2020 | Location | Time | Piece |
|---|---|---|---|---|
| 12 | Delivered - Signed for by: OTHMAN MISK RECEPTION | RIYADH | 09:10 | 1 Piece |
| 11 | With delivery courier | RIYADH - SAUDI ARABIA | 08:16 | 1 Piece |
| 10 | Arrived at Sort Facility RIYADH - SAUDI ARABIA | RIYADH - SAUDI ARABIA | 05:38 | 1 Piece |
| 9 | Departed Facility in BAHRAIN - BAHRAIN | BAHRAIN - BAHRAIN | 03:56 | 1 Piece |
| 8 | Transferred through BAHRAIN - BAHRAIN | BAHRAIN - BAHRAIN | 03:21 | 1 Piece |
| | **Saturday, September 26, 2020** | **Location** | **Time** | **Piece** |
| 7 | Departed Facility in CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 05:33 | 1 Piece |
| 6 | Processed at CINCINNATI HUB - USA | CINCINNATI HUB, OH - USA | 03:02 | 1 Piece |
| | **Friday, September 25, 2020** | **Location** | **Time** | **Piece** |
| 5 | Departed Facility in BALTIMORE AIRPORT - USA | BALTIMORE AIRPORT, MD - USA | 23:03 | 1 Piece |
| 4 | Processed at BALTIMORE AIRPORT - USA | BALTIMORE AIRPORT, MD - USA | 23:02 | 1 Piece |
| 3 | Departed Facility in WASHINGTON - RONALD REAGAN NATIONAL - USA | WASHINGTON - RONALD REAGAN NATIONAL, DC - USA | 22:18 | 1 Piece |
| 2 | Processed at WASHINGTON - RONALD REAGAN NATIONAL - USA | WASHINGTON - RONALD REAGAN NATIONAL, DC - USA | 19:10 | 1 Piece |
| 1 | Shipment picked up | WASHINGTON - RONALD REAGAN NATIONAL, DC - USA | 13:14 | 1 Piece |

If you would prefer to speak to someone personally about the location of your shipment, please contact DHL Express Customer Service.

Terms & Conditions
Tracking FAQs

Deutsche Post DHL Group



27 September 2020

Dear Customer,

This is a proof of delivery / statement of final status for the shipment with waybill number 2773356003.

Thank you for choosing DHL Express.

www.dhl.com

**Your shipment 2773356003 was delivered on 27 September 2020 at 09.10**

| | | | |
|---|---|---|---|
| **Signed** | OTHMAN MISK RECEPTION | **Destination Service Area** | RIYADH<br>SAUDI ARABIA |
| **Signature** | *[signature]* | **Shipment Status** | Delivered |
| | | **Piece ID(s)** | JD014600008067412940 |

**Additional Shipment Details**

| | | | |
|---|---|---|---|
| **Service** | EXPRESS WORLDWIDE doc | **Origin Service Area** | WASHINGTON - RONALD REAGAN NATIONAL<br>UNITED STATES OF AMERICA |
| **Picked Up** | 25 September 2020 at 13.14 | **Shipper Reference** | 70154-10001 |