# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. SAAD ALJABRI,<br><br>    Plaintiff,<br><br>    v.<br><br>MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD, et al.<br><br>    Defendants. | Civil Action No. 1:20-cv-02146-TJK |

## PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE

Plaintiff Dr. Saad Aljabri ("Dr. Saad" or "Plaintiff"), through undersigned counsel, hereby moves the Court to authorize alternative service under Federal Rule of Civil Procedure 4(f)(3) and 4(h)(2) on Defendants Mohammed bin Salman Bin Abdulaziz Al Saud, Prince Mohammed Bin Salman Abdulaziz Foundation D/B/A Misk Foundation, Bader Alasaker, Saud Alqahtani, Ahmed Alassiri, Mohammed Alhamed, Khalid Ibrahim Abdulaziz Algasem, Mishal Fahad Alsayed, Bandar Saeed Alhaqbani, Ibrahim Hamad Abdulrahman Alhomid, and Saud Abdulaziz Alsaleh, (collectively, the "Alternative Service Defendants"). Plaintiff proposes to serve the Alternative Service Defendants by sending messages directly to each Alternative Service Defendant through the messaging application WhatsApp and by mail to each Alternative Service Defendant's place of employment. Service by WhatsApp and mail are the best means to provide the Alternative Service Defendants with actual notice of the lawsuit and minimize offense to foreign law. If the Court wishes to supplement service beyond the proposed methods of WhatsApp and mail, Dr. Saad could effect service on the Alternative Service Defendants through additional available means, including ███████████████████████████████████████.

WHEREFORE, for the reasons stated herein, in the accompanying Memorandum in Support, as well as Appendix A attached thereto, and in the Declaration of Dr. Abdullah Alaoudh, Plaintiff respectfully requests that the Court authorize Plaintiff to effect alternative service upon the Alternative Service Defendants.

Dated: September 11, 2020

Respectfully submitted,

JENNER & BLOCK LLP

/s/ David Pressman
David Pressman (admitted *pro hac vice*)
D.C. Bar No. 1013431
Jenner & Block LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 891-1654
Fax: (212) 891-1699
dpressman@jenner.com

/s/ Lindsay Harrison
Lindsay Harrison
D.C. Bar No. 977407
Jenner & Block LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
Telephone: (202) 639-6865
Fax: (202) 639-6066
lharrison@jenner.com

*Counsel for Plaintiff*