# EXHIBIT C

# APPENDIX A

# PROPOSED METHODS OF ALTERNATIVE SERVICE

| Defendant | Proposed Methods of Alternative Service |
|---|---|
| Mohammed bin Salman Bin Abdulaziz Al Saud | **Methods of Alternative Service**:<br>(1) By WhatsApp message to Defendant bin Salman's personal WhatsApp account.[1]<br>(2) By mail to his residential address located at:<br>Al Auja Palace<br>Wadi Hanifah<br>Riyadh, 13731<br>Saudi Arabia[2]<br>(3) By mail to his address located at:<br>Royal Court<br>An Nakheel<br>Riyadh 12382<br>Saudi Arabia[3]<br>**Supplemental Methods of Alternative Service**:<br>■■■■■■■■■■■■■■■■■■■■■■■■ |

---

[1] At the Court's request, Plaintiff will submit the personal phone numbers referred to in this motion for review in camera.

[2] Mohamed al-Harby, *IN PICTURES: Al-Awja Palace: Royal 'Majlis' for Kings, Cradle of History*, Al Arabiya, Dec. 16, 2018, https://english.alarabiya.net/en/life-style/travel-and-tourism/2018/12/16/Saudi-s-al-Awja-Palace-a-royal-Majlis-for-kings-cradle-of-history.

[3] Royal Court, Gov.sa, https://www.my.gov.sa/wps/portal/snp/pages/agencies/agencyDetails/AC037/!ut/p/z0/04_Sj9CPykssy0xPLMnMz0vMAfIjo8zivQIsTAwdDQz9LQwNzQwCnS0tXPwMvYwNDAz0g1Pz9L30o_ArAppiVOTr7JuuH1WQWJKhm5mXlq8f4ehsYGyuX5DtHg4A6dtsBw!!/.

| Defendant | Proposed Methods of Alternative Service |
|---|---|
|  | ██████████ |
| Prince Mohammed Bin Salman Abdulaziz Foundation D/B/A Misk Foundation | **Methods of Alternative Service**:<br>(1) By WhatsApp message to the personal WhatsApp account of Defendant bin Salman, founder of the MiSK Foundation.<br>(2) By WhatsApp message to the personal WhatsApp account of Defendant Alasaker, Secretary-General of the MiSK Foundation.<br>(3) By mail to MiSK's office located at:<br><br>MiSK Foundation Building<br>Abdullah Alsahmi Street<br>Al Safarat Area<br>7605<br>Saudi Arabia, Riyadh 12512[7]<br><br>**Supplemental Methods of Alternative Service**:<br>██████████ |



---

[7] Misk Foundation, LinkedIn, https://www.linkedin.com/company/misk-foundation.

| Defendant | Proposed Methods of Alternative Service |
|---|---|
|  | |



| Defendant | Proposed Methods of Alternative Service |
|---|---|
| | ██████████ |
| Bader Alasaker | **Methods of Alternative Service**: <br> (1) By WhatsApp message to Defendant Alasaker's personal WhatsApp account. <br> (2) By Signal message to Defendant Alasaker's personal Signal account. <br> (3) By mail to his work addresses located at: <br><br> MiSK Foundation Building <br> Abdullah Alsahmi Street <br> Al Safarat Area <br> 7605 <br> Saudi Arabia, Riyadh 12512[19] <br><br> Executive Office of the Crown Prince HRH Prince Mohammed bin Salman Al Saud <br> P.O. Box 11111 <br> Riyadh, Saudi Arabia[20] <br><br> **Supplemental Methods of Alternative Service**: <br> ██████████ |

---

[19] *Id.*

[20] Crown Prince Court, Gov.sa, https://www.my.gov.sa/wps/portal/snp/pages/agencies/agencyDetails/AC104/!ut/p/z0/04_Sj9CPykssy0xPLMnMz0vMAfIjo8zivQIsTAwdDQz9LQwNzQwCnS0tXPwMvYwNDAz0g1Pz9L30o_ArAppiVOTr7JuuH1WQWJKhm5mXlq8f4ehsaGCiX5DtHg4ARLO6fA!!/.

4

| Defendant | Proposed Methods of Alternative Service |
|---|---|
|  | [redacted] |
| Saud Alqahtani | **Methods of Alternative Service**:<br>(1) By WhatsApp message to Defendant Alqahtani's personal WhatsApp account.<br>(2) By Signal message to Defendant Alqahtani's personal Signal account. |



| **Defendant** | **Proposed Methods of Alternative Service** |
|---|---|
| | (3) By mail to his last known work address located at:[27] <br><br> The Royal Court of the Kingdom of Saudi Arabia Building <br> Mohammad Bin Kutama Street <br> Um Al Hamam Al Sharqi Area <br> Riyadh, Saudi Arabia <br><br> **Supplemental Methods of Alternative Service**: <br><br> ██████████ |

---

[27] The Royal Court of the Kingdom of Saudi Arabia, ZAWYA, https://www.zawya.com/mena/en/company/The_Royal_Court_of_the_Kingdom_of_Saudi_Arabia-16042481/ (last visited Sept. 7, 2020).



6

| Defendant | Proposed Methods of Alternative Service |
|---|---|
|  | ███████████████ |
| Ahmed Alassiri | **Methods of Alternative Service**:<br>(1) By WhatsApp message to Defendant Alassiri's personal WhatsApp account.<br>(2) By mail to his last work address located at:[33]<br>    General Intelligence Presidency (Re'asat al Istikhabarat al A'amah)<br>    3678 Said As Salmi Street<br>    An Nakheel, 7096<br>    Riyadh 12385<br>    Saudi Arabia<br>**Supplemental Methods of Alternative Service**:<br>███████████████ |
| Mohammed Alhamed | **Methods of Alternative Service**:<br>(1) By WhatsApp message to Defendant Alhamed's personal WhatsApp account.<br>(2) By Signal message to Defendant Alhamed's personal Signal account.<br>(3) By mail to his work addresses located at:[34]<br>    Saudi Elite Group |



[33] General Intelligence Presidency, Google Maps, https://www.google.com/maps/place/General+Intelligence+Presidency/@24.7453514,46.6346432,19z/ (last viewed Sept. 7, 2020).

[34] Saudi Elite Group, LinkedIn, https://www.linkedin.com/in/mohammed-alhamed-930279140/.

7

| Defendant | Proposed Methods of Alternative Service |
|---|---|
| | The Business Gate<br>Airport Rd, Exit 8, near SABIC, KKI<br>Riyadh 13244 Saudi Arabia<br><br>**Supplemental Methods of Alternative Service**:<br><br>█████████████████████████ |
| Khalid Ibrahim Abdulaziz Algasem | **Methods of Alternative Service**:<br><br>(1) By WhatsApp message to Defendant Algasem's personal WhatsApp account.<br><br>(2) By mail to his work address located at:[39]<br><br>General Department of Criminal Evidence<br>Ar Rimayah<br>Riyadh, 14812<br>Saudi Arabia |
| Mishal Fahad Alsayed | **Methods of Alternative Service**: |

---



[39] General Department of Criminal Evidence, GoogleMaps, https://www.google.com/maps/place/General+Department+of+Criminal+Evidence/@24.7839072,46.8658317,17z/data=!3m1!4b1!4m11!1m5!8m4!1e1!2s1079290204071877207353!3m1!1e1!3m4!1s0x3e2fab1d63213e9d:0xfa1ffa1eff06b1b5!8m2!3d24.7839072!4d46.8680257.

| Defendant | Proposed Methods of Alternative Service |
|---|---|
|  | (1) By WhatsApp message to Defendant Alsayed's personal WhatsApp account.<br>(2) By mail to his work address located at:[40]<br>General Department of Criminal Evidence<br>Ar Rimayah<br>Riyadh, 14812<br>Saudi Arabia |
| Bandar Saeed Alhaqbani | **Methods of Alternative Service**:<br>(1) By WhatsApp message to Defendant Alhaqbani's personal WhatsApp account.<br>(2) By mail to his work address located at:[41]<br>Ministry of Interior<br>PO Box 2933<br>Riyadh 11134<br>Saudi Arabia |
| Ibrahim Hamad Abdulrahman Alhomid | **Methods of Alternative Service**:<br>(1) By WhatsApp message to Defendant Alhomid's personal WhatsApp account.<br>(2) By Signal message to Defendant Alhomid's personal Signal account.<br>(3) By mail to his work address located at:[42]<br>Ministry of Foreign Affairs Central office<br>Al Washm Street<br>An Namudhajiyah<br>Riyadh 12753<br>Saudi Arabia<br>**Supplemental Methods of Alternative Service**:<br>■■■■■■■■■■■■■■■■■■■■■■ |

---

[40] *Id.*

[41] *Ministry Addresses*, Embassy of the Kingdom of Saudi Arabia – Brussels, http://ksaembassy.be/en/ministry-addresses/.

[42] Ministry of Foreign Affairs Central Office, GoogleMaps, https://www.google.com/maps/place/Ministry+of+Foreign+Affairs+Central+office./@24.6490832,46.6924772,15z/data=!4m5!3m4!1s0x0:0xd85538318a0150a1!8m2!3d24.6490832!4d46.6924772.

9

| Defendant | Proposed Methods of Alternative Service |
|---|---|
|  | ██████████ ████████████████████ ██████████ |
| Saud Abdulaziz Alsaleh | **Methods of Alternative Service**: <br> (1) By WhatsApp message to Defendant Alsaleh's personal WhatsApp account. <br> (2) By Signal message to Defendant Alsaleh's personal Signal account. <br> (3) By mail to his work address located at:[44] <br>  Ministry of Defence <br> King Abdul Aziz Rd, <br> Al Wizarat, Riyadh 12626 <br> Saudi Arabia |

---

██ ██████ █ ██████ ████████████████████████████████████████

[44] Ministry of Defence, Dun & Bradstreet, https://www.dnb.com/business-directory/company-profiles.ministry_of_defence.39fdc4de44daa35627b0be936f1f5147.html (last visited Sept. 7, 2020).