# EXHIBIT D

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DR. SAAD ALJABRI,

     Plaintiff,

     v.

MOHAMMED BIN SALMAN BIN
ABDULAZIZ AL SAUD, et al.

     Defendants.

**Civil Action No. 1:20-cv-02146-TJK**

**[PROPOSED] SEALED ORDER GRANTING LEAVE TO**
**SERVE CERTAIN DEFENDANTS BY ALTERNATIVE MEANS**

THIS MATTER is before the Court on the Motion for Alternative Service (the "Motion") of Plaintiff Dr. Saad Aljabri ("Dr. Saad" or "Plaintiff"), pursuant to Rule 4(f)(3) and Rule 4(h)(2) of the Federal Rules of Civil Procedure.  For the reasons set forth in Plaintiff's Memorandum of Law in support of the Motion, IT IS HEREBY ORDERED that:

1.    Plaintiff's motion is GRANTED, and Plaintiff has leave to serve Defendants Mohammed bin Salman Bin Abdulaziz Al Saud, Prince Mohammed Bin Salman Abdulaziz Foundation D/B/A Misk Foundation, Bader Alasaker, Saud Alqahtani, Ahmed Alassiri, Mohammed Alhamed, Khalid Ibrahim Abdulaziz Algasem, Mishal Fahad Alsayed, Bandar Saeed Alhaqbani, Ibrahim Hamad Abdulrahman Alhomid, and Saud Abdulaziz Alsaleh (collectively, the "Alternative Service Defendants") by alternative means.

2.    Plaintiff shall serve all of the Alternative Service Defendants by WhatsApp message and mail as described in Appendix A to the Memorandum of Law in Support of Plaintiff's Motion for Alternative Service ("Appendix A").

3.      In addition, Plaintiff shall serve Defendants Alasaker, Alqahtani, Alhamed, Alhomid, and Alsaleh by Signal message as described in Appendix A.

4.      The service as effected above shall be sufficient to satisfy due process and provide actual notice, and shall be sufficient for all purposes under the Federal Rules of Civil Procedure.

[IF THE COURT WISHES TO SUPPLEMENT PLAINTIFF'S PROPOSED MEANS OF ALTERNATIVE SERVICE, ADDITIONAL METHODS ARE AVAILABLE AND COULD BE ADDED TO THIS ORDER AS FOLLOWS:]

5.      **Supplemental Service Methods.**  In addition, Plaintiff shall serve Defendant(s) [INSERT NAME(S)] by ███████████████████ as described in Appendix A.

SO ORDERED.

DATE:

_____
United States District Judge