IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. SAAD ALJABRI,<br><br>    Plaintiff,<br><br>    v.<br><br>MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD, *et al*.<br><br>    Defendants. | Civil Action No. 1:20-cv-02146-TJK |

**[PROPOSED] ORDER**

The Court having considered Plaintiff's Motion to Unseal and the entire record herein, IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the Clerk shall: (1) unseal Docket Number 9 (Sealed Motion for Leave to File Document under Seal filed August 21, 2020), Docket Number 14-5 (Exhibit E to Sealed Motion for Leave to File Document under Seal filed September 11, 2020), Docket Number 15 (Sealed Order filed September 22, 2020), Docket Number 16 (Sealed Affidavits filed September 15, 2020), Docket Number 18 (Sealed Document filed September 25, 2020), and Docket Number 19 (Sealed Document filed September 25, 2020), including any attachments; and (2) replace previously sealed Docket Number 14 (September 11, 2020 Sealed Motion), Docket Number 14-1 (Exhibit A to September 11, 2020 Sealed Motion), Docket Number 14-2 (Exhibit B to September 11, 2020 Sealed Motion), Docket Number 14-3 (Exhibit C to September 11, 2020 Sealed Motion), Docket Number 14-4 (Exhibit D to September 11, 2020 Sealed Motion), and Docket Number 17 (Sealed Motion filed September 15, 2020) with redacted versions filed separately under seal as Docket Numbers 43 and 45 as follows: Docket Number 14

with Docket Number 43, Docket Number 14-1 with Docket Number 43-1, Docket Number 14-2 with Docket Number 43-2, Docket Number 14-3 with Docket Number 43-3, Docket Number 14-4 with Docket Number 43-4, and Docket Number 17 with Docket Number 45.

Date: _____  _____
UNITED STATES DISTRICT JUDGE