# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAAD ALJABRI,<br><br>    *Plaintiff*,<br><br>v.<br><br>MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD, *et al.*,<br><br>    *Defendants*. | Civil Action No. 20-2146 (TJK) |

### [PROPOSED] ORDER

UPON CONSIDERATION of Defendants' Motion for Access to Sealed Records and the Opportunity To Propose Redactions for Confidential Information in Any Unsealed Filings, any response thereto, and the record herein, it is hereby

ORDERED that Defendants' Motion is hereby GRANTED, and it is further

ORDERED that Defendants appearing in this action are GRANTED access, through their counsel, to all filings in this action that are sealed, and it is further

ORDERED that Defendants appearing in this action are GRANTED the opportunity to review any filing that the Court has ordered unsealed and propose redactions for any confidential information.

SO ORDERED this ____ day of _____ 2020.

                                                                                         _____
                                                                                         Hon. Timothy J. Kelly
                                                                                         United States District Judge

**Local Rule 7(k) Appendix: Names and Addresses of Attorneys Entitled to Be Notified of This Entry**

David Pressman
JENNER & BLOCK LLP
919 Third Ave
Floor 38
New York, NY 10022

Lindsay C. Harrison
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412

Michael K. Kellogg
Gregory G. Rapawy
Andrew C. Shen
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.
1615 M Street, NW
Suite 400
Washington, DC 20036

William W. Taylor, III
Margarita K. O'Donnell
ZUCKERMAN SPAEDER LLP
1800 M St. NW
Suite 1000
Washington, DC 20036

Barry J. Pollack
THE LAW OFFICES OF
BARRY J. POLLACK, LLC
1629 K Street, NW
Suite 300
Washington, DC 20006

Mitchell R. Berger
Alan T. Dickey
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, N.W.
Washington, DC 20037