AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Dr. Saad Aljabri<br>*Plaintiff*<br>v.<br>Mohammed bin Salman bin Abdulaziz al Saud, et al.<br>*Defendant* | Case No. 20-cv-02146-TJK |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Saud Alqahtani, Ahmed Alassiri, Khalid Ibrahim Abdulaziz Algasem, Mishal Fahad Alsayed, Ibrahim Hamad Abdulrahman Alhomid, Saud Abdulaziz Alsaleh, and Bandar Saeed Alhaqbani*

Date: 11/20/2020

/s/ Jessica N. Carmichael
*Attorney's signature*

Jessica N. Carmichael (998952)
*Printed name and bar number*

Carmichael Ellis & Brock, PLLC
108 N. Alfred Street, 1st FL
Alexandria, VA 22314
*Address*

jessica@carmichaellegal.com
*E-mail address*

(703) 684-7908
*Telephone number*

(703) 649-6360
*FAX number*

\* Reserving all of Defendants' defenses, including, but not limited to, service of process and jurisdiction.