IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SAAD ALJABRI,<br><br> *Plaintiff*,<br><br>v.<br><br>MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD, *et al*.,<br><br> *Defendants*. | Civil Action No. 20-2146 (TJK) |

**UNOPPPOSED MOTION OF MOHAMMED BIN SALMAN BIN ABDULAZIZ
AL SAUD FOR LEAVE TO FILE BRIEF IN EXCESS OF FORTY-FIVE PAGES**

Pursuant to Local Rule 7(e), His Royal Highness Mohammed bin Salman bin Abdulaziz Al Saud ("the Crown Prince") respectfully moves for leave to file a brief of no more than 70 pages in support of his motion to dismiss the Complaint filed by Plaintiff Saad Aljabri ("Aljabri").  *See* ECF No. 1.  Counsel for Aljabri has consented to this request.

Given the serious allegations made in the Complaint and the complexity of the legal issues raised by Aljabri's claims, the Crown Prince respectfully submits that an extension of the 45-page limit in Local Rule 7(e) is warranted.  The Crown Prince expects that several of the arguments made in his briefing will be adopted in whole or in part in the motions to dismiss filed by other Appearing Defendants.[*]  An extension of the page limit for the Crown Prince's brief will therefore serve to streamline the presentation of issues to the Court and significantly reduce

---

[*] In addition to the Crown Prince, the other Appearing Defendants are Youssef Alrajhi, Mohammed Alhamed, Bader Alasaker, Prince Mohammed bin Salman Abdulaziz Foundation ("MiSK Foundation"), Khalid Ibrahim Abdulaziz Algasem, Ibrahim Hamad Abudlrahman Alhomid, Ahmed Alassiri, Saud Alqahtani, Saud Abdulaziz Alsaleh, Mishal Fahad Alsayed, Bandar Saeed Alhaqbani, and Layla Abuljadayel.

the cumulative page count of the Appearing Defendants' briefs in support of their respective

motions to dismiss.  Specifically, the Crown Prince expects that the 13 Appearing Defendants

will file a total of five briefs in support of the motions to dismiss in this actions.  Those briefs

will be filed by:  (1) the Crown Prince; (2) Alqahtani, Alassiri, Alsayed, Algasem, Alsaleh,

Alhaqbani, and Alhomid; (3) MiSK Foundation; (4) Alasaker; and (5) Alrajhi, Alhamed, and

Abuljadayel.  Aside from the Crown Prince's brief, it is our understanding that the other briefs

will be within the 45-page limit set forth in Local Rule 7(e).  Thus, the total pages of briefing

submitted by the 13 Appearing Defendants will be substantially less than the 585 pages (13

Appearing Defendants * 45 pages) permitted by the Local Rules.

For the foregoing reasons, the Crown Prince respectfully requests leave to file a brief of

no more than 70 pages in support of his motion to dismiss the Complaint.

Dated:    November 23, 2020                    Respectfully submitted,


/s/ Michael K. Kellogg_____

Michael K. Kellogg (DC 372049)
Gregory G. Rapawy (DC 493973)
Andrew C. Shen (DC 500071)
**KELLOGG, HANSEN, TODD, FIGEL &
   FREDERICK, P.L.L.C.**
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900

*Attorneys for Defendant*
*Mohammed bin Salman bin Abdulaziz*
*Al Saud*

## CERTIFICATE OF SERVICE

I certify that on November 23, 2020, I electronically filed the foregoing Unopposed

Motion of Mohammed bin Salman bin Abdulaziz Al Saud for Leave To File Brief in Excess of

Forty-Five Pages, using the ECF system, which sent notice of filing in this matter to all counsel

of record.

/s/ Michael K. Kellogg

Michael K. Kellogg
*Attorney for Defendant*
*Mohammed bin Salman bin Abdulaziz*
*Al Saud*