# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAAD ALJABRI,<br><br>*Plaintiff*,<br><br>v.<br><br>MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD, *et al.*,<br><br>*Defendants*. | Civil Action No. 20-2146 (TJK) |

## [PROPOSED] ORDER

UPON CONSIDERATION of the Unopposed Motion of Mohammed bin Salman bin Abdulaziz Al Saud for Leave To File Brief in Excess of Forty-Five Pages, it is hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that His Royal Highness Mohammed bin Salman bin Abdulaziz Al Saud may file a brief of no more than 70 pages in support of his motion to dismiss the Complaint filed by Plaintiff Saad Aljabri.

SO ORDERED this _____ day of _____ 2020.

_____
Hon. Timothy J. Kelly
United States District Judge

**Local Rule 7(k) Appendix:  Names and Addresses of Attorneys
Entitled to Be Notified of This Entry**

David Pressman
JENNER & BLOCK LLP
919 Third Avenue
Floor 38
New York, NY 10022

Lindsay C. Harrison
JENNER & BLOCK LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412

Michael K. Kellogg
Gregory G. Rapawy
Andrew C. Shen
KELLOGG, HANSEN, TODD,
    FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W.
Suite 400
Washington, DC 20036

William W. Taylor, III
Margarita K. O'Donnell
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W.
Suite 1000
Washington, DC 20036

Barry J. Pollack
THE LAW OFFICES OF
    BARRY J. POLLACK, LLC
1629 K Street, N.W.
Suite 300
Washington, DC 20006

Mitchell R. Berger
Alan T. Dickey
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, N.W.
Washington, DC 20037