# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SAAD ALJABRI,

     *Plaintiff*,

v.

     Civil Action No. 20-2146 (TJK)

MOHAMMED BIN SALMAN BIN
ABDULAZIZ AL SAUD, *et al.*,

     *Defendants*.

## DECLARATION OF ANDREW C. SHEN IN SUPPORT OF DEFENDANT MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD'S MOTION TO DISMISS

I, Andrew C. Shen, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that:

1.       I respectfully submit this Declaration in Support of Defendant Mohammed bin Salman bin Abdulaziz Al Saud's Motion To Dismiss.

2.       I am a partner in the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. in Washington, D.C., which represents His Royal Highness Mohammed bin Salman bin Abdulaziz Al Saud ("the Crown Prince" or "Prince Mohammed bin Salman") in this litigation. The following facts are based on my personal knowledge or on information provided to me. If called upon as a witness, I could and would testify competently to them.

3.       Attached as Exhibit A is a true and correct copy of the October 4, 2017 request of the National Central Bureau of INTERPOL of the Kingdom of Saudi Arabia for the issuance of a red notice concerning Saad Aljabri (Control No. A-267/1-2018).

4.       Attached as Exhibit B is a true and correct copy of the July 4, 2018 Decision of the Commission for the Control of INTERPOL's Files in *Request Concerning Saad Aljabri* (Ref. CCF/R960.17).

5.       Attached as Exhibit C is a true and correct copy of the December 7, 2020 Declaration of Fahad Nasser Al Arfaj in Support of Defendants' Motions To Dismiss.

6.       Attached as Exhibit D is a true and correct copy of the June 21, 2017 (1438/09/26 AH) press release published by the Saudi Press Agency announcing that His Majesty King Salman bin Abdulaziz Al Saud ("King Salman") had issued a royal order selecting Prince Mohammed bin Salman to serve as Crown Prince of the Kingdom of Saudi Arabia.

7.       Attached as Exhibit E is a true and correct copy of the January 23, 2015 (1436/04/03 AH) press release published by the Saudi Press Agency announcing that King

Salman had issued a royal decree appointing Prince Mohammed bin Salman to the position of Minister of Defense of the Kingdom of Saudi Arabia.

8.      Attached as Exhibit F is a true and correct copy of Royal Order A/292, issued July 21, 2017 (1438/10/26 AH), appointing the Crown Prince to the position of Chairman of the Council of Political and Security Affairs of the Kingdom of Saudi Arabia.

9.      Attached as Exhibit G is a true and correct copy of the November 4, 2017 (1439/02/15 AH) press release published by the Saudi Press Agency announcing that King Salman had issued a series of royal orders concerning the formation and mandate of the Supreme Anti-Corruption Committee of the Kingdom of Saudi Arabia.

10.      Attached as Exhibit H is a true and correct copy of the December 7, 2020 Declaration of Sujit Choudhry in Support of Defendants' Motions To Dismiss.


I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  December 7, 2020
Washington, D.C.

_____
                    Andrew C. Shen