# Exhibit D



# The official Saudi Press Agency

## A number of royal orders issued

Wednesday 1438/9/26 - 2017/06/21

Makkah, Ramadan 26, 1438, June 21, 2017, SPA -- The Custodian of the Two Holy Mosques King Salman bin Abdulaziz Al Saud issued today a number of royal orders as follows:

The Custodian of the Two Holy Mosques King Salman bin Abdulaziz Al Saud issued today a royal order saying:

According to what the members of the Allegiance-Pledge Commission have been briefed on justifications and their support by the great majority (31) of (34), and in implementation of the teachings of the Islamic Shari'a for unity and cooperation, and the keenness to apply Shari'a and regular reasons to achieve unity, national cohesion and solidarity for the good, and emanating from Shari'a principles on which the system of government in the Kingdom of Saudi Arabia was established, and to take care of the state's entity and its future, and ensuring its continuation on the foundations on which it was founded to serve the religion, the country, and the people, and for the interest of its loyal people, and after reviewing the system of the allegiance-pledge, and the royal order dated on 10/6/1436 AH supported by the majority of the members of the Allegiance-Pledge Commission on the selection of Prince Mohammed bin Salman bin Abdulaziz Al Saud to be Deputy Crown Prince, we ordered the following:

First: Relieving Prince Mohammed bin Naif bin Abdulaziz Al Saud of the posts of the Crown Prince, Deputy Premier and Minister of Interior.

Second: Selecting Prince Mohammed bin Salman bin Abdulaziz Al Saud as Crown Prince, appointing him as Deputy Premier, and continuing as Minister of Defense and other missions assigned to him.

Third: The competent authorities shall be informed for adoption and implementation of this order.

--More

11:14 LOCAL TIME 08:14 GMT



www.spa.gov.sa/1641911 (https://www.spa.gov.sa/1641911)