# Exhibit E



وكالة الأنباء السعودية

## Six Royal Decrees, Royal Statement Issued 2 Riyadh

Friday 3/4/1436 AH, corresponding to 01/23/2015 AD, SPA

Custodian of the Two Holy Mosques King Salman bin Abdulaziz Al Saud issued a royal decree appointing Prince Mohammed bin Salman bin Abdulaziz Al Saud as the Minister of Defense in addition to his current position.

--More

LOCAL TIME 11:28 GMT 14:28



(www.spa.gov.sa/1319461 (https://www.spa.gov.sa/1319461