# Exhibit F



الرقم: ٢٩٢/أ
التاريخ: ١٤٣٨/١٠/٢٦هـ

بعون الله تعالى

نحن سلمان بن عبدالعزيز آل سعود

ملك المملكة العربية السعودية

بعد الاطلاع على نظام مجلس الوزراء الصادر بالأمر الملكي رقم (أ/١٣) بتاريخ ١٤١٤/٣/٣هـ.

وبعد الاطلاع على الأمر الملكي رقم (أ/٢٥٥) بتاريخ ١٤٣٨/٩/٢٦هـ.

وبعد الاطلاع على الأمر الملكي رقم (أ/١٥٩) بتاريخ ١٤٣٦/٧/١٠هـ.

وبعد الاطلاع على الأمر الملكي رقم (أ/٦٩) بتاريخ ١٤٣٦/٤/٩هـ.

وبعد الاطلاع على الأمر الملكي رقم (أ/٧٠) بتاريخ ١٤٣٦/٤/٩هـ المتضمن تشكيل مجلس الشؤون السياسية والأمنية.

أمرنا بما هو آت:

أولاً : يعين صاحب السمو الملكي الأمير محمد بن سلمان بن عبدالعزيز آل سعود ولي العهد ونائب رئيس مجلس الوزراء وزير الدفاع، رئيساً لمجلس الشؤون السياسية والأمنية.

ثانياً : يبلغ أمرنا هذا للجهات المختصة لاعتماده وتنفيذه.

سلمان بن عبدالعزيز آل سعود

**In the Name of Allah, the Most Gracious, the Most Merciful**

**There is no God but Allah, and Muhammad is His Messenger**

*//LOGO//*

**King of the Kingdom of Saudi Arabia**

No.: A/292

Date: 26/10/1438 AH

(07/21/2017 AD)

**By the Grace of Allah, the Almighty,**

**We, Salman bin Abdul-Aziz Al Saud**

**King of the Kingdom of Saudi Arabia**

After perusal of the Law of the Council of Ministers issued by the Royal Order No. (A/13), dated 03/03/1414 AH (08/21/1993 AD),

And after perusal of the Royal Order No. (A/255), dated 26/09/1438 AH (06/21/2017 AD),

And after perusal of the Royal Order No. (A/159), dated 10/07/1436 AH (04/29/2015 AD),

And after perusal of the Royal Order No. (A/69), dated 09/04/1436 AH (01/30/2015 AD),

And after perusal of the Royal Order No. (A/70), dated 09/04/1436 AH (01/30/2015 AD) related to formation of the Council of Political and Security Affairs.

**HEREBY DECREE THE FOLLOWING:**

**First:** His Royal Highness Prince Mohammed bin Salman bin Abdul-Aziz Al Saud, Crown Prince and Deputy Prime Minister and Minister of Defense, shall be appointed as Chairman of the Council of Political and Security Affairs.

**Second:** Our said Order shall be notified to the competent authorities for approval and implementation.

*//SIGNATURE//*

**Salman bin Abdul-Aziz Al Saud**

{Watermark Repeating:}
{alphanumeric code}
Top Secret



# Certification of Translation

**COUNTY OF SUFFOLK**
**COMMONWEALTH OF MASSACHUSETTS**

On this day of December 4, 2020

Linguistic Systems, Inc., 260 Franklin Street, Suite 230, Boston, MA 02110 completed the attached translation into English of the file:

**Royal Order 292.pdf**

I, Stefano Bellezza, certify that the attached translation has been translated by a qualified linguist fluent in both Arabic and English and is a true and correct English version of the original Arabic, to the best of the linguist's knowledge and belief.

Signature:
Stefano Bellezza
Translation Project Manager