# Exhibit G



The official Saudi Press Agency

A Series of Anti-Graft Royal Orders Announced, related Committee led by Crown Prince Formed

Saturday 1439/2/15 - 2017/11/04

Riyadh, Safar 15, 1439, Nov 4, 2017, SPA -- The Custodian of the Two Holy Mosques King Salman bin Abdulaziz Al Saud issued a series of royal orders.

In a statement announced here tonight, the King said the following:

In view of what we have noticed of exploitation by some of the weak souls who have put their own interests above the public interest, in order to, illicitly, accrue money and as we have taken care, in this regard, since we assumed the responsibility to follow these matters out of our pledges towards the homeland and the citizen, we decided:

First: To form a supreme committee chaired by the Crown Prince and the membership of: Chairman of the Monitoring and Investigation Commission, Chairman of the National Anti-Corruption Authority, Chief of the General Audit Bureau, Attorney General and Head of State Security.

Second: Exemption from laws, regulations, instructions, orders and decisions, while the Committee shall perform the following tasks:

1) To identify offenses, crimes, persons and entities involved in cases of public corruption.

2. The investigation, issuance of arrest warrants, travel ban, disclosure and freezing of accounts and portfolios, tracking of funds, assets and preventing their remittance or transfer by persons and entities, whatever they might be. The committee has the right to take any precautionary measures it sees, until they are referred to the investigating authorities or judicial bodies. It may takes whatever measures deemed necessary to deal with those involved in public corruption cases and take what it considers to be the right of persons, entities, funds, fixed and movable assets, at home and abroad, return funds to the state treasury and register property and assets in the name of state property.

Thirdly: The Committee may seek the assistance of those it deems necessary and may set up teams for investigation, prosecution, etc., and may delegate some or all of its powers to these teams.

Fourthly: Upon completion of its duties, the committee shall submit to us a detailed report on its findings and what it has taken, in this regard.

Fifthly: Competent authorities shall be informed of this order and all parties concerned shall similarly cooperate fully to enforce the provisions of this order.

-- more

22:20 LOCAL TIME 19:20 GMT



www.spa.gov.sa/1684252 (https://www.spa.gov.sa/1684252)