# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAAD ALJABRI,<br><br>　　*Plaintiff*,<br><br>v.<br><br>MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD, *et al.*,<br><br>　　*Defendants*. | Civil Action No. 20-2146 (TJK) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendant Mohammed bin Salman bin Abdulaziz Al Saud's Motion To Dismiss, any response thereto, further reply, and the record herein, it is hereby

ORDERED that Defendant Mohammed bin Salman bin Abdulaziz Al Saud's Motion To Dismiss is hereby GRANTED, and it is further

ORDERED that all claims asserted in Plaintiff Saad Aljabri's Complaint against Defendant Mohammed bin Salman bin Abdulaziz Al Saud are dismissed with prejudice for [lack of personal jurisdiction, lack of subject-matter jurisdiction, failure to join an indispensable party pursuant to Rule 19 of the Federal Rules of Civil Procedure, and failure to state a claim].

SO ORDERED this _____ day of _____ 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Timothy J. Kelly
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

**Local Rule 7(k) Appendix:  Names and Addresses of Attorneys
Entitled to Be Notified of This Entry**

David Pressman
JENNER & BLOCK LLP
919 Third Avenue
Floor 38
New York, NY 10022

Lindsay C. Harrison
JENNER & BLOCK LLP
1099 New York Avenue, N.W.
Suite 900
Washington, D.C. 20001-4412

Michael K. Kellogg
Gregory G. Rapawy
Andrew C. Shen
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W.
Suite 400
Washington, D.C. 20036

William W. Taylor, III
Margarita K. O'Donnell
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W.
Suite 1000
Washington, D.C. 20036

Barry J. Pollack
THE LAW OFFICES OF
  BARRY J. POLLACK, LLC
1629 K Street, N.W.
Suite 300
Washington, D.C. 20006

Mitchell R. Berger
Alan T. Dickey
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, N.W.
Washington, D.C. 20037