UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DR. SAAD ALJABRI,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:20-cv-02146-TJK |
| **MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD,** *et al.* | ) ) ) ) | |
| Defendants. | ) ) | |

**[PROPOSED] ORDER**

This action is before the Court on the Motion to Dismiss of Defendants Youssef Alrajhi, Mohammed Alhamed, and Layla Abuljadayel. Upon consideration of Defendants' Motion, Plaintiff's opposition thereto, Defendants' reply in support of the Motion, and the record herein, it is hereby

**ORDERED** that Defendants' Motion to Dismiss is **GRANTED**.

**SO ORDERED** this ___ day of _____, 202_.

_____
Hon. Timothy J. Kelly
United States District Judge