IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. SAAD ALJABRI, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | )   Civil Action No. 1:20-cv-02146-TJK |
| | ) |
| MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**[PROPOSED] ORDER**

Upon consideration of the Motion of Saud Alqahtani, Ahmed Alassiri, Mishal Fahad Alsayed, Khalid Ibrahim Abdulaziz Algasem, Saud Abdulaziz Alsaleh, Bandar Saeed Alhaqbani, and Ibrahim Hamad Abdulrahman Alhomid to dismiss the Complaint, the opposition thereto, and the entire record herein, it is on this ___ day of _____, hereby

ORDERED that the Motion of Saud Alqahtani, Ahmed Alassiri, Mishal Fahad Alsayed, Khalid Ibrahim Abdulaziz Algasem, Saud Abdulaziz Alsaleh, Bandar Saeed Alhaqbani, and Ibrahim Hamad Abdulrahman Alhomid is GRANTED; and it is further

ORDERED that the Complaint against Saud Alqahtani, Ahmed Alassiri, Mishal Fahad Alsayed, Khalid Ibrahim Abdulaziz Algasem, Saud Abdulaziz Alsaleh, Bandar Saeed Alhaqbani, and Ibrahim Hamad Abdulrahman Alhomid is dismissed with prejudice.

_____
The Hon. Timothy J. Kelly
United States District Judge