IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DR. SAAD ALJABRI | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 1:20-cv-02146-TJK |
| MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD, et al., | § § § § | |
| Defendants. | | |

**[PROPOSED] ORDER GRANTING BADER ALASAKER'S MOTION TO DISMISS**

This matter before the Court on Defendant Bader Alasaker's Motion to Dismiss ("Motion"). Having fully considered the Motion and Memorandum in Support, the Plaintiff's response thereto, and all other relevant filings and documents, the Court hereby GRANTS the Motion.

It is therefore ORDERED, ADJUDGED, and DECREED that Plaintiff's Complaint is hereby DISMISSED WITH PREJUDICE in its entirety as to Defendant Bader Alasaker.

**SO ORDERED**

Date: _____

_____
District Court Judge Timothy J. Kelly

**Local Rule 7(k) Appendix: Names and Addresses of Attorneys Entitled to Be Notified of This Entry**

David Pressman
JENNER & BLOCK LLP
919 Third Ave
Floor 38
New York, NY 10022

Lindsay C. Harrison
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412

Michael K. Kellogg
Gregory G. Rapawy
Andrew C. Shen
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.
1615 M Street, NW
Suite 400
Washington, DC 20036

William W. Taylor, III
Margarita K. O'Donnell
ZUCKERMAN SPAEDER LLP
1800 M St. NW
Suite 1000
Washington, DC 20036

Barry J. Pollack
THE LAW OFFICES OF
BARRY J. POLLACK, LLC
1629 K Street, NW
Suite 300
Washington, DC 20006

Jessica Carmichael
CARMICHAEL ELLIS & BROCK, PLLD
108 N Alfred Street
1st FL
Alexandria, VA 22314

Mitchell R. Berger
Alan T. Dickey
Benjamin Dalrymple Wood
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, N.W.
Washington, DC 20037