IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. SAAD ALJABRI,<br><br>    Plaintiff,<br><br>    v.<br><br>MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD, *et al.*<br><br>    Defendants. | Civil Action No. 1:20-cv-02146-TJK |

**JOINT MOTION TO PARTIALLY UNSEAL**

Consistent with the Court's November 27, 2020 Order, Dkt. 56, the Parties have conferred and do not need to propose additional redactions to the sealed filings. The Parties move the Court to unseal the sealed filings with the back-up alternative service information redacted as ordered by the Court in its November 2, 2020 Order. *See* Dkt. 48; *see also* Dkt. 47 (Plaintiff's motion to partially unseal).

Dated: December 15, 2020

/s/ Michael K. Kellogg

Michael K. Kellogg (DC 372049)
Gregory G. Rapawy (DC 493973)
Andrew C. Shen (DC 500071)
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, DC 20036
Telephone: (202) 326-7900

*Attorneys for Defendant Mohammed bin Salman bin Abdulaziz Al Saud*

Respectfully submitted,

/s/ David Pressman

David Pressman (admitted *pro hac vice*) (DC 1013431)
JENNER & BLOCK LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 891-1654
Fax: (212) 891-1699
dpressman@jenner.com

Lindsay Harrison (DC 977407)
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900

| | |
|---|---|
| /s/ Mitchell R. Berger | Washington, DC 20001-4412 |
| | Telephone: (202) 639-6865 |
| Mitchell R. Berger (DC 385467) | Fax: (202) 639-6066 |
| Alan T. Dickey (DC 496403) | lharrison@jenner.com |
| Benjamin D. Wood (DC 487799) | |
| SQUIRE PATTON BOGGS (US) LLP | *Attorneys for Plaintiff Dr. Saad Aljabri* |
| 2550 M Street, N.W. | |
| Washington, DC 20037 | |
| Telephone: (202) 457-6000 | |

*Attorneys for Defendants Mohammed Alhamed, Youssef Alrajhi, and Layla Abduljadayel*

| | |
|---|---|
| /s/ Barry J. Pollack | /s/ William W. Taylor |
| | |
| Barry J. Pollack (DC 434513) | William W. Taylor, III (DC 84194) |
| THE LAW OFFICES OF BARRY J. POLLACK, LLC | Margarita K. O'Donnell (DC 1005972) |
| | ZUCKERMAN SPAEDER LLP |
| 1629 K Street, N.W., Suite 300 | 1800 M Street, N.W., Suite 1000 |
| Washington, DC 20006 | Washington, DC 20036 |
| Telephone: (202) 230-9647 | Telephone: (202) 778-1800 |
| | |
| Jessica N. Carmichael (DC 998952) | *Attorneys for Defendants Bader Alasaker and Prince Mohammed bin Salman bin Abdulaziz Foundation d/b/a MiSK Foundation* |
| CARMICHAEL ELLIS & BROCK, PLLC | |
| 108 N. Alfred Street, 1st FL | |
| Alexandria, VA 22314 | |
| Telephone: (703) 684-7908 | |
| jessica@carmichaellegal.com | |

*Attorney for Defendants Saud Alqahtani, Ahmed Alassiri, Khalid Ibrahim Abdulaziz Algasem, Mishal Fahad Alsayed, Ibrahim Hamad Abdulrahman Alhomid, Saud Abdulaziz Alsaleh, and Bandar Saeed Alhaqbani*