IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. SAAD ALJABRI,<br><br>    Plaintiff,<br><br>    v.<br><br>MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD, *et al*.<br><br>    Defendants. | Civil Action No. 1:20-cv-02146-TJK |

**PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME**

With Defendants' consent, Plaintiff Dr. Saad Aljabri ("Dr. Saad" or "Plaintiff") respectfully moves this Court pursuant to Federal Rule of Procedure 6(b) for an extension of time in which to file an amended complaint as a matter of course under Federal Rule of Civil Procedure 15(a)(1)(B).  In support of this request, Plaintiff states as follows:

1.  On August 6, 2020, Dr. Saad filed his Complaint against Defendants.  Dkt. 1.

2.  On or before September 23, 2020, Dr. Saad effectuated service on Defendants Mohammed bin Salman bin Abdulaziz Al Saud, Prince Mohammed bin Salman Abdulaziz Foundation d/b/a MiSK Foundation, Bader Alasaker, Saud Alqahtani, Ahmed Alassiri, Khalid Ibrahim Abdulaziz Algasem, Mishal Fahad Alsayed, Bandar Saeed Alhaqbani, Ibrahim Hamad Abdulrahman Alhomid, Saud Abdulaziz Alsaleh, Youssef Alrajhi, and Mohammed Alhamed (collectively with Defendant Layla Abuljadayel,[1] "Appearing Defendants").  *See* Dkts. 13, 35.

---

[1] Defendant Layla Abuljadayel waived service of process on October 9, 2020.  Dkt. 26.

3. Pursuant to orders dated October 14, 2020, and October 20, 2020, the Court extended the deadline for the Appearing Defendants to respond to Dr. Saad's Complaint to December 7, 2020.

4. On December 7, 2020, each of the Appearing Defendants, either individually or collectively with other Appearing Defendants, filed a motion to dismiss Dr. Saad's Complaint. Dkts. 58–62.

5. Under Local Rule 7(b), the deadline for Dr. Saad to respond to the Appearing Defendants' motions to dismiss is December 21, 2020. However, Dr. Saad intends to file an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), which will moot the pending motions to dismiss.

6. To date, Dr. Saad has not amended his Complaint. Under Federal Rule of Civil Procedure 15(a)(1)(B), the deadline for Dr. Saad to file an amended complaint as a matter of course is December 28, 2020. Dr. Saad has not requested any previous extensions of this deadline, nor any other of his deadlines.

7. In light of the complexity of this case, including the number of Defendants, the number of issues raised in the Appearing Defendants' voluminous motions to dismiss, and new factual developments uncovered by Plaintiff's ongoing investigation, good cause exists for an extension of the deadline for Dr. Saad to file an amended complaint as a matter of course to and including February 5, 2021. This significant undertaking requires more than the time allotted under the Federal Rules of Civil Procedure, especially given logistical difficulties that the global pandemic continues to present. The requested extension would provide Dr. Saad with 60 days in which to file an amended complaint as a matter of course, rather than the 21 days contemplated under Federal Rule of Procedure 15(a)(1)(B).

8. This extension will promote judicial economy and preserve the parties' and the Court's resources inasmuch as the filing of the amended complaint will moot the currently pending motions to dismiss, and therefore eliminate the need for further briefing on those motions.

9. This extension would have no effect on any other previously set deadlines.

10. Pursuant to Local Civil Rule 7(m), Plaintiff's counsel conferred with counsel for the Appearing Defendants, who stated that they consent to this motion for extension of Plaintiff's time to file an amended complaint as a matter of course.

11. Accordingly, Plaintiff respectfully requests that his deadline to file an amended complaint as a matter of course pursuant to Rule 15(a)(1)(B) be extended up to and including February 5, 2021. Attached hereto is a Proposed Order consistent with this motion.

Dated: December 17, 2020

Respectfully submitted,

JENNER & BLOCK LLP

 /s/ David Pressman

David Pressman
D.C. Bar No. 1013431
Jenner & Block LLP
919 Third Avenue
New York, NY 10022
Telephone:  (212) 891-1654
Fax: (212) 891-1699
dpressman@jenner.com

Lindsay Harrison
D.C. Bar No. 977407
Jenner & Block LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
Telephone:  (202) 639-6865
Fax:  (202) 639-6066
lharrison@jenner.com