IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. SAAD ALJABRI,<br><br>    Plaintiff,<br><br>    v.<br><br>MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD, *et al.*,<br><br>    Defendants. | **Civil Action No. 1:20-cv-02146-TJK** |

## **[PROPOSED] ORDER**

The Court having considered Plaintiff's Consent Motion for Extension of Time and the entire record herein, IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that Plaintiff shall have until and including February 5, 2021 to file an amended complaint as a matter of course, and that, in view of the Plaintiff's forthcoming amended pleading, Plaintiff shall not be required to respond to Defendants' pending motions to dismiss (Dkts. 58–62).

Date: _____          _____

                                                            UNITED STATES DISTRICT JUDGE