# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DR. SAAD ALJABRI,

    c/o Jenner & Block LLP
    1099 New York Avenue, NW
    Suite 900
    Washington, DC 20001-4412

       Plaintiff,

       v.

MOHAMMED BIN SALMAN BIN
ABDULAZIZ AL SAUD,
Al Auja Palace,
Wadi Hanifah,
Riyadh, 13731
Kingdom of Saudi Arabia

PRINCE MOHAMMED BIN SALMAN
ABDULAZIZ FOUNDATION d/b/a MISK
FOUNDATION,
Abdullah Al Sahmi,
Al Safarat District Area,
P.O. Box 7605
Riyadh, 12512
Kingdom of Saudi Arabia

BADER ALASAKER,
Kingdom of Saudi Arabia

SAUD ALQAHTANI,
Kingdom of Saudi Arabia

AHMED ALASSIRI,
Kingdom of Saudi Arabia

KHALID IBRAHIM ABDULAZIZ
ALGASEM,
Kingdom of Saudi Arabia

Civil Action No. 1:20-cv-02146-TJK

**AMENDED COMPLAINT**

**JURY TRIAL DEMANDED**

MISHAL FAHAD ALSAYED,
Kingdom of Saudi Arabia

BANDAR SAEED ALHAQBANI,
Kingdom of Saudi Arabia

IBRAHIM    HAMAD    ABDULRAHMAN
ALHOMID,
Kingdom of Saudi Arabia

SAUD ABDULAZIZ ALSALEH,
Kingdom of Saudi Arabia

AHMED       ABDULLAH       FAHAD
ALBAWARDI,
Kingdom of Saudi Arabia

BADER MUEEDH SAIF ALQAHTANI,
Kingdom of Saudi Arabia

YOUSSEF ALRAJHI,
3049 Saint Regents Dr., Apt. 122
Fairfax, VA 22031-1287

HANI FAKRI HAMED,
130 Dartmouth Street, Apt. 207
Boston, MA 02216

MOHAMMED ALHAMED,
Kingdom of Saudi Arabia

LAYLA ABULJADAYEL,
3920 Mystic Valley Pkwy., Apt. 912
Medford, MA 02155-6909

BIJAD ALHARBI,
Kingdom of Saudi Arabia

JOHN DOES 1-8,

  Defendants.

2

**AMENDED COMPLAINT**

Plaintiff Dr. Saad Aljabri ("Dr. Saad"), by and through his attorneys, alleges upon knowledge as to himself and his own actions and upon information and belief as to all other matters, as follows:

**<u>NATURE OF THIS ACTION</u>**

1.     "Our strong arms be our conscience, swords our law." – Richard III, William Shakespeare.

2.     These are the words of a man who, in his quest to become king, kidnapped children, manipulated allies, and killed those in his way.

3.     Now, some hundreds of years after Shakespeare penned this verse, comes this lawsuit—necessitated by a similar thirst for power.  In this case, the power sought is the unencumbered throne of the Kingdom of Saudi Arabia, and the man seeking it is Mohammed bin Salman al Saud ("Defendant bin Salman"), the Crown Prince of the Kingdom.  Because the path to that power runs through the United States, those who could block that path through this country have everything to lose—including their lives.

4.     Fortunately, in the United States, justice is measured not by the might of one's arms; what is lawful is measured not by the reach of one's sword; and the law itself is not laggard when faced with a prince who, having directed the dismemberment of a prominent U.S. journalist overseas, also dispatched a team of hunters and killers into the United States and Canada to murder again.

5.     The target of that attempted killing is Plaintiff Dr. Saad Aljabri ("Dr. Saad")—a longtime trusted partner of senior U.S. intelligence officials.  Dr. Saad is uniquely positioned to

existentially threaten Defendant bin Salman's standing with the U.S. government. That is why Defendant bin Salman wants him dead—and why Defendant bin Salman has worked to achieve that objective over the last three years.

6.     Few alive know more about Defendant bin Salman than Dr. Saad. Through his decades of service in the Saudi government, Dr. Saad was privy to sensitive information about Defendant bin Salman's covert political scheming within the Royal Court, corrupt business dealings, and creation of a team of personal mercenaries that Defendant bin Salman would use to carry out extrajudicial killings and renditions in pursuit of his personal interests, including the brutal murder of Jamal Khashoggi. Few places hold more sensitive, humiliating, and damning information about Defendant bin Salman than the mind and memory of Dr. Saad—except perhaps the recordings Dr. Saad made in anticipation of his killing.

7.     At the same time, few alive have had a closer partnership with the U.S. intelligence and security apparatus (the "U.S. Intelligence Community") than Dr. Saad. Through decades of close cooperation with senior U.S. officials on counterterrorism projects while serving the Saudi government, Dr. Saad came to be a trusted partner whose information and counsel was sought before making life-and-death decisions about U.S. national security. Respect was mutual, and well-earned. Indeed, in 2010, Dr. Saad helped to lead a team that saved hundreds—if not thousands—of American lives by interrupting a terrorist plot targeting synagogues in Chicago, Illinois.

8.     That combination of deep knowledge and enduring trust by top U.S. officials is why there is virtually no one Defendant bin Salman wants dead more than Dr. Saad.

9. To fulfill his murderous desire, Defendant bin Salman has personally orchestrated an attempted extrajudicial killing of Dr. Saad, an attempt that remains ongoing to this day. In an effort to limit the U.S. government's access to a key partner with unique knowledge, Defendant bin Salman sent death threats to Dr. Saad; sought to lure Dr. Saad to jurisdictions in which he could be killed; sought to lure Dr. Saad's family to the Saudi consulate in Istanbul, Turkey, just days before his Tiger Squad killers successfully executed Jamal Khashoggi inside the very same facility; repeatedly deployed covert agents into the United States as part of a mandate to hunt down Dr. Saad; filed false claims with intergovernmental organizations of which the United States is a member to limit Dr. Saad's ability to travel; seized two of Dr. Saad's children to lure him back to Saudi Arabia; and ultimately dispatched a hit squad across the Atlantic Ocean in a direct attempt to kill Dr. Saad. These are just a few of the many acts comprising Defendant bin Salman's brutal attempted extrajudicial killing.

10. Defendant bin Salman's ongoing attempted extrajudicial killing has involved three basic steps: (i) luring Dr. Saad back to Saudi Arabia; (ii) hunting Dr. Saad in the United States and elsewhere to locate him; and (iii) sending a personal hit squad to kill him. Each of these steps has advanced Defendant bin Salman's ultimate objective: to kill Dr. Saad and thereby eliminate someone who could undermine—and indeed, existentially alter—Defendant bin Salman's support from the U.S. government. At each step, Defendant bin Salman has deployed resources outside of official Saudi government channels, including the personal hit team he assembled (rather than Saudi government's security and intelligence agencies) and the network of covert, private agents he cultivated as his eyes and ears in the United States.

11.     <u>First</u>, Defendant bin Salman has taken steps to lure Dr. Saad back to Saudi Arabia or to another jurisdiction where he could be more easily killed without consequences.  After Dr. Saad fled Saudi Arabia for his safety, Defendant bin Salman personally sent threatening messages to Dr. Saad using WhatsApp, demanding that he return to Saudi Arabia within "24 hours!"[1] Shortly thereafter, he threatened Dr. Saad and attempted to send a private airplane to render Dr. Saad back to Saudi Arabia.  When that failed, Defendant bin Salman's threats became more explicit.  In his own words, Defendant bin Salman threatened that he would deploy "all available means" to eliminate Dr. Saad.[2]

12.     In addition, Defendant bin Salman has directed the arrest, detention, and kidnapping of Dr. Saad's family members, all in an effort to lure Dr. Saad out of hiding and into a place where Defendant bin Salman can kill him.  Indeed, as of the date of this filing, two of Dr. Saad's children who were "disappeared" in mid-March 2020 continue to be held in an unknown location in Saudi Arabia.  Defendant bin Salman ordered the abduction of twenty-two-year-old Omar and twenty-year-old Sarah from the Aljabri family residence in Riyadh, Saudi Arabia, and then a team of fifty armed men in unmarked cars and dressed in civilian clothes—under the supervision of a close ally of Defendant bin Salman, Salah Aljotaili—roused them from their beds in the early morning hours of March 16, 2020 and "disappeared" them.  Dr. Saad has not seen them since.

---

[1] WhatsApp message from Defendant bin Salman to Dr. Saad (Sept. 9, 2017, 11:36 PM AST). WhatsApp messages sent to Dr. Saad by Defendant bin Salman and others that are quoted in this Complaint have been professionally translated from their original Arabic language.

[2] WhatsApp message from Defendant bin Salman to Dr. Saad (Sept. 10, 2017, 4:56 PM AST).

13.     Not satisfied with control over just two of Dr. Saad's children, Defendant bin Salman has sought to lure Dr. Saad's other children back to Saudi Arabia as well.  For example, in September 2018, Defendant bin Salman's agents repeatedly pressured another daughter of Dr. Saad to travel to the Saudi consulate in Istanbul, Turkey.  Only days later, the Tiger Squad successfully executed Jamal Khashoggi inside the same facility.  Other relatives of Dr. Saad inside and outside of Saudi Arabia have also been arrested, detained, and tortured—many of them in apparent retaliation for filing this lawsuit—all in an effort to bait Dr. Saad back to Saudi Arabia to be killed.

14.     <u>Second</u>, Defendant bin Salman has sought to hunt Dr. Saad down and trap him wherever he was located in order to facilitate his killing.  That hunt that took place primarily in the United States, where Dr. Saad owns property and where Defendant bin Salman believed Dr. Saad to be residing.

15.     Acting through Defendant Bader Alasaker ("Defendant Alasaker"), Defendant bin Salman's personal charitable foundation, and affiliated student and "public relations" organizations, Defendant bin Salman recruited and deployed a network of agents living in the United States (the "U.S.-Based Covert Agent Defendants") who used covert and deceptive means to hunt Dr. Saad and his family in Boston, Massachusetts, ultimately in an effort to identify his location for an attempted killing.  These U.S.-Based Covert Agents included student operatives who were an elite subset of a broader group of Saudi students in the United States that Defendant bin Salman had intentionally developed to do his bidding.  To oversee this effort, Defendant bin Salman relied on Defendant Alasaker, the head of Defendant Prince Mohammed Bin Salman bin Abdulaziz Foundation  (also known as the "MiSK Foundation" and referred to herein as

"Defendant MiSK").  Defendant Alasaker in turn extended his reach beyond Defendant MiSK by asserting control over the Saudi Arabian Cultural Mission ("SACM") and the broad web of student organizations it supervises throughout the United States.[3]  Defendants bin Salman and Alasaker, working with and through Defendant MiSK, controlled the conduct of the student operatives tasked with hunting down Dr. Saad; their behavior, like that of other Saudi students in the United States, was subject to constant scrutiny.  As has been publicly reported, Saudi student "clubs" in the United States each have "one or two spies" tasked with reporting on "everything that happened" and "everything that was said," and all student activities require express permission.[4] The student operatives in this case were singled out for their demonstrated loyalty to Defendant bin Salman and longstanding involvement with Defendant MiSK.  They regularly interacted with high-ranking associates of Defendant bin Salman, and accordingly were trusted to carry out the sensitive mission of attempting to locate and ultimately kill Dr. Saad.  Moreover, in exchange for their efforts and to keep them close, Defendant bin Salman rewarded them with exemptions from certain harsh restrictions placed on ordinary Saudi students and key positions in various organizations aligned with Defendant bin Salman.  The U.S.-Based Covert Agents willingly

---

[3] *See, e.g.,* Press Release, MiSK Foundation, *Misk and MOE Signed Agreement to Send 100 Students to Top International Universities*, (Oct. 24, 2017), https://misk.org.sa/hcd/misk-moe-signed-agreement-send-100-students-top-international-universities/ (explaining Defendant MiSK's agreement, signed by Defendant Alasaker, to send Saudi students abroad and coordinate with Cultural Missions); Misk Foundation | مسك الخيرية (@MiskKSA), Twitter (Apr. 10, 2018, 6:44 AM), https://twitter.com/MiskKSA/status/983657083055853568 (announcing cooperation agreement between Defendant MiSK and SACM).

[4] Layla Quran, *Saudi Students in U.S. Say Their Government Watches Their Every Move*, PBS News Hour (Mar. 19, 2019), https://www.pbs.org/newshour/world/saudi-students-in-u-s-say-their-government-watches-their-every-move.

obeyed these directives, fully aware that noncompliance could bring about consequences like "passport freezes, death threats, intimidation, retraction of scholarships, and attempts to lure [Saudi students] back to the country."[5]

16.     Defendant bin Salman also sought to activate the levers of the International Criminal Police Organization ("INTERPOL"), an intergovernmental organization of which the United States is a member, by filing unspecified allegations so that Dr. Saad and his family members would be trapped and unable to travel while Defendant bin Salman set in motion his plan to kill him.  To further assist in hunting down and trapping Dr. Saad, Defendant bin Salman's personal agents hacked Dr. Saad's smartphones and froze his bank accounts.

17.     Third, once Defendant bin Salman had finally located his target, he in fact dispatched a private hit squad to North America to kill Dr. Saad.  On or around October 15, 2018—less than two weeks after the extrajudicial killing of *Washington Post* columnist Jamal Khashoggi, and while the Saudi government was denying even the fact of his death—another team of Saudi nationals traveled across the Atlantic Ocean from Saudi Arabia to Canada, where Dr. Saad lives in exile, with the intention of killing Dr. Saad.  Like the team that murdered Khashoggi, those sent to kill Dr. Saad—named in this Complaint as the "Tiger Squad Defendants"—were also members of Defendant bin Salman's personal mercenary group, the Tiger Squad.  Carrying two bags of forensic tools, and complete with forensic personnel experienced with the clean-up of crime scenes—including an instructor in the same criminal evidence department as the forensic specialist who dismembered Khashoggi with a bone saw—the Tiger Squad Defendants attempted to enter

---

[5] *Id.*

Canada covertly, traveling on tourist visas and seeking to avert the detection of Canadian border security by entering through separate kiosks.

18.     Upon approaching the kiosks, the Tiger Squad Defendants aroused the suspicion of Canadian border security officials, who asked them whether they knew each other.  They lied and said they did not.  On information and belief, shortly thereafter, during secondary screening, Canadian officials found a photo of some of the Tiger Squad Defendants together, revealing their lie and thwarting their mission.

19.     On information and belief, Defendant bin Salman, Defendant Saud Alqahtani ("Defendant Alqahtani"), and Defendant Ahmed Alassiri ("Defendant Alassiri"), with the support of Defendant Alasaker, orchestrated and directed the failed mission to kill Dr. Saad, which bore striking resemblance to the tactics and personnel they had deployed against Khashoggi thirteen days earlier.  The team successfully deployed to kill Jamal Khashoggi was created by Defendant bin Salman and Defendant Alqahtani after Dr. Saad—then helping lead the Ministry that would be responsible for covert extraterritorial operations—refused a request by Defendant bin Salman to use the resources of the Saudi government to carry out an extrajudicial and extraterritorial operation.  While serving as Deputy Crown Prince, Defendant bin Salman wanted to kidnap, torture, and kill a Saudi prince living in France who criticized Defendant bin Salman on Twitter as "corrupt[]" and "improvident" for wasting the royal family's money on a $500 million yacht and personally threatened to expose Defendant bin Salman's salacious conduct.  Without the tools of the State at his unilateral disposal, Defendant bin Salman created a personal team of killers to carry out the extrajudicial rendition from France instead.  The same tactics and the same team were later used by Defendant bin Salman and Defendant Alqahtani to kidnap a religious pilgrim in

Mecca in 2016 and then sodomize him, defiling even Islam's holiest site, simply because the pilgrim had implicitly suggested on Twitter that Defendant bin Salman was a "reckless" child who would cause "calamity."  In short, when Defendant bin Salman's ability to kill was hamstrung by the official organs of the Kingdom, he created a personal team prepared to do anything and everything for him, anywhere in the world.

20.     Having failed to kill Dr. Saad in Canada in October 2018, Defendant bin Salman continues in his attempted extrajudicial killing to this day.  In May 2020, Defendant bin Salman convened a meeting with key advisors, and, according to a witness in direct contact with participants in the meeting, Defendant bin Salman directed agents to pursue another mission to kill Dr. Saad, by traveling directly through the United States to enter Canada "by land" and, once and for all, eliminate Dr. Saad.  The participants also discussed having obtained a fatwa to endorse the killing of Dr. Saad.  Defendant bin Salman's agents followed his orders and since then have pursued intensified efforts to locate Dr. Saad, identify his patterns of movement, and collect information on his physical security arrangements.  In recent months, Dr. Saad has also endured repeated credible threats on his life; indeed, Canadian law enforcement deployed an Emergency Response Team outside his home in response to a potentially imminent threat it had detected.[6]

21.     Each aspect of this ongoing attempt has had one ultimate objective: to kill Dr. Saad and thereby limit the U.S. government's access to a key partner with unique knowledge.

---

[6] An Emergency Response Team is a specialized unit of the Royal Canadian Mounted Police ("RCMP") that deploys "tactics, specialized weapons and equipment to resolve high-risk situations."  *Emergency Response Team*, Royal Canadian Mounted Police, https://www.rcmp-grc.gc.ca/ert-gti/index-eng.htm (last visited Feb. 3, 2021).

22.     Defendant bin Salman's targeting of Dr. Saad directly implicates U.S. interests. Indeed, Dr. Saad's close ties to the U.S. Intelligence Community stand in the way of Defendant bin Salman's consolidation of influence and power among U.S. government officials.   The Department of State has publicly and repeatedly recognized Dr. Saad as "a valued partner to the U.S. Government."[7]   Dr. Saad formed those close ties with the United States while establishing Saudi Arabia as "one of Washington's most important and reliable partners in counterterrorism, both globally and within the region."[8]   And those ties have been crucial to "keeping [U.S.] citizens safe"[9] and saving American lives, like the hundreds—if not thousands—of lives that were saved when Dr. Saad oversaw a team of informants that prevented a plot by an al-Qaeda affiliate to bomb two United States-bound cargo airplanes.

23.     Defendant bin Salman's desire to disrupt these ties by eliminating Dr. Saad has been transparent.   Defendant bin Salman had Dr. Saad stripped of his position in the Saudi government for meeting with Director for the U.S. Central Intelligence Agency ("CIA") John Brennan.   Similarly, in May 2017, after public reporting on a U.S. lobbying effort pursued by Dr. Saad's close ally, Dr. Saad understood that he faced credible threats that caused him to fear for his

---

[7] Letter from Ryan M. Kaldahl, Acting Ass't Sec'y, Bureau of Legislative Affairs, U.S. Dep't of State, to Senator Leahy 1 (Aug. 6, 2020) [hereinafter Aug. 6, 2020 State Dep't Letter].

[8] Letter from William S. Cohen, Former Sec'y of Def., Michael Morell, Former Acting Dir. of the Cent. Intelligence Agency, et al. to the President of the U.S. & Members of Cong. 2 (Sept. 23, 2016), https://www.al-monitor.com/pulse/files/live/sites/almonitor/files/documents/2016/letter_obama_congress_jasta.pdf; *see also* Lina Khatib, *The Regional Impact of Saudi Succession*, Carnegie Middle East Ctr. (Jan. 23, 2015), https://carnegie-mec.org/diwan/57663.

[9] Aug. 6, 2020 State Dep't Letter, *supra* note 7, at 1.

safety and flee Saudi Arabia. Days later, Dr. Saad learned that these fears were well founded when Defendant bin Salman ordered the detention of participants in the U.S. lobbying effort and a former colleague warned him that he was a target.

24.     After Defendant bin Salman staged a coup that ousted Dr. Saad's close ally, then-Crown Prince Mohammed bin Nayef ("Mr. bin Nayef")—and appeared to receive political cover from President Trump to do so—the U.S. Intelligence Community continued to rely on Dr. Saad and Mr. bin Nayef, who had become instrumental to protecting U.S. national security.[10] Indeed, on information and belief, Defendant bin Salman believes that Dr. Saad is responsible for the CIA's conclusion that Defendant bin Salman personally ordered the killing of Jamal Khashoggi.[11] That conclusion severely injured Defendant bin Salman's standing and reputation in the United States and other western countries.[12]

25.     Accordingly, to Defendant bin Salman, the threat posed by Dr. Saad to Defendant bin Salman's standing in the United States is an urgent and ongoing one. Defendant bin Salman's attempted extrajudicial killing has confronted that threat: to maximize Defendant bin Salman's chances of U.S. support for his ascension, Dr. Saad had to be eliminated.

---

[10] David Ignatius, *This Former Intelligence Official Was a Hero. He's Now the Target of a Brutal Campaign by MBS*, Wash. Post (May 28, 2020), https://www.washingtonpost. com/ opinions/2020/05/28/this-former-intelligence-official-was-hero-hes-now-target-brutal-campaign-by-mbs/.

[11] Shane Harris et al., *CIA Concludes Saudi Crown Prince Ordered Jamal Khashoggi's Assassination*, Wash. Post (Nov. 16, 2018), https://www.washingtonpost. com/world/national-security/cia-concludes-saudi-crown-prince-ordered-jamal-khashoggis-assassination/2018/11/16/98c89fe6-e9b2-11e8-a939-9469f1166f9d_story.html.

[12] Ben Hubbard, *One Year On, Shadow of Khashoggi's Killing Stalks Saudi Prince*, N.Y. Times (Oct. 2, 2019), https://www.nytimes.com/2019/10/02/world/middleeast/khashoggi-killing-mbs-anniversary.html.

26.     If the allegations in this Complaint seem fantastical, that is only because it is difficult to fathom the depths of depravity of Defendant bin Salman and the men he empowered to carry out his will, such as Defendant Saud Alqahtani.  But make no mistake:  the attempt to kill Dr. Saad, just like the completed killing of Jamal Khashoggi days before, was not a one-off incident, but rather the way Defendant bin Salman regularly operated in the years leading up to the fateful events of 2018.  This pattern of activity caused a whistleblower to approach Dr. Saad (by then out of government) as early as 2016, fearful of a new team operating at Defendant bin Salman's direction that was carrying out extrajudicial killings, rape, and torture.  It was why the official security ministries of the Saudi government itself surveilled and fastidiously documented Defendant bin Salman's Tiger Squad as early as 2016, fearful of the lawless activities of a dangerously empowered royal.  It was why many of the same men who tortured Dr. Saad's son-in-law in 2017 as part of Defendant bin Salman's supposed "anti-corruption" efforts were part of the same personal hit squad sent to Turkey to kill Khashoggi one year later.  In short, the operation to kill Dr. Saad followed an engrained pattern of operation, directed by Defendant bin Salman and carried out by Defendants Alqahtani and Alassiri and a consistent band of personal loyalists operating under their supervision.  Dr. Saad's personal knowledge of these and many other categories of damning information, coupled with his deep connection to the U.S. Government, is exactly why Defendant bin Salman wants him dead.  And Defendant bin Salman was prepared to reach inside the United States to make that happen.

27.     Three years into a still-ongoing attempted extrajudicial killing, Dr. Saad now brings a claim for attempted extrajudicial killing under the Torture Victim Protection Act ("TVPA") as well as a related claim for violation of the law of nations under the Alien Tort Statute ("ATS").

Both are aimed at ensuring that flagrant violations of U.S. law and international norms and standards do not go unchecked, and that victims who suffer as a result of such violations may seek redress in a legitimate forum.

28.     In particular, the TVPA was adopted to create a civil cause of action to ensure "[j]udicial protection against [specified] flagrant human rights violations" targeting foreign citizens in foreign lands in recognition of the "universal condemnation" of official torture and summary executions and the need for accountability when such intolerable conduct is perpetrated. S. Rep. No. 102-249, at 3 (1991).  Indeed, Congress recognized that "[a] state that practices torture and summary execution is not one that adheres to the rule of law." *Id.*  The TVPA "is designed to respond to this situation by providing a civil cause of action in U.S. courts for torture committed abroad." *Id.* at 3–4; *see also* H.R. Rep. No. 102-367(I), at 3 (1991).

29.     Likewise, the ATS was enacted so that U.S. courts would have jurisdiction over actions in tort that violated the law of nations, even when committed against non-citizens, so that victims of such wanton conduct would have a civil remedy.

30.     Dr. Saad is entitled to relief for the pain and trauma he has suffered at the hands of Defendant bin Salman and his agents and affiliates.  Litigation alone cannot provide justice to Dr. Saad, in the face of the brutal hunting and attempted killing orchestrated by Defendant bin Salman. However, this Court can begin the process of holding Defendant bin Salman and his agents accountable for their actions, accountable for yet again reaching across international borders, including into the United States, to hunt down and ultimately kill a man the United States has long relied upon to keep American citizens safe and who is being targeted precisely because of his relationship with the United States.

15

## PARTIES

*Dr. Saad*

31.     Plaintiff **Dr. Saad Aljabri** ("Dr. Saad") is a 39-year veteran of the government of Saudi Arabia with expertise in national security and counterterrorism.  He has served as one of the U.S. Intelligence Community's closest and most important partners in the region.

32.     Dr. Saad holds a master's degree in computer science and a Ph.D. in artificial intelligence.  He began his career in the Saudi government in 1976, where he served in numerous positions in the Saudi Ministry of Interior, and ultimately became a trusted advisor of former Crown Prince Mohammed bin Nayef, who served as Minister of the Interior.

33.     In particular, while serving as Mr. bin Nayef's chief of staff, Dr. Saad led the development of Saudi Arabia's security and counter-terrorism agencies, including the Mabahith.  This agency fostered important partnerships with U.S. and other western intelligence and security agencies.

34.     Dr. Saad is a dual citizen of Malta and the Kingdom of Saudi Arabia.  Fleeing Defendant bin Salman in 2017, Dr. Saad relocated first to Turkey and then secretly to Canada.  He currently resides in Canada, where he is a permanent resident.

35.     At all relevant times, Dr. Saad maintained close contacts with senior U.S. intelligence officials, as described further below.

36.     At all relevant times, Dr. Saad has owned and maintained property or assets in Washington, D.C. and elsewhere in the United States.  Dr. Saad was previously associated with the Belfer Center for Science and International Affairs at the Harvard Kennedy School in Cambridge, Massachusetts.  In addition, for periods of time in fall and winter 2017—around the

16

time a hunt for Dr. Saad occurred in the United States—Dr. Saad's wife, Nadyah, and four sons—Khalid, Mohammed, Naif, and Sulaiman—lived in the United States in Boston, Massachusetts. Dr. Saad is also a grandfather of three U.S. citizens.

*Mohammed bin Salman*

37.     **Defendant Mohammed bin Salman bin Abdulaziz Al Saud** ("Defendant bin Salman") is a Saudi national who currently serves as Crown Prince of the Kingdom of Saudi Arabia.  He resides in Riyadh, Saudi Arabia.

38.     Defendant bin Salman seized power by coup in 2017.[13]  In particular, and as discussed in more detail below, upon being named Deputy Crown Prince in 2015, Defendant bin Salman undertook a campaign to consolidate his power and maximize his influence and credibility within the U.S. government, including the U.S. Intelligence Community, which maintained a close and longstanding relationship with Dr. Saad and Mr. bin Nayef.  Such campaign involved the removal of those—including Dr. Saad and Mr. bin Nayef—who had both a direct line to senior U.S. intelligence officials and a wealth of potentially harmful knowledge about Defendant bin Salman and his affiliates.

39.     Since assuming the role of Crown Prince after ousting Mr. bin Nayef in 2017, Defendant bin Salman's campaign has grown increasingly violent, as he has sought to eliminate any individuals who posed a threat to his support within the United States.  Acting through a network of agents and front entities—including his personal "charitable" organization, the MiSK Foundation, senior advisors Defendant Alqahtani, Defendant Alassiri, and Defendant Alasaker,

---

[13] Robin Wright, *The Saudi Royal Purge—with Trump's Consent*, New Yorker (Nov. 6, 2017), https://www.newyorker.com/news/news-desk/the-saudi-royal-purge-with-trumps-consent.

the Tiger Squad Defendants and the U.S.-Based Covert Agent Defendants—Defendant bin Salman has carried out multiple extrajudicial killings and attempted extrajudicial killings of those who could undermine his support in the United States, including of Jamal Khashoggi and Dr. Saad.

*Bader Alasaker*

40.     **Defendant Bader Alasaker** ("Defendant Alasaker") is a Saudi national who serves as the head of Defendant bin Salman's private office and the "Secretary-General" (or Executive Director) of Defendant MiSK.  In those two roles, Defendant Alasaker is one of Defendant bin Salman's closest aides and is known as Defendant bin Salman's "invisible hand."[14]  Through those dual roles, Defendant Alasaker has cultivated a network of covert agents whom he has deployed to target individuals who undermine Defendant bin Salman in the United States.[15]

41.     Defendant Alasaker traveled to the United States on multiple occasions in connection with his work leading Defendant MiSK, including but not limited to in June 2014, May 2015, June 2016, March 2017, August 2017, September 2017, March 2018, and September 2018.[16]

---

[14] *Al Asaker, Mohammed bin Salman's Invisible Hand*, Intelligence Online (Oct. 18, 2017), https://www.intelligenceonline.com/government-intelligence/2017/10/18/al-asaker-mohammed-bin-salman-s-invisible-hand,108276602-art#:~:text=Al%20Asaker%20is%20not%20officially, the%20crown%20prince's%20personal%20foundation.

[15] *See* Superseding Indictment, *United States v. Abouammo*, No. 3:19-cr-00621-EMC (N.D. Cal. July 28, 2020), ECF No. 53; Diane Bartz & Katie Paul, *U.S. Accuses Two Former Twitter Employees of Spying for Saudi Arabia*, Reuters (Nov. 6, 2019), https://www.reuters.com/article/us-usa-twitter-saudiarabia/u-s-accuses-two-former-twitter-employees-of-spying-for-saudi-arabia-idUSKBN1XG34W.

[16] Criminal Complaint ¶¶ 27-29, *United States v. Abouammo*, No. 3:19-cr-00621-EMC (N.D. Cal. Nov. 5, 2019), ECF No. 1 (describing a June 2014 visit by "Foreign Official-1" [Alasaker] to Twitter headquarters); *id.* ¶ 58 (May 2015 visit by "Foreign Official-1" [Alasaker] to Washington, DC as part of an official delegation from Saudi Arabia); Betsy Morris, *How a Former Twitter Employee Became an Accused Saudi Spy*, Wall St. J. (Nov. 10, 2019),

Additionally, on information and belief, Defendant Alasaker recently rented or authorized the rental of residential property under his name in California.

42.     Facilitated by his repeated physical presence in the United States, Defendant Alasaker led Defendant bin Salman's U.S.-based effort to cultivate and consolidate control over a network of operatives in the United States.  Defendant Alasaker personally handpicked and deployed several trusted individuals as covert operatives in furtherance of Defendant bin Salman's personal objective of extrajudicially killing Dr. Saad.  Defendant Alasaker carried out this effort through Defendant MiSK and through student "clubs" that, like Defendant MiSK, were controlled by Defendants bin Salman and Alasaker.

43.     Defendant Alasaker's recruitment and direction of agents to hunt down Dr. Saad in the United States was a continuation of a pattern Defendant Alasaker had been deploying for years to cultivate individuals in the United States instrumental to Defendant bin Salman's objective of

---

https://www.wsj.com/articles/how-a-former-twitter-employee-became-an-accused-saudi-spy-11573406476 (noting that a person familiar with the case identified "Foreign Official-1" as being Bader Alasaker); Bader Al Asaker بدر العساكر (@Badermasaker), Twitter (June 23, 2016, 12:43 PM), https://twitter.com/Badermasaker/status/746020932678987777; Press Release, MiSK Global Forum, *UN & MiSK Sign Historic Agreement for Global Youth Work* (Sept. 25, 2018), https://miskglobalforum.com/embed/; Bader Al Asaker بدر العساكر (@Badermasaker), Twitter (June 22, 2016, 12:40 PM ET), https://twitter.com/Badermasaker/status/745657779017375744; Bader Al Asaker (@badermasaker), Instagram (June 25, 2016), https://www.instagram.com/p/BHF0diFBB1g/; Bader Al Asaker بدر العساكر (@Badermasaker), Twitter (Mar. 14, 2017, 2:53 PM), https://twitter.com/Badermasaker/status/841724100599009280; Bader Al Asaker بدر العساكر (@Badermasaker), Twitter (Sept. 15, 2017, 2:43 PM), https://twitter.com/Badermasaker/status/908763333079310342; Bader Al Asaker بدر العساكر (@Badermasaker), Twitter (Mar. 22, 2018, 4:23 PM), https://twitter.com/Badermasaker/status/976917416151265280; Bader Al Asaker (@badermasaker), Instagram (Sept. 25, 2018), https://www.instagram.com/p/BoKki7FlbLu/; صحيفة مبتعث (@Mbt3thOnline), Twitter (Aug. 5, 2017, 4:04 AM), https://twitter.com/Mbt3thOnline/status/893744555660627968.

maximizing personal power and influence within U.S. government circles and removing any obstacles to doing so.

44.     Indeed, acting at Defendant bin Salman's direction, Defendant Alasaker has overseen the development of a network of Saudi students in the United States, who can be and have been weaponized at a moment's notice to carry out Defendant bin Salman's personal objectives.  As detailed in this Amended Complaint, Defendants bin Salman and Alasaker have recruited, supervised, tasked, incentivized, and controlled these individuals largely through Saudi student and "public relations" organizations.  These organizations are nominally overseen by SACM, located in Fairfax, Virginia.  However, SACM operates as an extension of Defendant MiSK—and, in turn, Defendants bin Salman and Alasaker—as evidenced by the cooperation agreement entered into between Defendant MiSK and SACM in 2018 at Defendant bin Salman's direction[17] and the pervasive control Defendant bin Salman exercises over its activities.[18]  Similar to Defendant MiSK, such organizations provide an air of legitimacy but in fact operate as U.S.-based intelligence fronts for Defendant bin Salman, who turns to them when he seeks to exact revenge or pursue private vendettas.

45.     In enlisting Saudi students in the United States to go after Dr. Saad, Defendant Alasaker was following a familiar approach.  For example, acting at Defendant bin Salman's

---

[17]  Misk Foundation | مسك الخيرية (@MiskKSA), Twitter (Apr. 10, 2018, 6:44 AM), https://twitter.com/MiskKSA/status/983657083055853568.

[18] *MiSK Initiatives and the Cultural Attache Office Conclude a Joint Agreement to Support Student Clubs*,          SaudiUSA.com          (Apr.          10,          2018), https://saudiusa.com/index.php?option=com_tz_portfolio&view=article&id=14214:2018-04-10-14-11-&lang=ar (hereinafter "*MiSK and SACM Joint Agreement*").

direction, Defendant Alasaker, operating through Defendant MiSK, coordinated a criminal scheme

that involved recruiting, training, and bribing U.S.-based employees of Twitter, Inc. ("Twitter")

—who had themselves originally come to the United States as students—to act as illegal agents

and obtain personal and confidential information about critics of Defendant bin Salman in the

United States.[19]   Defendants bin Salman and Alasaker recruited these agents through a shell

company called Sama'at, which was financed through Defendant MiSK.[20]   In or around the spring

of 2015, Defendant bin Salman bragged to Dr. Saad that Defendant bin Salman had "our guy in

Twitter" stop someone, which Dr. Saad understood to mean that Defendant bin Salman had a

covert agent inside Twitter who took action to silence a Twitter user who repeatedly criticized

Defendant bin Salman.   Defendant bin Salman mentioned to Dr. Saad that he paid one million

Saudi riyals to the agent at Twitter.   The participation of Defendant bin Salman and Defendant

Alasaker in this scheme in the United States is the subject of a criminal indictment brought by the

U.S. Department of Justice.[21]

---

[19] Superseding Indictment, *United States v. Abouammo*, No. 3:19-cr-00621-EMC (N.D. Cal. July 28, 2020), ECF No. 53; Ellen Nakashima & Greg Bensinger, *Former Twitter Employees Charged With Spying for Saudi Arabia by Digging Into the Accounts of Kingdom Critics*, Wash. Post (Nov. 6, 2019), https://www.washingtonpost.com/national-security/former-twitter-employees-charged-with-spying-for-saudi-arabia-by-digging-into-the-accounts-of-kingdom-critics/2019/11/06/2e9593da-00a0-11ea-8bab-0fc209e065a8_story.html; *see also infra* note 177.

[20] Superseding Indictment ¶ 10, *Abouammo*, No. 3:19-cr-00621-EMC ("From a time unknown to the Grand Jury but no later than May 2014 to at least March 2016, ALMUTAIRI controlled a Saudi social media marketing company [Sama'at] that performed work for Organization-1 [Defendant MiSK] and members of the Saudi Royal Family, including Royal Family Member-1 [Defendant bin Salman].").

[21] *See Abouammo*, No. 3:19-cr-00621-EMC.   On information and belief, Defendant Alasaker's conduct is described in the superseding indictment as having orchestrated the criminal conduct

46.     Defendant Alasaker also brought pertinent expertise to the table with respect to the dispatching of a hit squad to extrajudicially kill Dr. Saad.  Indeed, he played a significant role in supporting the killing of Khashoggi in October 2018,[22] which the CIA concluded with high confidence was ordered by Defendant bin Salman.[23]  Members of the Tiger Squad that carried out that murder made four calls from the Saudi consulate in Istanbul to Defendant Alasaker during the course of the execution.[24]

47.     Defendant Alasaker has also worked together with Defendant Alqahtani, at the direction of Defendant bin Salman, to cultivate a network of foreign and U.S.-based agents to conduct online disinformation and smear campaigns against individuals perceived as threats to Defendant bin Salman, including Dr. Saad.[25]  *See infra* ¶¶ 261–66.

---

within the United States.  He is also referenced in the indictment as the Secretary General of Defendant bin Salman's personal charitable foundation, the MiSK Foundation.

[22] *See* Hannah Lucinda Smith, *Saudi Hit Squad Leader 'Called Crown Prince's Office' After Khashoggi Death*, The Times (Oct. 23, 2018), https://www.thetimes.co.uk/article/hit-squad-leader-called-office-of-crown-prince-fpkgspbs0/.

[23] Harris, *supra* note 11.

[24] Smith, *supra* note 22; *Khashoggi Case: All Previous Updates*, Al Jazeera (Nov. 22, 2018), https://www.aljazeera.com/news/2018/10/khashoggi-case-previous-updates-181017132822079.html.

[25] Kareem Fahim, *Twitter Suspends Account of Former Top Saudi Aide Implicated in Khashoggi Killing*, Wash. Post (Sept. 20, 2019), https://www.washingtonpost.com/world/twitter-suspends-account-of-former-top-saudi-aide-implicated-in-khashoggi-killing/2019/09/20/9d35d96c-db8e-11e9-a1a5-162b8a9c9ca2_story.html; David Hearst, *Saudi Palace Coup: The Sequel*, HuffPost (Apr. 26, 2017), https://www.huffpost.com/entry/saudi-palace-coup-the-sequel_b_5900874ae4b00acb75f18347.

*Saud Alqahtani*

48.     **Defendant Saud Alqahtani** ("Defendant Alqahtani") is a Saudi national and a top aide to Defendant bin Salman.

49.     Since Defendant bin Salman's rise to power in 2015, Defendant Alqahtani has served as Defendant bin Salman's chief propagandist and one of his chief enforcers.  Defendant Alqahtani has orchestrated and directed online influence operations, disinformation campaigns in the United States, and suppression and intimidation campaigns on behalf of Defendant bin Salman. He also worked closely with Defendant bin Salman to create a personal team of killers that later became known as the "Tiger Squad."  Through that team, Defendant Alqahtani has carried out the personal objectives of Defendant bin Salman.  Defendant Alqahtani has directed and personally participated in numerous Tiger Squad operations involving kidnapping, torture, and murder of individuals outside of the Kingdom of Saudi Arabia who were deemed a personal threat or merely distasteful to Defendant bin Salman.  Defendant bin Salman placed Defendant Alqahtani in charge of the Tiger Squad, and relied on Defendant Alqahtani "to accomplish sensitive, aggressive tasks."[26]

50.     Dr. Saad has personal knowledge from his time working alongside Defendant bin Salman in the Saudi government that Defendant Alqahtani had worked in close cooperation with Defendant bin Salman to carry out his every wish.  Indeed, in 2017, Defendant bin Salman sent

---

[26] Bradley Hope & Justin Scheck, *"This Plane Is Not Going to Land in Cairo": Saudi Prince Sultan Boarded a Flight in Paris. Then, He Disappeared*, Vanity Fair (Aug. 25, 2020), https://www.vanityfair.com/news/2020/08/how-saudi-prince-sultan-disappeared.

Dr. Saad a text message stating that "Saud Alqahtani helped me a lot in the past and now [he] is working night and day" for Defendant bin Salman.[27]

51.     Defendant Alqahtani played a supervisory role in the attempted extrajudicial killing of Dr. Saad and was involved in overseeing the members of the Tiger Squad who were dispatched to kill Dr. Saad.  Through his supervision, Defendant Alqahtani sought to carry out Defendant bin Salman's goal of eliminating a key partner to the U.S. Intelligence Community.

52.     Like Defendant Alasaker, overseeing the attempted extrajudicial killing of Dr. Saad was not Defendant Alqahtani's first foray into the use of torture and extrajudicial killing.  He had demonstrated his willingness and ability to oversee a brutal extrajudicial killing at Defendant bin Salman's behest through his role in the Khashoggi murder less than two weeks before the Tiger Squad Defendants were sent to kill Dr. Saad.  According to the U.S. Department of Treasury Office of Foreign Assets Control ("OFAC") and the government of the United Kingdom, Defendant Alqahtani participated in the planning and execution of the operation that led to Khashoggi's killing,[28] and, in fact, supervised the murder in real time over Skype.[29]  Defendant Alqahtani was indicted by the Istanbul Chief Prosecutor's Office for his involvement in the killing.  At a hearing

---

[27] WhatsApp message from Defendant bin Salman to Dr. Saad (Aug. 4, 2017).

[28] Press Release, U.S. Dep't of the Treasury, *Treasury Sanctions 17 Individuals for Their Roles in the Killing of Jamal Khashoggi* (Nov. 15, 2018), https://home.treasury.gov/news/press-releases/sm547; *UK Sanctions Saudis, Russians Under New Magnitsky Powers*, Al Jazeera (July 6, 2020), https://www.aljazeera.com/ajimpact/uk-sanctions-saudis-russians-magnitsky-powers-200706165359282.html.

[29] *How the Man Behind Khashoggi Murder Ran the Killing Via Skype*, Reuters (Oct. 22, 2018), https://www.reuters.com/article/us-saudi-khashoggi-adviser-insight/how-the-man-behind-khashoggi-murder-ran-the-killing-via-skype-idUSKCN1MW2HA.

in the Turkish proceedings, testimony revealed that Defendant Alqahtani had threatened Khashoggi and his family prior to the killing.[30]

53.     Indeed, as one of Defendant bin Salman's chief enforcers, Defendant Alqahtani has played a role in nearly every extrajudicial operation directed by Defendant bin Salman since at least September 2015 involving kidnapping, torture, rape, and extrajudicial killing.[31]  For example, Defendant Alqahtani and a team of enforcers—the newly created group of bin Salman's personal mercenaries called the "Tiger Squad"—kidnapped a Saudi prince who had accused Defendant bin Salman of corruption along with U.S. citizens who worked for the prince.[32]  Identifying himself to his victims as "Captain Saud," Defendant Alqahtani posed as the pilot of a private jet sent by Defendant bin Salman that the prince expected to take him to Cairo—instead, Defendant Alqahtani and the rest of the Tiger Squad rendered the prince and at least three U.S. citizens back to Saudi Arabia, where Defendant Alqahtani tortured him.[33]

---

[30] *Friend Says Khashoggi 'Threatened' By Saudi Official Before Death*, News18 (Nov. 25, 2020), https://www.news18.com/news/world/friend-says-khashoggi-threatened-by-saudi-official-before-death-3113855.html [hereinafter *Friend Says Khashoggi 'Threatened'*].

[31] *See, e.g.*, Hope & Scheck, *supra* note 26 (Defendant Alqahtani was directly involved in 2016 flight that abducted Prince Sultan bin Turki II from France); Nina dos Santos & Michael Kaplan, *Jamal Khashoggi's Private WhatsApp Messages May Offer New Clues to Killing*, CNN (Dec. 4, 2018), https://www.cnn.com/2018/12/02/middleeast/jamal-khashoggi-whatsapp-messages-intl/index.html (text messages indicating that Defendant Alqahtani was directly involved with the efforts to rendition Omar Abdulaziz from Canada to Saudi Arabia); *Friend Says Khashoggi 'Threatened'*, *supra* note 30 (Defendant Alqahtani was directly involved in the murder of Khashoggi).

[32] Hope & Scheck, *supra* note 26.

[33] *See* Reda El Mawy, *Saudi Arabia's Missing Princes*, BBC (Aug. 16, 2017), https://www.bbc.com/news/magazine-40926963.

54.    In 2017, Defendant Alqahtani aided Defendant bin Salman by detaining royal family members, government ministers, and prominent members of Saudi Arabia's business and media elite—all allegedly due to unspecified allegations of "corruption."[34]   Defendant Alqahtani organized and oversaw interrogations of the detainees, including the physical and psychological torture and abuse of Dr. Saad's son-in-law, Salem Almuzaini, in September 2017 to January 2018.

55.    More recently, as Defendant bin Salman's "right-hand man" carrying out his orders, Defendant Alqahtani also oversaw the detention, abuse, and torture of six women's rights activists, including Loujain Alhathloul.[35]   Defendant Alqahtani is reported to have told Ms. Alhathloul while she was being tortured:   "I'll do whatever I like to you, and then I'll dissolve you and flush you down the toilet!"[36]   An opinion rendered by the United Nations Working Group on Arbitrary Detention reported that Ms. Alhathloul "was interrogated and tortured by officials, who subjected her to electric shocks, flogging, waterboarding, and threats of rape and sexual assault."[37]   In

---

[34] *See* Dan De Luce et al, *How a Saudi Royal Crushed his Rivals in a 'Shakedown' at the Ritz-Carlton*, NBC News (Nov. 3, 2018), https://www.nbcnews.com/news/mideast/how-saudi-royal-crushed-his-rivals-shakedown-ritz-carlton-n930396 ("[A] top adviser to the crown prince named Saud Al Qahtani 'bragged . . . that they slapped and hung some detainees upside down.'").

[35] Richard Spencer, *Saudi Terror Court Jails Women's Driving Pioneer*, Times (Dec. 29, 2020), https://www.thetimes.co.uk/article/saudi-women-driving-activist-loujain-al-hathloul-jailed-on-terrorism-charges-gdvsn0sg2.

[36] *ALQST Confirms New Details of Torture of Saudi Women Activists As British MPs Seek Access To Prisons To Investigate*, ALQST (Jan. 3, 2019), https://alqst.org/en/confirms-new-details-of-torture-of-saudi-women-activists-as-british-mps-seek-access-to-prisons-to-investigate.

[37] *Loujain al-Hathloul v. Kingdom of Saudi Arabia*, ¶ 9, U.N. Doc. A/HRC/WGAD/2020/33 (June 25,                                                                                          2020), https://www.ohchr.org/Documents/Issues/Detention/Opinions/Session87/A_HRC_WGAD_2020 _33_Advance%20Edited%20Version.pdf.

addition to serving as one of Defendant bin Salman's chief enforcers, Defendant Alqahtani has served as Defendant bin Salman's chief propagandist.  Defendant Alqahtani has orchestrated—under Defendant bin Salman's orders—massive and ongoing online disinformation campaigns against anyone posing a threat to Defendant bin Salman's power, including Dr. Saad, often with the goal of improving Defendant bin Salman's relationship and image with the U.S. government. Such campaigns were coordinated in conjunction with direct, brutal actions by Defendant bin Salman's agents, such as the extrajudicial killing of Jamal Khashoggi.

56.     Before his Twitter account was permanently disabled for violations of Twitter's "platform manipulation policies,"[38] Defendant Alqahtani published a tweet stating explicitly that all of his actions and activities—presumably including extrajudicial killing—are carried out at the direction of Defendant bin Salman:  "Do you think I'm acting on my own whim?  I am a civil servant and a faithful executer of the orders of the King and the Crown Prince."[39]

57.     In furtherance of Defendant bin Salman's propaganda machine, Defendant Alqahtani has engaged several Washington, D.C.-based public relations firms in connection with lobbying activities in the United States.  For example, Defendant Alqahtani engaged one firm in this District in or around March 2016 to communicate information about the Royal Court to

---

[38] Hadas Gold, *Twitter Suspends Account of Former Adviser to Saudi Arabia's Crown Prince*, CNN (Sept. 20, 2019), https://www.cnn.com/2019/09/20/tech/twitter-suspends-accounts-saudi-al-qahtani/index.html.

[39] *See* Transcript, *The Crown Prince of Saudi Arabia*, FRONTLINE (Oct. 1, 2019), https://www.pbs.org/wgbh/frontline/film/the-crown-prince-of-saudi-arabia/transcript/ (translation from original Arabic language tweet as reflected in PBS documentary).

"relevant US audiences"[40] and another firm in this District in or around September 2016 for "advice and advocacy on foreign policy and related issues in the U.S. Government."[41] Defendant Alqahtani personally signed agreements with these U.S. lobbying firms, all located in the District of Columbia.

58.     Defendant Alqahtani served as a member of the board of directors of Defendant MiSK.[42] As described further herein, Defendant MiSK—acting as an alter ego of Defendants bin Salman and Alasaker—was used to deploy covert agents to hunt Dr. Saad in the United States. Defendants bin Salman, Alqahtani, and Alasaker have also used Defendant MiSK to recruit and cultivate a network of foreign and U.S.-based agents to attack critics of Defendant bin Salman on social media.

59.     On October 20, 2018—the same day the Saudi Ministry of Foreign Affairs acknowledged that Jamal Khashoggi had been killed in a Saudi consulate—Saudi state media reported that Defendant Alqahtani had been removed from his role as an advisor to Defendant bin Salman.[43] Nevertheless, Defendant bin Salman has continued to employ him; indeed, Defendant

---

[40] Exhibit A to Registration Statement Pursuant to the Foreign Agents Registration Act of 1938, as amended, of BGR Government Affairs, at 4 (Mar. 15, 2016).

[41] Exhibit A to Registration Statement Pursuant to the Foreign Agents Registration Act of 1938, as amended, of Squire Patton Boggs (US) LLP, at 4 (Sept. 20, 2016).

[42] *FaceOf: Saud Al-Qahtani, Saudi Royal Court Advisor*, Arab News (June 23, 2018), https://www.arabnews.com/node/1326371/saudi-arabia.

[43] *Who Is Saud al-Qahtani, the Fired Saudi Royal Court Adviser?*, Al Jazeera (Oct. 20, 2018), https://www.aljazeera.com/news/2018/10/saud-al-qahtani-fired-saudi-royal-court-adviser-181020125449478.html.

Alqahtani maintains a leadership role in commanding Tiger Squad operations and conducting online disinformation campaigns against Dr. Saad.[44]

60.     On November 15, 2018, the U.S. Office of Foreign Assets Control designated Defendant Alqahtani under Executive Order 13818, which "target[s] perpetrators of serious human rights abuse and corruption.[45]  Defendant Alqahtani's designation was based on his role in the killing of Khashoggi.[46]

61.     Similarly, on April 8, 2019, the U.S. Department of State designated Defendant Alqahtani under Section 7031(c) of the Department of State, Foreign Operations, and Related Programs Appropriations Act of 2019, based on his role in the Khashoggi killing.[47]  This Section is reserved for cases in which "the Secretary of State has credible information that officials of foreign governments have been involved in significant corruption or gross violations of human

---

[44] Jared Malsin & Sarah E. Needleman, *Twitter Suspends Former Saudi Official Linked to Crackdown, Khashoggi Killing*, Wall St. J. (Sept. 20, 2019), https://www.wsj.com/articles/twitter-suspends-former-saudi-official-linked-to-crackdown-khashoggi-killing-11568999068;   *Saudi Arabia: Arab Media: Murderer of Khashoggi Returns to Power Again*, Thai News Service (Dec. 17,        2020),        https://advance.lexis.com/document?crid=0782c618-ee06-41bb-8cfd-310bed2640f5&pddocfullpath=%2Fshared%2Fdocument%2Fnews%2Furn%3AcontentItem%3A61HY-SJM1-DXMS-81HX-00000-00&pdsourcegroupingtype=G&pdcontentcomponentid=404625&pdmfid=1000516&pdisurlapi=true.

[45] Press Release, Treasury Dep't, *Treasury Sanctions 17 Individuals for Their Roles in the Killing of Jamal Khashoggi* (Nov. 15, 2018), https://home.treasury.gov/news/press-releases/sm547.

[46] *Id.*

[47] Media Note, Dep't of State, Public Designation of Sixteen Saudi Individuals Under Section 7031(c) of the FY 2019 Department of State, Foreign Operations, and Related Programs Appropriations Act (Apr. 8, 2019), https://2017-2021.state.gov/public-designation-of-sixteen-saudi-individuals-under-section-7031c-of-the-fy-2018-department-of-state-foreign-operations-and-related-programs-appropriations-act/index.html.

rights."[48]   As a result of such designation, Defendant Alqahtani is ineligible for entry into the United States.[49]

*Ahmed Alassiri*

62.     **Defendant Ahmed Alassiri** ("Defendant Alassiri") is a Saudi national who served as the Deputy Intelligence Chief for Saudi Arabia's principal intelligence agency, the General Intelligence Presidency, from approximately April 2017 to on or around October 19, 2018.  He is a close personal confidant and advisor to Defendant bin Salman.

63.     On information and belief, Defendant Alassiri played a supervisory role in the attempted extrajudicial killing of Dr. Saad and was involved in overseeing the members of the Tiger Squad who traveled to Canada to kill Dr. Saad.  Through his supervision, Defendant Alassiri sought to carry out Defendant bin Salman's goal of eliminating a key partner to the U.S. Intelligence Community.

64.     Like Defendants Alasaker and Alqahtani, Defendant Alassiri had previously supervised and directed the Tiger Squad in carrying out other covert extrajudicial killings of Defendant bin Salman's targets, including Khashoggi.

65.     According to the government of the United Kingdom, Defendant Alassiri "was a senior official involved in commissioning the 15 man team sent to Turkey to kill Jamal Khashoggi."[50]

---

[48] *Id.*

[49] *Id.*

[50] Consolidated List of Financial Sanctions Targets in the UK, Office of Fin. Sanctions Implementation HM Treasury, last updated Dec. 31, 2020, https://assets.publishing.

66.     On or around October 19, 2018, Defendant Alassiri was reportedly terminated in his role as the Saudi Deputy Intelligence Chief, apparently in an effort to divert blame from Defendant bin Salman for the Khashoggi killing.[51]

67.     In addition to overseeing the Tiger Squad, Defendant Alassiri has coordinated operational efforts in the United States and made trips to Washington, D.C. on several occasions, including in May 2016, March 2017, and March 2018, in connection with the same.[52]   On information and belief, Defendant Mohammed Alhamed—while purportedly a student in Massachusetts—provided support to Defendant Alassiri during his visits to the United States.

_MiSK Foundation_

68.     Defendant Prince Mohammed Bin Salman bin Abdulaziz Foundation, also known as the **MiSK Foundation** ("Defendant MiSK"), holds itself out as a non-profit foundation founded by Defendant bin Salman in his personal capacity.  Defendant Alasaker is the Secretary-General (or Executive Director) of Defendant MiSK.  Defendant bin Salman serves as the Chairman of the Board of Directors.

---

[51] service.gov.uk/government/uploads/system/uploads/attachment_data/file/948948/Global_Human_Rights.pdf.

[51] _Who Is Ahmed al-Asiri, the Sacked Saudi Intelligence Official?_, Al Jazeera (Oct. 20, 2018), https://www.aljazeera.com/news/2018/10/ahmed-al-asiri-sacked-saudi-intelligence-chief-181019235211120.html.

[52] Tom Hamburger et al., _Inside the Saudis' Washington Influence Machine: How the Kingdom Gained Power Through Fierce Lobbying and Charm Offensives_, Wash. Post (Oct. 21, 2018), https://www.washingtonpost.com/politics/inside-the-saudis-washington-influence-machine-how-the-kingdom-gained-power-through-fierce-lobbying-and-charm-offensives/2018/10/21/8a0a3320-d3c3-11e8-a275-81c671a50422_story.html (Defendant Alassiri visited Washington, D.C. in May 2016).

69.     Defendant MiSK is controlled and dominated by, and is a mere instrumentality of, Defendants bin Salman and Alasaker.  Indeed, Defendant bin Salman uses Defendant MiSK when he seeks to pursue personal objectives and does not wish to use official Saudi government channels.   The government of Saudi Arabia has recognized Defendant MiSK as a "non-government organization."[53]

70.     Defendant bin Salman is personally responsible for substantially funding Defendant MiSK's operations.   He has personally contributed 4.4 billion Saudi riyals— approximately $1.17 billion USD—to Defendant MiSK since 2011.[54]  Some of that funding has been used to finance covert operations inside the United States.  For example, Defendant MiSK financed a shell company, Sama'at, which was used as part of a criminal scheme to recruit employees of Twitter inside the United States to spy on and obtain personal information about Defendant bin Salman's critics.  *See infra* ¶ 45 & n.20.

71.     Defendant MiSK describes its mission as "cultivat[ing] and encourag[ing] learning and leadership in youth for a better future in Saudi Arabia."[55]   In reality, Defendant MiSK has served and continues to serve as a front for Defendant bin Salman and Defendant Alasaker's

---

[53] Press Release, Embassy of the Kingdom of Saudi Arabia, *MiSK Foundation and the United Nations Sign Strategic Agreement to Support Young People Around the World* (Sept. 26, 2018), https://www.saudiembassy.net/news/misk-foundation-and-united-nations-sign-strategic-agreement-support-young-people-around-world.

[54] Press Release, MiSK Foundation, *The Mohammed bin Salman Foundation (MiSK Foundation) Announces Strategic Investment of around SAR 813 Million* ($US 216.5 Million) in Japanese Gaming Company SNK (Nov. 26, 2020), https://bit.ly/3jkddlt.

[55] *About MiSK*, MiSK Found., https://misk.org.sa/en/about-misk/ (last visited Feb. 4, 2021).

initiatives that depend on a network of agents willing to carry out sensitive intelligence and influence operations, including the hunting of Dr. Saad in the United States.

72.    Defendant MiSK has carried out extensive activities in the United States.  As described more fully below, it routinely hosts events in the United States designed to recruit and cultivate operatives who can pursue Defendant bin Salman's objectives.  These events also serve to legitimize Defendant MiSK and ensure that it avoids serious scrutiny.[56]

73.    Defendant MiSK's activities in the United States were significantly curtailed after the killing of Jamal Khashoggi—indeed, several U.S. organizations ended their partnerships with Defendant MiSK as a result.[57]  Nevertheless, Defendant MiSK has continued to operate a remote internship program in the United States that placed Saudi students at U.S.-based organizations as recently as fall 2020.[58]

74.    As described in more detail herein, Defendant MiSK serves as the focal point of Defendant bin Salman's effort to cultivate and control a network of student operatives to carry out

---

[56] Grif Peterson & Yarden Katz, *Elite Universities Are Selling Themselves – and Look Who's Buying*, Guardian (Mar. 30, 2018), https://www.theguardian.com/commentisfree/2018/mar/30/elite-universities-selling-themselves-mit-harvard-saudi-arabia-mohammed-bin-salman (observing that Defendant MiSK's partnership with universities, including the Massachusetts Institute of Technology, "normalises MiSK – which seeks to extend Bin Salman's reach over educational affairs in Saudi Arabia – by lending it credibility and a veneer of tech 'innovation.'")

[57] Karen Attiah, *Opinion: American Institutions Should Withdraw from the Saudi Crown Prince's Charity Foundation*, Wash. Post (Nov. 10, 2018), https://www.washingtonpost.com/news/global-opinions/wp/2018/11/10/american-institutions-should-withdraw-from-the-saudi-crown-princes-charity-foundation/.

[58] *About Remote Consulting Internships*, MiSK Foundation (last visited Feb. 3, 2021), https://misk.org.sa/hcd/services/capital-placement/.

Defendant bin Salman's personal objectives in the United States.  On information and belief, Defendant MiSK compensated Defendant Youssef Alrajhi ("Defendant Alrajhi") and Defendant Layla Abuljadayel ("Defendant Abuljadayel"), each of whom were involved in the hunt for Dr. Saad in the United States prior to the Tiger Squad's October 2018 travel to Canada.  Defendants Alrajhi, Abuljadayel, and Mohammed Alhamed ("Defendant Alhamed") were each early and active participants in MiSK programming.  Defendant Alrajhi participated in a "leadership preparation" program for students organized by MiSK in Boston, Massachusetts in 2015, believed to be the first program by Defendant MiSK for university students in the United States.  Defendants Abuljadayel and Alhamed attended this program in 2016 and 2017, respectively.[59]

75.     On information and belief, Defendant MiSK provides funding and support to Saudi student groups in the United States via SACM, with which Defendant MiSK entered into a cooperation agreement in 2018 at Defendant bin Salman's direction.[60]  Defendant Alasaker executed this agreement on behalf of Defendant MiSk.

---

[59] *See* Layla Abuljadayel ليلابوالجدايل (@drlaylaaj), Twitter (July 30, 2016, 11:41 PM), https://twitter.com/drlaylaaj/status/759594914590187520; Layla Abuljadayel ليلابوالجدايل (@drlaylaaj), Twitter (July 30, 2016, 11:49 PM), https://twitter.com/drlaylaaj/status/759596918196625408; Layla Abuljadayel ليلابوالجدايل (@drlaylaaj), Twitter (Aug. 5, 2017, 12:34 AM), https://twitter.com/drlaylaaj/status/893691749759164416; Mohammed Alhamed (@M7Alhamed), Twitter (Sept. 16, 2017, 1:53 AM), https://twitter.com/M7Alhamed/status/908931807760011264.

[60] Misk Foundation | مسك الخيرية (@MiskKSA), Twitter (Apr. 10, 2018, 6:44 AM), https://twitter.com/MiskKSA/status/983657083055853568 (Defendant Alasaker, on behalf of Defendant MiSK, posing with a representative from SACM after signing a cooperation agreement between the two entities); *MiSK and SACM Joint Agreement*, *supra* note 17.

_U.S.-Based Covert Agent Defendants_

76.     As part of the attempted extrajudicial killing, Defendant bin Salman enlisted several agents (the "U.S.-Based Covert Agent Defendants") to carry out an extended, cross-border hunt for Dr. Saad in the United States, where Defendant bin Salman believed Dr. Saad to be residing.

77.     Central to this hunt were three operatives who interrogated close friends and family members of Dr. Saad in the United States in and around the fall of 2017 in an effort to locate and obtain valuable information about Dr. Saad's "pattern-of-life."[61]   These operatives, described in more detail below, were able to operate in the United States by virtue of their status as students at universities in the United States, including in the District of Columbia.   In return for their agreement to carry out these and other sensitive operations on behalf of Defendant bin Salman in the United States, the operatives were handsomely rewarded with access to powerful individuals, the ability to travel, and other freedoms and professional opportunities far beyond those typically afforded to Saudi students in the United States, whose behavior is closely monitored and controlled.

78.     Saudi students in the United States are required to show fealty to Defendant bin Salman, who in turn has the ability to deploy them in furtherance of his personal objectives.   For example, four days after Defendant bin Salman's coup, Defendant Alrajhi—then a graduate

---

[61] Pattern-of-life surveillance is a method of gathering facts about an operational target's frequent locations and activities through visual and online observation. Nina Franz, _Targeted Killing and Pattern-of-Life Analysis: Weaponized Media_, 2017 Media, Culture & Soc'y 39(1), 111, 114–15 (2017) (describing pattern-of-life surveillance in the context of a drone-strike program based on military testimony). Pattern-of-life surveillance allows an operation, such as an extrajudicial killing, to be carried out by exploiting a target's predictable activities. _Id._

student at Howard University—signed a pledge of allegiance to Defendant bin Salman at the Saudi Embassy in Washington, D.C.[62]  Defendant Abuljadayel posted a tweet with "#PledgeAllegiance" and a photo of Defendant bin Salman.[63]  If a student does not obey Defendant bin Salman, he will face consequences.  For example, one student in the United States had his student allowance "paused" because he made online comments viewed as "disruptive to the rulers," with the matter referred to the Crown Prince for a final decision.

79.     When Defendant bin Salman wanted to pursue a personal mission in the United States in 2017, he turned to his top deputy, Defendant Bader Alasaker—head of Defendant bin Salman's private office and personal foundation, Defendant MiSK.  Defendant Alasaker then utilized Defendant bin Salman's personal foundation, Defendant MiSK, as a cover to pursue Defendant bin Salman's objectives in the United States.  Through Defendant MiSK, Defendants bin Salman and Alasaker were able to cultivate and consolidate control over a network of deeply loyal and trusted Saudi students in the United States, all the while maintaining an air of legitimacy that prevented serious scrutiny of their operations.

80.     Defendant MiSK (which was itself funded personally by Defendant bin Salman) served as a key source of funding and support for the Fairfax, Virginia-based SACM, which in turn directly oversaw an array of Saudi "student clubs" across the United States.  This arrangement

---

[62]   Youssef   Alrajhi   (@YousefAlrajhi1),   Twitter   (June   25,   2017,   12:50   PM), https://twitter.com/YousefAlrajhi1/status/879019014139375617.

[63]   Layla Abuljadayel ليلى ابوالجدايل (@drlaylaaj), Twitter (June 20, 2017, 11:39 PM), https://twitter.com/drlaylaaj/status/877370402481352704 (translation from original Arabic language tweet).

between Defendant MiSK and SACM was memorialized in a 2018 cooperation agreement, directed by Defendant bin Salman and signed by Defendant Alasaker on behalf of MiSK and then-Saudi Cultural Attaché Mohammed Alessa for SACM.[64]  Thus, while SACM and Mr. Alessa nominally supervised the activities of Saudi students in the United States, in fact Defendants Alasaker and bin Salman pulled the strings where it really mattered.

81.      In calling on the U.S.-based operatives to pursue his personal vendettas, Defendants bin Salman and Alasaker—through the fronts of Defendant MiSK, SACM, and associated Saudi student groups—were drawing upon a well-established and deliberately cultivated network of elite Saudi students in the United States, who rely on the Saudi government for educational funding and whose conduct in the United States is subject to Orwellian scrutiny.  In this case, this strategy involved leveraging both private and government resources, which were available to Defendant bin Salman by virtue of his role as a royal, in furtherance of a private objective—namely, the elimination of Dr. Saad, a perceived obstacle to Defendant bin Salman's objectives in the United States.

82.      Saudi students in the United States have reported that their student clubs are "under complete control of the embassy," and that every Saudi student organization has "one or two spies" charged with reporting on "everything that happened" and "everything that was said."[65]  They are

---

[64] Misk Foundation | مسك الخيرية (@MiskKSA), Twitter (Apr. 10, 2018, 6:44 AM), https://twitter.com/MiskKSA/status/983657083055853568; *see also* Press Release, MiSK Foundation, *Misk and MOE Signed Agreement to Send 100 Students to Top International Universities* (Oct. 24, 2017), https://misk.org.sa/hcd/misk-moe-signed-agreement-send-100-students-top-international-universities/.

[65] Quran, *supra* note 4. Although several of the students quoted by PBS requested to remain anonymous "for fear of reprisal," examples of this type of surveillance of Saudi students abound.

"not allowed to speak freely," "too scared to have an opinion[] even in [their] own hangouts."[66] Every move requires permission—whether they are "reading books or playing soccer" or organizing a conference.[67]  Political and religious discussions are prohibited, as is communication with the media.[68]

83.    The draconian consequences of noncompliance with this regime are well-known: "passport freezes, death threats, intimidation, retraction of scholarships, and attempts to lure [Saudi students] back to the country."[69]

84.    Defendants bin Salman and Alasaker also maintain a tight grip on their network in the United States by ensuring that students who arrive in the United States know that, if law enforcement engages them for any reason whatsoever, they are to immediately report the interaction to Saudi officials.[70]  Upon doing so, such students are often sent back to the Kingdom.

---

For instance, when dissident Omar Abdulaziz was a student in Canada in 2017 and 2018, his roommate was instructed to regularly report every single detail about Abdulaziz's political activities to an official in the Saudi Arabian Cultural Bureau (the analogue in Canada of SACM). The roommate was threatened if he did not cooperate. These efforts were part and parcel of a larger effort by Defendant bin Salman and his agents to lure Abdulaziz to a Saudi embassy and ultimately to silence him.  *See infra* ¶ 232.

[66] *Id.*

[67] *Id.*

[68] *Id.*

[69] *Id.*

[70] *See* Sebastian Rotella & Tim Golden, *Saudi Fugitives Accused of Serious Crimes Get Help to Flee While U.S. Officials Look the Other Way*, ProPublica (Apr. 26, 2019), https://www.propublica.org/article/saudi-fugitives-accused-of-serious-crimes-get-help-to-flee-while-u-s-officials-look-the-other-way ("A list of rules for Saudi students abroad, published by the Cultural Mission in 2017, forbids any political or religious discussions or any interviews with local news media. The students are also instructed that if they get into any trouble, or witness another Saudi student doing so, they must contact the Cultural Mission or one of the students who act as its semiofficial representatives on many college campuses.").

85.     Defendant bin Salman's activation of this tightly controlled network in connection with the attempted extrajudicial killing of Dr. Saad reveals its purpose: to foster a sophisticated, unofficial network of clandestine operatives in the United States that evades serious scrutiny and is optimally positioned to advance Defendant bin Salman's personal objectives.  Indeed, by tasking Defendants Alrajhi, Alhamed, and Albuljadayel with hunting Dr. Saad in the United States, Defendants bin Salman and Alasaker were able to further their aims without relying on official government instrumentalities and while taking cover under the apparent legitimacy of MiSK, SACM, and other student groups of which these Defendants were an active part.

86.     On information and belief, like other Saudi students in the United States, Defendants Alrajhi, Alhamed, and Albuljadayel were subject to Defendants bin Salman's and Alasaker's ultimate control and authority.   Unlike other students, however, who required permission even to participate in mundane campus activities, these students were afforded special benefits, illustrating both that they were trusted and that their loyalty was rewarded.  As reflected in the graphic below, Defendants Alrajhi, Alhamed, and Abuljadayel regularly rubbed shoulders with key figures, including Defendant Alasaker and Mr. Alessa.   Further, they had extensive involvement in MiSK programming dating back to 2016, including taking on paid positions and attending major conferences.  They were invited to participate in exclusive events with important officials—indeed, Defendants Alrajhi and Alhamed were selected to speak at a retirement event held for Mr. Alessa in late 2019.[71]  They were also handed leadership positions in other student

---

[71] Rabi al-Awwal, *American Emissaries Bid Farewell to Their Cultural Attaché with Hashtag, "Thank you Muhammed Alessa,"* Ajel (Nov. 13, 2019), https://ajel.sa/r5Kzmp (translation from original Arabic language).

and public-relations organizations controlled by Defendant bin Salman and that were established to further Defendant bin Salman's objectives.   Indeed, as discussed in more detail below, Defendants Alhamed and Abuljadayel held leadership positions at organizations including a Saudi student group called Emissary or "Mbt3th," the Saudi American Public Relation Affairs Committee ("SAPRAC"), and Saudi Elite, which holds itself out as a youth advocacy group aimed at promoting Defendant bin Salman's vision.   Further, they gave media interviews about these roles and organizations,[72] notwithstanding the broad restrictions on Saudi students' speech and the SACM policy prohibiting communications with the media.[73]   In short, Defendants Alrajhi, Alhamed, and Abuljadayel were tapped to assist with Defendant bin Salman's campaign to extrajudicially kill Dr. Saad because they were distinctly trustworthy—and they were duly rewarded for their loyal service.

87.   The information that Defendants Alrajhi, Alhamed, and Abuljadayel discovered through their collection of information on Dr. Saad in the United States furthered the hunt in significant and concrete ways.   Indeed, on information and belief, this information was passed along to co-conspirators, including Defendants Hani Hamed ("Defendant Hamed") and Bijad

---

[72] *"Al-Issa" Extends Thanks to the Saudi Ambassador for Inquiring About his Health*, Sabq Online Newspaper (Apr. 11, 2015), https://sabq.org/KG3gde (professional translation on file with Plaintiff) (article in widely-circulated Saudi publication featuring quotations from Alhamed, Abuljadayel, and Alrajhi about visit to Mr. Alessa in hospital); *D. Layla Abuljadayel: A sense of responsibility led me to head the largest Saudi student club in America*, Alriyadh (Feb. 14, 2016), https://www.alriyadh.com/1128474 (article in widely circulated Saudi publication about Abuljadayel and the Saudi Student Club in Boston, including testimonials from Alhamed); Mohammed Al-Kinani, *Language Initiative Connects Saudi Youth with World Cultures*, Arab News (July 25, 2020), https://www.arabnews.com/node/1709536/saudi-arabia (quoting Defendant Alhamed about goals of Saudi Elite Group).

[73] Quran, *supra* note 4.

Alharbi ("Defendant Alharbi"), who escalated the hunt to the point of attempting to access Dr. Saad directly in the United States (in the case of Defendant Hamed) and in fact meeting with Dr. Saad (in the case of Defendant Alharbi).  For example, after Defendant Alrajhi learned that the Aljabri family had a residence at the Mandarin Oriental in Boston, Massachusetts—information that was not public—Defendant Hamed surveilled that location and attempted to access Dr. Saad there.

UNITED STATES OPERATIVES' LINKS TO DEFENDANTS BIN SALMAN AND ALASAKER



88.  **Defendant Youssef Alrajhi** ("Defendant Alrajhi") is a Saudi national who resides in the Washington, D.C. metropolitan area.  On information and belief, he is a Ph.D. candidate in

the Microbiology Department at Howard University, located in Washington, D.C., who has published articles on topics such as human identification using DNA evidence.[74]  Acting at the direction of Defendants bin Salman and Alasaker, Defendant Alrajhi took steps to track Dr. Saad in the United States, including interrogating an Aljabri family friend about the location and contact information of Dr. Saad's wife, and subsequently traveling from Washington, D.C. to Boston, Massachusetts to meet with Dr. Saad's son under false pretenses to locate Dr. Saad and further Defendant bin Salman's effort to harm him.

89.     Defendant Alrajhi's affiliation with Howard University provided him with cover to maintain a continuous presence in Washington, D.C., an ideal location to undertake this mission for Defendant bin Salman.  Indeed, when Defendant Alrajhi met with Dr. Saad's son, he represented himself as an affiliate of SACM—an organization closely linked to the activities of Saudi students in the United States—seeking to organize a medical conference.

90.     On information and belief, Defendant Alrajhi works or has worked for Defendant MiSK Foundation, through which he was recruited for the effort to hunt Dr. Saad in the United States.  He has been active in MiSK events, including participating in a MiSK-sponsored Leadership Development Program at Harvard University from June to August 2015.[75]  On information and belief, this was the first such program that Defendant MiSK held in the United

---

[74] Yousef Alrajhi, *Establishing Human Identification by Short Tandem Repeat (STR) and Mitochondrial DNA (mtDNA)*, 4 Int'l J. of Bioinformatics & Biomedical Engineering 1, 1 (2018).

[75] Youssef Alrajhi (@Youseef ALrajhi), Facebook (July 31, 2015, 8:28 PM), https://www.facebook.com/photo?fbid=600340843402632&set=pb.100002801647318.-2207520000; First Saudi En (@First1Saudi_EN), Twitter (Aug. 3, 2015, 12:06 AM), https://twitter.com/First1Saudi_EN/status/628054210936868864.

States, meaning that Defendant Alrajhi was one of the very first Saudi college students selected to participate in the programming coordinated by Defendant bin Salman's private foundation. Defendant Alrajhi has also attended events for the student group Emissary, in which Defendants Alhamed and Albuljadayel held leadership positions.[76]

91.     In addition, Defendant Alrajhi is connected to and regularly retweets and replies to other Defendants on Twitter, including other U.S.-Based Covert Agent Defendants, Defendant Alasaker, and the MiSK Foundation.[77]   He has been photographed with other Defendants, including Defendant Alhamed, as pictured above.   Moreover, shortly after Defendant bin Salman was named Crown Prince, Defendant Alrajhi visited the Saudi Embassy in Washington, D.C. to swear his allegiance to Defendant bin Salman.[78]

---

[76]     Mohammed     Alhamed     (@m7alhamed),     Instagram     (Mar.     30,     2014) https://www.instagram.com/p/mK6HUILC6T/.

[77] For example, Defendant Alrajhi regularly retweets Defendant Alhamed and Defendant Abuljadayel, including in and around the September 2017 hunt for Dr. Saad. *See, e.g.*, Youssef Alrajhi     (@YousefAlrajhi),     Twitter     (Oct.     7,     2017,     8:01     AM), https://twitter.com/YousefAlrajhi1/status/916634587517849600;     Mohammed     AlHamed (@M7Alhamed),     Twitter     (Sept.     14,     2017,     11:03     AM), https://twitter.com/M7Alhamed/status/908345550688448512; Layla Abuljadayel ليلى ابوالجدايل (@drlaylaaj),     Twitter     (Sept.     13,     2017,     8:01     PM), https://twitter.com/drlaylaaj/status/908118495531020290;     Mohammed     AlHamed (@M7Alhamed),     Twitter     (Aug.     22,     2017,     9:57     PM), https://twitter.com/M7Alhamed/status/900175029962493952;     Mohammed     AlHamed (@M7Alhamed),     Twitter     (Aug.     8,     2017,     4:20     PM), https://twitter.com/M7Alhamed/status/895016804267028481. Defendant Alrajhi also retweeted a flattering photograph of Defendant bin Salman with a heart emoticon on October 24, 2018, soon after the Khashoggi killing. سعود بن سلمان (@HRHPSAUDS), Twitter (Oct. 24, 2018, 11:41 AM), https://twitter.com/HRHPSAUDS/status/1055122085352271872.

[78]     Youssef     Alrajhi     (@YousefAlrajhi),     Twitter     (June     25,     2017,     12:50     PM), https://twitter.com/YousefAlrajhi1/status/879019014139375617.

92.     Defendant Alrajhi occupies a prominent role in Defendant bin Salman's cadre of loyal Saudi students in the United States, and his position as a trusted agent gave him exposure to top Saudi officials.  Indeed, because of his trusted status, he was selected to speak at the retirement party held in late 2019 for Mohammed Alessa, then the head of the Fairfax, Virginia-based SACM, and another agent deployed by Defendant bin Salman to hunt down Dr. Saad.[79]  Defendant Alhamed was also selected to speak.  Defendant Alrajhi had otherwise been in repeated and close contact with Mr. Alessa, even visiting him in his hospital bed, as pictured above.  Further, in his role as a key intelligence operative for Defendants bin Salman and Alasaker, Defendant Alrajhi made frequent visits to the Saudi Embassy in Washington, D.C., including on June 25, 2017, September 1, 2017, and on repeated occasions in the months after this lawsuit was filed.

93.     **Defendant Mohammed Alhamed** ("Defendant Alhamed") is a Saudi national and the founder and president of Saudi Elite Group ("Saudi Elite"), a public relations organization closely aligned with Defendant bin Salman.  According to his LinkedIn profile, he was a student at Lasell University in Newton, Massachusetts from 2016 to 2020.

94.     According to witnesses, Defendant Alhamed is a central figure in U.S. influence operations orchestrated by Defendants bin Salman and Alasaker.  Defendant Alhamed maintains relationships with senior Saudi political and intelligence figures and takes orders from Defendant Alasaker.  According to his Twitter profile, Defendant Alhamed is based in Washington, D.C. and

---

[79] Rabi al-Awwal, *American Emissaries Bid Farewell to Their Cultural Attaché with Hashtag, "Thank you Muhammed Alessa,"* Ajel (Nov. 13, 2019) (translation from original Arabic language).

Riyadh, Saudi Arabia.[80]  On information and belief, Defendant Alhamed previously made frequent

trips to Washington, D.C., which often involved meetings at the Saudi Embassy; as of April 2020,

he resides in Riyadh, Saudi Arabia.

95.     Like Defendant Alrajhi, Defendant Alhamed was privy to sensitive information and

exposed to high-ranking Saudi officials by virtue of his status as a loyal and trusted agent of

Defendants bin Salman and Alasaker, who worked closely with Mr. Alessa when carrying out U.S.

intelligence or influence operations through the network of Saudi students.  Along with Defendant

Alrajhi, Defendant Alhamed was selected to deliver a speech at the retirement party for Mr. Alessa

in late 2019.[81]  He also visited Mr. Alessa in the hospital with Defendant Alrajhi, as pictured above.

On information and belief, this level of access would only be afforded to someone deeply trusted.

96.     Defendant Alhamed has played a pivotal role in organizations that lie at the center

of Defendant bin Salman's Saudi influence campaigns in the United States.  Defendant Alhamed's

relationship with Defendants Alasaker and MiSK dates back to at least 2015.[82]  Further, as noted

above, he founded Saudi Elite, an organization that holds itself out as a public relations and youth

advocacy organization focused on promoting Defendant bin Salman's plan for economic and

---

[80] Mohammed AlHamed (@M7Alhamed), Twitter, https://twitter.com/M7Alhamed (last visited Feb. 3, 2021).

[81] Rabi al-Awwal, *American Emissaries Bid Farewell to Their Cultural Attaché with Hashtag, "Thank you Muhammed Alessa,"* Ajel (Nov. 13, 2019), https://ajel.sa/r5Kzmp (translation from original Arabic language).

[82] Mohammed AlHamed (@M7Alhamed), Twitter (Aug. 1, 2015, 4:58 PM), https://twitter.com/M7Alhamed/status/627584317862969344.

social reform.[83]   On information and belief, Saudi Elite is a front for Defendant bin Salman's intelligence operations and is used to monitor Saudi student groups in the United States and to identify individuals to carry out Defendant bin Salman's personal objectives.   Defendant bin Salman serves as Chairman of the Board of Directors of Saudi Elite's partner and project sponsor, the Royal Commission of Al-Ula.[84]   Saudi Elite depends on partnerships with Saudi government agencies to maintain the organization's viability.[85]   It has established relationships with several U.S. academic institutions.

97.    Defendant Alhamed also has close ties to the Saudi Arabian Public Relations Affairs Commission ("SAPRAC"), a District of Columbia-based public relations firm purportedly focused on the United States-Saudi Arabia relationship but that in fact promotes the agenda of Defendant bin Salman.  SAPRAC was founded by Salman Alansari, a close associate of Defendant Alasaker.  On information and belief, SAPRAC is substantially funded by Defendant bin Salman and also operates as a front for Defendant bin Salman in the United States.[86]  Defendant Alhamed has served as Event Manager at SAPRAC since January 2018.

---

[83] Al-Kinani, *supra* note 72.

[84] *About RCU*, Royal Commission for Al Ula, https://www.rcu.gov.sa/en/about-us/about-rcu/ (last visited Feb. 3, 2021); Saudi Elite, http://saudielite.org/ (last visited Feb. 3, 2021).

[85] *Saudi Elite Group Organization Launches Global Language Initiative*, Levant News (July 2020), https://the-levant.com/saudi-elite-group-organization-launches-global-language-initiative/; Al-Kinani, *supra* note 72 (reporting that Defendant Alhamed stated that Saudi Elite operates through "partnerships with several [Saudi] government agencies").

[86] *See* Ali AlAhmed, *Is SAPRAC a Wolf in Sheep's Clothing?*, Gulf Inst. (May 20, 2018), https://www.gulfinstitute.org/is-saprac-a-wolf-in-sheeps-clothing/  (alleging that SAPRAC is funded by Defendant bin Salman).

98.     Defendant Alhamed also served as Vice President of Emissary, a student group closely linked to Saudi Elite, from approximately January 2016 through December 2019.[87] Defendant Alhamed has additionally served as "Events specialist and management consultant," and as "Advisor to the President," at the Boston University Saudi Culture Club, a SACM student club subject to the control and authority of Defendants bin Salman and Alasaker.[88]

99.     Defendant Alhamed has been widely quoted in the media and has published articles about these roles and organizations, notwithstanding the prohibition from engaging in such conduct that applies to ordinary Saudi students.[89]  For example, on May 5, 2016 he was quoted in the prominent Saudi publication Al Riyadh in a feature on Defendant Abuljadayel.[90]  On June 8, 2018, Defendant Alhamed posted on Facebook about an article he had written for Al Ain Emirati News.[91]  More recently, in July 2020, he was quoted in an Arab News article about Saudi Elite.[92]

---

[87]   Mohammed AlHamed, LinkedIn, https://www.linkedin.com/in/mohammed-alhamed-930279140 (last visited Feb. 3, 2021).

[88]   Mohammed Alhamed, LinkedIn (last visited Feb. 3, 2021), https://www.linkedin.com/in/mohammed-alhamed-930279140; Mohammed Alhamed, Facebook, About (last visited Feb. 3, 2021) https://www.facebook.com/profile.php?id=100001887977581&sk=about; *see also D. Layla Abuljadayl: A sense of responsibility led me to head the largest Saudi student club in America*, Alriyadh (Feb. 14, 2016), https://www.alriyadh.com/1128474 (describing Alhamed as a member of the Saudi Student Club's administrative body).

[89] Quran, *supra* note 4.

[90] *D. Layla Abuljadayl: A Sense of Responsibility Led Me to Head the Largest Saudi Student Club in America*, Alriyadh (Feb. 14, 2016), https://www.alriyadh.com/1128474 (translation from original Arabic language).

[91]   Mohammad Alhamed, Facebook (June 8, 2018, 6:03 AM), https://www.facebook.com/photo.php?fbid=2078337848905794&set=ecnf.100001887977581&type=3&theater.

[92] Al-Kinani, *supra* note 72.

48

100.    Defendant Alhamed's positions at Saudi Elite, SAPRAC, Emissary, and the Boston University Saudi Culture Club are each in service of his work as a key U.S.-based operative to implement taskings from Defendant bin Salman and his agents.  Indeed, Defendant Alhamed acts as a conduit between these organizations in order to optimally position him to provide intelligence to Defendants bin Salman and Alasaker.  Each of these organizations is subject to Defendant bin Salman's ultimate authority.

101.    In his role as a key U.S.-based operative, Defendant Alhamed provided assistance in connection with a visit by Defendant Alassiri to Washington, D.C., and has been tasked with handling sensitive matters for Defendant bin Salman's brother, Khalid bin Salman.

102.    Acting at the direction of Defendants bin Salman and Alasaker, Defendant Alhamed, acting under false pretenses, sought to extract information about the whereabouts of Dr. Saad's wife through repeated contact with Aljabri family friends in Boston, Massachusetts that was coordinated with Defendant Alrajhi.  Just one month earlier, Defendant Alhamed publicly declared his loyalty to Defendant Alasaker.[93]

103.    On information and belief, shortly thereafter, Defendant Alhamed was rewarded by Defendant bin Salman with support for his organization Saudi Elite and employment with SAPRAC.[94]

---

[93]    Mohammed   Alhamed   (@M7Alhamed),   Twitter   (Aug.   8,   2017,   4:20   PM), https://twitter.com/M7Alhamed/status/895016804267028481?s=20;   *see   also*   Mohammed Alhamed (@M7Alhamed), Instagram (Aug. 13, 2017), https://instagram.com/p/BXuifHVB7VX/.

[94] This pattern of rewarding agents with positions in organizations affiliated with Defendant bin Salman is consistent with the actions of Defendants bin Salman and Alasaker in the scheme to recruit Twitter employees as agents, where they rewarded an agent, once discovered and returned to Saudi Arabia, with a position at Defendant MiSK Foundation, identified as "Organization-1."

104.    Defendant Alhamed regularly participated in events hosted by Defendant MiSK in Washington, D.C. and Boston, Massachusetts from at least May 2015 through September 2017, and, by 2017, he was, in his own words, "work[ing] with" Defendant MiSK, which provided a cover for regular contact with Defendant Alasaker and co-agents Defendants Alrajhi and Abuljadayel.[95]  Additionally, Defendant Alhamed is connected to and regularly retweets, replies to, and mentions other Defendants on Twitter, including other U.S.-Based Covert Agent Defendants, Defendant Alasaker, and the MiSK Foundation.[96]

---

Superseding Indictment ¶ 26(u), *United States v. Abouammo*, No. 3:19-cr-00621-EMC (N.D. Cal. July 28, 2020), ECF No. 53.

[95]    Mohammed    Alhamed    (@m7alhamed),    Instagram    (Aug.    13,    2017), http://www.instagram.com/p/BXuifHVB7VX/ (quotation professionally translated from the original Arabic language post on Instagram).

[96] For example, from May 2017 through at least May 2020, Defendant Alhamed regularly retweeted, mentioned, and replied to Defendant Abuljadayel.  *See, e.g.*, Mohammed AlHamed (@M7Alhamed),    Twitter    (Aug.    29,    2017,    7:32    PM),    https://twitter.com/ M7Alhamed/status/902675299925680130; Mohammed AlHamed (@M7Alhamed), Twitter (May 20, 2017, 3:48 AM), https://twitter.com/M7Alhamed/status/865836509030731780.  Defendant Alhamed has been pictured with Defendant Abuljadayel as early as 2014.  Mohammed AlHamed (@m7alhamed), Instagram (Nov. 23, 2014), https://www.instagram.com/p/vweih4LCwN/.    He was pictured with Defendant Alrajhi at an event in Washington, D.C. in October 2016. Mohammed    Alhamed    (@m7alhamed),    Instagram    (Oct.    23,    2016), https://www.instagram.com/p/BLh2lbjhrfW/.  Likewise, he posted an article in September 2016, which quoted both him and Defendant Alrajhi.  Mohammed AlHamed (@M7Alhamed), Twitter (Sept.    23,    2016,    1:59    PM),    https://twitter.com/M7Alhamed/status/779379796128239616. According to social media posts, Defendant Alhamed also met Defendant Alasaker at MiSK Foundation events in at least August 2017 and September 2017, where Defendant Alasaker further cultivated Defendant Alhamed for the hunt for Dr. Saad in the United States.  Mohammed AlHamed    (@M7Alhamed),    Twitter    (Sept.    18,    2017,    2:40    AM), https://twitter.com/M7Alhamed/status/909668394743554052;    Mohammed    AlHamed (@M7Alhamed),    Twitter    (Aug.    8,    2017,    4:20    PM), https://twitter.com/M7Alhamed/status/895016804267028481.

105.   **Defendant Layla Abuljadayel** ("Defendant Abuljadayel") is a Saudi national and a 2017 graduate of the Boston University School of Dental Medicine.  On information and belief, Defendant Abuljadayel resided in or around Boston, Massachusetts during times relevant to the allegations contained herein.  Acting at the direction of Defendants bin Salman and Alasaker, Defendant Abuljadayel sought to extract information about the whereabouts of Dr. Saad's wife from Dr. Saad's son Khalid's wife, whom she had previously met in Boston.

106.   Notwithstanding her dental training, Defendant Abuljadayel serves as "Head of International Communications" at Saudi Elite, the public relations organization allied with Defendant bin Salman that is run by Defendant Alhamed.[97]  Defendant Abuljadayel's affiliation with Defendant MiSK dates to at least February 2016, and she has been paid for work for the MiSK Foundation and supported its programming in the United States, through which she was recruited for the effort to hunt Dr. Saad in the United States.[98]  Defendant Abuljadayel also served as Assistant General Supervisor at Emissary and as president of the Boston University Saudi Cultural Club, which was the largest Saudi student club in the United States—both organizations in which Defendant Alhamed also held prominent roles.[99]  Boston University Saudi Cultural Club was overseen by SACM, which, as described above, was controlled by Defendants bin Salman and Alasaker.

---

[97] Layla Abuljadayel  ليلى ابوالجدايل(@drlaylaaj), Twitter, https://twitter.com/drlaylaaj (last visited July 29, 2020).

[98]  مبتعث     (@Mbt3thOnline),     Twitter     (Aug.     5,     2017,     4:04     AM), https://twitter.com/Mbt3thOnline/status/893744555660627968.

[99] *Abuljadayl*, *supra* note 90.

107.    Defendant Abuljadayel's relationship with Defendants MiSK, bin Salman, and Alasaker predates the U.S. hunt described herein; indeed, she participated in a "leadership preparation" program for students organized by Defendant MiSK in Boston, Massachusetts, in 2016 and 2017.  In July 2017, Defendant Abuljadayel publicly thanked Defendants Alasaker and bin Salman "for everything that MiSK has provided."[100]   Defendant Abuljadayel is connected to and regularly retweets and replies to other Defendants on Twitter, including other U.S.-Based Covert Agent Defendants, Defendant Alasaker, and Defendant MiSK.[101]

108.    On information and belief, law enforcement officials investigating the conduct alleged herein have sought to interview Defendant Abuljadayel and her family members about her participation in the attempt to kill Dr. Saad.

---

[100] Layla Abuljadayel ليلى ابوالجدايل (@drlaylaaj), Twitter (July 23, 2017, 9:00 PM), https://twitter.com/drlaylaaj/status/889289115904225281.

[101] For example, Defendant Abuljadayel promoted Defendant MiSK in at least six separate tweets from July through November 2017.  *See, e.g.*, Layla Abuljadayel ليلى ابوالجدايل (@drlaylaaj), Twitter (Nov. 15, 2017, 8:52 AM), https://twitter.com/drlaylaaj/status/927171805332328448; Layla Abuljadayel ليلى ابوالجدايل (@drlaylaaj), Twitter (Sept. 22, 2017, 7:25 PM), https://twitter.com/drlaylaaj/status/911370821154885632; Layla Abuljadayel ليلى ابوالجدايل (@drlaylaaj), Twitter (Aug. 23, 2017, 4:43 AM), https://twitter.com/drlaylaaj/status/900277411190898688; صحيفة مبتعث(@Mbt3thOnline), Twitter (Aug. 5, 2017, 4:04 AM), https://twitter.com/Mbt3thOnline/status/893744555660627968; Layla Abuljadayel ليلى ابوالجدايل (@drlaylaaj), Twitter (July 23, 2017, 8:43 PM), https://twitter.com/drlaylaaj/status/889284841669357568; مبادرات مسك الخيرية(@MiSKinitiatives), Twitter (Aug. 4, 2017, 10:51 AM), https://twitter.com/MiSKinitiatives/status/893665621325623301; Layla Abuljadayel ليلى ابوالجدايل (@drlaylaaj), Twitter (July 23, 2017, 9:00 PM), https://twitter.com/drlaylaaj/status/889289115904225281.  In addition, on information and belief, Defendant Abuljadayel's husband Abdulraheem al-Wafi has also been paid for work for the MiSK Foundation and served as its student activity supervisor.

109.    **Defendant Hani Fakri Hamed** is an individual residing in the Boston, Massachusetts area who acted as an agent of Defendants bin Salman and Alasaker in connection with the hunt for Dr. Saad.[102]  On or around November 27, 2017, after Defendant Alrajhi learned that the Aljabris maintained an apartment in the Mandarin Oriental in Boston, Massachusetts, Defendant Hamed conducted physical surveillance of the site and attempted to access Dr. Saad there.  At the time of Defendant Hamed's surveillance effort, the Mandarin Oriental was not publicly linked to Dr. Saad.  The Federal Bureau of Investigation has investigated the identity and activities of Defendant Hamed.

110.    **Defendant Bijad Alharbi** ("Defendant Alharbi") is a Saudi national and former founding chairman of the Technology Control Company, through which he formed a professional relationship with Mr. bin Nayef, Dr. Saad, and other officials in the Saudi Ministry of Interior. Notably, Defendant Alharbi remained free to travel throughout 2017 and 2018 notwithstanding Defendant bin Salman's seizure of power, even as the rest of bin Nayef's close associates were imprisoned.[103]  Using his longstanding close connection with Dr. Saad as cover, Defendant Alharbi—acting at the direction of Defendant bin Salman—took steps to track Dr. Saad in the United States, including traveling to Boston, Massachusetts, to meet with Dr. Saad's son and extract information about Dr. Saad, and subsequently traveling to Toronto to meet with Dr. Saad and a close acquaintance to confirm Dr. Saad's location and pattern of movements.  In service of

---

[102] Defendant Hamed was identified in the original Complaint as John Doe 1.

[103] Martin Chulov, *How Saudi Elite Became Five Star Prisoners at the Riyadh Ritz-Carlton*, Guardian (Nov. 6, 2017), https://www.theguardian.com/world/2017/nov/06/how-saudi-elite-became-five-star-prisoners-at-the-riyadh-ritz-carlton.

Defendant bin Salman's goal of locating Dr. Saad so that he could be killed, Defendant Alharbi arranged meetings with Dr. Saad in which he sought to convince him to travel to Turkey, where he would be easier prey for Defendant bin Salman.  Through these meetings with Dr. Saad, Defendant Alharbi was able to uncover valuable information relevant to Defendant bin Salman's objective—namely, the location of Dr. Saad's office and several nearby locales that Dr. Saad regularly visited.  To shore up his efforts, Defendant Alharbi also questioned Dr. Saad's close acquaintance, insisting that the acquaintance share personal information about Dr. Saad, including his home address and the location of other places he frequented.

*Tiger Squad Defendants*

111.    The "Tiger Squad," or "Firqat el-Nemr," is a private death squad made up of approximately 50 intelligence, military, and forensic operatives recruited from different branches of the Saudi government with one unifying mission: loyalty to the personal whims of Defendant bin Salman.  Its members have carried out numerous covert killings and attempted killings at Defendant bin Salman's behest.  Members of the Tiger Squad possess a variety of experience and expertise relevant to locating and executing a target and covering up the murder.  The Tiger Squad's activities are directed and supervised by Defendant bin Salman, Defendant Alqahtani, and Defendant Alassiri, and supported by Defendant Alasaker.

112.    Defendant bin Salman formed the Tiger Squad as a personal hit team in or around September 2015—the same month that Dr. Saad was terminated from the Saudi government.  The Tiger Squad was created only after Dr. Saad refused Defendant bin Salman's request to deploy the Mabahith—then still part of the Ministry of Interior controlled by Mr. Bin Nayef and Dr. Saad— in an extrajudicial operation of retribution against a Saudi prince living in Europe who had sent a

personal message to Defendant bin Salman via WhatsApp threatening to publicly expose salacious conduct of Defendant bin Salman.  Dr. Saad told Defendant bin Salman that the Mabahith would play no role in Defendant bin Salman's overseas, expeditionary adventures in personal cruelty simply because Defendant bin Salman wished to suppress embarrassing information about himself.  Without the ability to call upon the Mabahith to carry out his personal vendetta, Defendant bin Salman created the so-called "Tiger Squad"—a team of loyal operatives from disparate Saudi government agencies—who were willing to do as they were told.  The newly-created Tiger Squad kidnapped the prince from France via private jet and rendered him back to Saudi Arabia, where he was tortured at the hands of Defendant Alqahtani.[104]  Defendant bin Salman and Defendant Alqahtani subsequently bragged that they were able to accomplish Defendant bin Salman's objective even without the support of official ministries, including the Ministry of the Interior.

113.    Since then, upon information and belief, the Tiger Squad has been used to carry out numerous personal vendettas of Defendant bin Salman, including abducting additional Saudi royals from Europe; poisoning a judge who expressed opposition to Defendant bin Salman's Vision 2030 economic plans; kidnapping, torturing, and sodomizing a religious cleric who had been on pilgrimage in Mecca; and personally torturing, executing, and dismembering Jamal Khashoggi in the Saudi consulate in Istanbul in October 2018.[105]

---

[104] *See* Reda El Mawy, *Saudi Arabia's Missing Princes*, BBC News (Aug. 16, 2017), https://www.bbc.com/news/magazine-40926963.

[105] *See, e.g.*, *Russian Newspaper: Who Are the Victims of the Private Saudi Tiger Squad?*, Al Jazeera (Nov. 11, 2018), https://bit.ly/36E1o4u (translation from original Arabic language).

114.     As described more fully below, acting at the direction of Defendants bin Salman, Alqahtani, and Alassiri, and with the support of Defendant Alasaker, the members of the Tiger Squad identified in the following paragraphs were assembled to kill Dr. Saad and obtained Canadian tourist visas in May 2018 for the purpose of killing Dr. Saad (except for the team member who held a diplomatic passport), and some of the Tiger Squad members in fact traveled to Canada in October 2018 in an attempt to kill Dr. Saad.

115.     Considering the nature of the Tiger Squad, the composition of the team assembled to kill Dr. Saad, the purposes for which its members had been deployed in the past, and Dr. Saad's personal knowledge of Defendant bin Salman's prior deployment of Tiger Squad teams, these Tiger Squad Defendants knew precisely what they were doing when they prepared to kill Dr. Saad. Indeed, on information and belief, they knew Defendant bin Salman sought to consolidate power and remove perceived obstacles to his legitimacy in the United States, particularly among top-ranking U.S. intelligence officials.  On information and belief, the Tiger Squad Defendants also knew that Dr. Saad was a significant partner of the U.S. Intelligence Community and that he possessed highly sensitive information about Defendant bin Salman—and in turn, that Dr. Saad posed a threat to Defendant bin Salman's objectives.  Further, they knew that their mission was to extrajudicially kill Dr. Saad.

116.     Defendant **Mishal Fahad Alsayed** ("Defendant Alsayed") is a Saudi national and a member of the Tiger Squad.  On information and belief, Defendant Alsayed is regularly employed as a senior forensic DNA technician in the General Department of Criminal Evidence at the Ministry of Interior at the rank of lieutenant colonel.  Defendant Alsayed also has taught on the subject of victim identification following a natural disaster at the Naif Arab University for

Security Sciences University in Riyadh, Saudi Arabia.[106]   In an academic course focused on collecting and identifying "dead bodies and body parts from disasters," Defendant Alsayed served on the academic panel alongside Dr. Salah Mohammed Tubaigy, who used a bone saw to dismember Khashoggi.[107]   On information and belief, Defendant Alsayed obtained a Canadian tourist visa in May 2018 for the purpose of traveling to Canada to kill Dr. Saad.   Thereafter, Defendant Alsayed traveled to Canada in October 2018 in an attempt to kill Dr. Saad.

117.    Defendant **Khalid Ibrahim Abdulaziz Algasem** ("Defendant Algasem") is a Saudi national and a member of the Tiger Squad.   On information and belief, he is regularly employed as a Forensic DNA Technician in the General Department of Criminal Evidence at the Ministry of Interior.   On information and belief, Defendant Algasem obtained a Canadian tourist visa in May 2018 for the purpose of traveling to Canada to kill Dr. Saad.   Thereafter, on information and belief, Defendant Algasem traveled to Canada in October 2018 in an attempt to kill Dr. Saad.

118.    Defendant **Saud Abdulaziz Alsaleh** ("Defendant Alsaleh") is a Saudi national and a member of the Tiger Squad.   Defendant Alsaleh is regularly employed as a senior military intelligence officer in the Intelligence Department of the Ministry of Defense.[108]   On information

---

[106] Naif Arab University for Security Sciences, College of Forensic Sciences, Laboratory Course Guide:   Laboratory Techniques in the Examination of Disaster Victims at 11 (Feb. 2016), https://bit.ly/3cEjVSf.

[107] *Id*. at 13–14 (quotation translated from the Arabic language syllabus).

[108] For example, in 2019, Defendant Alsaleh attended a program for "senior military officers" in the Asia-Pacific region hosted by the Nanyang Technical University in Singapore.   *See 21st Asia Pacific Programme for Senior Military Officers (APPSMO)*, Nanyang Technological U. Sing. 55 (2019), https://www.rsis.edu.sg/wp-content/uploads/2019/12/ER191204_APPSMO-2019.pdf.

and belief, Defendant Alsaleh served as a coordinator or leader of the Tiger Squad Defendants and obtained a Canadian tourist visa in May 2018 for the purpose of participating in the attempt to extrajudicially kill Dr. Saad.

119.   Defendant **Bandar Saeed Alhaqbani** ("Defendant Alhaqbani") is a Saudi national and a member of the Tiger Squad.  Defendant Alhaqbani is regularly employed by the Ministry of Interior in Riyadh, Saudi Arabia.  Defendant Alhaqbani is an expert in forensic evidence who has made public presentations in this capacity.[109]  Defendant Alhaqbani obtained a Canadian tourist visa in May 2018 for the purpose of traveling to Canada to kill Dr. Saad.  Thereafter, Defendant Alhaqbani traveled to Canada in October 2018 in an attempt to kill Dr. Saad.

120.   Defendant **Ibrahim Hamad Abdulrahman Alhomid** ("Defendant Alhomid") is a Saudi national and a member of the Tiger Squad.  Defendant Alhomid is regularly employed by the Ministry of Foreign Affairs in Riyadh, Saudi Arabia.  As part of his work for the Ministry of Foreign Affairs, he has served as the Assistant Director for the Affairs of Saudi Citizens Abroad.[110] Defendant Alhomid traveled to Canada in October 2018 in an attempt to kill Dr. Saad.

121.   Defendant **Ahmed Abdullah Fahad Albawardi** ("Defendant Albawardi") is a Saudi national and a member of the Tiger Squad.  On information and belief, Defendant Albawardi is regularly employed as an engineer by the National Information Center in Riyadh, Saudi Arabia. On information and belief, Defendant Albawardi obtained a Canadian tourist visa in May 2018 for

---

[109] *Public Security Director Inaugurates a Workshop on "The Technical Portfolio of IP Procedures,"* Saudi Press Agency (Jan. 23, 2011), https://www.spa.gov.sa/858495 (translation from original Arabic language).

[110] *The [Ministry of] Foreign Affairs Calls on the Emissaries to Maintain the Consistency of Their Data When Providing Information*, Alriyadh (Nov. 17, 2013), https://www.alriyadh.com/884594 (translation from original Arabic source).

the purpose of traveling to Canada to kill Dr. Saad.  Thereafter, on information and belief, Defendant Albawardi traveled to Canada in October 2018 in an attempt to kill Dr. Saad.

122.   Defendant **Bader Mueedh Saif Alqahtani** ("Defendant Bader Alqahtani") is a Saudi national and a member of the Tiger Squad.  On information and belief, Defendant Bader Alqahtani is regularly employed as an engineer by the National Information Center in Riyadh, Saudi Arabia.[111]  Defendant Bader Alqahtani obtained a Canadian tourist visa in May 2018 for the purpose of traveling to Canada to kill Dr. Saad.  Thereafter, Defendant Bader Alqahtani traveled to Canada in October 2018 in an attempt to kill Dr. Saad.

123.   Defendants **John Does 1-8** are Saudi nationals and members of the Tiger Squad who—in addition to Defendants Alsayed, Algasem, Alsaleh, Alhaqbani, Alhomid, Albawardi, and Bader Alqahtani—took actions for the purpose of extrajudicially killing Dr. Saad.  Their exact names and identities, and the precise number of such John Does, are, despite diligent efforts, presently unknown to Plaintiff Dr. Saad.[112]

---

[111] Bader Al-Qahtani, LinkedIn, https://www.linkedin.com/in/bader-q-alqahtani/ (last visited Feb. 3, 2021).

[112] The individuals designated as John Does 1, 2 and 3 in Plaintiff's original Complaint have since been identified and named herein as Hani Fakri Hamed, Ahmed Abdullah Fahad Albawardi, and Bader Mueedh Saif Alqahtani, respectively.

124.    The following chart depicts each Defendant's role in the attempted extrajudicial

killing of Dr. Saad:



**JURISDICTION AND VENUE**

125.    This Court has subject matter jurisdiction over this action under 28 U.S.C. § 1331 because the action arises under the Torture Victim Protection Act ("TVPA"), Pub. L. No. 102-256, 106 Stat. 73 (1992) (codified at 28 U.S.C. § 1350 *et seq.*), and the Alien Tort Statute ("ATS"), 28 U.S.C. § 1350.  The Court has supplemental jurisdiction over Dr. Saad's common law claim under 28 U.S.C. § 1367.

126.    The exercise of subject matter jurisdiction over Dr. Saad's claim under the ATS is proper because the conduct giving rise to his claim touches and concerns the United States.  Indeed, Defendant bin Salman's attempt to extrajudicially kill Dr. Saad involved substantial conduct inside the United States, including deploying covert agents who resided in the United States to hunt him down and plotting to reach Dr. Saad in Canada through travel within the United States and across the United States' border with Canada.  Further, the conduct was aimed at the United States insofar as it was designed to remove a crucial partner to the U.S. Intelligence Community and maximize Defendant bin Salman's standing with and support from top U.S. government officials.

127.    The exercise of personal jurisdiction over Defendant bin Salman, Defendant Alasaker, Defendant Alqahtani, Defendant Alassiri, Defendant Alharbi, Defendant Alhamed, Defendant Abuljadayel, and the Tiger Squad Defendants for purposes of Dr. Saad's claims under the TVPA and ATS is proper pursuant to Federal Rule of Civil Procedure 4(k)(2) because these Defendants engaged in intentional, tortious conduct directed at the United States, and this action arises out of that conduct.

128.    In particular, Defendant bin Salman attempted to extrajudicially kill Dr. Saad because of his longstanding close and trusted partnership with the U.S. Intelligence Community.

The attempt to extrajudicially kill Dr. Saad is intended to eliminate the U.S. Intelligence Community's access to a deeply knowledgeable source about issues central to the national security of the United States, a source who could use his knowledge to undermine Defendant bin Salman's influence and support from the Trump White House.  Dr. Saad's knowledge extends to Defendant bin Salman's creation of the Tiger Squad (as described further below) and its use of extrajudicial killings and torture (including activities carried out within the territory of close U.S. allies); Defendant bin Salman's covert political scheming within the Royal Court, including attempts to harm other royals; Defendant bin Salman's corrupt financial dealings; Defendant bin Salman's personal misconduct; and Defendant bin Salman's communications with foreign governments, including U.S. adversaries.

129.    Dr. Saad established a close partnership with the U.S. Intelligence Community through counterterrorism operations that have been crucial to U.S. national security.  In the years since the horrific terrorist attacks on September 11, 2001, the United States has invested tremendous resources into creating and building a homeland security and counterterrorism apparatus designed to protect American lives and advance U.S. interests.[113]  A core part of this counterterrorism architecture has been premised on strategic partnerships with foreign governments and security agencies, and Saudi Arabia represented perhaps the single most

---

[113] Julia Donheiser, *The United States Has Spent At Least $2.8 Trillion on Counterterrorism Since 9/11* (May 18, 2018), https://publicintegrity.org/national-security/the-united-states-has-spent-at-least-2-8-trillion-on-counterterrorism-since-9-11/.

important partner in this effort.[114]  Dr. Saad himself, as a leader of Saudi Arabia's counterterrorism apparatus, *was* that partner.[115]  Thus, the attempt to extrajudicially kill Dr. Saad is designed to end the U.S. Intelligence Community's access to a uniquely knowledgeable partner vital to U.S. national security, and in turn, to eliminate any threat posed to Defendant bin Salman by virtue of that partnership.

130.    The Defendants acted in concert, at the direction of Defendant bin Salman, to achieve this objective aimed at the United States.  On information and belief, each Defendant was well aware of Defendant bin Salman's desire to maximize his support from top U.S. government officials, and to remove anyone that stood in his way; each Defendant also knew that Dr. Saad, by virtue of his unique access to the Saudi Royal Court and partnership with the U.S. Intelligence Community forged through years of counterterrorism efforts, was viewed by Defendant bin Salman as posing perhaps the most significant obstacle.

131.    Additionally, Defendant bin Salman's attempt to extrajudicially kill Dr. Saad has included significant physical conduct within the United States.  For example:

    a.    Defendants hosted events and programs in the United States through Defendant bin Salman's personal charitable foundation, Defendant MiSK, with aims that included cultivating a network of covert agents to hunt down Dr. Saad.  These events included:  a MiSK Leadership Development Program at Harvard University in

---

[114] Daniel Byman, *The U.S.-Saudi Arabia Counterterrorism Relationship*, Brookings (May 24, 2016),                  https://www.brookings.edu/testimonies/the-u-s-saudi-arabia-counterterrorism-relationship/.

[115] Frank Gardner, *Family of Exiled Top Saudi Officer Saad Al-Jabri 'Targeted'*, BBC (May 25, 2020), https://www.bbc.com/news/world-middle-east-52790864.

Boston, Massachusetts in August 2016, in which Defendants Abuljadayel and Alhamed participated; a MiSK Leadership Development Program at Harvard University in Boston, Massachusetts in August 2017, at which Defendants Abuljadayel and Alhamed worked, and the closing ceremonies of which Defendant Alasaker attended; a MiSK-United Nations Development Program event in New York, New York, in September 2017, which Defendants Alhamed and Alasaker attended; a series of "MiSK Talks" in March and April 2018, in Washington, D.C., New York, New York, Los Angeles, California, San Francisco, California, and Houston, Texas; a "New York Arab Art Festival" in October and November 2018 consisting of a citywide program in collaboration with New York City-area cultural institutions; and a December 2018 program in which Saudi artists traveled between San Francisco, California, Yosemite National Park, and Los Angeles, California.[116]

---

[116] Beyond events to recruit and cultivate potential agents for Defendant bin Salman in the United States, Defendant MiSK also transacted significant business in the United States, which furthered its platform and legitimacy in the United States. For example, Defendant MiSK Foundation entered into partnerships with the Massachusetts Institute of Technology, U.S. technology firm Virgin Hyperloop One, and financial information company Bloomberg. *See* Press Release, Bloomberg, *Misk Foundation and Bloomberg Collaborate on Education Initiatives to Support the Advancement of Saudi Youth* (Apr. 9, 2019), https://www.bloomberg.com/company/press/misk-training-youth/; *MiSK Foundation Collaborates With MIT Media Lab*, MiSK Found. (Apr. 23, 2017), https://misk.org.sa/en/blog/misk-foundation-collaborates-mit-media-lab/; Press Release, Virgin Hyperloop, *Vision 2030 Commitment Continues in the Kingdom as MISK and Virgin Hyperloop One Create New Program To Train Saudi Engineers* (Feb. 21, 2018), https://virginhyperloop.com/press/misk-program. Additionally, during a June 2016 visit to the United States, Defendant bin Salman signed a cooperation agreement with the Bill and Melinda Gates Foundation on behalf of Defendant MiSK. *Saudi Arabia's Misk Foundation Inks Deal With Bill Gates for Charity*, Al Arabiya (June 26, 2016), https://english.alarabiya.net/en/News/middle-east/2016/06/26/Saudi-Arabia-s-MiSK-Foundation-inks-deal-with-Bill-Gates-for-charity.html. After Jamal Khashoggi's killing was inescapably linked to Defendant bin Salman, many of these

b.  Defendant Alassiri coordinated operations while physically present in the United States and made trips to Washington, D.C. on at least three occasions.  On information and belief, Defendant Alhamed, using his position as a student at a university in the United States as cover, assisted with some of Defendant Alassiri's activities in the United States, building a bridge between the team pursuing the United States hunt to locate Dr. Saad and the team deployed to kill Dr. Saad.

c.  Defendant bin Salman's brother, Khalid bin Salman, attempted to extract information from Dr. Saad's son Khalid in Boston, Massachusetts regarding Dr. Saad's location in an attempt to locate Dr. Saad while he was in the United States.

d.  Mohammed Alessa, acting at the direction of Defendant bin Salman, attempted to extract information regarding Dr. Saad's location from an Aljabri family friend at a MiSK-sponsored event in New York, New York.

e.  Defendant Alrajhi, based in the Washington, D.C. metropolitan area, attempted to extract information from the same Aljabri family friend located in Boston, Massachusetts about Dr. Saad's location.

---

partnerships with Defendant MiSK fell apart, including those with the Gates Foundation and Virgin Hyperloop.  Nicolas Parasie, *Gates Foundation Suspends Future Work With Saudi Crown Prince's Charity*, Wall St. J. (Nov. 1, 2018), https://www.wsj.com/articles/gates-foundation-suspends-future-work-with-saudi-crown-princes-charity-1541076176; *Saudi Arabia Cancels Hyperloop Deal in Response to Branson's Khashoggi Protest*, Global Construction Rev. (Oct. 18, 2018), https://www.globalconstructionreview.com/news/saudi-arabia-cancels-hyperloop-deal-response-brans/.  In 2018 Defendant MiSK also filed an application for the name "MiSK Foundation of America" to be reserved with the Texas Secretary of State.

f.  Defendant Alrajhi demanded a meeting with the same Aljabri family friend and offered to fly from Washington, D.C. to Boston, Massachusetts to meet, all in an effort to obtain Dr. Saad's location.

g.  Similarly, Defendant Alhamed, based at the time in the Boston, Massachusetts metropolitan area, contacted the same Aljabri family friend to try to extract information from him regarding the location of Dr. Saad's family and to persuade him to take a meeting with Defendant Alrajhi.  Defendant Alhamed's reward for his work included a position at the Saudi American Public Relation Affairs Committee, based in Washington, D.C.

h.  Defendant Alrajhi flew from his home in the Washington, D.C. metropolitan area to Boston, Massachusetts to meet with Dr. Saad's son Khalid and attempt to extract information about Dr. Saad's location.

i.  Defendant Abuljadayel contacted Dr. Saad's daughter-in-law in Boston, Massachusetts and attempted to extract information about the location of Dr. Saad's family.

j.  Defendant Abuljadayel, based in the Boston, Massachusetts metropolitan area, attempted to extract information from Dr. Saad's daughter-in-law in an effort to obtain Dr. Saad's location.

k.  Defendant Hamed surveilled the Mandarin Oriental Hotel in Boston, Massachusetts.

l.  Defendant Hamed attempted to access the Aljabri family apartment in Boston, Massachusetts.

m.  Defendant Alharbi met with Dr. Saad's son in Boston, Massachusetts and attempted to extract information from him about Dr. Saad's location.

n.  Defendant bin Salman suspended Saudi Arabian government services to the Aljabri family in the United States, including denying a request by Dr. Saad's son to renew his Saudi Arabian passport in New York, New York.

o.  Defendant bin Salman diffused unspecified corruption charges against Dr. Saad through INTERPOL—an intergovernmental organization of which the United States is a member—to U.S. law enforcement, among other member nations.

p.  In May 2020, Defendant bin Salman directed a hit squad to travel from Saudi Arabia to the United States and thereafter to Canada in an intensified effort to kill Dr. Saad.  Defendant bin Salman intentionally directed his agents to travel by land through the United States in an effort to evade detection of airport security that thwarted the Tiger Squad's October 2018 mission.

q.  Defendant bin Salman's agents made misleading statements to journalists in the United States to create misimpressions in the United States about Dr. Saad's activities and undermine Dr. Saad's support from U.S. government officials.  These statements have resulted in the publication of misleading articles in U.S. newspapers.

r.  In July 2020, the Al Arabiya TV network, founded by members of the Saudi royal family and with an office in Washington, D.C., seized on misleading statements to journalists in the United States to further smear Dr. Saad and his supporters in the U.S. Intelligence Community.  For example, Al Arabiya's coverage has referred to

Dr. Saad as an "international fugitive" and a "thief" who has caused a "scandal" implicating not only Dr. Saad but also former U.S. intelligence officials who support him.[117]

s.  Between July 2020 through at least January 2021, upon information and belief, Defendant Alqahtani—at the direction of Defendant bin Salman—orchestrated an online campaign to smear and threaten Dr. Saad on Twitter, a company incorporated in Delaware and headquartered in San Francisco, California.  The smear campaign has featured Dr. Saad alongside former U.S. Secretary of State Hillary Clinton, drawing on the trope of explosive information purportedly hidden in Secretary Clinton's emails in the weeks leading up to the U.S. Presidential Election.

t.  Defendant bin Salman transmitted threatening text messages to Dr. Saad over WhatsApp's U.S.-based servers.

132.  Further, Defendant bin Salman's attempt to extrajudicially kill Dr. Saad was part of a broader campaign to eliminate those who could undermine Defendant bin Salman's support from the U.S. government.  That campaign has included, as further described herein, the use of Defendant Alasaker and Defendant MiSK to cultivate U.S.-based agents inside Twitter, Inc., a company incorporated in Delaware and headquartered in San Francisco, California, for the

---

[117]   Al   Arabiya,   Facebook   (July   18,   2020,   8:00   PM   ET), https://m.facebook.com/AlArabiya/videos/2492096491089290/;   Fahad   Ibrahim   Aldagheethr, *Aljabri…The Big Breach*, Al Arabiya, https://www.alarabiya.net/ar/politics/2020/07/22/الجبري-الاختراق-الكبير (last visited July 29, 2020).

purposes of discovering personal information about and ultimately eliminating critics of Defendant bin Salman.[118]   The campaign also included offering employment with the MiSK Foundation as a reward to those who covertly aided Defendant bin Salman and Defendant Alasaker within the United States.[119]   Further, Defendant bin Salman's campaign to consolidate power in the United States included the extrajudicial killing of *Washington Post* columnist Jamal Khashoggi, who was initially banned from working as a journalist in Saudi Arabia because of public criticism in Washington, D.C. of Donald Trump at a time when Defendant bin Salman was working to win Trump's support.[120]   Finally, the campaign involved the arrest and detention of Mr. bin Nayef, who, along with Dr. Saad, has worked closely with the U.S. Intelligence Community.

133.    This Court also has pendent personal jurisdiction over Defendant bin Salman, Defendant Alasaker, Defendant Alqahtani, Defendant Alassiri, Defendant Alharbi, Defendant Alhamed, Defendant Abuljadayel, and the Tiger Squad Defendants in regards to Dr. Saad's common law claim for intentional infliction of emotional distress, because it arises out of the same nucleus of operative facts as Dr. Saad's TVPA and ATS claims.

134.    This Court has personal jurisdiction over Defendant MiSK under D.C. Code § 13-423.  Defendant MiSK, which operates as a front organization for Defendant bin Salman and

---

[118] This scheme to infiltrate Twitter is the subject of a criminal indictment brought in the Northern District of California.  *See United States v. Abouammo et al.*, No. 3:19-cr-00621-EMC (N.D. Cal.); *infra* note 179.

[119] *See* Superseding Indictment ¶ 26(u), *United States v. Abouammo*, No. 3:19-cr-00621-EMC (N.D. Cal. July 28, 2020), ECF No. 53.

[120] Samuel Osborne, *Saudi Arabia Bans Journalist for Criticising Donald Trump*, Independent (Dec. 5, 2016), https://www.independent.co.uk/news/world/middle-east/saudi-arabia-donald-trump-journalist-banned-for-criticising-us-president-elect-a7456956.html.

Defendant Alasaker, has purposefully availed itself of this forum by transacting business in

Washington, D.C., and Dr. Saad's claims against it arise out of those contacts.  On information

and belief, one of Defendant MiSK's primary purposes was to recruit, develop, fund, and

legitimize a network of agents in the United States to carry out acts in furtherance of Defendant

bin Salman's objectives—including hunting, trapping, and undertaking to kill Dr. Saad.

Accordingly, on information and belief, all of its events and programming—in addition to a series

of covert operations it sponsored—were designed and executed for this purpose.  A substantial

portion of these recruiting events occurred in the District of Columbia.[121]  As the "Secretary-

---

[121] For example, according to public sources, Defendant MiSK hosted two "MiSK Talks," modeled off of TED Talks, in Washington, D.C. (held in conjunction with Defendant bin Salman's visit to the United States); a "MiSK Art" panel discussion and tour of the Newseum; the sponsorship of an exhibit of Saudi art at the Kennedy Center; a "Leadership Bootcamp" designed to facilitate networks of Saudi national students in the Washington, D.C. metropolitan area, which included a partnership with Uber to provide rides in Washington, D.C.; and a training workshop, in cooperation with Bloomberg and LinkedIn and hosted at Bloomberg's Washington D.C. offices (after Defendant MiSK executed a memorandum of understanding with Bloomberg).  *See, e.g.*, *The Misk Foundation - the Saudi Arabian Youth Empowerment Nonprofit Established by H.R.H. Crown Prince Mohammed bin Salman - Announces Events in Six U.S. Cities in Conjunction With Royal Visit*, PR Newswire (Mar. 21, 2018), https://www.prnewswire.com/news-releases/the-misk-foundation--the-saudi-arabian-youth-empowerment-nonprofit-established-by-hrh-crown-prince-mohammed-bin-salman--announces-events-in-six-us-cities-in-conjunction-with-royal-visit-300617789.html; *Saudi Contemporary Art in D.C.: Kennedy Center*, Edge of Arabia, http://edgeofarabia.com/exhibitions/saudi-contemporary-art-in-d.c-kennedy-center (last visited July 12, 2020); مبادرات مسك الخيرية(@MiSKinitiatives), Twitter (June 28, 2018, 11:53 AM), https://twitter.com/MiSKinitiatives/status/1012363258236456963; Press Release, Bloomberg, *Bloomberg and the MiSK Foundation To Explore Multi-Year Financial Education and Business Journalism Training Initiative for Young Saudis* (Nov. 15, 2016), https://www.bloomberg.com/company/press/bloomberg-misk-foundation-journalism-training; مبادرات مسك الخيرية(@MiSKinitiatives), Twitter (Apr. 11, 2018, 11:00 AM), https://twitter.com/MiSKinitiatives/status/984083824073232384; MiSK Initiatives مبادرات مسك الخيرية (@MiSKinitiatives), Twitter (Apr. 6, 2018, 8:03 PM), https://twitter.com/MiSKinitiatives/status/982408530878717952; Bader Al Asaker بدر العساكر (@Badermasaker), Twitter (Mar. 22, 2018, 9:37 PM),

General" of Defendant MiSK, Defendant Alasaker planned and coordinated these programs and personally attended some or all of these events.[122]

135.    Defendant MiSK signed contracts in the District of Columbia, including a June 2016 agreement with Babson College and Lockheed Martin, which established the Prince Mohammad bin Salman College of Business and Entrepreneurship.[123]   Defendant Alasaker executed this agreement and Defendant bin Salman attended the signing ceremony in the District of Columbia in June 2016.[124]   Defendant MiSK's transaction of business in the District of Columbia with these U.S. entities furthered its platform and legitimacy in the United States, which it used to recruit, develop, fund, and deploy a network of Saudi agents in the United States to pursue Defendant bin Salman's objectives, including the hunt for Dr. Saad.

136.    Additionally, in or around May 2017, Defendant MiSK donated money to the Women Entrepreneurs Finance Initiative, a Washington, D.C.-headquartered initiative that is a

---

https://twitter.com/Badermasaker/status/976996313211506688;  Misk Foundation مسك الخيرية (@MiskKSA),       Twitter       (Mar.      21,      2018,      8:17      PM), https://twitter.com/MiskKSA/status/976613691138433024.

[122] *See, e.g.*, Bader Al Asaker بدر العساكر (@Badermasaker), Twitter (Mar. 22, 2018, 9:37 PM), https://twitter.com/Badermasaker/status/976996313211506688;  Bader Al Asaker بدر العساكر (@Badermasaker),       Twitter       (Mar.      21,      2018,      7:08      PM), https://twitter.com/Badermasaker/status/976596561928040448.

[123] Press Release, KAEC, *Prince Mohammad Bin Salman College of Business and Entrepreneurship To Be Launched at KAEC* (June 22, 2016), https://www.kaec.net/press_releases/prince-mohammad-bin-salman-college-of-business-and-entrepreneurship-to-be-launched-at-kaec/.

[124] *Id.*; *Prince Mohammad bin Salman College of Business*, Babson Global, https://babsonglobal.org/2016/02/10/philanthropreneurship-forum-london/ (last visited July 30, 2020).

project of Ivanka Trump, then-Advisor and Assistant to the President of the United States.[125]  On

information and belief, Defendant MiSK's donation was intended to further influence senior U.S.

government officials to support Defendant bin Salman and undermine Dr. Saad.

137.    Additionally, on March 21, 2018, Defendant MiSK held an event at the Willard

Intercontinental Hotel in the District of Columbia, in connection with a visit from Defendant bin

Salman to the United States.  On information and belief, the event featured talks from Saudi

students in the United States, furthering the cultivation of agents in the United States who could

be deployed for Defendant bin Salman's objectives.

138.    The exercise of personal jurisdiction over Defendant Alrajhi is proper under D.C.

Code § 13-423(a)(1) because he has purposefully availed himself of this forum by transacting

business in Washington, D.C., and Dr. Saad's claims arise out of those contacts.  In particular,

Defendant Alrajhi regularly traveled to the District of Columbia as a graduate student in a medical

field at Howard University.  These contacts created a pretext for his meeting with Dr. Saad's son

Khalid (who had just completed a medical fellowship) that did not arouse suspicion when he

questioned Dr. Saad's friends and family members.  For example, when Defendant Alrajhi flew to

Boston to meet with Dr. Saad's son, Defendant Alrajhi presented himself as a representative of

SACM—which, as described above, oversees Saudi students in the United States and is controlled

by Defendants bin Salman, Alasaker, and MiSK.  This cover was only plausible because he was

---

[125] *Al Asaker, Mohammed bin Salman's Invisible Hand*, Intelligence Online (Oct. 18, 2017), https://www.intelligenceonline.com/government-intelligence/2017/10/18/al-asaker-mohammed-bin-salman-s-invisible-hand,108276602-art#:~:text=Al%20Asaker%20is%20not%20officially,the%20crown%20prince's%20personal%20foundation.

in fact a university student in a medical field in the District of Columbia; in other words, his activities in the District of Columbia were essential to his ability to schedule and carry out a meeting with Dr. Saad's son, and that meeting ultimately resulted in valuable information about the hunt for Dr. Saad that was shared with other U.S.-Based Covert Agent Defendants.  In addition, Defendant Alrajhi actively attended programming in the District of Columbia in which he strengthened ties with the network of covert agents who targeted Dr. Saad.[126]   Indeed, Defendant Alrajhi's status as a Saudi student at a university in the District of Columbia in close proximity to the Saudi Embassy in the District of Columbia and the SACM in Fairfax, Virginia (both of which Defendant Alrajhi visited on numerous occasions) positioned him within a small network of students whom Defendants bin Salman and Alasaker could and did easily exploit to pursue Defendant bin Salman's personal objectives.  Moreover, on information and belief, Defendant Alrajhi purchased a plane ticket in Washington, D.C. and travelled from Washington, D.C. to Boston, Massachusetts for the purpose of hunting Dr. Saad's location and obtaining other valuable information, which was an essential step in carrying out Defendant bin Salman's plan to extrajudicially kill Dr. Saad.

139.    The exercise of personal jurisdiction over Defendant Hamed is proper because he engaged in purposeful contacts with the District of Columbia through the overt acts of his co-conspirators undertaken within the District of Columbia and subject to jurisdiction under D.C. Code § 13-423.  In particular and as discussed in more detail below, Defendant Hamed participated

---

[126]    *See*    Youseef    Alrajhi,    Facebook    (Sept.    1,    2017), https://www.facebook.com/yousef.alrajhi.5/posts/1029162850520427;    Youseef    ALrajhi, Facebook    (June    25,    2017), https://www.facebook.com/photo/?fbid=975583669211679&set=pcb.975584075878305.

in a conspiracy orchestrated by Defendant bin Salman and aimed at locating and extrajudicially killing Dr. Saad.  As part of that conspiracy, Defendant Hamed learned information about Dr. Saad's alleged location that was obtained from co-conspirator Defendant Alrajhi and/or other co-conspirators, and proceeded to undertake surveillance at that location in furtherance of the conspiracy.  As discussed immediately above, Defendant Hamed's co-conspirators, Defendants Alrajhi and MiSK, took actions in furtherance of the conspiracy within the District of Columbia that subject them to personal jurisdiction under D.C. Code § 13-423.  Indeed, Defendant Alrajhi's daily contact with the District of Colombia in his position as a Howard University student was central to his role in the conspiracy insofar as it provided him with a cover as he undertook to interrogate Dr. Saad's friends and family members at the behest of Defendants bin Salman and Alasaker.  For its part, Defendant MiSK maintained a continuous presence in the District of Columbia for the purpose of funding, cultivating, supervising, and tasking student operatives to pursue Defendant bin Salman's personal objectives in the United States.

140.    Venue is proper in this Court under 28 U.S.C. § 1391(b)(3).

## FACTUAL ALLEGATIONS

**I.      Dr. Saad's Close Partnership with the U.S. Intelligence Community and Intimate Knowledge of Defendant bin Salman Make Him Defendant bin Salman's Top Target.**

141.    This case involves the attempted extrajudicial killing of a critical U.S. intelligence partner—Dr. Saad—in an attempt to influence and harm U.S. intelligence interests and foreign policy.

142.    Dr. Saad came to be recognized as a "hero" in the U.S. Intelligence Community over the course of a decades-long career in the Saudi government, as he worked closely with

officials in the U.S. Intelligence Community on counterterrorism and security projects.[127]  At the same time, his perch in the Saudi government gave him a direct window into the inner workings of the Saudi Royal Court, including the personal, political, and business dealings of Defendant bin Salman.  As a result of the knowledge he gained and his close partnership with U.S. intelligence officials, he is now at the very top of Defendant bin Salman's hit list.

143.    In particular, Dr. Saad is widely regarded for thwarting a bombing attack on the United States by an al-Qaeda affiliate, saving hundreds—if not thousands—of American lives.[128] Former Acting Director of the CIA Michael Morell stated that Dr. Saad's "work saved Saudi and American lives, in the kingdom and outside."[129]  U.S. Senators Marco Rubio, Chris Van Hollen, Patrick Leahy, and Tim Kaine, while urging President Trump to personally engage to protect Dr. Saad, have emphasized that Dr. Saad was "a highly valued partner of our Intelligence agencies and the Department of State during the past two decades," noting his work discovered and prevented terrorist plots and "was of vital importance to U.S. counterterrorism efforts in the post 9/11 era."[130] The U.S. Department of State affirmed that Dr. Saad "has been a valued partner to the U.S. government, working closely with us to ensure the safety of Americans and Saudis," and emphasized that "[t]he United States appreciates Dr. Aljabri's contributions to keeping our citizens

---

[127] Ignatius, *supra* note 10.

[128] *Id.*

[129] *Id.*

[130] Letter from Senator Patrick Leahy, Senator Marco Rubio, Senator Tim Kaine & Senator Chris Van Hollen to President Donald Trump (July 7, 2020), https://twitter.com/SenatorLeahy/status/1281281725499408386/photo/1 [hereinafter July 7, 2020 Letter to President Trump].

safe."[131]   These contributions included Dr. Saad's role "[f]or years" as "the U.S. Embassy in Riyadh's counterpart on shared counterterrorism efforts," in which he "responded around the clock to threats against [the U.S.] Mission and personnel."[132]

144.    Dr. Saad's career in government began in 1976 and concluded in 2015.  During that time, he occupied numerous public positions in Saudi Arabia's Ministry of Interior, including State Minister and Chief of Staff.

145.    In these positions, Dr. Saad gained substantial insight into the operations of the Saudi Royal Court.  He was a close confidante of former Crown Prince Mohammad bin Nayef and, of critical importance to Defendant bin Salman, was privy to sensitive information about Defendant bin Salman's covert political scheming within the Royal Court, corrupt business dealings, and creation of a personal hit squad later known as the Tiger Squad.  Dr. Saad also heard and witnessed firsthand Defendant bin Salman's communications with foreign governments, including his overtures to U.S. adversaries.

146.    In his official capacity with the government of Saudi Arabia, Dr. Saad also worked at the highest levels on counterterrorism partnerships and operations, in particular with the United States.

147.    For example, beginning in 2003, in cooperation with then-CIA Director George Tenet, Dr. Saad led efforts to build a modernized Saudi security system that could combat al-Qaeda and penetrate "al-Qaeda in the Arabian Peninsula," the terror group's affiliate in Yemen.  As an

---

[131] Aug. 6, 2020 State Dep't Letter, *supra* note 7, at 1.

[132] *Id.*

outgrowth of that project, Dr. Saad oversaw a network of informants who identified a 2010 plot by al-Qaeda in the Arabian Peninsula to bomb two United States-bound cargo airplanes through packages with explosive-laden computer printer cartridges.   The packages—addressed to synagogues near Chicago, Illinois and sent by FedEx and UPS—were timed to blow up over the United States, but were intercepted only after a team supervised by Dr. Saad arranged for the information to be shared with then-White House Homeland Security Advisor John Brennan.   Dr. Saad is widely credited with thwarting the attacks, saving hundreds—if not thousands—of American lives.[133]   He is considered by the U.S. Intelligence Community to be "dynamic, truthful and competent."[134]

148.    Under the leadership of Dr. Saad and Mr. bin Nayef, Saudi Arabia became one of the United States' key partners in counterterrorism, a partnership that has increasingly formed the backbone of the historic American-Saudi relationship.[135]   As a group of former senior intelligence and defense officials wrote in an open letter, the United States' "strategic alliance with Saudi Arabia has formed the core element of the geopolitical architecture of the modern Middle East. Over time, the Kingdom has evolved into one of Washington's most important and reliable

---

[133] Mark Mazzetti & Robert Worth, *U.S. Sees Complexity of Bombs as Link to Al Qaeda*, N.Y. Times, (Oct. 30, 2010), https://www.nytimes.com/2010/10/31/world/31terror.html; Ignatius, *supra* note 10.

[134] *The Prince's Shadow: The Struggle for the Throne in Saudi Arabia*, Alaraby TV (Sept. 14, 2020), https://www.youtube.com/watch?v=F2RTphfgmiI (transcript on file with Plaintiff's counsel) [hereinafter *The Prince's Shadow*].

[135] Keith Johnson & Robbie Gramer, *How the Bottom Fell Out of the U.S.-Saudi Alliance*, Foreign Policy (April 23, 2020), https://foreignpolicy.com/2020/04/23/saudi-arabia-trump-congress-breaking-point-relationship-oil-geopolitics/.

partners in counterterrorism, both globally and within the region."[136]  This is true largely because of Dr. Saad.

149.    Through his work in the Saudi government, Dr. Saad developed a strong reputation, influence, and network of connections within the U.S. Intelligence Community—a network that he has maintained at all relevant times.  While in office, he maintained regular contact with the White House, State Department, and officials from the U.S. Intelligence Community on an almost-daily basis, working closely on joint projects to combat global terrorism.

150.    Importantly, it was Dr. Saad's close cooperation with the U.S. Intelligence Community—and Defendant bin Salman's perception that such cooperation undermined Defendant bin Salman's own efforts to consolidate power in the Saudi Royal Court through augmenting his influence in the United States—that ultimately led to Dr. Saad's termination.

151.    Specifically, shortly before Dr. Saad's September 2015 termination, he participated in two official meetings with then-CIA Director John Brennan.  After one such meeting in or around July 2015, Defendant bin Salman became angry that Dr. Saad raised—and Brennan rebuked—Defendant bin Salman's recent communications with Russian President Vladimir Putin. Brennan expressed concern that Defendant bin Salman was encouraging Russian intervention in Syria, at a time when Russia was not yet a party to the war in Syria.  Dr. Saad passed Brennan's message to Defendant bin Salman, who responded with fury.

152.    At another official meeting between Dr. Saad and then-CIA Director Brennan in or around August 2015, Brennan told Dr. Saad—who had offered his resignation because of

---

[136] Aug. 6, 2020 State Dep't Letter, *supra* note 7, at 1.

disagreement with Defendant bin Salman about the Saudi intervention in Yemen—that the CIA could not afford to lose Dr. Saad because he was too important to U.S. national security.

153.    Soon after the meetings with Brennan, on or around September 10, 2015, King Salman—acting at the behest of Defendant bin Salman—stripped Dr. Saad of his positions in the Saudi government by royal decree.  A formal government cable sent to Dr. Saad stated explicitly that he was terminated because of his allegedly unauthorized meetings with CIA Director John Brennan.

154.    Few individuals hold as great an insight into the Kingdom of Saudi Arabia and its leadership, or possess as close and trusted a relationship with the United States, as Dr. Saad.  On information and belief, his longstanding partnership with the United States, coupled with his intimate knowledge of Defendant bin Salman's most damning information, was perceived as an urgent threat by Defendant bin Salman.  Indeed, according to U.S. officials, Defendant bin Salman feels an "existential threat" from the close relationship to the United States of Mr. bin Nayef—and by extension Dr. Saad.[137]

## II.    Defendant bin Salman Campaigns for White House Support and Targets Dr. Saad to Consolidate Support from the U.S. Government.

155.    After the removal of Dr. Saad from his formal post in the Saudi government, Defendant bin Salman continued his campaign to build support for his ascension within the U.S. government.   This included public glad-handing with members of the incoming Trump

---

[137] *The Prince's Shadow*, *supra* note 134.

administration (even as U.S. intelligence officials remained skeptical about Defendant bin Salman's ascent) and setting the stage for Defendant bin Salman's forthcoming coup.[138]

156.    After the November 2016 U.S. Presidential election, Dr. Saad was informed about negotiations between President-elect Donald Trump's transition team and private representatives of Defendant bin Salman involving significant and suspicious promises made to the incoming Trump administration.  At that time, Defendant bin Salman was Deputy Crown Prince of Saudi Arabia, second in line for the throne behind Mr. bin Nayef, then Crown Prince of Saudi Arabia. Dr. Saad understood that key allies of the United States had concerns that Mr. bin Nayef— depended upon by the U.S. Intelligence Community for its counterterrorism efforts—could be sidelined as a result of these private negotiations.[139]

157.    The validity of such concerns soon became apparent.  It was reported that, soon after the Trump administration took office, Jared Kushner—a senior adviser to President Trump who had begun communicating with Defendant bin Salman's representatives in November 2016,

---

[138] Peter Bergen, *Trump's Uncritical Embrace of MBS Set the Stage for Khashoggi Crisis*, CNN (Nov. 16, 2018), https://www.cnn.com/2018/10/15/opinions/how-the-saudis-played-trump-bergen/index.html; *Addiction and Intrigue: Inside the Saudi Palace Coup*, Reuters, July 19, 2017, https://www.reuters.com/article/us-saudi-palace-coup/addiction-and-intrigue-inside-the-saudi-palace-coup-idUSKBN1A41IS.

[139] The Brookings Institute has referred to Mr. bin Nayef as "the darling of America's counterterrorism and intelligence services."  Bruce Riedel, *The Prince of Counter-Terrorism*, Brookings (Sept. 29, 2015), http://csweb.brookings.edu/content/research/essays/2015/the-prince-of-counterterrorism.html.

and directly with Defendant bin Salman soon thereafter—began inquiring about the White House's ability to influence the succession of the next king of the Saudi Royal Court.[140]

158.   Like Defendant bin Salman, President-elect Trump feared his lack of support from the U.S. Intelligence Community—fear that manifested into public attacks.[141]   For instance, President Trump publicly suggested that U.S. intelligence agencies were leaking information about him and repeatedly criticized them, for example asking, "Are we living in Nazi Germany?"[142]

159.   Notwithstanding the Trump administration's negotiations with Defendant bin Salman, the U.S. Intelligence Community continued to send important and public signals of support for Mr. bin Nayef as late as February 2017.   CIA Director Mike Pompeo presented Mr. bin Nayef with the George Tenet Medal for his "excellent intelligence performance" in the domain of counterterrorism.[143]

---

[140] David D. Kirkpatrick, et al., *The Wooing of Jared Kushner: How the Saudis Got a Friend in the White House*, N.Y. Times (Dec. 8, 2018), https://www.nytimes.com/2018/12/08/world/middleeast/saudi-mbs-jared-kushner.html.

[141] Tom McCarthy, *Why is Donald Trump Attacking the US Intelligence Community?*, Guardian (Aug. 19, 2018), https://www.theguardian.com/us-news/2018/aug/18/why-is-donald-trump-attacking-the-us-intelligence-community; Aaron Blake, *Trump Won't Believe His Own Intelligence Community — Again*, Wash. Post (Nov. 17, 2018), https://www.washingtonpost.com/politics/2018/11/15/trump-administration-is-trying-hard-not-blame-saudi-crown-prince-khashoggis-death/.

[142] Donald J. Trump (@realDonaldTrump), Twitter (Jan. 11, 2017, 7:48 AM), https://twitter.com/realDonaldTrump/status/819164172781060096 (copy on file with Plaintiff's counsel).

[143] Bethan McKernan, *CIA Awards Saudi Crown Prince With Medal for Counter-Terrorism Work*, Independent (Feb. 13, 2017), https://www.independent.co.uk/news/world/middle-east/cia-saudi-arabia-crown-prince-muhammed-bin-naye-medal-counter-terrorism-work-intelligence-a7577221.html.

160.    On March 14, 2017, President Trump hosted Defendant bin Salman in the Oval Office and for a formal meal in the State Dining Room at the White House, his first visit to the new Trump administration.[144]   Such visits are usually reserved for foreign heads of state, and would thus not typically be offered to a person with Defendant bin Salman's role, which, at the time, was Deputy Crown Prince.[145]   According to *Politico*, the formal visit "raised eyebrows" among U.S. foreign policy circles and signaled a White House preference for Defendant bin Salman in the Saudi succession to the throne.[146]

161.    By the spring of 2017, Defendant bin Salman was successfully cultivating the support of senior White House officials, but the U.S. Intelligence Community remained resistant and continued to rely upon their longstanding partner Mr. bin Nayef, supported by Dr. Saad. Around this time period, Defendant bin Salman told Kushner that he had developed close relationships with all U.S. agencies "except three"—a reference to the CIA, Federal Bureau of Investigation ("FBI"), and National Security Agency ("NSA").

162.    In early May 2017, President Trump announced that he would visit Saudi Arabia during the first foreign trip of his new administration.[147]

---

[144] Julie Hirschfeld Davis, *Trump Meets Saudi Prince as U.S. and Kingdom Seek Warmer Relations*, N.Y. Times (Mar. 14, 2017), https://www.nytimes.com/2017/03/14/world/middleeast/ mohammed-bin-salman-saudi-arabia-trump.html.

[145] Kirkpatrick et al., *supra* note 140.

[146] Kenneth P. Vogel & Theodoric Meyer, *Trump Drawn into Saudi Game of Thrones*, Politico (May 17, 2017), https://www.politico.com/story/2017/05/17/donald-trump-saudi-arabia-238464.

[147] Mark Landler & Peter Baker, *Saudi Arabia and Israel Will Be on Itinerary of Trump's First Foreign Trip*, N.Y. Times (May 4, 2017), https://www.nytimes.com/2017/05/04/us/politics/trump-to-visit-saudi-arabia-and-israel-in-first-foreign-trip.html; *see also* Donald Trump, U.S. Pres., Remarks by President Trump at the National

163.    On May 17, 2017—shortly before President Trump's visit to Saudi Arabia, and during the peak of Defendant bin Salman's winning campaign to gain White House influence—*Politico* reported that the Saudi Ministry of Interior, led by Mr. bin Nayef, signed a lobbying contract with a Washington, D.C. lobbying firm with ties to the Trump administration.[148]

164.    The very same day, fearing Defendant bin Salman's assumption that Dr. Saad was involved in Mr. bin Nayef's efforts in the United States, Dr. Saad fled Saudi Arabia for Turkey, concerned for his safety because of the threat Defendant bin Salman believed he posed to efforts to consolidate personal political support in the United States.

165.    Dr. Saad's fears were well founded.  By the evening of May 17, 2017, Defendant bin Salman demanded the arrest of anyone associated with the Ministry of Interior's U.S. lobbying effort.  Defendant Alqahtani ordered the arrest of the Ministry of the Interior's signatory of the U.S. lobbying contract, who was detained for approximately one week and aggressively interrogated about the contract.  The captors asked about Dr. Saad's role in the U.S. lobbying contract and demanded he pay a price too.  Dr. Saad was later warned in a WhatsApp message from his former colleague, General Abdulaziz Howairini, that the captors "were very eager" to get Dr. Saad.[149]

---

Day of Prayer Event and Signing of the Executive Order on Promoting Free Speech and Religious Liberty (May 4, 2017), https://www.whitehouse.gov/briefings-statements/remarks-president-trump-national-day-prayer-event-signing-executive-order-promoting-free-speech-religious-liberty/.

[148] Vogel & Meyer, *supra* note 146.

[149] WhatsApp message from Gen. Abdulaziz Howairini to Dr. Saad (June 17, 2017, 7:07 PM AST).

166.     A few days later, from May 20 to 21, 2017, the Trump Administration, including President Trump and Kushner, visited Saudi Arabia.  During the visit, the White House announced an agreement in which Saudi Arabia would invest more than $350 billion in U.S. defense manufacturers, the largest arms deal in U.S. history.[150]  The announcement marked a months-long campaign by Defendant bin Salman to win the personal support of the new Trump administration.

167.     Dr. Saad's fears about what would follow from Defendant bin Salman's newfound White House support proved well-founded.  Since Dr. Saad's departure, Defendant bin Salman has engaged in a global campaign—including in the United States—to find and kill Dr. Saad, as part of a larger effort to remove any threats to the White House support Defendant bin Salman had so carefully cultivated.

### III.   Defendant bin Salman Attempts to Lure Dr. Saad Back to Saudi Arabia, Where He Could Easily Be Killed.

168.     In the immediate aftermath of Dr. Saad's escape from Saudi Arabia, and in the years since, Defendant bin Salman has been engaged in a continued attempt to extrajudicially kill Dr. Saad.  The first part of that attempted extrajudicial killing consisted of Defendant bin Salman's attempts to lure Dr. Saad back to Saudi Arabia, where he could easily be killed.  Defendant bin Salman has personally sent Dr. Saad threatening written messages, making clear his intent to use

---

[150] Javier E. David, *US-Saudi Arabia Seal Weapons Deal Worth Nearly $110 Billion Immediately, $350 Billion Over 10 Years*, CNBC (May 20, 2017), https://www.cnbc.com/2017/05/20/us-saudi-arabia-seal-weapons-deal-worth-nearly-110-billion-as-trump-begins-visit.html; Bonnie Kristian, *Trump Signs Largest Arms Deal in American History with Saudi Arabia*, The Week (May 20, 2017), https://theweek.com/speedreads/700428/trump-signs-largest-arms-deal-american-history-saudi-arabia.

"all available means" to compel Dr. Saad's return.[151]  Further, Defendant bin Salman has detained and "disappeared" Dr. Saad's children, relatives, and associates, using them as a crude form of human bait in an effort to lure Dr. Saad to Saudi Arabia so that he can be killed.

### A. Defendant bin Salman Attempts to Lure Dr. Saad Into Returning to Saudi Arabia from Turkey to Facilitate His Extrajudicial Killing.

169.    After Dr. Saad fled Saudi Arabia, Defendant bin Salman tried to bait him into returning to the country, where he would be at the mercy of Defendant bin Salman and his henchmen.

170.    In particular, beginning on June 18, 2017, Defendant bin Salman used the messaging program WhatsApp to send messages to Dr. Saad, who had fled to Turkey.[152] Defendant bin Salman attempted to convince Dr. Saad to return to Saudi Arabia under the pretext of a reconciliatory meeting among Defendant bin Salman, Mr. bin Nayef, and Dr. Saad.  After Defendant bin Salman inquired about Dr. Saad's return, Dr. Saad—seeking an excuse to delay any

---

[151] WhatsApp messages from Defendant bin Salman to Dr. Saad (Sept. 10, 2017, 4:56 PM AST).

[152] WhatsApp, incorporated in Delaware, is headquartered in California. *Contact WhatsApp*, WhatsApp, https://www.whatsapp.com/contact/ (last visited Feb. 2, 2021). It is owned by Facebook, also headquartered and incorporated in the United States. *How We Work with the Facebook Companies*, WhatsApp, https://faq.whatsapp.com/general/security-and-privacy/how-we-work-with-the-facebook-companies?eea=1 (last visited Feb. 2, 2021); *Company Info*, Facebook, https://fb.com/company-info (last visited Feb. 2, 20201). Before June 2017, WhatsApp's servers were located in the United States; after June 2017, they were reportedly hosted on Facebook's servers, which have multiple locations in the United States.  Candace Carlisle, *Facebook's Fort Worth, U.S. Data Centers Contributing Nearly $6B in GDP Growth, Study Says*, Dall. Bus. J. (Mar. 1, 2018), https://www.bizjournals.com/dallas/news/2018/03/01/facebooks-fort-worth-u-s-data-centers-contributing.html; Tanwen Dawn-Hiscox, *Facebook to Move Whatsapp Workloads From IBM's Cloud to its Own Data Centers*, Data Ctr. Dynamics (June 13, 2017), https://www.datacenterdynamics.com/en/news/facebook-to-move-whatsapp-workloads-from-ibms-cloud-to-its-own-data-centers/.

return—advised that he could not return sooner than June 24, 2017 because of ongoing medical care.  Defendant bin Salman insisted on Dr. Saad's return to Saudi Arabia sooner than that, writing, "If you could come a few days earlier, it would be very convenient, if you can."[153]  On information and belief, Defendant bin Salman knew that days later he would stage a violent coup, and wanted Dr. Saad, as one of Mr. Bin Nayef's key associates, within his grasp before Defendant bin Salman's intentions became apparent.

171.    A few days later, on June 20, 2017, Defendant bin Salman ousted Mr. bin Nayef from power and assumed the mantle of Crown Prince of Saudi Arabia.  After being detained overnight in the Royal Court, armed guards placed Mr. bin Nayef under house arrest.[154]  Upon information and belief, Defendant bin Salman considered Mr. bin Nayef a particular impediment to the throne because, like Dr. Saad, he had a strong partnership with the U.S. Intelligence Community.[155]  After the coup, the U.S. Intelligence Community feared that the ouster of Mr. bin Nayef would interrupt the United States' access to valuable intelligence from Saudi Arabia.[156]

172.    On June 20, 2017, Defendant bin Salman sent additional WhatsApp text messages to Dr. Saad, again relying on U.S.-based servers, in which he continued to pressure Dr. Saad to

---

[153] WhatsApp messages from Defendant bin Salman to Dr. Saad (June 18, 2017, 5:28 PM AST).

[154] Dexter Filkins, *A Saudi Prince's Quest to Remake the Middle East*, New Yorker (Apr. 2, 2018), https://www.newyorker.com/magazine/2018/04/09/a-saudi-princes-quest-to-remake-the-middle-east.

[155] *Addiction and Intrigue*, *supra* note 138.

[156] Ben Hubbard & Eric Schmitt, *Saudi Official Who Was Thought To Be Under House Arrest Receives a Promotion*, N.Y. Times (July 20, 2017), https://www.nytimes.com/2017/07/20/world/middleeast/saudi-arabia-abdulaziz-al-huwairini-salman-cia.html.

return to Saudi Arabia.  Dr. Saad again cited his ongoing need for medical treatment to justify his inability to return.  Specifically, Dr. Saad told Defendant bin Salman that he was "setting out for Boston at dawn today" to seek medical treatment.[157]  As described further below, knowledge of Dr. Saad's ties to Boston, Massachusetts caused Defendant bin Salman to launch a months-long effort to deploy covert agents in the United States to hunt him there.

173.    Defendant bin Salman's attempts to bait Dr. Saad's return soon turned into demands.  Demands soon turned into threats.  Threats turned into cold-blooded determination: Defendant bin Salman promised to "use all available means" and "take measures that would be harmful to you."[158]

174.    On September 7, 2017, Dr. Saad—desperately hoping to secure the safe departure of Omar and Sarah from Saudi Arabia after the imposition of a travel ban targeting them—made a personal plea to Defendant bin Salman using WhatsApp, begging for Defendant bin Salman's permission for their travel to the United States to resume their studies.[159]  Defendant bin Salman refused and responded tersely, focused singularly on Dr. Saad's return to Saudi Arabia:  "When I see you I will explain everything to you."[160]

175.    Two days later, on September 9, 2017, Defendant bin Salman sought to deploy his newfound leverage against the begging father.  Defendant bin Salman demanded that Dr. Saad—

---

[157] WhatsApp message from Dr. Saad to Defendant bin Salman (June 20, 2017, 6:10 PM AST).

[158] WhatsApp message from Defendant bin Salman to Dr. Saad (Sept. 10, 2017, 4:56 PM AST).

[159] WhatsApp message from Dr. Saad to Defendant bin Salman (Sept. 7, 2017, 11:21 AM AST).

[160] WhatsApp message from Defendant bin Salman to Dr. Saad (Sept. 7, 2017, 9:46 PM AST).

who was still in Turkey—immediately return to Saudi Arabia.  Defendant bin Salman suggested

he wanted "to come to an understanding with you regarding your future situation."[161]  Over the

course of a five-hour text message exchange, Defendant bin Salman repeatedly demanded Dr.

Saad's immediate return, insisting that "I want you to come back tomorrow":



**September 9, 2017 WhatsApp exchange between Defendant bin Salman and Dr. Saad**

176.    Notwithstanding Defendant bin Salman's demands, Dr. Saad did not agree to return

to Saudi Arabia.

---

[161] WhatsApp message from Defendant bin Salman to Dr. Saad (Sept. 9, 2017, 11:05 PM AST).

177.    The next day, on September 10, 2017, Defendant bin Salman, with the assistance of Defendant Alasaker, attempted to secure the return of Dr. Saad by private jet.  Defendant bin Salman began a new WhatsApp exchange with Dr. Saad by asking, "Doctor, where should we dispatch the airplane to fetch you?"[162]  After Defendant bin Salman sent that message, Defendant Alasaker repeatedly phoned and sent WhatsApp messages to Dr. Saad, attempting to coordinate the time and place of a private jet that would bring Dr. Saad back to Saudi Arabia.[163]  Dr. Saad— well aware that Defendant bin Salman had previously accomplished the extrajudicial rendition of his targets through use of a private jet, only for them to face detention and torture in Saudi Arabia at the hands of the Tiger Squad—refused to cooperate.

178.    On September 10, 2017, Defendant bin Salman determined that demands for cooperation were not enough.  In another WhatsApp message, Defendant bin Salman threatened that he would use "all available means" to silence Dr. Saad.[164]  Defendant bin Salman warned of a coming escalation, in which he would personally "take legal measures, **as well as other measures that would be harmful to you**" (emphasis added).[165]  Alleging that Dr. Saad was

---

[162] WhatsApp message from Defendant bin Salman to Dr. Saad (Sept. 10, 2017, 8:19 AM AST).

[163] Defendant Alasaker's role in attempting to return Dr. Saad to Saudi Arabia was consistent with his role as Defendant bin Salman's right-hand man responsible for achieving Defendant bin Salman's personal goals in his position as both the head of Defendant bin Salman's private office and Secretary-General of Defendant bin Salman's private foundation, through which he funded and cultivated a network of covert agents in the United States that he deployed to target Dr. Saad. Defendant bin Salman himself made Defendant Alasaker's import explicit:  on one occasion, Defendant bin Salman explicitly directed Dr. Saad to communicate with Defendant bin Salman by delivering a message to Defendant Alasaker.

[164] WhatsApp message from Defendant bin Salman to Dr. Saad (Sept. 10, 2017, 4:56 PM AST).

[165] *Id.*

"involved in many large cases of corruption that have been proven," Defendant bin Salman threatened Dr. Saad with "two choices."  First, Dr. Saad could "return to the Kingdom, where you will be placed under house arrest until you answer some questions that relate to issues of corruption."[166]  (Days later, Dr. Saad's son-in-law was made to do exactly that, while blindfolded, handcuffed, and repeatedly lashed and beaten with a metal bar, until his body was bloodied, black, and blue.  *See infra* ¶¶ 197–203.)  Defendant bin Salman's second choice was that Dr. Saad could become the target of a worldwide manhunt, in which Dr. Saad would be pursued "using all available means," beginning with the filing of unspecified corruption allegations through INTERPOL in an attempt to "turn you over" to his men.[167]  "There is no state in the world that would refuse to turn you over," Defendant bin Salman insisted.  "You have one hour to decide," Defendant bin Salman wrote, promising ominously that "**we shall certainly reach you**."[168]

179.    On or around September 11, 2017, while still residing in Turkey, Dr. Saad learned that Defendant bin Salman was pressuring the Government of Turkey to forcibly return Dr. Saad to Saudi Arabia.  On information and belief, in or around September 2017, Defendant bin Salman's agents sent a list of individuals they wanted to be returned from Turkey to Saudi Arabia.  Were there any doubts as to Defendant bin Salman's intentions for Dr. Saad, the fate of the other individuals on that list resolved it:  the list included Dr. Saad as well as several individuals who, upon their later return to Saudi Arabia, were each subsequently "disappeared."

---

[166] *Id.*

[167] *Id.*

[168] *Id.*

180.     Dr. Saad fled Turkey on or around September 12, 2017, and traveled in secret to Toronto, Canada.  For his safety, Dr. Saad had last told Defendant bin Salman that he was heading to Boston, Massachusetts.

**B.     Defendant bin Salman Targets Dr. Saad's Children to Lure His Return so that He Can Be Killed.**

181.     In addition, Defendant bin Salman has waged an all-out effort to use Dr. Saad's children "as leverage to try to force their father's return to the kingdom," as described by U.S. Senators Leahy, Rubio, Kaine, and Van Hollen.[169]

182.     On June 21, 2017, Defendant bin Salman prohibited two of Dr. Saad's children, Omar and Sarah, from leaving Saudi Arabia to attend school in the United States, even though both held valid U.S. immigration documents showing they were eligible to study in the United States.  Defendant bin Salman imposed the prohibition one day after ousting Mr. bin Nayef from power.  At the time, Omar was eighteen years old and Sarah was seventeen years old.  Omar and Sarah went to the King Khalid International Airport in Riyadh to board a flight to Boston, Massachusetts (via Turkey), but were told by border security that they were not permitted to leave the country.

183.     That same day, again through WhatsApp text messages, Dr. Saad pled with Defendant bin Salman to allow his children to leave Saudi Arabia.[170]  Defendant bin Salman ignored the request.

---

[169] July 7, 2020 Letter to President Trump, *supra* note 130.

[170] WhatsApp message from Dr. Saad to Defendant bin Salman (June 21, 2017, 2:42 PM AST).

184.    Several months later, in a WhatsApp message to Dr. Saad on September 9, 2017, Defendant bin Salman explicitly linked the travel ban on Dr. Saad's children with Dr. Saad's return to Saudi Arabia:  he said that "I want to resolve this problem of your son and daughter," but that Dr. Saad needed to return to Saudi Arabia for him to do so.[171]  Dr. Saad did not take the bait, and to this day, Dr. Saad's son and daughter remain trapped in Saudi Arabia.

185.    As a result of Defendant bin Salman's actions, Omar and Sarah were unable to resume their education in the United States, as had been long planned.  Omar had already taken classes in Boston, Massachusetts, while Sarah had just finished high school exams in Saudi Arabia. Both children had already been accepted to educational institutions in Boston, Massachusetts and paid tuition.  Omar was to study towards an undergraduate degree at Suffolk University and Sarah in the two-year International Baccalaureate Program at the British International School of Boston. On information and belief, their absence caused each educational institution to contact U.S. immigration authorities about their whereabouts.

186.    In or around September 2018, Defendant bin Salman—not content with only two Aljabri children under his control—attempted to lure Dr. Saad's daughter, Hissah Almuzaini, to the Saudi consulate in Istanbul only several weeks before Defendant bin Salman had the Tiger Squad kill Jamal Khashoggi at the very same consulate.  At the time, Hissah's husband, Salem Almuzaini, was prohibited from leaving Saudi Arabia and was periodically ordered to report to a close aide to Defendant bin Salman—Salah Aljotaili—for interrogations about Dr. Saad and the Aljabri family.  Hissah and their children were living in Istanbul, Turkey.  Aljotaili began asking

---

[171] WhatsApp message from Defendant bin Salman to Dr. Saad (Sept. 9, 2017, 11:05 PM AST).

Salem about Hissah and their children, and started pressuring Salem to return his family to Saudi Arabia. Aljotaili specifically asked Salem about Hissah's expired Saudi passport and why she had not renewed it. At a series of interrogations in September 2018, days and weeks before Jamal Khashoggi's killing, Aljotaili repeatedly pressured Salem to convince Hissah to enter the Saudi consulate in Istanbul to renew her passport. Even after Salem informed Aljotaili that she had no intention of returning to Saudi Arabia, Aljotaili continued to plead that Hissah should nonetheless enter the Saudi consulate in Istanbul to "fix" her papers in such an insistent manner that, at the time, Salem and Hissah viewed as puzzling. Fortunately for Hissah, she never went to the consulate. After Jamal Khashoggi entered the very same consulate days later, Hissah learned the fate awaiting her if she had obeyed Aljotaili's demands.

187.    In March 2020, having still been unable to lure Dr. Saad or his daughter Hissah back to Saudi Arabia, Defendant bin Salman went further, kidnapping Dr. Saad's children Omar and Sarah in a dawn raid.

188.    Specifically, on March 9, 2020, Aljotaili sent a WhatsApp message to a relative of Dr. Saad living in Saudi Arabia and requested an in-person meeting with Omar (then age twenty-one) and Sarah (age twenty), which took place that afternoon. At the time, Omar and Sarah—prohibited by Defendant bin Salman from leaving the country since June 2017—were living in a house in Riyadh, Saudi Arabia. At the meeting, aides to Defendant bin Salman pressured Omar and Sarah to convince Dr. Saad to return to Saudi Arabia and advised Omar that he and Sarah would not be able to leave Saudi Arabia until Dr. Saad returned.



**Dr. Saad's Children Omar and Sarah**

189.    In the early morning hours of March 16, 2020, more than fifty armed men in unmarked cars and dressed in civilian clothes raided the Aljabri residence and seized Omar and Sarah from their beds.  On information and belief, they were acting under the supervision of Aljotaili.  The armed men also took eight bags of household effects, the memory drive with the household's CCTV footage, and the keys to the house.  The men provided no reason for Omar and Sarah's arrest, nor did they furnish any document authorizing their removal.  Dr. Saad has not seen or spoken to his children, Sarah or Omar, since.

190.    For six months Omar and Sarah were "disappeared" with no information about their status or whereabouts available.  That only changed after Dr. Saad filed this instant action before this Court.  Approximately one month *after* Dr. Saad filed his initial complaint in this Court, Defendant bin Salman orchestrated pretextual criminal proceedings against Omar and Sarah—and then used those criminal proceedings to argue that this action should be dismissed because the prosecution of Dr. Saad's children constitutes a sovereign act entitling Defendant bin Salman to

immunity from suit.  Dkt. 58 at 35.  Defendant bin Salman failed to mention that the proceedings were conducted in a manner wholly inconsistent with Saudi law.  Consistent with the extrajudicial nature of their detention, the charging documents that the attorney for Omar and Sarah received in connection with the criminal proceedings were unnamed, unsigned, undated, and printed on paper without any formal letterhead.[172]  Following the completion of these sham proceedings, the judges and clerks involved in the case have disappeared, and all Ministry of Justice court records regarding the case have been deleted.  Although Omar and Sarah exercised their right to appeal, records pertaining to the appeal have disappeared, and there is no indication that the appeal will in fact be considered.  Defendant bin Salman's aides are also now intimidating Omar and Sarah's lawyer, aggressively interrogating him about the representation of his clients.  Defendant bin Salman also further restricted Omar and Sarah's already limited contact with the outside world.[173]  Defendant bin Salman's orchestration of these pretextual proceedings in Saudi Arabia reflects an obvious attempt to escape justice in the courts of the United States and continue his persecution of Dr. Saad and his family members.

191.    Dr. Saad and his family reasonably fear that Omar and Sarah are in grave danger.

192.    On information and belief, the continued detention and disappearance of Omar and Sarah is being supervised and enforced by Aljotaili at the direction of Defendant bin Salman.

---

[172] *See* Saudi L. Crim. P., Art. 126(7) (requiring that charge sheet contain "the name and signature of the member of the Bureau of Investigation and Public Prosecution").

[173] Article 116 of the Saudi Law of Criminal Procedure provides detainees with the right to contact a person of their choice.  *See* Saudi L. Crim. P., Art. 116.

193.    The incommunicado detention of Omar and Sarah has been sharply criticized by neutral observers.  A bipartisan group of respected U.S. senators formally expressed their deep concern to the President of the United States about the use of Omar and Sarah "as leverage to try to force their father's return to the kingdom."[174]  The U.S. Department of State has declared "[a]ny persecution of Dr. Aljabri's family members is unacceptable" and stressed "the importance of respect for the rule of law and freedom from arbitrary detention."[175]

194.    As soon as Dr. Saad learned about the kidnapping on March 16, 2020—and recognized that Defendant bin Salman may torture or kill his children unless he returns to Saudi Arabia or is himself killed—he suffered severe and intense emotional distress.  Haunted, Dr. Saad could not sleep.  He met with his primary care physician and obtained prescription medication. Dr. Saad's hypertension and glucose levels became out of control, requiring additional medication, and he experienced severe headaches and fatigue.  Dr. Saad's wife could not stop crying.  Dr. Saad was and remains tormented by what is happening to his young son and daughter and his fear that Defendant bin Salman will not relent until Dr. Saad is dead.

195.    Based on Defendant bin Salman's conduct to date, Dr. Saad has significant reason to fear for his children's safety.  Indeed, Defendant bin Salman has made clear—in fact has stated explicitly—that he will use "all available means," including extrajudicial "measures that would be

---

[174] July 7, 2020 Letter to President Trump*; see also* Nick Wadhams & Vivian Nereim, *Senators Press Trump to Help Free Children of Saudi Ex-Official*, Bloomberg (July 9, 2020), https://www.bloomberg.com/news/articles/2020-07-09/senators-press-trump-to-help-free-children-of-saudi-ex-official.

[175] Aug. 6, 2020 State Dep't Letter, *supra* note 5, at 1.

harmful," to extract information about Dr. Saad and coerce his return to Saudi Arabia so that he can be arrested, tortured and ultimately put to death.[176]

### C. Defendant bin Salman Arrests and Tortures Additional Relatives of Dr. Saad to Lure Dr. Saad Back to Saudi Arabia So That He Can Be Killed.

196. In addition to the direct personal threats and kidnapping of Dr. Saad's children Omar and Sarah, Defendant bin Salman continued to search for additional sources of leverage to coerce Dr. Saad's return to Saudi Arabia. With international borders no hindrance, Defendant bin Salman sought Dr. Saad's relatives wherever they could be found.

197. On or around September 26, 2017, Dr. Saad's son-in-law, Salem Almuzaini, was arrested on the streets of Dubai, in the Saudi-allied United Arab Emirates, and forcibly rendered to Saudi Arabia.

198. Saudi agents of Defendant bin Salman disappeared Salem for more than one month and subjected him to severe physical and psychological torture. Members of Defendant bin Salman's Tiger Squad team lashed Salem hundreds of times with a belt and battered his head and body. They brutally beat his feet with a metal bar hundreds of times, turning his feet black and blue, splitting open his skin, and creating a river of blood flowing down his legs. Most of the time, Salem was blindfolded and handcuffed. He was forced to touch an electric stick that electrocuted him. One time, food was thrown on the floor and he was told to eat it off the floor with his mouth, like a dog; they threatened to beat him if he did not do so. The Tiger Squad team explicitly told Salem he was being tortured as a proxy for Dr. Saad.

---

[176] WhatsApp messages from Defendant bin Salman to Dr. Saad (Sept. 10, 2017, 4:56 PM AST).

199.    During one torture session, after reviewing text messages on Salem's phone, one of the Tiger Squad team members hit Salem in the face, asking, "Why do you insult the Crown Prince?"

200.    During and between bouts of the harrowing torture, the Tiger Squad team interrogated Salem about Dr. Saad's location.  The Tiger Squad team also interrogated Salem about why Dr. Saad would not return to Saudi Arabia, and whether Dr. Saad would return to Saudi Arabia once he learned that Salem was being detained. The Tiger Squad team even asked for Salem's advice on who they should detain to successfully coerce Dr. Saad's return to Saudi Arabia.

201.    Salem was later transferred to the Ritz Carlton in Riyadh, which Defendant bin Salman had turned into a makeshift prison.  While there, Salem was escorted to an area where he heard beatings and screaming.  As his interrogation began, he was asked if he wanted to do this "the hard way or the easy way."

202.    Under direct threats of further torture, Salem was coerced into signing documents that he barely glimpsed which concerned the financial activities of Dr. Saad and others.

203.    Defendant Alqahtani personally participated in the torture of Salem and directed a team of Tiger Squad members to carry it out.  Salem's torturers and interrogators also included at least eight members of the Tiger Squad team who carried out the killing of Jamal Khashoggi one year later:  Maher Mutreb, Badr Lafi Alotaibi, Meshal Albostani, Mohamed Alzahrani, Saif Saad Alqahtani, Abdulaziz Alhawsawi, Mustafa Almadani, and Fahad Shabib Albalawi.

204.    Salem was eventually released in January 2018, but had to wear an ankle bracelet and report periodically to Saudi agents—usually Defendant bin Salman's close aid Salah Aljotaili—for questioning, which focused on Dr. Saad and his family.  For example, Aljotaili

would ask for Dr. Saad's location, his activities, and his future intentions.  Salem was specifically told that he was being released so that he could serve as a contact with Dr. Saad and his family— but he was prohibited from leaving Saudi Arabia and could not be reunited with his wife and children.

205.    On August 24, 2020, little more than two weeks after Dr. Saad filed the instant lawsuit against Defendants in this Court, Defendant bin Salman's close aide Aljotaili summoned Salem to his office.  He has not been seen since.  He has not been charged with any crime.  Dr. Saad and his family do not know Salem's condition but reasonably fear that Salem is again being tortured, as he was during his prior disappearance.

206.    Over the past year, Defendant bin Salman has continued to ratchet up his efforts to create additional sources of leverage to force Dr. Saad to return to Saudi Arabia.  In all, approximately twenty of Dr. Saad's family, friends, and business associates have been kidnapped by Defendant bin Salman's henchmen and held incommunicado in secret locations without any charges, in blatant violation of both Saudi and international law.  Nine of these individuals were detained only after Dr. Saad filed his initial complaint in this Court.  With few exceptions, each of these individuals remains in detention today, without charges or legal process.

207.    In March 2020, Defendant bin Salman's henchmen detained Sadig Makrad, Dr. Saad's house caretaker, and Hasan Alshihri, an Aljabri family friend, in Riyadh.

208.    In May 2020, Defendant bin Salman's henchmen detained Dr. Saad's brother, Abdulrahman Aljabri ("Abdulrahman") in Riyadh, Saudi Arabia.  In a dawn raid, an armed team wearing masks stormed Abdulrahman's house, seized money, and took him into custody, where he remains to this day.

209.    That same month, Defendant bin Salman's henchmen detained the Aljabri family doctor, Dr. Abdulrahman N. Alghazi.

210.    In June 2020, Defendant bin Salman's henchmen detained Dr. Saad's nephew, Majid Almuzaini ("Majid"), in Riyadh, Saudi Arabia.  Defendant bin Salman's agents interrogated Majid about Dr. Saad.  They also inquired about recent media coverage in the United States about the kidnapping of Omar and Sarah.

211.    In July 2020, Defendant bin Salman's henchmen detained two former business associates of Dr. Saad and Mr. bin Nayef, Abdullah Alsuwailem and Abdullah S. Alhammad.

212.    In August 2020—after the filing of the instant action—Defendant bin Salman's henchmen detained two individuals who were former members of Dr. Saad's staff when he worked in the Saudi government, Mansor Albogami and Torki Albogami.

213.    On or around September 6, 2020, Defendant bin Salman's henchmen detained a relative of Dr. Saad while he was working his shift at his place of employment in Saudi Arabia.

214.    On or around September 13, 2020, Defendant bin Salman's henchmen detained the former Undersecretary of the Saudi Ministry of Interior and a friend of Dr. Saad, Hamad K. Alrashid.

215.    Also in September 2020, Defendant bin Salman's henchmen arrested and detained a former employee in Dr. Saad's office, Bander A. Albogami, and the son of a friend of Dr. Saad who lives in exile.

216.    In October 2020, Defendant bin Salman's henchmen arrested and detained a prominent businessman and professional associate of Dr. Saad, Abdulhakeem Alsaadi, in Jeddah, Saudi Arabia, as well as a banker of Dr. Saad, Mishal N. Alhamidi.

217.     In November 2020, Defendant bin Salman's henchmen arrested a former business associate of one of Dr. Saad's sons, Ahmed Althekair, releasing him several weeks later only to ambush him at a mall and detain him again soon thereafter.

**D.     Defendant bin Salman Attempts to Coerce the Return of Dr. Saad's Son from the United States in an Effort to Lure Dr. Saad to Return So That He Can be Killed.**

218.     Defendant bin Salman further used one of Dr. Saad's sons in the United States, Khalid Aljabri ("Khalid"), as a pawn in his efforts to lure Dr. Saad back to Saudi Arabia by interfering with Khalid's legal status in the United States.

219.     As discussed in detail *supra* ¶¶ 76–108 and *infra* ¶¶ 225–46, Defendant bin Salman has repeatedly used Saudi students in the United States as tools to advance his own private objectives.  This clandestine network serves as an alternative to official government instrumentalities, and using it allows Defendant bin Salman to take cover under the veneer of seemingly legitimate front organizations, such as Defendant MiSK.

220.     Defendant bin Salman's control over Saudi students in the United States extends to making decisions about the funding of their education in the United States.  *See supra* ¶¶ 81–84; *infra* ¶¶ 227–33.

221.     Like many other Saudi students in the United States, Dr. Saad's son Khalid relied on funding ultimately controlled by Defendant bin Salman to study—and therefore maintain legal residence—in the United States.  Indeed, the Saudi Ministry of Interior had previously authorized a scholarship for Khalid to continue his studies in the United States through an MBA program at the Massachusetts of Technology ("MIT"), after Khalid had already completed an extensive medical education.  In July 2017—soon after Dr. Saad fled Saudi Arabia—Defendant bin Salman's

agents suddenly cut off Khalid's scholarship, which was essential to continue his studies in the United States.

222.    Cutting off Khalid's scholarship could have deprived him of a basis for legal residence in the United States.  On information and belief, Defendant bin Salman believed that if he could force Khalid's return to Saudi Arabia—where he could be detained, tortured, or worse—his father would soon follow.

### E.    Defendant bin Salman Attempts to Lure Dr. Saad to Territory Where He Can More Easily Kill Dr. Saad.

223.    In addition to the efforts to coerce Dr. Saad's return to Saudi Arabia, Defendant bin Salman and his agents also made several attempts in December 2017 to lure Dr. Saad to return to Turkey, where they knew he would be more vulnerable to attack—as the killing of Jamal Khashoggi in Turkey proved correct.   These efforts—undertaken by one of Defendant bin Salman's agents who pursued Dr. Saad in the United States and as part of an effort to deploy INTERPOL to restrict the movements of the Aljabri family—are described further below at paragraphs 252 and 254.

### IV.    Defendant bin Salman Hunts Dr. Saad in the United States and Deploys "All Available Means" to Trap Him So That He Can Be Killed.

224.    Defendant bin Salman's attempted extrajudicial killing also involved efforts to hunt and trap Dr. Saad so that he could be located and susceptible to attack.  In parallel to his attempts to coerce Dr. Saad's return to Saudi Arabia, Defendant bin Salman took measures to track Dr. Saad down in the United States and Canada, and to trap him in place.   These measures included deploying a coordinated team of covert agents on the ground in the United States to locate Dr. Saad, restricting Dr. Saad's movement through the issuance of INTERPOL notices, and abruptly

cutting off access to financial resources.  All of this conduct—which occurred at the same time that the Tiger Squad, at the behest of Defendant Alqahtani, was torturing Dr. Saad's son-in-law in Saudi Arabia to find Dr. Saad—was undertaken in an effort to tighten Defendant bin Salman's grip on Dr. Saad and line him up for a hit squad.

A.   **Defendants bin Salman and Alasaker Orchestrate a Hunt for Dr. Saad in the United States Using Trusted Operatives.**

225.   Beginning in September 2017—within days of Defendant bin Salman's September 10 threat to come after Dr. Saad using "all available means," including non-legal "measures that would be harmful to [him],"[177] and continuing at least through December 2017, Defendants bin Salman and Alasaker orchestrated a hunt to track down Dr. Saad in the United States.  Determined to kill Dr. Saad, and having been told by Dr. Saad in June 2017 that he was "setting out for Boston at dawn,"[178] Defendant bin Salman deployed agents in the United States to hunt him down.

226.   Defendant bin Salman's agents in the United States—including the U.S.-Based Covert Agent Defendants—were cultivated and given a veneer of legitimacy by Defendant Alasaker through Defendant MiSK and other affiliated student organizations, and Defendant Alasaker, the "Secretary-General" of Defendant MiSK, directed their activities in the United States.  In deploying these covert agents in the United States, Defendants bin Salman and Alasaker were following a similar playbook to that which they had used two years earlier, when, using a shell company financed through Defendant MiSK, they orchestrated a scheme to infiltrate Twitter

---

[177] WhatsApp message from Defendant bin Salman to Dr. Saad (Sept. 10, 2017, 4:56 PM AST).

[178] WhatsApp message from Dr. Saad to Defendant bin Salman (June 20, 2017 6:10 PM AST).

via U.S.-based employees, who had come to the United States as university students and were tasked with obtaining personal information about critics of Defendant bin Salman.[179]

227.    Furthermore, Defendant bin Salman's deployment of the U.S.-Based Covert Agent Defendants—several of whom were students at U.S. universities with leadership roles in Saudi student "clubs" and public relations organizations allied with Defendant bin Salman—reflected the realization of deliberate efforts on Defendant bin Salman's part to cultivate and control a cadre of loyal operatives on the ground in the United States.  Like other Saudi students in the United States, these student operatives were subject to the ultimate control and authority of Defendant bin Salman, who is personally involved in decisions around the funding and discipline of Saudi students.  However, these operatives were distinct from ordinary Saudi students in critical ways that underscore their significance to Defendant bin Salman and his mission.  In particular, they regularly interacted with members of Defendant bin Salman's inner circle (including Defendant Alasaker and the head of SACM, Mohammed Alessa), were handed key public-facing roles in prominent public relations organizations controlled by Defendant bin Salman, and allowed other freedoms not typically afforded to Saudi students in the United States.

---

[179] That scheme is the subject of a criminal indictment brought in the Northern District of California.  *See United States v. Abouammo*, No. 3:19-cr-00621-EMC (N.D. Cal. filed Nov. 19, 2019).  In both schemes, Defendant Alasaker, acting on behalf of Defendant bin Salman, reached out to Saudi individuals living in the United States in order to recruit them as agents for Defendant bin Salman. Superseding Indictment ¶ 26, *United States v. Abouammo*, No. 3:19-cr-00621-EMC (N.D. Cal. July 28, 2020), ECF No. 53.  He did this through a variety of means in both cases, including by personally contacting would-be covert agents, reaching out to them via trusted intermediaries, and using Saudi organizations in the United States for legitimacy (including, in Dr. Saad's case, using Defendant MiSK as a front).  *See id.*  Once the individuals in each case had been contacted, Defendant Alasaker used reassurances of patriotism and monetary rewards to maintain the relationship while the agents carried out their work in the United States in furtherance of Defendant bin Salman's objectives.  *See id.*

228.     The critical mission of cultivating, supervising, and tasking these student operatives in the United States fell to Defendant bin Salman's right-hand man and head of his private foundation, Defendant Alasaker.  Using Defendant MiSK as a cover, Defendant Alasaker set his sights on a few key students who could be trusted to carry out this sensitive operation.  In carrying this out, Defendant Alasaker exploited Defendant MiSK directly—for example, by utilizing MiSK-sponsored events to interrogate people familiar with Dr. Saad and his whereabouts.  Further, Defendant Alasaker extended Defendant MiSK's reach by asserting control over the Saudi Arabian Cultural Mission ("SACM"), which was responsible for coordinating Saudi student clubs at universities across the United States.  This relationship was formalized in a 2018 cooperation agreement executed by Defendant Alasaker and then-Saudi Cultural Attaché Mohammed Alessa, who headed SACM.[180]   This agreement was entered into at the direction of Defendant bin Salman.[181]

229.     Defendant bin Salman's use of SACM and the Saudi student groups within its purview to monitor and control students is documented in public reports.  Indeed, PBS has reported that each Saudi student organization contains one or two spies, who are charged with reporting back on all events to their handler, and that "the government under Crown Prince Mohammed bin Salman  . . . ensures [Saudi students in the United States] know they are being watched."[182]

---

[180]   Misk   Foundation   (@MiskKSA),   Twitter   (Apr.   10,   2018,   6:44   AM), https://twitter.com/MiskKSA/status/983657083055853568?s=20   (translation   from   original Arabic language tweet).

[181] *MiSK and SACM Joint Agreement*, *supra* note 18.

[182] Quran, *supra* note 4.

230.    Defendant bin Salman, operating through Defendants Alasaker and MiSK, maximizes and consolidates control over these students by imposing harsh penalties, including "passport freezes, death threats, intimidation, retraction of scholarships, and attempts to lure them back to the country."[183] One Saudi university student in the United States observed that Saudi students "can't risk even moderate criticisms" and that, "if you're an explicit critic, I feel like you could end up in prison."[184]  Defendant bin Salman prohibits Saudi students in the United States from speaking with the media or with law enforcement for any purpose, and the consequences of doing so are dire. When students do report contact with law enforcement, they are often returned to the Kingdom so as not to compromise the network and reveal the true purpose and activities of Defendant MiSK and the Saudi student clubs it sponsors.

231.    The purpose of Defendant bin Salman's consolidation of control over elite Saudi students is simple: they are tools Defendant bin Salman can and does draw upon to pursue personal ends, and their status as students provides a convenient cover when they undertake a mission such as attempting to extrajudicially kill Dr. Saad.

232.    The use of these student operatives to pursue Dr. Saad is not unique.  To the contrary, Defendant bin Salman has leveraged this network of clandestine operatives to go after other adversaries.  For example, Defendant bin Salman's agents enlisted a roommate of online dissident Omar Abdulaziz in Canada, who was dependent on a scholarship from Defendant bin

---

[183] *Id.*

[184] Michael Sokolove, *Why Is There So Much Saudi Money in American Universities?*, N.Y. Times Magazine (July 3, 2019), https://www.nytimes.com/2019/07/03/magazine/saudi-arabia-american-universities.html.

Salman, to gather and report information about Abdulaziz's political activities and movements in Canada over a several year period.  The roommate faced threats if he refused.[185]

233.    Operating within this framework, Defendants bin Salman and Alasaker tasked Defendants Alrajhi, Alhamed, and Abuljadayel with hunting Dr. Saad in the United States to complement parallel efforts of the Tiger Squad to locate and collect valuable information about Dr. Saad through torturing his son-in-law in Saudi Arabia.  These student operatives were subject to the same regime of control and monitoring as other Saudi students in the United States.  Indeed, on information and belief, they depended on funding that Defendant bin Salman controlled in order to continue their education in the United States.  In other ways, these operatives were far from ordinary.  Indeed, they were entrusted with sensitive missions and in turn were bestowed distinct privileges and freedoms.

234.    Defendants Alrajhi, Alhamed, and Abuljadayel occupied the upper echelon of the network of Saudi students in the United States.  They regularly interacted with key stakeholders who had a direct line to Defendants Alasaker and bin Salman, such as former head of the Fairfax, Virginia-based SACM Mohammed Alessa.  *See supra* ¶¶ 86, 92, 95.  Unlike a typical Saudi

---

[185] The use of students to surveil Abdulaziz was ultimately a precursor to intensified efforts to lure him to Saudi Arabia; indeed, Defendant bin Salman sent agents to Canada in May 2018 who sought to lure Abdulaziz to a Saudi embassy, and when Abdulaziz refused, his family and friends were detained and tortured in Saudi Arabia.  *See* Stephanie Kirchgaessner, *Exclusive: Saudi Dissident Warned by Canadian Police He is a Target*, Guardian (June 21, 2020), https://www.theguardian.com/world/2020/jun/21/exclusive-saudi-dissident-warned-by-canadian-police-he-is-a-target; Rosie Perper, *A Canadian Political Refugee Made Videos Criticizing Saudi Arabia – Now Saudi Authorities Have Arrested His Friends and Family*, Bus. Insider (Aug. 24, 2018), https://www.businessinsider.com/canadian-refugee-activist-family-arrested-saudi-arabia-feud-2018-8.

student, who required permission to even attend a public event,[186] these were the individuals *organizing* the events, in their capacities as leaders of Saudi student and public relations organizations.  *See supra* ¶¶ 15, 86.  They were early and significant participants in MiSK programming, *see supra* ¶¶ 74, 86, and thus had a longstanding track record of loyal service by the time they were called upon by Defendants bin Salman and Alasaker to undertake the hunt for Dr. Saad beginning in September 2017.

235.    On information and belief, by virtue of their status within Defendant bin Salman's network of student operatives, close contact with Defendant Alasaker and Mr. Alessa, and roles in key student clubs and public relations organizations, Defendants Alrajhi, Alhamed, and Abuljadayel enjoyed unusual visibility into the machinations of Defendants bin Salman and Alasaker and were privy to sensitive information about the mission they were tasked with undertaking.  Even absent any such information, each of the U.S.-Based Covert Agent Defendants would have known that an investigation by Defendant bin Salman into the whereabouts of Dr. Saad—a close associate of Mr. bin Nayef—was intended to locate and harm him, and that Defendant bin Salman had previously done the same to others who stood in the way of his path to power.[187]

---

[186] Quran, *supra* note 4.

[187] *Addiction and Intrigue*, *supra* note 138; Ben Hubbard et al., *Saudi King's Son Plotted Effort to Oust His Rival*, N.Y. Times (July 18, 2017), https://www.nytimes.com/2017/07/18/world/middleeast/saudi-arabia-mohammed-bin-nayef-mohammed-bin-salman.html; David D. Kirkpatrick, *Saudi Arabia Arrests 11 Princes, Including Billionaire Alwaleed bin Talal*, Boston Globe (Nov. 4, 2017), https://www.bostonglobe.com/news/world/2017/11/04/senior-saudi-royal-ousted-princes-reportedly-arrested/YmQyEGWytozbbSmYcL6FSL/story.html; Samia Nakhoul et al., *A House*

236.    As described more fully below, Defendants Alhamed, Alrajhi, and Abuljadayel each learned specific, valuable information when they questioned close friends and family members of Dr. Saad in an effort to learn his location so that he could be killed, and this information was shared with other co-Defendants, including Defendant Hamed, for purposes of furthering the attempted extrajudicial killing.

237.    The series of attempts to locate Dr. Saad began on or around September 6, 2017, when Khalid bin Salman—the brother of Defendant bin Salman—sent WhatsApp messages to Dr. Saad's son, Khalid.  In the messages, Khalid bin Salman—under the impression that Dr. Saad was in the United States after Dr. Saad had texted Defendant bin Salman that he was "setting out for Boston at dawn"[188]—inquired about the location of Dr. Saad.

238.    Next, on September 15, 2017, Defendants bin Salman and Alasaker deployed then-head of the Fairfax, Virginia-based SACM Mohammed Alessa to continue the hunt.  As discussed above, *see supra* ¶¶ 80, 86, 92, 95, 234–35, Mr. Alessa headed up SACM, which was subject to Defendant bin Salman's and Defendant Alasaker's control and, like Defendant MiSK, was used to cultivate student operatives and to provide cover for Defendant bin Salman's illicit activities.  Mr. Alessa interrogated a close acquaintance of Dr. Saad's family ("Friend 1")[189] at an event organized

---

*Divided: How Saudi Crown Prince Purged Royal Family Rivals*, Reuters (Nov. 10, 2017), https://www.reuters.com/article/us-saudi-arrests-crownprince-insight/a-house-divided-how-saudi-crown-prince-purged-royal-family-rivals-idUSKBN1DA23M; Fayez Nureldine, *How Saudi Crown Prince Mohammed Bin Salman Purged Rivals*, NBC News (Nov. 13, 2017), https://www.nbcnews.com/news/world/how-saudi-crown-prince-mohammed-bin-salman-purged-rivals-n820141.

[188] WhatsApp message from Dr. Saad to Defendant bin Salman (June 20, 2017 6:10 PM AST).

[189] Names of certain individuals affiliated with Dr. Saad have been anonymized for their protection.

by Defendant MiSK Foundation in New York.  **Defendants Alasaker** and **Alhamed** also attended this event.  On information and belief, during the MiSK event, Mr. Alessa repeatedly inquired about Dr. Saad's son Khalid's U.S. immigration status.  On information and belief, **Defendant Alasaker** was seated at the same table as Mr. Alessa and Friend 1 when this questioning occurred.  When Mr. Alessa was told by Friend 1 that Khalid had a permanent resident card, Mr. Alessa became visibly upset.  On information and belief, Mr. Alessa was upset about the information Friend 1 provided about Khalid's immigration status in the United States because it removed an avenue for Defendant bin Salman to coerce Khalid back to Saudi Arabia, and thereby gain leverage to lure Dr. Saad back to Saudi Arabia as well.

239.    Shortly thereafter, in or around the week of September 25, 2017, two other agents of Defendant bin Salman, **Defendant Mohammed Alhamed** and **Defendant Youssef Alrajhi** made multiple calls to Friend 1 out of the blue, exploiting their mutual association with Defendant MiSK.  On information and belief, they were directed to do so by Defendant Alasaker, or by Mr. Alessa or one of his close associates acting at the behest of Defendant Alasaker.  As discussed in more detail above, Defendants Alhamed and Alrajhi interacted with Mr. Alessa frequently, even visiting him at the hospital and being selected to speak at his retirement party.[190]  *See supra* ¶¶ 80, 86, 92, 95, 234–35.[191]

---

[190] Rabi al-Awwal, *American Emissaries Bid Farewell to Their Cultural Attaché with Hashtag, "Thank you Muhammed Alessa,"* Ajel (Nov. 13, 2019), https://ajel.sa/r5Kzmp (translation from original Arabic language).

[191] Defendant Alrajhi tweeted in 2015 that Mr. Alessa has an "open door" and in 2017 that Mr. Alessa "never fails to serve his fellow scholarship students," an apparent reference to Saudi students in the United States who are receiving scholarships from the Saudi government.  Youssef Alrajhi      (@YousefAlrajhi1),      Twitter      (July      14,      2015,      1:15      AM),

110

240.    Like their co-agent Mr. Alessa, Defendants Alhamed and Alrajhi questioned Friend 1 about Khalid's visa status.   Additionally, they concocted a new pretext, seeking to extract information about the location and contact information of Dr. Saad's wife on the false pretext of arranging a marriage with Dr. Saad's daughter.   By adopting this pretext, Defendants Alhamed and Alrajhi were able to obscure their intentions and avoid asking about Dr. Saad directly, which would have given away their true intent and aroused suspicion.   On information and belief, Defendants Alhamed and Alrajhi were advised that Dr. Saad's wife was not in Saudi Arabia and thus was likely with Dr. Saad.   Thus, asking about her location provided an indirect way of learning the location of Dr. Saad.

241.    Not satisfied with phone calls and text messages, **Defendants Alrajhi** and **Alhamed** each proceeded to contact Friend 1 repeatedly on or around September 28 and 29, 2017,

---

https://twitter.com/YousefAlrajhi1/status/620823877342621697;             Youssef         Alrajhi (@YousefAlrajhi1),        Twitter        (Jan.        5,        2017,        2:40        PM), https://twitter.com/YousefAlrajhi1/status/817093363241521152.  Moreover, Defendant Alrajhi's Facebook page shows him photographed next to Mr. Alessa during at least three separate events in June and September 2017, and an Instagram post pictures him visiting Mr. Alessa in the hospital in 2015, accompanied by Defendant Alhamed, in 2015.  Youseef ALrajhi, Facebook (June 25, 2017),   https://www.facebook.com/photo/?fbid=975583669211679&set=pcb.975584075878305; Youseef        ALrajhi,        Facebook        (June        28,        2017), https://www.facebook.com/yousef.alrajhi.5/posts/978017905634922; Youseef ALrajhi, Facebook (Sept. 1, 2017), https://www.facebook.com/yousef.alrajhi.5/posts/1029162850520427. Defendant Alhamed regularly posts pictures of himself and other Defendants at events sponsored by Defendant MiSK and other related organizations.  *See* Mohammed Alhamed (@M7Alhamed), Instagram (Apr. 12, 2015), https://www.instagram.com/p/1Yz_ZjrC8F/; Mohammed AlHamed (@M7Alhamed),        Twitter        (Aug.        8,        2017,        4:20        PM), https://twitter.com/M7Alhamed/status/895016804267028481;             Mohammed         AlHamed (@M7Alhamed),        Twitter        (Sept.        18,        2017,        2:40        AM), https://twitter.com/M7Alhamed/status/909668394743554052;             Mohammed         Alhamed (@m7alhamed), Instagram (May 30, 2015), https://www.instagram.com/p/3UpHxhLC6s/; Saudi Elite السعودي النخبة (@SaudiEliteG),        Twitter        (Nov.        25,        2018,        3:29        PM), https://twitter.com/SaudiEliteG/status/1066790900238622720.

demanding that Friend 1 meet with Defendant Alrajhi in person. These coordinated demands came just two days after Dr. Saad's son-in-law Salem was detained and began to be interrogated about Dr. Saad's location. Defendant Alrajhi told Friend 1 that he would fly to Boston, Massachusetts for the meeting.

242.    Instead, however, **Defendant Alrajhi** obtained from Friend 1 a phone number for Dr. Saad's son Khalid. On September 29, 2017, Defendant Alrajhi contacted Khalid directly to set up an in-person meeting for the next day. On information and belief, Defendant Alrajhi then flew from Washington, D.C. to Boston, Massachusetts to meet with Khalid on September 30, 2017. Although suspicious of Defendant Alrajhi's intentions, Khalid agreed to meet with Defendant Alrajhi at Bar Boulud, a restaurant inside the Mandarin Oriental building in Boston, Massachusetts, where the Aljabri family owned an apartment. Even though Dr. Saad and other family members did not live there at the time, Khalid wanted to misdirect Defendant Alrajhi and the larger ongoing hunt for Dr. Saad by creating the impression that the Aljabri family were current residents. Thus, for example, Khalid entered the hotel lobby using an entrance reserved for residents, causing Defendant Alrajhi to inquire about the Aljabri family's residence in the building. As discussed below, this valuable information about a connection between the Aljabri family and the Mandarin Oriental was later shared with Defendant Alrajhi's co-agents, who used it to conduct surveillance on and attempt to access Dr. Saad at the Mandarin Oriental.

243.    During the dinner meeting with Khalid, Defendant Alrajhi exploited his position as a Howard University student pursuing a medical education and leader within student clubs associated with the SACM as a cover. Specifically, he presented himself as an affiliate of SACM and indicated to Khalid—who had just completed a medical fellowship in Boston—that he wanted

to discuss a medical conference organized by SACM.  Defendant Alrajhi then attempted to extract information about Khalid's U.S. immigration status and contact information for Dr. Saad's wife. In response to questions from Defendant Alrajhi, Khalid revealed that members of his family were residing in London—a fact that was then passed along to his co-agent, Defendant Abuljadayel, to continue the hunt.   As he did previously in his contacts with Friend 1, Defendant Alrajhi also adopted the same pretext as his co-agent Defendant Alhamed, telling Khalid that he wanted to locate Dr. Saad's wife to propose a marriage to one of Dr. Saad's daughters.  Further, Defendant Alrajhi used his meeting with Khalid as an opportunity to inquire about Khalid's immigration status, as his co-agent Mr. Alessa had previously.  In response to this questioning, Khalid informed Defendant Alrajhi that he was not a U.S. citizen.  This information was significant for purposes of the hunt for Dr. Saad insofar as it meant that Defendant bin Salman could control Khalid's legal status and in turn use him as a tool to lure Dr. Saad back to Saudi Arabia.

244.    Just days later, on October 2, 2017, an additional covert agent of Defendant bin Salman, **Defendant Layla Abuljadayel**, continued the effort to hunt and track down Dr. Saad. Defendant Abuljadayel had recently completed a dentistry program at Boston University.[192] During her time in Boston, she resided near Friend 1, from whom she obtained the contact information for Khalid's wife.  Defendant Abuljadayel's outreach to Khalid's wife—who was in Boston at the time—came entirely out of the blue.  After Khalid told Defendant Alrajhi that Khalid's family was in London, Defendant Abuljadayel contacted Khalid's wife over WhatsApp, writing that she had recently arrived in London and purportedly suddenly thought of Khalid's wife.

---

[192] Layla Abuljadayel, LinkedIn, https://www.linkedin.com/in/layla-abuljadayel-94859162/ (last accessed Feb. 2, 2021).

Using the pretext of getting together in London, Defendant Abuljadayel attempted to extract the whereabouts and contact information of Dr. Saad's wife.

245.     On or around November 27, 2017—soon after Defendant Alrajhi came to believe that the Aljabri family lived in the Mandarin Oriental in Boston, Massachusetts—Defendant bin Salman and Defendant Alasaker orchestrated a surveillance mission of that very same building using agent **Defendant Hani Hamed**, who sought to physically access Dr. Saad directly.   There are no public records of the Aljabri family's association with the Mandarin Oriental.   Accordingly, on information and belief, the only way Defendant Hamed could have learned that Dr. Saad or his family resided there was through the efforts of his co-agent, Defendant Alrajhi.   Defendant Hamed approached the front desk and said he was there to visit Dr. Saad.   The concierge connected Defendant Hamed by telephone with Khalid.   As pretext, Defendant Hamed stated that he was attempting to contact Dr. Saad to obtain financial assistance for cataract surgery.   Khalid advised that Dr. Saad was not presently at the Boston, Massachusetts home, allowing Defendant Hamed to confirm Dr. Saad's affiliation with the apartment.   The concierge and security personnel for the Mandarin Oriental observed Defendant Hamed surveilling the hotel on numerous occasions thereafter.   On information and belief, Defendant Hamed's activities have been a subject of interest for the FBI.

246.     Critically, these attempts to hunt down Dr. Saad in the United States were simultaneous with other efforts to locate Dr. Saad.   Indeed, this hunt took place at precisely the same time that Defendant bin Salman's agents, including Defendant Alqahtani and members of Defendant bin Salman's Tiger Squad, were torturing Dr. Saad's son-in-law, Salem Almuzaini, in Saudi Arabia and interrogating him about Dr. Saad's location.

**B.     Defendants' Hunt Continues Through Additional Efforts in the United States and Canada.**

247.    In December 2017, Defendant bin Salman's agent, **Defendant Bijad Alharbi**, took further steps to pinpoint Dr. Saad's location so that the Tiger Squad would know where to find its target, meeting with Dr. Saad's son Boston and, ultimately, with Dr. Saad in Toronto.

248.    That Defendant Alharbi was permitted to travel to Canada and the United States is itself significant.   Unlike Defendant bin Salman's other agents named as Defendants herein, Defendant Alharbi was previously a close professional associate of Mr. bin Nayef.  As has been widely reported, individuals in that position, along with Mr. bin Nayef himself, were detained and subject to travel bans by Defendant bin Salman following his seizure of the Crown Prince post.[193] Thus, Defendant bin Salman made an exception for Defendant Alharbi, whose longstanding professional relationship with Dr. Saad made him a valuable agent in the mission to extrajudicially kill Dr. Saad.   On information and belief, Defendant Alharbi would only have been permitted to travel outside of Saudi Arabia with express permission from Defendant bin Salman.  Moreover, on information and belief, Defendant Alharbi was motivated to obey Defendant bin Salman's directives to demonstrate his loyalty to the new Crown Prince and thereby attempt to avoid the same fate as other associates of Mr. bin Nayef:  arrest, detention, or worse.

249.    Continuing Defendants' efforts to locate Dr. Saad in the United States, Defendant Alharbi first met with Dr. Saad's son Mohammed in Boston, Massachusetts on or around October

---

[193] David D. Kirkpatrick & Ben Hubbard, *Saudi Prince Detains Senior Members of Royal Family*, N.Y. Times (Mar. 6, 2020), https://www.nytimes.com/2020/03/06/world/middleeast/saudi-royal-arrest.html; Michael Stephens, *Saud Royal Arrests: Why Top Princes Have Been Silenced*, BBC News (Mar. 9, 2020), https://www.bbc.com/news/world-middle-east-51800964.

7, 2017.  At the time, the Aljabri family trusted Defendant Alharbi because he had worked for many years in Saudi Arabia in close cooperation with Dr. Saad and Mr. bin Nayef.

250.    Defendant Alharbi met Dr. Saad's son Mohammed for dinner at the Oceanaire Seafood Room in Boston.  Defendant Alharbi focused the discussion on Dr. Saad and his family members.  Defendant Alharbi asked highly intrusive and unusual questions about Dr. Saad, including about his health and doctors' appointments and whether he was attending checkups.  He also requested information about Mohammed's siblings, travel of the Aljabri family from Turkey to the United States, and about whether his family remained in Turkey.  On top of these unusual questions given the nature of their relationship, Defendant Alharbi was visibly uncomfortable during the meeting and his demeanor caused Mohammed to be suspicious.  Recognizing that Defendant Alharbi was attempting to locate Dr. Saad or obtain other valuable information about him, Mohammed warned his father about Defendant Alharbi after the meeting.

251.    Following this meeting with Dr. Saad's son, Defendant Alharbi set his sights on Dr. Saad in Canada.  On information and belief, Defendant Alharbi traveled to Canada on a tourist visa and stayed in the Toronto area from December 4, 2017 to December 10, 2017.  Defendant Alharbi arranged several meetings with Dr. Saad during this period.  Initially, Defendant Alharbi unexpectedly appeared at Dr. Saad's office.  Notwithstanding his son's warning, Dr. Saad believed at the time that he could trust his long-time former associate, although he took precautions to ensure that Defendant Alharbi did not learn his home address and warned a colleague and friend not to disclose information about him to Defendant Alharbi.  In addition to meeting at Dr. Saad's office, the two met at a local mosque, restaurant, and other venues regularly frequented by Dr. Saad.  Through these meetings, Defendant Alharbi learned the names and locations of places

regularly visited by Dr. Saad—information that was undoubtedly of great interest to Defendant bin Salman.

252.     During these meetings, Defendant Alharbi repeatedly tried to convince Dr. Saad to travel to Turkey, under the pretext that Dr. Saad was lonely in Toronto and should visit his family there.   Dr. Saad, at this point himself becoming intensely suspicious notwithstanding his past professional relationship with Defendant Alharbi, refused to do so.   As an agent of Defendant bin Salman, Defendant Alharbi knew that Dr. Saad would be more vulnerable to Defendant bin Salman's Tiger Squad—and an attempt to render or execute him—as the killing of Khashoggi later proved.

253.     In addition to pressuring Dr. Saad to travel to Turkey, Defendant Alharbi also tried to extract information about Dr. Saad—including his home address—from a close acquaintance of Dr. Saad ("Friend 2").   Specifically, on December 5, 2017, Friend 2 drove Defendant Alharbi from Dr. Saad's office (where he had met with Dr. Saad) to The Edward Hotel, where Alharbi was purportedly staying.   During the ride, Defendant Alharbi peppered Friend 2 with invasive and personal questions about Dr. Saad.   For example, Defendant Alharbi asked Friend 2 where Dr. Saad lives, where Dr. Saad may move, and the locations from which Friend 2 has picked Dr. Saad up in the past.   When Friend 2 declined to disclose any information in response to these inquiries, Defendant Alharbi kept pushing, insistent that Friend 2 must know where Dr. Saad lives and where he normally picks up Dr. Saad.   Friend 2 was disturbed by Defendant Alharbi's transparent attempt to obtain information about Dr. Saad.   In fact, he found Defendant Alharbi's questions so disconcerting that he communicated his concerns contemporaneously to both his wife and to Dr. Saad.

254.    Defendant Alharbi's attempts to lure Dr. Saad to Turkey did not stop after he left Toronto.  On December 15, 2017, Defendant Alharbi advised Dr. Saad that he was in Istanbul and asked Dr. Saad where he was.  A few days later, on December 19, 2017, Defendant Alharbi wrote to Dr. Saad, "You didn't travel?"

255.    Defendant Alharbi made additional visits to Toronto in the months that followed, leading up to the dispatching of the Tiger Squad Defendants to Canada in October 2018.   In particular, Defendant Alharbi traveled to Toronto again in February, June, and July of 2018. During his June and July trips, Defendant Alharbi contacted Dr. Saad and was able to obtain further information about Dr. Saad's movements.  Thus, Defendant Alharbi obtained valuable intelligence confirming that Dr. Saad remained in Toronto as of a few months before Defendant bin Salman sent the Tiger Squad Defendants to kill him there.

## C.    Defendant bin Salman Attempts to Physically Constrain Dr. Saad's Movements through INTERPOL.

256.    Defendant bin Salman ultimately made good on his September 2017 threat to make Dr. Saad the target of a worldwide manhunt that would restrict Dr. Saad's movements, leaving him vulnerable to be killed.  "There is no state in the world that would refuse to turn you over," Defendant bin Salman insisted in a September 10, 2017 WhatsApp message to Dr. Saad.

257.    When Dr. Saad refused to return to Saudi Arabia, Defendant bin Salman arranged for the filing of a notice about Dr. Saad and his family with INTERPOL—an intergovernmental law enforcement agency of which the United States is a member—founded on unspecified allegations of "embezzlement of public funds, abuse of power and money laundering."  Dkt. 58-3 ¶ 7.  Indeed, Defendant bin Salman caused an arrest warrant to be issued on or around September

12, 2017— just two days after Defendant bin Salman's threat—and requested the issuance of a red notice by INTERPOL based on the warrant soon thereafter.  As a result, Defendant bin Salman put law enforcement in more than 190 countries, including the United States, on the lookout for Dr. Saad and his family should they attempt to enter or exit their country.  It was an attempt to trap Dr. Saad, making him more vulnerable to Defendant bin Salman's attempt to extrajudicially kill him.

258.    Indeed, Defendant bin Salman's campaign to trap Dr. Saad and his family had some success.  In late 2017, Dr. Saad's wife Nadyah and their sons Sulaiman Saad K. Aljabri and Mohammed Aljabri attempted to travel from Istanbul, Turkey to re-unite with Dr. Saad, but they were prohibited from leaving the country at the airport, and thus trapped in Turkey.  As such, they served as yet another point of leverage for Defendant bin Salman to coerce Dr. Saad to travel to Turkey—where Khashoggi was killed, and where Dr. Saad would be highly vulnerable to the same fate.

259.    Dr. Saad applied to the Commission for the Control of INTERPOL's Files ("the Commission") for the removal of any information or notice that could cause Dr. Saad to be arrested and returned to Saudi Arabia.  On July 4, 2018, after consulting with the U.S. National Central Bureau at the U.S. Department of Justice, the Commission determined that information about Dr. Saad and his family had been lodged with INTERPOL for improper purposes, contrary to INTERPOL's Constitution, including because "unjustified restrictive measures on his family

members suggest the case is politically motivated rather than strictly juridical."[194]   The Commission identified that Defendant bin Salman—through his "direct involvement"—had used corruption allegations as a political tool "to further consolidate his already existing political and economic power," with targets subject to torture, "severe ill-treatment," and death.[195]   The Commission required INTERPOL to delete the information and notice about Dr. Saad immediately.

260.   On information and belief, since Defendant bin Salman was rebuffed by INTERPOL, he has persisted in a deceptive attempt to bolster the corruption allegations against Dr. Saad to create a pretext for limiting Dr. Saad's movements and rendering him back to Saudi Arabia.

**D.     Defendants bin Salman and Alqahtani Orchestrate a Smear Campaign Against Dr. Saad.**

261.   On information and belief, as recently as June 2020, Defendant bin Salman's agents selectively disclosed information to journalists in the United States about the same allegedly corrupt financial transactions on the part of Dr. Saad and Mr. bin Nayef that INTERPOL had already deemed "politically motivated."   On information and belief, Defendant bin Salman's agents also disclosed misleading documents in an attempt to create misimpressions in the United States about Dr. Saad's activities.   These misleading disclosures have resulted in significant and harmful effects within the United States.   In July 2020, the Al Arabiya TV network, founded by

---

[194] Request concerning Saad Aljabri (Ref. CCF/R960.17): Decision of the Commission (105th session, July 2-5, 2018), The Commission for the Control of INTERPOL's Files ¶ 79, July 4, 2018.
[195] *Id*. ¶¶ 69, 71–72.

members of the Saudi royal family and with an office in Washington D.C.,[196] referred to Dr. Saad as a "fugitive" and a "thief" who has caused a "scandal" implicating not only Dr. Saad but also former U.S. intelligence officials who support him.[197]

262.     By attempting to smear Dr. Saad within the United States, Defendant bin Salman and his agents have persisted in a campaign to remove impediments within the United States to the broader campaign to render Dr. Saad back to Saudi Arabia.

263.     Dr. Saad has been the subject of extensive online smear campaigns orchestrated, upon information and belief, by Defendant Alqahtani at the direction of Defendant bin Salman. For example, in July 2020, a coordinated network of Saudi Twitter users sent thousands of tweets accusing Dr. Saad and Mr. bin Nayef of corruption.[198]  The tweets accused Dr. Saad of treason and expressed disdain that Dr. Saad had sought exile in Canada.[199]  The campaign included influential

---

[196] Press Release, Al Arabiya News, *Al Arabiya to Launch New Subtitled Service via English Website Service to be Unveiled Today at the News Channel's First 'Global Discussion' Forum in Dubai* (Nov. 30, 2013), https://www.prnewswire.com/news-releases/al-arabiya-to-launch-new-subtitled-service-via-english-website-service-to-be-unveiled-today-at-the-news-channels-first-global-discussion-forum-in-dubai-233901231.html (referring to Bureau Chief in Washington, D.C.).

[197] Al Arabiya, Facebook (July 18, 2020, 8:00 PM), https://m.facebook.com/AlArabiya/videos/2492096491089290/; Fahd Ibrahim Al Doghayther, *Aljabri…The Big Breach*, Al Arabiya (July 22, 2020), https://www.alarabiya.net/ar/politics/2020/07/22/ الجبري-الاختراق-الكبير (last visited July 29, 2020) (quotations based on professional translations from original Arabic language).

[198] *Saudi Social Media Campaign Targets Former Crown Prince*, Reuters (July 20, 2020), https://www.reuters.com/article/us-saudi-arrests/saudi-social-media-campaign-targets-former-crown-prince-idUSKCN24L2AK.

[199] *See, e.g.,* بن فهد (@Binfahadbd), Twitter (July 18, 2020, 5:47 PM), https://twitter.com/Binfahadbs/status/1284605830227271682; أسيل الفايز (@asiil_q35), Twitter

tweets accusing Dr. Saad of "high treason" that were posted by the founder and president of SAPRAC, one of the organizations linked to Defendant Alhamed, within days after Dr. Saad received a warning by Canadian security agencies of a credible and imminent threat to his life.[200]

264.    In October 2020, the same coordinated network of Saudi Twitter users that previously promoted smear campaigns against Dr. Saad engaged in a disinformation campaign directed again at Dr. Saad and Mr. bin Nayef.  This campaign, coming on the eve of the U.S. Presidential Election, promoted a "Hillary's emails" hashtag, propagating a conspiracy theory that former U.S. President Barack Obama and the Muslim Brotherhood were attempting to position Mr. bin Nayef as King of Saudi Arabia with the help of Dr. Saad.  The disinformation campaign portrayed Dr. Saad as an agent working to achieve that goal.[201]

---

(July 18, 2020, 1:34 PM), https://twitter.com/asiil_q35/status/1284542193106067457 (translation from original Arabic language tweet).

[200]   *See, e.g.*, سلمان الأنصاري (@Salansar1), Twitter (July 28, 2020 4:55 AM), https://twitter.com/Salansar1/status/1288035437961977861 (translation from original Arabic language tweet).

[201]   *See, e.g.*, دبلوماسي قديم (@d_iplo), Twitter (Oct. 11, 2020, 12:54 AM), https://twitter.com/d_iplo/status/1315153848881819649; سلطان العبدلي (@salabdali1976), Twitter (Oct. 11, 2020, 1:13 PM), https://twitter.com/salabdali1976/status/1315339770759872514; *see also* Marc Owen Jones (@marcowenjones), Twitter (Oct. 12, 2020, 5:36 AM), https://twitter.com/marcowenjones/status/1315587209433698304?s=21.



265.     A recent coordinated campaign in January 2021 has escalated to threats against Dr.
Saad's life, with a variety of users repeating a threat to behead Dr. Saad with a sword.  One tweet
again accused Dr. Saad of being a "traitor"—and "God willing, the Alajrab Sword takes off his
neck."[202]  Another tweet suggested that a case would soon be opened against Dr. Saad in Saudi
courts, posted three emoticons of a sword, and warned of "the end."[203]

266.     These campaigns of smears and death threats resemble similar online campaigns
against Jamal Khashoggi in the months leading up to his killing and follow an established pattern

---

[202]     ABORIAN     (@ABORIAN0),     Twitter     (Jan.     28,     2021     5:16pm),
https://twitter.com/ABORIAN0/status/1354916180591575049.

[203]     يوسف     (@zohiryy),     Twitter     (Jan.     28,     2021     10:31     AM),
https://twitter.com/zohiryy/status/1354814424960229377.

of conduct by Defendant Alqahtani at the direction of Defendant bin Salman.[204]  Nicknamed "Lord

of the Flies" and "Troll Master," Defendant Alqahtani has supervised and directed troll farms and

the use of thousands of Twitter bot accounts to conduct online disinformation and smear

campaigns against anyone perceived to be a personal threat to Defendant bin Salman.[205]  For

example, a coordinated series of tweets in December 2017 threatened Khashoggi with death while

tagging his account, with one tweet explicitly warning that "your end is in a garbage dumpster."[206]

> **E.    Defendant bin Salman Demands the Closure of Dr. Saad's Bank Account.**

267.    Beyond the personal threats and harm to Dr. Saad's family, Defendant bin Salman

also used asset seizure as an attempt to remotely trap Dr. Saad so that he could be targeted and

killed.

268.    Indeed, on November 7, 2017 and November 27, 2017, Dr. Saad's bank accounts

in Saudi Arabia, as well as the bank accounts of his children Omar and Sarah, were frozen by

Defendant bin Salman.

269.    This conduct was part of a broader attempt on the part of Defendant bin Salman to

consolidate his grip on power within Saudi Arabia by detaining royal family members, dozens of

---

[204] *See* Katie Benner et al., *Saudis' Image Makers: A Troll Army and a Twitter Insider*, N.Y. Times (Oct. 20, 2018), https://www.nytimes.com/2018/10/20/us/politics/saudi-image-campaign-twitter.html.

[205] *Id.*

[206] الدهمش (@hgodhg111), Twitter (Dec. 11, 2017, 8:54 AM), https://twitter.com/hgodhg111/status/940203054401499136?s=20; *see also* Eng. Hattan S. Baty (@hattan_sb), Twitter (Dec. 8, 2017, 10:13 AM), https://twitter.com/hattan_sb/status/939135948650172416?s=20 (a threat to "Make yourself dead…").

government ministers, and many of the most prominent members of Saudi Arabia's business and media elite—all allegedly due to unspecified allegations of "corruption."  The targets were detained in the Ritz Carlton Hotel in Riyadh, Saudi Arabia and their assets were seized.  At least 17 of the detained victims required medical treatment.[207]

270.    On November 6, 2017, President Trump tweeted his support for Defendant bin Salman's actions, writing "I have great confidence in King Salman and the Crown Prince of Saudi Arabia, they know exactly what they are doing . . . .  Some of those they are harshly treating have been 'milking' their country for years!"[208]

271.    Defendant bin Salman's conduct continued into 2019, when, on information and belief, he sought the closure of certain bank accounts held by Dr. Saad and his sons in Washington, D.C., claiming that legitimate financial transactions were fraudulent.

## V.    Defendant bin Salman Assembles a Personal Death Squad For Extrajudicial Killings, Renditions, and Torture That He Would Later Send to Kill Dr. Saad.

272.    Before sending hit squads to Turkey and Canada in October 2018, Defendant bin Salman—with the personal participation of Defendant Alqahtani and, later, Defendant Alassiri— had been developing the dark arts of extrajudicial killings, renditions, and torture since at least September 2015.  Though the world may not have noticed until the killing of Jamal Khashoggi, Defendant bin Salman had long before cultivated a personal team that could snatch or kill victims

---

[207] Ben Hubbard & David D. Kirkpatrick, *The Upstart Saudi Prince Who's Throwing Caution to the Winds,* N.Y. Times (Nov. 14, 2017), https://www.nytimes.com/2017/11/14/world/middleeast/saudi-arabia-mohammed-bin-salman.html.

[208] Donald J. Trump (@realDonaldTrump), Twitter (Nov. 6, 2017, 6:03 PM), https://twitter.com/realDonaldTrump/status/927672843504177152 (on file with Plaintiff's counsel).

wherever they may be found—successfully rendering two victims from France and kidnapping a religious pilgrim in Mecca—to subject them to torture and ultimately death. Though the government of Saudi Arabia rejected Defendant bin Salman's requests to use government resources to pursue his personal vendettas, and though senior Saudi government officials became increasingly concerned by the activities of this unsanctioned kill team, the government—although never formally approving the conduct—nonetheless failed to stop it. Well before Defendant bin Salman sent a hit squad across the Atlantic Ocean for Dr. Saad, Defendant bin Salman had established an easily-recognizable but terrifying pattern for his extrajudicial operations.

**A.** **Defendant bin Salman Forms a Personal Hit Team After the Saudi Government Refuses to Carry Out an Extrajudicial Rendition in Europe.**

273. Defendant bin Salman formed a personal hit team in or around September 2015—the same month that Dr. Saad was terminated from the Saudi government. That personal hit team later became known as the Tiger Squad.

274. Defendant bin Salman created the personal death squad only after Dr. Saad refused Defendant bin Salman's request to deploy the Mabahith—then still part of the Ministry of Interior controlled by Mr. Bin Nayef and Dr. Saad—in an extrajudicial operation of retribution against a Saudi prince living in Europe. Prince Saud bin Saif Alnasr ("Prince Saud") had posted tweets calling Defendant bin Salman "improvident" and "corrupt[]," accusing him of wasting the royal family's money on a $500 million yacht.[209] Prince Saud publicly threatened to expose information

---

[209] سعود بن سيف النصر (@SAUD_SAIFALNASR), Twitter (Aug. 19, 2015, 4:00 PM), https://twitter.com/SAUD_SAIFALNASR/status/634092476295417856; سعود بن سيف النصر (@SAUD_SAIFALNASR), Twitter (Aug. 19, 2015, 5:58 PM), https://twitter.com/ SAUD_SAIFALNASR/status/634122311453376512; سعود بن سيف النصر

about Defendant bin Salman, writing that "declaring the truth is a duty even if it upsets the closest relatives, this is more true when such truth is about the corrupted person himself"—one of many references to Defendant bin Salman as corrupt.[210]  Prince Saud also sent a personal message to Defendant bin Salman via WhatsApp threatening to publicly expose salacious conduct of Defendant bin Salman.  Defendant bin Salman showed Prince Saud's online criticism and personal threats to Dr. Saad and demanded the Mabahith—then a counterterrorism agency—forcibly render the prince from France to Saudi Arabia.

275.   Dr. Saad refused to support Defendant bin Salman's proposed extraterritorial rendition because it was immoral, unlawful, and would damage Saudi Arabia's interests in Europe and other western countries.  He told Defendant bin Salman that the Mabahith would play no role in Defendant bin Salman's overseas, expeditionary adventures in personal cruelty simply because Defendant bin Salman wished to suppress embarrassing information about himself from coming to light.

276.   Without the ability to call upon the Mabahith to carry out his personal vendetta, Defendant bin Salman created a team of loyal, trained operatives who were willing to do as they were told.  This team later became known as "the Tiger Squad."  The newly-created personal hit

---

(@SAUD_SAIFALNASR),      Twitter      (Aug.      21,      2015,      4:18      PM), https://twitter.com/SAUD_SAIFALNASR/status/634821877354078208.      Prince Saud also warned in a public Twitter post on August 19, 2015 that Defendant bin Salman's "entourage [was] threatening him with arrest."      سعود بن سيف النصر (@SAUD_SAIFALNASR), Twitter (Aug. 19, 2015, 5:38 PM), https://twitter.com/SAUD_SAIFALNASR/status/634117370672365568.

[210] سعود بن سيف النصر (@SAUD_SAIFALNASR), Twitter (Aug. 26, 2015 2:48 PM), https://twitter.com/SAUD_SAIFALNASR/status/636611167834755072 (professional translation from original Arabic language tweet).

squad kidnapped Prince Saud via private jet and rendered him from France to Saudi Arabia,[211] where he was tortured at the hands of Defendant Alqahtani and ultimately believed to have been killed.

277.    Defendant bin Salman and Defendant Alqahtani subsequently bragged that they were able to accomplish Defendant bin Salman's objective even without the support of government ministries, including the Ministry of the Interior.

278.    The Mabahith was not the only Saudi government agency that refused to participate in Defendant bin Salman's extrajudicial operations of cruelty.   On information and belief, former head of the Land Forces Intelligence and Security Commission Prince Nayef bin Ahmad bin Abdulaziz informed Defendant bin Salman that he objected to the use of his officers for Defendant bin Salman's personal hit team.   Similarly, on information and belief, at that time the General Intelligence Presidency ("GIP")—Saudi Arabia's primary intelligence agency—would not permit its officers to participate in extraterritorial rogue operations because it depended on working relationships with legitimate intelligence and security professionals around the world.   The GIP did not want to risk those relationships by undertaking rogue operations in pursuit of the personal goals of Defendant bin Salman.

**B.     The Government of Saudi Arabia Grows Increasingly Concerned about Defendant bin Salman's Personal Hit Team.**

279.    Even after Dr. Saad was removed from the government in September 2015, officials who remained employed by the Saudi government confided in Dr. Saad about the increasingly brutal operations of Defendant bin Salman's personal team.   The operations troubled the Saudi

---

[211] *See* El Mawy, *supra* note 33.

government's security and spy agencies so much that Defendant bin Salman's Tiger Squad team itself became a top surveillance target of the Saudi government.  Through that surveillance, the Saudi government learned that Defendant bin Salman's personal hit team would stop at nothing to satisfy his whims—even if it meant sexually abusing a religious pilgrim to Mecca.  Unfortunately, the Saudi government failed to stop Defendant bin Salman before it was too late.

280.    After Dr. Saad left the government, one of his former colleagues approached Dr. Saad to inform him that a close contact, Mansour Othman Abahussain, was terrified after having been conscripted to serve on a newly assembled team directed by Defendants bin Salman and Alqahtani.  The team conducted operations outside the official channels of the Saudi government.  Dr. Saad's former colleague also reported that Abahussain, as a member of Defendant bin Salman's team, was being ordered to torture and rape the team's victims.  Dr. Saad—fearful that these extrajudicial operations posed serious harm to Saudi Arabia—reported the conversation to then-Crown Prince Mohammed bin Nayef and senior intelligence official General Abdulaziz Howairini.  In response, General Howairini told Dr. Saad that he was already aware of Defendant bin Salman's personal hit team.  But General Howairini did not stop it.  Instead, in October 2018, Abahussain—then a Major General who worked in Defendant bin Salman's private office—traveled to Turkey to participate in the killing of Jamal Khashoggi.[212]  Subsequently, the United

---

[212] U.N. Human Rights Council, Appendix to the Report of the Special Rapporteur on Extrajudicial, Summary or Arbitrary Executions: Investigation into the Unlawful Death of Mr. Jamal Khashoggi, U.N. Doc. A/HRC/41/CRP.1 (June 19, 2019) ¶ 90 Table B [hereinafter UN Special Rapporteur Report]; The UK Sanctions List, United Kingdom Gov't (July 6, 2020), https://www.gov.uk/government/publications/the-uk-sanctions-list.

States Department of State and Department of Treasury sanctioned Abahussain, and the Saudi government indicted and arrested him.[213]

281.    On information and belief, General Howairini ultimately instructed the Mabahith to spy on the operations of Defendant bin Salman's personal hit team—even going so far as to tap into Defendant bin Salman's personal mobile phone.  For example, in 2016, the Mabahith surveilled and photographed members of Defendant bin Salman's personal team—acting under the direct supervision of Defendant Alqahtani—forcing a boy into a van, where he was kidnapped from Mecca and disappeared.  The boy was targeted for posting online information critical of the actions of the royal family.  During its surveillance, the Mabahith also observed the members of the Tiger Squad in repeated and close contact with Defendant bin Salman: as early as 2016, the Tiger Squad members were seen at Defendant bin Salman's home, among his close company at gatherings, escorting him during travel, and alongside him in the Ministry of Defense.

282.    The Saudi government soon learned that Defendant bin Salman would not hesitate to deploy the team to seek revenge against those who undermined his personal interests—even if doing so utterly defiled fundamental societal and religious norms.  Most notably, on April 21, 2016, the religious cleric Sulaiman Aldoweesh posted a series of tweets implicitly criticizing Defendant bin Salman, warning of the "calamity" that results when a father spoils his son, creating a "reckless" son.[214]  Even though the tweets did not mention Defendant bin Salman by name, they were understood to refer to Defendant bin Salman because of his reputation for being a favorite

---

[213] UN Special Rapporteur Report P 192 Table D.

[214] سليمان أحمد الدويش (@S_A_ALDWEESH), Twitter (Apr. 21, 2016, 3:16 PM), https://twitter.com/s_a_aldweesh/status/723228833634197504 & (Apr. 21, 2016, 6:12 PM), https://twitter.com/s_a_aldweesh/status/723273228475457537.

child of his father along with references to perceived negative personality traits associated with Defendant bin Salman, such as his corruption. Furious, Defendant bin Salman demanded the immediate detention and torture of the cleric, even though he was then on a religious pilgrimage, or *umrah*, in Mecca and was in the sacred state of *ihram*. Defendant bin Salman ordered that Aldoweesh be captured and delivered directly to Defendant Alqahtani in Riyadh—notwithstanding the fact that Aldoweesh was in the midst of the most sacred portion of the pilgrimage, signified by the wearing of just two white unhemmed sheets. And Defendant bin Salman got his wish. One day after the tweets, Aldoweesh was kidnapped, captured, and delivered to Defendant Alqahtani. Defendant Alqahtani and his men then tortured and sodomized the pilgrim with a broomstick in a seemingly perverse revelry that flaunts the prohibition on sexual acts during the pilgrimage. It would be surprising if King Salman bin Abdulaziz al Saud, the Custodian of the Two Holy Mosques, condoned his son's treatment of religious pilgrims in Mecca in this cruel manner. Aldoweesh was never heard from again, and public reports suggested he was ultimately tortured to death.[215]

---

[215] *Prominent Sheikh Tortured to Death in Saudi Jail*, Middle East Monitor (Aug. 14, 2018), https://www.middleeastmonitor.com/20180814-prominent-sheikh-tortured-to-death-in-saudi-jail/.



**One of Aldoweesh's last tweets, which caused Defendant bin Salman to order Aldoweesh's immediate kidnapping while on a religious pilgrimage in Mecca and deploy the Tiger Squad to torture him[216]**

283.    On the eve of Dr. Saad's departure from Saudi Arabia in May 2017 because of the escalating personal threats from Defendant bin Salman, General Howairini expressed concern to Dr. Saad about the increasingly active personal hit team of Defendant bin Salman, and asked Dr. Saad if he also feared the squad.  The answer was simple: yes.

### C.    The Tiger Squad Carries Out a Series of Extrajudicial Operations Outside of Saudi Arabia Using the Same Modus Operandi of the Deployment to Kill Dr. Saad.

284.    Since its first extraterritorial operation in September 2015, Defendant bin Salman's personal death squad, now commonly known as the Tiger Squad, carried out a series of overseas extrajudicial operations designed to render and kill the personal targets of Defendant bin Salman. Through personally sending teams of Tiger Squad operatives into a host of countries—including at minimum France, Norway, Germany, Turkey, and Canada—Defendant bin Salman and his top aides Defendants Alqahtani and Alassiri have sent one clear message: no matter where you are, do not cross Defendant bin Salman, or you will not be safe.

---

[216] سليمان أحمد الدويش (@S_A_ALDWEESH), Twitter (Apr. 21, 2016, 3:16 PM), https://twitter.com/s_a_aldweesh/status/723228833634197504 (professionally translated from the original Arabic language).

285.    The Tiger Squad's operations ultimately extended to killing Jamal Khashoggi in Turkey and attempting to kill Dr. Saad in Canada just several days later.

286.    Yet the modus operandi of Defendant bin Salman's Tiger Squad had been well established long before Khashoggi walked into the Saudi consulate in Istanbul on October 2, 2018, and includes the following:

287.    *Selecting Targets Who Threatened Defendant bin Salman's Personal Interests.* First, Defendant bin Salman selected targets who threatened to undermine his personal interests. Whether it was the personal Twitter criticism of Prince Saud[217] or Aldoweesh,[218] direct threats to reveal salacious conduct, or Khashoggi's personal criticisms of Defendant bin Salman aired to influential U.S. policymakers,[219] Defendant bin Salman has repeatedly sought retribution against those who could undermine his personal interests.  Here, Defendant bin Salman has targeted Dr. Saad because he is a longtime trusted partner of senior U.S. intelligence officials who knows too much damning information about Defendant bin Salman, positioning him to existentially threaten Defendant bin Salman's standing with the U.S. government.

---

[217] *See, e.g.*, سعود بن سيف النصر (@SAUD_SAIFALNASR), Twitter (Aug. 19, 2015, 4:00 PM), https://twitter.com/SAUD_SAIFALNASR/status/634092476295417856; سعود بن سيف النصر (@SAUD_SAIFALNASR), Twitter (Aug. 19, 2015, 5:58 PM), https://twitter.com/SAUD_SAIFALNASR/status/634122311453376512.

[218] سليمان أحمد الدويش (@s_a_aldweesh), Twitter (Apr. 21, 2016, 3:07 PM), https://twitter.com/s_a_aldweesh/status/723226776739164160.

[219] Gabriel Sherman, *"I Was Ordered Silent": How Jamal Khashoggi Fell Out with Bin Salman*, Vanity Fair (Oct. 16, 2018), https://www.vanityfair.com/news/2018/10/how-jamal-khashoggi-fell-out-with-bin-salman.

288.   *The Targets Fled Saudi Arabia for their Safety.*   Next, Defendant bin Salman's selected targets—recognizing they were marked men—fled Saudi Arabia fearing for their safety. The Tiger Squad went after multiple Saudi nationals living in exile in at least France (Prince Saud bin Saif and Prince Sultan), Norway (Iyad Elbaghdadi), Germany (Prince Khaled bin Farhan al Saud), Turkey (Jamal Khashoggi), and Canada (Omar Abdulaziz).[220]   Here, Dr. Saad narrowly escaped Saudi Arabia in May 2017, with Mr. bin Nayef and General Howairini warning Dr. Saad that he should not come back.[221]

289.   *Attempts to Lure Back to Saudi Arabia.*   With Defendant bin Salman's targets outside the country, he sought to lure the target back to Saudi Arabia or other jurisdictions where they could more easily be killed.   These attempts usually began with friendly gestures.   For example, Defendant bin Salman deposited millions in Prince Sultan's bank account and offered the use of a private jet to visit his father in Cairo—not realizing the private jet was a trap to render him back to Saudi Arabia.[222]   Agents sent by Defendant bin Salman to Saudi dissident Omar Abdulaziz in Canada told him that Defendant bin Salman invited the dissident to come back to

---

[220] *See, e.g.*, Ayman M. Mohyeldin, *No One Is Safe: How Saudi Arabia Makes Dissidents Disappear*, Vanity Fair (July 29, 2019), https://www.vanityfair.com/news/2019/07/how-saudi-arabia-makes-dissidents-disappear; Hugh Miles, *Saudi Prince Returned from Europe Against His Will, Say Staff*, Guardian (Mar. 29, 2016), https://www.theguardian.com/world/2016/mar/29/saudi-prince-returned-from-europe-against-his-will-say-staff; Hope & Scheck, *supra* note 26; El Mawy, *supra* note 33.

[221] WhatsApp message from Gen. Abdulaziz Howairini to Dr. Saad (June 17, 2017, 7:07 PM AST) (warning Dr. Saad that the captors "were very eager" to get Dr. Saad); WhatsApp message from Mr. bin Nayef to Dr. Saad (June 21, 2017, 8:01 AM) (warning Dr. Saad not to return to Saudi Arabia, stating "Be very careful!  Don't come back!").

[222] Hope & Scheck, *supra* note 26.

Saudi Arabia whenever he wants and that substantial money and a lucrative job in his preferred field of media awaited him.[223]   Prince Khaled bin Farhan was offered more than $5 million if only he traveled to a Saudi embassy to collect it.[224]   Defendant Alqahtani offered Jamal Khashoggi a policy job with the government if he returned to Saudi Arabia.[225]   In this case, Defendant bin Salman initially sought Dr. Saad's return by inviting him to do what Dr. Saad does best—advise on questions of national security and policy, in this case with respect to a "sensitive file" about Mr. bin Nayef.[226]

290. *Exploitation of Diplomatic Facilities and Personnel*.   In Defendant bin Salman's attempts to lure his targets back to Saudi Arabia, the Tiger Squad repeatedly exploited diplomatic facilities and personnel.   Each of the Tiger Squad's 2018 operations involved the gross abuse of diplomatic resources.   Agents sent by Defendant bin Salman to Abdulaziz to Canada in May 2018

---

[223] Loveday Morris & Zakaria Zakaria, *Secret Recordings Give Insight into Saudi Attempt to Silence Critics*, Wash. Post (Oct. 17, 2018), https://www.washingtonpost.com/world/secret-recordings-give-insight-into-saudi-attempt-to-silence-critics/2018/10/17/fb333378-ce49-11e8-ad0a-0e01efba3cc1_story.html.

[224] Mohyeldin, *supra* note 220; *Saudi Prince Exiled in Germany Says He Avoided Kidnapping Days Before Khashoggi*, Daily Sabah (Oct. 16, 2018), https://www.dailysabah.com/world/2018/10/16/saudi-prince-exiled-in-germany-says-he-avoided-kidnapping-days-before-khashoggi.

[225] Tamer El-Ghobashy, *Khashoggi Mystery Fixes Spotlight on Saudi Official Described as Crown Prince's Strategist, Enforcer*, Wash. Post (Oct. 12, 2018), https://www.washingtonpost.com/world/khashoggi-mystery-fixes-spotlight-on-saudi-official-described-as-crown-princes-strategist-enforcer/2018/10/12/df5b523a-cd8f-11e8-ad0a-0e01efba3cc1_story.html.

[226] WhatsApp message from Defendant bin Salman to Dr. Saad (Sept. 9, 2017, 11:05 PM AST) (noting that he "want[s] to resolve this problem of your son and daughter, but there is a very sensitive file here that is related to [Mr. bin Nayef]").

repeatedly pleaded with him over a series of meetings that he should travel to the Saudi embassy

in Ottawa to renew his passport, even though there was no need to physically set foot in an embassy

under Saudi passport renewal procedures.[227]   By the end of their meetings, the agents sent by

Defendant bin Salman were literally in tears begging Abdulaziz to travel to the Saudi embassy,

knowing that if he did not, they would have to report back to Defendant bin Salman and Defendant

Alqahtani in Saudi Arabia empty-handed.   In the summer of 2018, Norwegian security officials

stymied a threat posed by ten new security guards at the Saudi embassy in Oslo, an effort to

suddenly increase manpower at the tiny embassy in Norway in an effort to target prominent

dissident Elbaghdadi, who at the time was engaged in political projects with Khashoggi.[228]

Similarly, in September 2018, Prince Khaled in Germany was instructed to travel to the Saudi

embassy in Cairo to collect a promised payment.[229]   Only days later, Jamal Khashoggi was lured

to the Saudi consulate in Istanbul after being told by the Saudi Embassy in Washington, D.C. that

---

[227] *See* Morris & Zakaria, *supra* note 223.  In 2015, Saudi Arabia launched the Absher app, which allowed people to renew their passports via a mobile application or online.  Rawan Radwan, *How 'Absher' App Liberates Saudis from Government Bureaucracy*, Arab News (Feb. 17, 2019), https://www.arabnews.com/node/1453341/saudi-arabia ("Absher allows residents of the Kingdom to make appointments, renew IDs, passports, driver's licenses, car registration and other services with one click.").

[228] Torgeir P. Krokfjord et al., *Dagbladet Can Reveal that Norwegian Authorities Intervened When Saudi Arabia Deployed a Mysterious Ten-Man Security Team to Norway*, Dagbladet (Dec. 15, 2020), https://www.dagbladet.no/nyheter/the-saudi-security-team-to-norway/73159458.

[229] *Saudi Prince Exiled in Germany Says He Avoided Kidnapping Days Before Khashoggi*, *supra* note 224.

it was the only way he could obtain marriage papers.[230]  Here, just like Jamal Khashoggi was told

that "[t]here is an order from Interpol"[231] after he entered the consulate, Defendant bin Salman

personally threatened Dr. Saad that "[t]here is no state in the world that would refuse to turn you

over,"[232] just two days before causing an arrest warrant and notice to be filed with INTERPOL.

And in the days and weeks before successfully luring Khashoggi to the Saudi consulate in Istanbul,

Defendant bin Salman's aides sought to do the very same thing to Dr. Saad's daughter Hissah,

pressuring her to renew her passport at the same Saudi consulate.[233]

291.    *Disappearances and Other Restrictive Measures against the Target's Family and*

*Associates in Saudi Arabia*.  When friendly overtures failed to lure his target back to Saudi Arabia,

Defendant bin Salman and his henchmen imposed brutal restrictive measures against his target's

family members, friends, and associates in Saudi Arabia, all in an effort to increase the pressure

on his target to return to Saudi Arabia.  Within months after Abdulaziz declined to enter the Saudi

embassy in Canada or return to Saudi Arabia, Defendant bin Salman's henchmen detained his two

brothers in a midnight raid, and his friends and roommates were detained, disappeared, and

tortured in Saudi Arabia.[234]    Defendant bin Salman imposed a travel ban on four of Jamal

---

[230] Carlotta Gall, *Security Images Show Khashoggi and Fiancée in His Final Hours*, N.Y. Times (Oct. 22, 2018), https://www.nytimes.com/2018/10/22/world/europe/khashoggi-fiance-photos.html; UN Special Rapporteur report ¶ 73.

[231] UN Special Rapporteur Report ¶ 94.

[232] WhatsApp message from Defendant bin Salman to Dr. Saad (Sept. 10, 2017, 4:56 PM).

[233] *See supra* ¶ 186.

[234] Perper, *supra* note 185.

Khashoggi's children soon after Khashoggi fled the country.[235]  And even though Prince Khaled has managed to remain in Germany, his family has endured increasing pressure in Saudi Arabia.[236] Here, when an INTERPOL notice and a years-long travel ban on Dr. Saad's children failed to secure Dr. Saad's return, Defendant bin Salman instructed his henchmen to seize the children in a dawn raid—along with approximately twenty other relatives, friends, and former associates in subsequent months.

292.    *Locate, Detain, and Kill the Target*.  As each of these increasingly coercive steps failed, Defendant bin Salman directed teams to locate, detain, and kill his targets regardless of their country of residence—even if that meant blatantly violating the sovereignty of other states.  For example, Defendant bin Salman's agents in Canada coerced a student, dependent on Defendant bin Salman for his scholarship, to report detailed information on the political activities of Abdulaziz in Canada.  In Dr. Saad's case, Defendant bin Salman deployed a network of operatives in the United States to locate Dr. Saad, ultimately sent a Tiger Squad team across the Atlantic Ocean into Canada in October 2018, and directed another team to travel to Canada through the United States in May 2020.

---

[235]  John Haltiwanger, *Killed Journalist Jamal Khashoggi's Children, Some of Whom Are Dual US Citizens, Are Reportedly Barred from Leaving Saudi Arabia*, Bus. Insider (Oct. 24, 2018), https://www.businessinsider.com/khashoggis-children-are-reportedly-barred-from-leaving-saudi-arabia-2018-10.

[236]  Bel Trew, *Rebel Saudi Royal Forms Europe-based Opposition Calling for Regime Change in Riyadh*, Independent (Mar. 12, 2019), https://www.independent.co.uk/news/world/middle-east/saudi-prince-opposition-flee-regime-change-khalid-bin-farahan-al-saud-a8819296.html.

293.    Working closely with Defendant Alqahtani, Defendant bin Salman personally directed these escalating efforts against his targets each and every step of the way.  As described above, Dr. Saad personally witnessed Defendant bin Salman's order to extrajudicially render Prince Saud from France in 2015.  Agents who visited Abdulaziz in Canada in May 2018 repeatedly informed him that they were sent by Defendant bin Salman directly, making repeated statements such as, "[w]e have come to you with a message from Mohammed bin Salman."[237] And the CIA concluded with "high confidence" that Defendant bin Salman personally ordered Khashoggi's killing.[238]  Here, Defendant bin Salman personally threatened in September 2017 that he would use "all available means" to eliminate Dr. Saad and later personally directed a Tiger Squad team to travel into Canada from the United States to kill Dr. Saad in May 2020.[239]

294.    Similarly, inescapable evidence establishes that Defendant Alqahtani personally participated in Tiger Squad operations.  Dr. Saad has personal knowledge that Defendant Alqahtani personally coordinated the September 2015 operation to render Prince Saud from France to Saudi Arabia because Defendant Alqahtani subsequently bragged about having accomplished the extrajudicial operation without the benefit of Saudi government resources.  A few months later, Defendant Alqahtani personally posed as "Captain Saud" on a private jet flight that used deception to render Prince Sultan bin Turki II from France to Saudi Arabia in February 2016, with other

---

[237] Dos Santos & Kaplan, *supra* note 31.

[238] Harris, *supra* note 11.

[239] WhatsApp message from Defendant bin Salman to Dr. Saad (Sept. 10, 2017, 4:56 PM AST).

members of the Tiger Squad comprising the remainder of the flight crew.[240]   The agents who traveled to Canada in May 2018 to meet with Abdulaziz explicitly said that Defendant Alqahtani had discussed the operation and should be immediately approached by Abdulaziz upon his return to Saudi Arabia in an effort to "resolve" the matter.[241]   Defendant Alqahtani also made threatening phone calls to Jamal Khashoggi over a several year period leading up to his October 2018 killing.[242]

295.    The world learned of this modus operandi when the Tiger Squad killed Jamal Khashoggi on October 2, 2018, but Defendant bin Salman and the Tiger Squad had been cultivating these techniques for years.

**D.    Days Before Traveling to Canada to Kill Dr. Saad, Defendant bin Salman's Tiger Squad Kills *Washington Post* Journalist Jamal Khashoggi.**

296.    Defendant bin Salman's extrajudicial campaign targeting Saudis with the ears of a U.S. audience was not limited to Dr. Saad because of his access to the U.S. Intelligence Community and wealth of knowledge about the workings of Defendant bin Salman and the Saudi Royal Court.   As is now well known, Defendant bin Salman also successfully orchestrated the

---

[240] Hope & Scheck, *supra* note 26.

[241] Dos Santos & Kaplan, *supra* note 31.

[242] Agence France Presse, *Friend Says Khashoggi 'Threatened' by Saudi Official Before Death*, (Nov. 25, 2020), https://www.news18.com/news/world/friend-says-khashoggi-threatened-by-saudi-official-before-death-3113855.html.

extrajudicial killing of Jamal Khashoggi, who was connected to the Washington, D.C. foreign policy elite.[243]

297.    Khashoggi had developed a reputation as a Beltway insider connected to academics and think tanks in Washington, D.C. that influence the U.S. Intelligence Community and foreign policy establishment with respect to Saudi Arabia.  United Nations Special Rapporteur Agnes Callamard said that Khashoggi was "known to many people in Washington [D.C.]."[244]  Other insiders considered him one of "the club"—one of the "the members of Congress, journalists, staffers, consultants, lobbyists, pundits and influencers who make a living in the circus of public affairs driven by the happenings of the United States Congress."[245]  He regularly spoke at highly regarded think tanks in Washington D.C., including the Brookings Institute and the Washington Institute for Near East Policy.[246]  Indeed, Defendant bin Salman initially banned Khashoggi from writing in newspapers and appearing on television in Saudi Arabia after Khashoggi criticized then-President-elect Trump at a think tank in Washington, D.C., undermining Defendant bin Salman's

---

[243] Robin Wright, *Jamal Khashoggi's Murder Haunts Saudi Arabia's Crown Prince*, New Yorker (Oct. 2, 2019), https://www.newyorker.com/news/our-columnists/jamal-khashoggis-murder-haunts-saudi-arabias-crown-prince.

[244] Brookings Inst., Transcript, *Investigating the Khashoggi Murder: Insights from U.N. Special Rapporteur Agnes Callamard* 2, July 2, 2019, https://www.brookings.edu/wp-content/uploads/2019/06/fp_20190702_callamard_khashoggi_transcript.pdf    [hereinafter *Investigating the Khashoggi Murder*].

[245] Don Calloway, *The Difference with Khashoggi: He Was a Member of our Club*, Hill (Oct. 19, 2018), https://thehill.com/opinion/white-house/412216-the-difference-with-khashoggi-he-was-a-member-of-our-club.

[246] *See, e.g.,* Jamal Khashoggi et al., *A New President and the Middle East*, Wash. Inst. (Nov. 15, 2016),      https://www.washingtoninstitute.org/policy-analysis/view/a-new-president-and-the-middle-east; *Investigating the Khashoggi Murder*, *supra* note 244, at 2.

plan to win the support of the Trump administration.[247]  And at the *Washington Post*, Khashoggi was writing for a publication that could undermine the reception in Washington, D.C. to Defendant bin Salman's narrative of economic and social reform.  It did not aid Khashoggi's standing with Defendant bin Salman that—exactly like Prince Saud bin Saif—Khashoggi had publicly criticized Defendant bin Salman's personal corruption, represented by his $500 million yacht, at the same time Defendant bin Salman was purporting to crackdown on corruption in Saudi Arabia.[248]

298.    Khashoggi—who had insider knowledge on Saudi Arabia's dealings with al-Qaeda prior to September 11, 2001 and a personal relationship with Osama bin Laden prior to his radicalization—was also regarded as a source of information on Saudi Arabia by the U.S. Intelligence Community.[249]  For example, when searching for information on the September 11, 2001 attacks, a former F.B.I. agent contacted Khashoggi.[250]

---

[247] Samuel Osborne, *Saudi Arabia Bans Journalist for Criticising Donald Trump*, Independent (Dec. 5, 2016), https://www.independent.co.uk/news/world/middle-east/saudi-arabia-donald-trump-journalist-banned-for-criticising-us-president-elect-a7456956.html.

[248] Jamal Khashoggi, *Opinion: Saudi Arabia's Crown Prince is Acting Like Putin*, Wash. Post (Nov. 5, 2017), https://www.washingtonpost.com/news/global-opinions/wp/2017/11/05/saudi-arabias-crown-prince-is-acting-like-putin/.

[249] UN Special Rapporteur Report ¶ 61; Liz Sly, *From Travels with bin Laden to Sparring with Princes: Jamal Khashoggi's Provocative Journey*, Wash. Post (Oct. 7, 2018), https://www.washingtonpost.com/world/from-travels-with-bin-laden-to-sparring-with-princes-jamal-khashoggis-provocative-journey/2018/10/07/c1290f28-ca3d-11e8-ad0a-0e01efba3cc1_story.html.

[250] Souad Mekhennet & Greg Miller, *Jamal Khashoggi's Final Months as an Exile in the Long Shadow of Saudi Arabia*, Wash. Post (Dec. 22, 2018), https://www.washingtonpost.com/world/national-security/jamal-khashoggis-final-months-an-exile-in-the-long-shadow-of-saudi-arabia/2018/12/21/d6fc68c2-0476-11e9-b6a9-0aa5c2fcc9e4_story.html.

299.     In the midst of Defendant bin Salman's efforts to tour the United States in the spring of 2018, Defendant bin Salman orchestrated a scheme to lure Khashoggi back to Saudi Arabia with the intention of detaining him.  Acting at Defendant bin Salman's direction, aides contacted Khashoggi to offer him a position in government if he returned.[251]  For example, Defendant Alqahtani called Khashoggi in May 2018 in an attempt to convince Khashoggi to return to Saudi Arabia[252]—much like the personal outreach by Defendants bin Salman and Alasaker to secure Dr. Saad's return to Saudi Arabia.

300.     Khashoggi did not return to Saudi Arabia.  Instead, when he entered the Saudi consulate in Istanbul, Turkey on October 2, 2018, a Tiger Squad team was lying in wait.[253] Khashoggi was never again seen alive.[254]

301.     There is no doubt that the team was directed by Defendant bin Salman, under the supervision of Defendants Alqahtani and Alassiri.  Many of the same men who traveled to Istanbul

---

[251] Shane Harris, *Crown Prince Sought to Lure Khashoggi Back to Saudi Arabia and Detain Him, U.S. Intercepts Show*, Wash. Post (Oct. 10, 2018), https://www.washingtonpost.com/world/national-security/crown-prince-sought-to-lure-khashoggi-back-to-saudi-arabia-and-detain-him-us-intercepts-show/2018/10/10/57bd7948-cc9a-11e8-920f-dd52e1ae4570_story.html.

[252] *Id.*

[253] UN Special Rapporteur Report ¶¶ 89–92; *How the Man Behind Khashoggi Murder Ran the Killing Via Skype*, Reuters (Oct. 22, 2018), https://www.reuters.com/article/us-saudi-khashoggi-adviser-insight/how-the-man-behind-khashoggi-murder-ran-the-killing-via-skype-idUSKCN1MW2HA.

[254] Clarence Williams, *Jamal Khashoggi Remembered in Washington One Year After Journalist's Killing*, Wash. Post (Oct. 2, 2019), https://www.washingtonpost.com/local/jamal-khashoggi-remembered-in-washington-one-year-after-journalists-killing/2019/10/02/ee8db6f8-e571-11e9-a331-2df12d56a80b_story.html.

for Khashoggi's killing had also tortured Dr. Saad's son-in-law Salem Almuzaini months earlier as part of Defendant bin Salman's attempt to lure Dr. Saad back to Saudi Arabia.  Among those who were present and directly participated in both the torture and coercive interrogation of Dr. Saad's son-in-law and the killing of Khashoggi included Defendant Alqahtani, Badr Lafi Alotaibi (one of the leaders of Salem's torture), Maher Mutreb (who worked with Defendant Alqahtani), Saif Saad Alqahtani (who worked in Defendant bin Salman's private office), Abdulaziz Alhawsawi (a member of Defendant bin Salman's security team), Meshal Albostani, Mohammed Alzahrani, Mustafa Almadani, and Fahad Shabib Albalawi.[255]

---

[255]   The UK Sanctions List, United Kingdom Gov't (July 6, 2020), https://www.gov.uk/government/publications/the-uk-sanctions-list; UN Special Rapporteur Report ¶ 87 Table A.



MOHAMMED BIN SALMAN'S LOYAL TIGER SQUAD OPERATIVES (2015-2018)

Murder of Jamal Khashoggi (Oct. 2018)

Torture of Salem Almuzaini (Sept. 2017 - Jan. 2018)

Conscripted to serve in bin Salman's newly assembled Tiger Squad, Mansour Othman Abahussain confided in a close contact about the horrors of the Tiger Squad's activities, including the torture and rape of its victims, before the group's existence became widely known.

Saud Alqahtani

Badr Lafi Alotaibi

Mohammed Alzahrani

Saif Saad Alqahtani

Maher Mutreb

Mustafa Mohammed Almadani

Abdulaziz Alhawsawi

Mansour Othman Abahussain

Meshal Albostani

Fahad Shabib Albalawi

In October of 2018, journalist Jamal Khashoggi was lured to the Saudi Consulate in Istanbul, Turkey and murdered by members of the Tiger Squad.

Prior to Khashoggi's murder, many of these same Tiger Squad members directed or participated in the abduction and torture of Dr. Saad's son-in-law, Salem Almuzaini, in an attempt to locate Dr. Saad and lure him back to Saudi Arabia.

302.    In the Khashoggi operation, the team had traveled from Saudi Arabia to Istanbul in two separate groups before the murder.[256]

303.    Inside the consulate, the Tiger Squad team first told Khashoggi that he would be returned to Saudi Arabia.[257]   According to audio recordings from inside the Saudi consulate, members of the Tiger Squad told Khashoggi:  "We will have to take you back.  There is an order

---

[256] UN Special Rapporteur Report ¶¶ 82–86.

[257] *Id.* ¶ 94.

from Interpol.  Interpol requested you to be sent back.  We are coming to get you."[258]  As described above, that threat fit Defendant bin Salman's tactics against Dr. Saad and other targets, attempting to coerce his return to Saudi Arabia while using INTERPOL to restrict his movements.

304.    When Khashoggi protested, the Tiger Squad ambushed, suffocated, and ultimately dismembered him.[259]  Limb by limb, with the help of a bone saw, the team—led by a forensic expert, Dr. Salah Mohammed Tubaigy—began to dismember his body.[260]  Dr. Tubaigy turned on music so that he could stomach the noise of his own gruesome acts.[261]  The sounds of a bone saw— used by forensic crews when conducting an autopsy—can be heard in audio recordings capturing the final moments of Khashoggi's life, as the group of killers discussed how to dismember and dispose of Khashoggi's body, which they referred to as a "sacrificial animal."[262]  The Tiger Squad ultimately severed the journalist's fingers and beheaded him.[263]

---

[258] *Id.* ¶ 94.

[259] *Id.* ¶¶ 94–96.

[260] *'I Can't Breathe': Saudi Journalist Khashoggi's Last Words – CNN*, Reuters (Dec. 10, 2018), https://www.reuters.com/article/us-saudi-khashoggi-turkey/i-cant-breathe-saudi-journalist-khashoggis-last-words-cnn-idUSKBN1O915N; UN Special Rapporteur Report ¶ 96.

[261] *Id.*; UN Special Rapporteur Report ¶ 96.

[262] UN Special Rapporteur Report ¶¶ 91, 96.

[263] David Kirkpatrick & Carlotta Gall, *Audio Offers Gruesome Details of Jamal Khashoggi Killing, Turkish Official Says*, N.Y. Times (Oct. 17, 2018), https://www.nytimes.com/2018/10/17/world/europe/turkey-saudi-khashoggi-dismember.html.

305.     It has been reported that Defendant Alqahtani supervised the Tiger Squad's killing in real time over Skype.[264]

306.     Further, during the attack, a member of the Tiger Squad placed four telephone calls to the mobile phone of Defendant Alasaker, keeping Defendant bin Salman's right-hand man updated on the events in the Saudi consulate[265]—just like Defendant Alasaker's participation in Defendant bin Salman's attempt to send a private jet to collect Dr. Saad.

307.     As described above, the Tiger Squad team sent for Khashoggi included Dr. Tubaigy, a forensic pathologist from the Saudi Ministry of the Interior.[266]   A forensic pathologist is a physician who is specially trained to conduct autopsies.[267]   Dr. Tubaigy was also a Professor in the Department of Criminal Evidence at Naif Arab University in Riyadh, Saudi Arabia.[268]   The United Nations Special Rapporteur on Extrajudicial, Summary, or Arbitrary Executions, following an extensive investigation, concluded that "There is little plausible explanation for [Dr. Tubaigy's] role, other than the role he filled – dismembering and disposing of the body."[269]

---

[264] *How the Man Behind Khashoggi Murder Ran the Killing Via Skype*, Reuters (Oct. 22, 2018), https://www.reuters.com/article/us-saudi-khashoggi-adviser-insight/how-the-man-behind-khashoggi-murder-ran-the-killing-via-skype-idUSKCN1MW2HA.

[265] Smith, *supra* note 22; *Khashoggi Case: All Previous Updates*, *supra* note 24.

[266] UN Special Rapporteur Report ¶ 87 Table A.

[267] *Forensic Pathology*, Encyclopedia Britannica, https://www.britannica.com/science/forensic-science/Forensic-pathology (last visited Aug. 2, 2020).

[268] UN Special Rapporteur Report ¶ 87 Table A.

[269] *Id.* ¶ 202.

308.    The team also included a high-ranking advisor to Defendant bin Salman from the Ministry of Foreign Affairs and several Saudi intelligence officers.[270]  Two members of the Tiger Squad entered Turkey on a diplomatic passport in a blatant abuse of that privilege.[271]

309.    In the aftermath, the Tiger Squad team went to great lengths to cover up the murder.[272]  An audio recording captured Dr. Tubaigy discussing wrapping pieces of the body in plastic sheets, and the recording captured the sounds of plastic wrapping.[273]  The Tiger Squad also forensically cleaned the crime scene and destroyed evidence.[274]  Approximately one week after the murder, additional members of the Tiger Squad team traveled to Turkey to clean up the crime scene, including a member of the Ministry of Interior's General Department of Criminal Evidence, which is tasked with collecting and removing evidence from crime scenes.[275]

310.    No remains of Jamal Khashoggi's body were ever discovered.[276]

311.    The Saudi government initially denied the Tiger Squad had any involvement in Khashoggi's killing and subsequently changed its story several times, claiming at various points that Khashoggi fell victim to a fistfight or was killed in a rogue operation.[277]  On October 25, 2018,

---

[270] *Id.* ¶ 87 Table A.

[271] *Id.*

[272] *Id.* ¶¶ 96–154.

[273] *Id.* ¶ 96.

[274] *Id.* ¶¶ 8, 259.

[275] *Id.* ¶¶ 119–30; Mohamed Al Madani et al., *Origin and Development of Forensic Medicine in the Kingdom of Saudi Arabia*, 33 Am. J. of Forensic Med. & Pathology 147, 149-50 (2012).

[276] *In Last Words, Khashoggi Asked Killers Not to Suffocate Him*, AP News (Sept. 10, 2019), https://apnews.com/a25b64eafa75400392dcb6999d394e0d.

[277] UN Special Rapporteur Report ¶¶ 116, 146–51.

the attorney general of Saudi Arabia acknowledged the killing of Khashoggi was premeditated, but did not ascribe any responsibility to Defendant bin Salman.[278]

312.     Notwithstanding the international outcry following the gruesome murder, the U.S.-Based Covert Agent Defendants who hunted Dr. Saad in the fall of 2017 in the United States voiced their public support for Defendant bin Salman on Twitter.  For example:

    a.   On October 13, 2018, **Defendant Alrajhi** tweeted: "#IStandWithSaudiArabia always and forever."[279]  Later that month, he retweeted a photo of Defendant bin Salman.[280]



    b.   On October 24, 2018, **Defendant Abuljadayel** tweeted a flattering photo of Defendant bin Salman as an ardent supporter.[281]

---

[278] Saphora Smith, *Saudi Arabia Now Admits Khashoggi Killing was 'Premeditated'*, NBC News (Oct. 25, 2018), https://www.nbcnews.com/news/world/saudi-arabia-now-admits-khashoggi-killing-was-premeditated-n924286.

[279] Youssef Alrajhi (@YousefAlrajhi1), Twitter (Oct. 13, 2018, 9:22 PM), https://twitter.com/YousefAlrajhi1/status/1051281943986352129.

[280] سعود بن سلمان (@HRHPSAUDS), Twitter (Oct. 24, 2018, 11:41 AM), https://twitter.com/HRHPSAUDS/status/1055122085352271872.

[281] Layla Abuljadayel ليلى ابوالجدايل(@drlaylaaj), Twitter (Oct. 24, 2018, 11:38 AM), https://twitter.com/drlaylaaj/status/1055121444135260160.

c.  On December 8, 2018, **Defendant Alhamed** tweeted that criticism of Defendant bin Salman by members of the United States Congress in the wake of the killing was "totally unacceptable and a fatal error" because "he represents us all as the youth of the Kingdom."[282] Defendant Abuljadayel retweeted Defendant Alhamed's tweet.





313.  In November 2018, an assessment by the CIA concluded with "high confidence" that Defendant bin Salman personally ordered Khashoggi's killing.[283]  The CIA's conclusion severely injured Defendant bin Salman's standing and reputation in the United States and other western countries.[284]

314.  On information and belief, Defendant bin Salman believes that Dr. Saad is responsible for the CIA's conclusion, which was based not on "smoking gun" evidence of

---

[282]  Mohammed AlHamed (@M7Alhamed), Twitter (Dec. 8, 2018, 4:53 PM), https://twitter.com/M7Alhamed/status/1071523191607181312 (professional translation from original Arabic language tweet).

[283] Harris, *supra* note 11.

[284] Hubbard, *supra* note 12.

Defendant bin Salman's involvement but rather on "an understanding of how Saudi Arabia works"—an understanding which no one has better than Dr. Saad.[285]  Specifically, on information and belief, Defendant bin Salman believes that after the killing, Dr. Saad engaged the CIA to discuss specifics of the plot, and that engagement led to the CIA's conclusion that Defendant bin Salman was personally involved.

315.   The following month, on November 15, 2018, the U.S. Department of Treasury's Office of Foreign Assets Control ("OFAC") sanctioned Defendant Alqahtani, Dr. Tubaigy, and fourteen other members of the Tiger Squad.[286]  OFAC sanctioned the individuals because "individuals who targeted and brutally killed a journalist who resided and worked in the United States must face consequences for their actions."[287]  When the government of the United Kingdom issued similar sanctions on July 6, 2020, it concluded that Defendant Alqahtani had "planned and directed" the killing using the Tiger Squad and that Defendant Alassiri was "involved in commissioning the 15 man team sent to Turkey to kill Jamal Khashoggi."[288]

---

[285] Warren Strobel, *CIA Concludes Saudi Journalist Was Killed on Crown Prince's Order*, Wall St. J. (Nov. 17, 2018), https://www.wsj.com/articles/cia-concludes-saudi-journalist-was-killed-on-the-crown-princes-order-1542412388.

[286] Press Release, Treasury Dep't, *Treasury Sanctions 17 Individuals for Their Roles in the Killing of Jamal Khashoggi* (Nov. 15, 2018), https://home.treasury.gov/news/press-releases/sm547.

[287] *Id.*  These sanctions were based in part on the Global Magnitsky Human Rights Accountability Act, enacted in December 2016, under which the President of the United States may impose sanctions on "any foreign person the President determines, based on credible evidence—is responsible for extrajudicial killings, torture, or other gross violations of internationally recognized human rights" committed against certain individuals in a foreign country.  Pub. L. 114-328, Sec. 1263(a)(1).

[288] The UK Sanctions List, United Kingdom Gov't (July 6, 2020), https://www.gov.uk/government/publications/the-uk-sanctions-list.

316.    After information about the CIA's assessment was leaked in November 2018, and notwithstanding the OFAC sanctions, President Trump cast doubt on the CIA's conclusions, particularly the extent of Defendant bin Salman's involvement.   "Our intelligence agencies continue to assess all information, but it could very well be that the Crown Prince had knowledge of this tragic event – maybe he did and maybe he didn't!  That being said, we may *never* know all of the facts surrounding the murder of Mr. Jamal Khashoggi."[289]

## VI.    Defendant bin Salman Dispatches the Tiger Squad and Pursues Other Direct Efforts to Extrajudicially Kill Dr. Saad.

317.    After failing to lure Dr. Saad back to Saudi Arabia, hunting him in the United States, and attempting to trap him in place through INTERPOL and other restrictive measures, Defendant bin Salman next deployed a hit squad to carry out the final act of the attempted extrajudicial killing.

318.    Defendant bin Salman's efforts to bait Dr. Saad back to Saudi Arabia and hunt him down have ultimately been in service of the only way to guarantee Dr. Saad poses no threat to Defendant bin Salman's ascension and consolidation of influence among key figures in the U.S. Intelligence Community:   extinguishing Dr. Saad's life.   Throughout Defendant bin Salman's brutal campaign, he has directly threatened the use of "measures that would be harmful to you."[290] And his actions make clear he meant what he said.  After repeated efforts to lure Dr. Saad to more favorable jurisdictions, after repeated efforts to identify Dr. Saad's physical location in the United States and elsewhere through the deployment of covert agents, and after a range of successful

---

[289] Statement from President Donald J. Trump on Standing with Saudi Arabia, White House (Nov. 20, 2018), https://www.whitehouse.gov/briefings-statements/statement-president-donald-j-trump-standing-saudi-arabia/.

[290] WhatsApp messages from Defendant bin Salman to Dr. Saad (Sept. 10, 2017, 4:56 PM AST).

efforts to locate valuable information about Dr. Saad's location and pattern of life in Toronto, on or around October 15, 2018, Defendant bin Salman dispatched a kill team from the Tiger Squad to travel across the Atlantic Ocean to kill Dr. Saad.

**A.    The U.S. Intelligence Community Warns Their Partner Dr. Saad that His Life is in Danger.**

319.    In the face of increasing threats against Dr. Saad's life in the United States, Canada, and Saudi Arabia, the U.S. Intelligence Community warned Dr. Saad of the ongoing threat and communicated their intention to assist in efforts to protect the life of Dr. Saad and his family. These actions were consistent with public reporting that the CIA and other U.S. agencies were concerned that Defendant bin Salman's actions could "damage U.S. interests."[291]

320.    Specifically, on January 7, 2018, federal officials stopped Dr. Saad's son Khalid at Boston Logan International Airport in Boston, Massachusetts, and he was escorted to a private meeting with two FBI agents.  The FBI agents warned Khalid that they had learned of credible risks to the safety of Dr. Saad and his family, including Defendant bin Salman's campaign to hunt Dr. Saad and his family in the United States, and urged them to exercise caution.  The FBI agents emphasized to Khalid that they were helping Dr. Saad and his family.[292]

---

[291] Hubbard & Kirkpatrick, *supra* note 207.

[292] U.S. intelligence agencies have a duty to warn persons—including non-U.S. persons like Dr. Saad—if the agency "collects or acquires credible and specific information indicating an impending threat of intentional killing, serious bodily injury, or kidnapping."  Director of National Intelligence, *Intelligence Community Directive 191: Duty to Warn*, at 2 (July 21, 2015), https://fas.org/irp/dni/icd/icd-191.pdf.  U.S. intelligence agencies are to consult with the FBI or the CIA to determine the best method to communicate threats to the intended victim.  *Id.*

321.    Similarly, a representative from a U.S. government agency told Khalid in the summer of 2018 that "everything" was "taken care of," explaining that the U.S. government had a "moral obligation" to protect Dr. Saad and his family.  The U.S. government official indicated the U.S. government was "taking care" of Dr. Saad.

322.    While the U.S. government has thus far aided in the efforts to protect Dr. Saad's life, it has been unable to prevent a credible attempt on Dr. Saad's life by Defendant bin Salman's agents, an attempt which remains ongoing to this day.

**B.    Defendant bin Salman's Tiger Squad Attempts an Extrajudicial Killing of Dr. Saad in October 2018.**

323.    Just thirteen days after the brutal murder of Khashoggi, and while blame for that murder had not yet been attributed to Defendant bin Salman, he orchestrated a markedly similar attack on another target:  Dr. Saad.

324.    As with Khashoggi, Dr. Saad fled Saudi Arabia in September 2017.

325.    As with Khashoggi, Defendant bin Salman had first tried to lure Dr. Saad back to Saudi Arabia.  That effort failed.

326.    As with Khashoggi—whose children were also subject to a travel ban imposed in 2017—Defendant bin Salman targeted Dr. Saad's children in an attempt to lure Dr. Saad back to Saudi Arabia.[293]  Although the detention of his children remains ongoing, it has not secured Dr. Saad's return to Saudi Arabia.

---

[293] Like the travel ban against Dr. Saad's children, Defendant bin Salman imposed a travel ban against Khashoggi's four children soon after he fled Saudi Arabia in September 2017.  John Haltiwanger, *Killed Journalist Jamal Khashoggi's Children, Some of Whom are Dual US Citizens, Are Reportedly Barred from Leaving Saudi Arabia*, Bus. Insider (Oct. 24, 2018),

327.     Defendant bin Salman, through Defendant Alharbi, then attempted to convince Dr. Saad to travel to Turkey—where Khashoggi was murdered and where Defendant bin Salman could easily do the same to Dr. Saad.  This effort also failed.

328.     Unable to lure him out of hiding, Defendant bin Salman directed an effort in the United States involving the U.S.-Based Covert Agent Defendants to locate Dr. Saad.

329.     Defendants bin Salman, Alqahtani, and Alassiri then directed another Tiger Squad team to meet Dr. Saad wherever he could be found—even if that meant sending a hit squad across the Atlantic Ocean.

330.     In or around April 2018, as part of the efforts to locate additional information about Dr. Saad that would be useful for the killing, a top aide to Defendant bin Salman sought Dr. Saad's residential address from a major financial institution.  The aide circumvented the financial institution's formal channels, seeking the information illicitly.

331.     By May 2018, the Tiger Squad Defendants obtained visas to enter Canada for the purposes of "tourism."  By directing the Tiger Squad Defendants to obtain tourist visas, Defendants bin Salman, Alqahtani, and Alassiri could plausibly distance themselves from the actions of Defendant bin Salman's personal hit squad after they attempted to kill Dr. Saad in Canada.

---

https://www.businessinsider.com/khashoggis-children-are-reportedly-barred-from-leaving-saudi-arabia-2018-10.

332.    On or around July 4, 2018, the Commission for the Control of INTERPOL's files deleted the red notice for Dr. Saad, rejecting Defendant bin Salman's efforts to exploit official government channels to render Dr. Saad back to Saudi Arabia.[294]

333.    Soon thereafter, in or around July 2018, a friendly intelligence service reported that malware had been remotely planted in Dr. Saad's personal phones—another method that had also been used to track the whereabouts and activities of Khashoggi.[295]  Dr. Saad received a WhatsApp message with a video file from a Saudi journalist whom he had known in Saudi Arabia, even though they had not been in touch for years.  On information and belief, the video file contained malware allowing Defendant bin Salman and his agents to access the information on Dr. Saad's phone, and potentially even Dr. Saad's precise location.[296]

---

[294] *See supra* ¶¶ 256–60.

[295] Similarly, on or about June 23, 2018, agents of Defendant bin Salman remotely planted malware on the smartphone of Omar Abdulaziz, a Saudi dissident living in Canada who was in close contact with Khashoggi at the time.  First Amended Complaint ¶ 101, *Abdulaziz v. Twitter*, No. 3:19-cv-06694 (N.D. Cal. Feb. 11, 2020), ECF No. 38.

[296] It is widely known that Defendant Alqahtani has led hacking efforts on behalf of Defendant bin Salman and Saudi Arabia.  For example, Defendant Alqahtani—on behalf of Defendant bin Salman—coordinated the purchase of advanced hacking tools from Israeli cyber firm NSO Group Technologies Limited ("NSO Group") and Italian cyber firm, Hacking Team, which were used to access messages between Jamal Khashoggi and Omar Abdulaziz and track Khashoggi's movements prior to his assassination.  Suzan Quitaz, *Pegasus: The Israeli Spyware That Helped Saudi Arabia Spy on Khashoggi*, New Arab (Oct. 3, 2019), https://english.alaraby.co.uk/english/indepth/2019/10/3/this-israeli-spyware-helped-saudi-arabia-spy-on-khashoggi; Elias Groll, *The Kingdom's Hackers and Bots*, Foreign Pol'y (Oct. 29, 2018), https://foreignpolicy.com/2018/10/19/the-kingdoms-hackers-and-bots-saudi-dissident-khashoggi/.  Upon information and belief, Defendant Alassiri was also involved in coordinating the purchase of the NSO Group's hacking tools.  In addition, Defendant Alqahtani was linked to an attempted hack of *The Guardian* in June 2019, "which reported that it was targeted by a Saudi hacking team at the order of Defendant Alqahtani.  Indeed, on June 19, 2019, *The Guardian* published an article describing how a source from inside the Saudi regime provided them with a

334.     Thus, after luring, hacking, hunting, and ultimately locating Dr. Saad, Defendant bin Salman went for the kill.  On or around October 15, 2018, a team consisting of some of the Tiger Squad Defendants, all Saudi nationals acting at the Direction of Defendants bin Salman, Alqahtani, and Alassiri, traveled from Frankfurt, Germany to Ottawa International Airport in Ottawa, Ontario, Canada on Air Canada flight AC839.  Although they held tourist visas, in fact they planned to enter the country for the purpose of killing Dr. Saad.  By flying into Ottawa International Airport (instead of an airport closer to Dr. Saad), the Tiger Squad members arrived at a smaller airport where scrutiny of international passengers might have been expected to be less sophisticated.  Notwithstanding these efforts to evade detection, at least five of the Tiger Squad members traveled on the very same flight, reflecting the sloppy tradecraft of Defendant bin Salman's personal Tiger Squad team (unlike the professionally-trained security forces directed by the Saudi government).  On information and belief, the Tiger Squad team that traveled to Canada included, at minimum, Defendants Algasem, Alsayed, Alhomid, Alhaqbani, Albawardi, and Bader Alqahtani.

335.     The Tiger Squad members who traveled to Canada had previously conducted other covert foreign missions on behalf of Defendant bin Salman.  On information and belief, some of the same members of the Tiger Squad team that traveled to Canada to kill Dr. Saad had previously

"confidential internal order," signed by Defendant Alqahtani, which instructed a tech-savvy team of hackers to carry out the "penetration" of *The Guardian's* computer servers "in complete secrecy."  Guardian Staff Reporter, *Guardian Told It Was Target of Saudi Hacking Unit After Khashoggi Killing*, Guardian (June 19, 2019), https://www.theguardian.com/world/2019/jun/19/guardian-told-it-was-target-of-saudi-hacking-unit-afterkhashoggi-killing.  And Defendants Alqahtani and Alasaker are accused of hacking the phone of a journalist at the direction of Defendant bin Salman in a pending federal action in Florida.  *See Oueiss v. bin Salman*, 1:20-cv-25022-KMM (S.D. Fla. filed Dec. 9, 2020).

traveled to Germany and Austria earlier in 2018 to conduct other covert operations on behalf of Defendants bin Salman and Alqahtani.  Indeed, on information and belief, before boarding the flight to Canada, at least four of the Tiger Squad members—flagged in a European law enforcement system—were questioned about their activities.  About one year before dispatching a team headed to Canada for Dr. Saad, Defendant Alqahtani supervised the torture of Dr. Saad's son-in-law, Salem Almuzaini, in Saudi Arabia—torture that was ultimately designed to locate and to lure Dr. Saad back to Saudi Arabia.

336.    Notwithstanding the then-ongoing international uproar as a result of Khashoggi's killing at the time the Tiger Squad Defendants attempted to enter Canada—and notwithstanding that the killing followed a pattern that Defendant bin Salman had been working to perfect for three years—it appeared that Defendant bin Salman was going to get away with the crime.  For example, on October 15, 2018—on or around the same day the Tiger Squad Defendants attempted to enter Canada to kill Dr. Saad—President Trump touted Defendant bin Salman's "flat denial" of involvement in the Khashoggi killing, suggesting instead that "these could have been rogue killers. Who knows?"[297]

337.    While Defendants Alqahtani and Alassiri selected different members of the Tiger Squad team to kill Dr. Saad than the members they had sent to kill Khashoggi, the composition of the team was markedly similar.  Like the team that traveled to Istanbul to murder Khashoggi, the Tiger Squad team assembled to kill Dr. Saad consisted of an interagency group of employees selected for loyalty to Defendant bin Salman.  The group included forensic DNA experts from the

---

[297]    NBC  Politics  (@NBCPolitics),  Twitter  (Oct.  15,  2018,  9:58  AM) https://twitter.com/NBCPolitics/status/1051834806164709377.

General Department of Criminal Evidence in the Ministry of Interior, a senior military intelligence officer with the Ministry of Defense, and a diplomatic officer in the Ministry of Foreign Affairs. They were united only in their loyalty to Defendant bin Salman and their readiness to carry out his personal vendettas, including through torture and murder.

338.   Notably, the Tiger Squad Defendants who Defendants bin Salman, Alqahtani, and Alassiri dispatched to Canada to kill Dr. Saad included **Defendants Algasem** and **Alsayed**, forensic DNA experts who worked for the General Department of Criminal Evidence in the Ministry of Interior.  Defendant Alsayed holds the rank of lieutenant colonel, making him a senior member of that department.   The General Department of Criminal Evidence is responsible for collecting and removing evidence in the course of criminal investigations.  DNA specialists within the General Department of Criminal Evidence would be tasked with collecting and analyzing DNA in human bodily fluids and trace evidence from a crime scene on clothing and other surfaces, according to a peer-reviewed article on Saudi forensic medicine in *The American Journal of Forensic Medicine and Pathology*.[298]

339.   In addition, **Defendant Alsayed** taught a course focused on collecting and identifying "dead bodies and body parts from disasters" in the Department of Criminal Evidence at Naif Arab University for Security Sciences in Riyadh, Saudi Arabia alongside Dr. Tubaigy, the forensic pathologist who used a bone saw to dismember Khashoggi.  According to a 2016 course syllabus, Defendant Alsayed taught students how to use forensic evidence to identify victims

---

[298] Mohamed Al Madani et al., *Origin and Development of Forensic Medicine in the Kingdom of Saudi Arabia*, 33 Am. J. of Forensic Med. & Pathology 149-50 (2012).

where a body has been destroyed in a disaster.[299]  Those skills would also apply to ensuring that evidence of a body dismembered beyond recognition is never discovered—like in the case of Khashoggi.

340.    Similarly, the Tiger Squad team that traveled to Canada on tourist visas included an expert in forensic evidence, **Defendant Alhaqbani**.  In his day job, Defendant Alhaqbani worked at the Ministry of Interior.  Defendant Alhaqbani has presented at a conference focused on "the important roles that forensic evidence plays in uncovering the mystery of crimes."[300]

341.    The Tiger Squad team also included Defendant **Bader Alqahtani** and **Defendant Albawardi**, who in their day jobs were regularly employed by the National Information Center in Saudi Arabia.  Defendants Bader Alqahtani and Albawardi obtained Canadian tourist visas in May 2018 and traveled from Frankfurt, Germany to Ottawa International Airport on or around October 15, 2018, as part of the Tiger Squad's mission to kill Dr. Saad.

342.    Importantly, on information and belief, National Information Center engineers were also selected for the Tiger Squad mission because they could deploy a convenient pretext to access Dr. Saad's place of employment.  As Defendant bin Salman ultimately learned through his hunt in the United States and Canada, Dr. Saad was employed by and regularly visited the office of InfoSec Global, a cybersecurity company, at the time of the October 2018 trip.  InfoSec Global

---

[299] Naif Arab University for Security Sciences, *supra* note 106 (professionally translated from the Arabic language syllabus).

[300] *Public Security Director Inaugurates a Workshop on "The Technical Portfolio of IP Procedures,"* Saudi Press Agency (Jan. 23, 2011), https://www.spa.gov.sa/858495 (translation from original Arabic language).

worked in close partnership with Saudi Arabia's National Information Center, providing a cover for National Information Center personnel—including Tiger Squad Defendants Bader Alqahtani and Albawardi—to access Dr. Saad's office.  Indeed, months before the National Information Center engineers traveled to Canada, it was reported that Defendant bin Salman had increased his direct control over the same agency.[301]

343.    Furthermore, on information and belief, this Tiger Squad team, like the one deployed to kill Khashoggi, was overseen by Defendants Alqahtani and Alassiri.  Notwithstanding Defendant Alqahtani's role in the killing of Khashoggi, Saudi state media reported that Defendant Alqahtani had been removed from his formal role only on October 20, 2018[302]—several days after the Tiger Squad team had traveled to Canada to kill Dr. Saad.  (Nonetheless, Defendant bin Salman continued to rely on Defendant Alqahtani for personal operations after even this date).

344.    When the Tiger Squad Defendants attempted to clear customs at Ottawa International Airport on or around October 15, 2018, each approached a separate kiosk for the Canada Border Services Agency ("CBSA"), rather than presenting as a group.  In response to initial questioning from CBSA officers, some of the Tiger Squad Defendants claimed not to know the others.

345.    On information and belief, CBSA officers quickly became suspicious of the Tiger Squad Defendants—the majority of whom were attempting to enter the country on tourist visas—

---

[301] *Companies Close to Mohammed bin Salman Take Over Cyber Security Sector*, Intelligence Online (May 30, 2018), https://www.intelligenceonline.com/international-dealmaking/ 2018/05/30/companies-close-to-mohammed-bin-salman-take-over-cyber-security-sector,108312025-art.

[302] *Who Is Saud al-Qahtani, the Fired Saudi Royal Court Adviser?*, *supra* note 43.

and sent them to secondary screening.  Even when assembled as a group, they continued to deny their knowledge of the other Tiger Squad Defendants.

346.   On information and belief, when searching through the Tiger Squad Defendants' luggage, CBSA officers discovered photographic evidence that, contrary to certain of these Defendants' claims, the members did, in fact, know each other.  Indeed, the CBSA officers found a group photo depicting some of the Tiger Squad Defendants together.

347.   On information and belief, CBSA officers also discovered "forensic tools" in the luggage of some of the Tiger Squad Defendants.  Notwithstanding these tools, and notwithstanding their positions in the Saudi government, the Tiger Squad Defendants insisted that they wanted to enter Canada as tourists.

348.   On information and belief, the Tiger Squad Defendants—who were not prepared for this unexpectedly thorough investigation—became panicked and summoned an attorney from the Embassy of Saudi Arabia.  On information and belief, the attorney was overheard suggesting that the group should falsely claim that they had traveled to Canada to prepare for an upcoming "VIP delegation" visiting Canada.  On information and belief, in an attempt to halt further questioning from CBSA officers and escape threatened detention, the Embassy attorney was overheard advising the Tiger Squad Defendants to accept deportation back to Saudi Arabia.  Thus, CBSA officers refused to allow the would-be killers into the country, except for **Defendant Alhomid**, who was permitted to enter Canada with a diplomatic passport.



**Defendant Alhomid has also used his diplomatic passport to enter the United States, shown here at the United Nations Security Council**

349.    On or around October 16, 2018—just one day after the first team arrived in Ottawa—additional Tiger Squad members arrived in Montreal.  Unlike the team that arrived in Ottawa, these Tiger Squad members successfully entered Canada.  These Tiger Squad members are among John Does 1-8.

350.    On August 6, 2020—the day the original Complaint was filed in this Court—Canada's Minister for Public Safety Bill Blair issued a statement that said the government was "aware of incidents in which foreign actors have attempted to monitor, intimidate or threaten Canadians and those living in Canada.  It is completely unacceptable and we will never tolerate foreign actors threatening Canada's national security or the safety of our citizens and residents."[303]

---

[303] *Saudi Crown Prince Accused of Sending Hit Squad to Canada*, BBC News (Aug. 6, 2020), https://www.bbc.com/news/world-middle-east-53677869.

351.    On information and belief, in September 2020, a senior Saudi intelligence officer with the GIP carried out an after-action review of Tiger Squad operations, which extended to the killing of Jamal Khashoggi and the attempted extrajudicial killing of Dr. Saad.  The GIP reported that the use of Defendant bin Salman's Tiger Squad—rather than the formal channels of the Saudi government—to carry out these operations contributed to a number of failures, and sought to demonstrate that the GIP, rather than Defendant bin Salman's Tiger Squad, should carry out any future overseas covert operations.

352.    By late 2020, attempts to kill Dr. Saad described in the Complaint were the subject of law enforcement activity in at least the United States, Canada, Germany, and France.  Law enforcement in Canada are investigating a "conspiracy to commit murder or other mayhem that may be agreed upon and planned" by foreign actors in connection with the October 2018 attempted extrajudicial killing and ongoing efforts to kill Dr. Saad.  This investigation also includes conduct that occurred in the United States.



EXTRATERRITORIAL OPERATIONS OF MOHAMMED BIN SALMAN'S TIGER SQUAD

**C.     In May 2020, Defendant bin Salman Orders a New Tactic in His Attempt to Kill Dr. Saad, Directing His Hit Squad to Travel Via the United States to Escape Detection.**

353.     In or around May 2020, after the Aljabri family was quoted in U.S. media coverage of the disappearance of Dr. Saad's children Omar and Sarah, Defendant bin Salman again vowed to murder Dr. Saad, this time with renewed vigor and using covert travel through the United States in an effort to escape the detection that thwarted the Tiger Squad's October 2018 mission.  Ever

since Defendant bin Salman's directive, Dr. Saad has faced consistent and repeated credible threats on his life.

354.    Specifically, Defendant bin Salman convened a meeting with close advisors in Neom, Saudi Arabia in or around May 2020, where they were overheard saying that he had obtained a *fatwa* for the killing of Dr. Saad.[304]  A *fatwa* is a ruling by religious authorities—in this case, a ruling endorsing the killing of Dr. Saad.[305]

355.    At the same meeting, Defendant bin Salman and his agents were also overheard saying that they planned to send men to kill Dr. Saad in Canada "by land" this time—that is, by dispatching agents from the United States to travel across the border into Canada to complete the job.  Undoubtedly, Defendant bin Salman changed his tactics in response to the Tiger Squad's failed attempts to enter Canada in October 2018.

356.    As a result of Defendant bin Salman's directive, the newest stage of a multi-year campaign of execution, Dr. Saad's life remains in dire peril to this day.

357.    Defendant bin Salman's directive has caused his agents to continue efforts to locate Dr. Saad, identify his patterns of movement, and collect information on his physical security arrangements.

358.     Specifically, in or around June 2020, Defendant bin Salman's agents directed Fahad Alotaibi, a Saudi national studying in or around Ottawa, Canada, to pinpoint the location

---

[304] Dr. Saad intends to present a witness at the appropriate time to testify about this meeting, subject to the implementation of measures for the protection of the witness.

[305] Muhammad Khalid Masud et al., *Fatwā*, Oxford Islamic Studies Online (July 15, 2020), http://www.oxfordislamicstudies.com/article/opr/t236/e0243.

and movements of Dr. Saad by collecting information about his son, Khalid.  Just like Defendant

bin Salman had previously deployed well-connected Saudi student operatives in the United States,

this time he deployed an operative well established in student networks in Canada:  Aloitaibi had

led the Saudi Student Club in Ottawa previously and was close with the Saudi Arabian Cultural

Mission.  On information and belief, Aloitaibi told an acquaintance that Dr. Saad and his son were

"bad people" and "we need to be after them."  Carrying out these intentions, Aloitaibi contacted

at least one friend of Dr. Saad's son, inquiring about where he worked and successfully extracting

contact information for Dr. Saad's son that was not publicly available.  On June 10, 2020, Aloitaibi

then directly contacted Dr. Saad's son in a further attempt to obtain information about Dr. Saad's

physical location and movements.

359.    In July 2020, Defendant bin Salman's agents approached a private intelligence

consultant to request information about Dr. Saad, ultimately requesting information about Dr.

Saad's physical location.  The intelligence consultant thereafter cultivated a contact in a foreign

government who claimed to be able to provide real-time updates on Dr. Saad's physical

movements.

360.    In or around mid-October 2020, a senior mobile forensic consultant of Technology

Control Company, a technology company controlled by Defendant bin Salman and based in Saudi

Arabia, contacted a company that manufactures a secure mobile phone used by Dr. Saad.  The

senior mobile forensic consultant requested to purchase the very same type of mobile device used

by Dr. Saad.  The forensic consultant requested "a quotation for our client."  On information and

belief, the senior forensic consultant wanted to purchase the same type of device used by Dr. Saad

so that he could learn how to remotely hack Dr. Saad's mobile device and thereby collect valuable information on his physical location, pattern of movements, and discussions with counsel.

361.    Most recently, in mid-December 2020, Defendant bin Salman's agents sought information about Dr. Saad's physical security arrangements from a senior employee of a commercial cybersecurity company.

362.    In parallel with these renewed efforts to collect additional information about Dr. Saad's physical location and pattern of movements, his agents have repeatedly made credible attempts on Dr. Saad's life.  These efforts all follow from Defendant bin Salman's May 2020 directive in Neom to continue the attempt to kill Dr. Saad through travel to the United States.

363.    Specifically, on or around July 25, 2020—just two months after Defendant bin Salman's directive in Neom, and at the same time that Defendant bin Salman and his agents were pushing a smear campaign against Dr. Saad on Twitter and on television and print media— government security agencies warned Dr. Saad of a credible and imminent threat to his life.  Law enforcement stationed an Emergency Response Team—a special unit that deploys "tactics, specialized weapons, and equipment to resolve high-risk situations"—outside Dr. Saad's home to protect his life.[306]  Law enforcement also warned Dr. Saad not to leave the house and to immediately cancel all meetings until further notice.

364.    Within the span of several days in November 2020, two reliable sources from different countries and different professions independently warned Dr. Saad about new credible threats to end his life.  These sources understood that Defendant bin Salman's directive to kill Dr.

---

[306] *Emergency Response Team*, Royal Canadian Mounted Police (last modified Jan. 13, 2020), https://www.rcmp-grc.gc.ca/ert-gti/index-eng.htm.

Saad remained one of Defendant bin Salman's top priorities. Around the same time, law enforcement reported to Dr. Saad that the level of threats on his life remained "high" and recommended 24/7 physical security.

365. Defendants' attempted extrajudicial killing of Dr. Saad has caused indescribable pain to Dr. Saad. He lives in a state of extreme fear and anxiety, with insomnia and other physical effects. Further, he is unable to move freely or work and requires around-the-clock private security, all because of the past credible attempts on his life and the knowledge that Defendant bin Salman wants him dead and is continuing to work, with seeming impunity, toward that ultimate objective.

## **GENERAL ALLEGATIONS**

366. Defendant bin Salman directed the acts described herein under apparent authority or color of law of the government of Saudi Arabia. Likewise, Defendants Alasaker, Alqahtani, Alassiri, the U.S.-Based Covert Agent Defendants, and the Tiger Squad Defendants acted under apparent authority or color of law of the government of Saudi Arabia in undertaking the acts described herein.

367. Defendants bin Salman, Alqahtani, Alassiri, and Alasaker are personally liable for acts of attempted extrajudicial killing by virtue of their direct or indirect participation, including committing certain acts themselves or directing or ordering their subordinates to commit certain acts, including the U.S.-Based Covert Agent Defendants and the Tiger Squad Defendants. These acts violate the TVPA, are violations of the law of nations actionable under the ATS, and constitute intentional infliction of emotional distress.

169

368.    Defendants bin Salman, Alqahtani, Alassiri, and Alasaker are also liable because they conspired with, or aided and abetted, subordinates, including the Tiger Squad Defendants and the U.S.-Based Covert Agent Defendants.  Defendants bin Salman, Alqahtani, and Alasaker are therefore also jointly and severally liable for the actions of the Tiger Squad Defendants and the U.S.-Based Covert Agent Defendants, all of which were actions undertaken as part of a common plan, design, and scheme.

369.    Likewise, Defendant MiSK, the Tiger Squad Defendants, and the U.S.-Based Covert Agent Defendants are personally liable for acts of attempted extrajudicial killing by virtue of their direct or indirect participation, and because they conspired with, or aided and abetted the commission of these acts, which violate the TVPA, are violations of the law of nations actionable under the ATS, and constitute intentional infliction of emotional distress.

370.    In particular, the relationships between and coordination among each of the Defendants demonstrates that Defendants had ample opportunity to and in fact did agree to commit unlawful acts.  Further, Defendants committed several overt acts in furtherance of the scheme, including but not limited to traveling to Boston, Massachusetts and contacting members of Dr. Saad's family in an effort to locate him; traveling to Canada to collect valuable information on Dr. Saad's location and pattern of movements in preparation for the kill team's mission; applying for Canadian tourist visas and thereafter traveling to Canada with the intent to kill Dr. Saad as evidenced by the tools and expertise of the personnel necessary to cover up the crime; thereafter directing another hit squad to kill Dr. Saad, specifying that the team should travel through the United States to evade detection; kidnapping and disappearing Dr. Saad's children, torturing his son-in-law as a proxy for Dr. Saad, and attempting to lure his daughter to the Saudi consulate in

170

Istanbul, Turkey days before Jamal Khashoggi was killed there, all in an effort to compel him to return to Saudi Arabia; and orchestrating an online campaign of smears and death threats against Dr. Saad on Twitter in the same way an online campaign presaged Khashoggi's killing.  Each of these acts was designed to facilitate Dr. Saad's swift killing because his close ties to the U.S. Intelligence Community stand in the way of Defendant bin Salman's consolidation of influence and power among U.S. government officials.  Moreover, these overt acts directly and proximately caused injury to Dr. Saad in the form of severe emotional stress and the physical manifestations of that harm, as well as injury to property through his frozen accounts and expropriated property.

371.    For its part, Defendant MiSK conspired with Defendants bin Salman and Alasaker to covertly recruit, cultivate, and deploy individuals to serve as agents and who participated in the hunt for Dr. Saad, including in the United States.  Further, insofar as Defendant MiSK operated as a front for Defendants bin Salman and Alasaker, Defendant MiSK is liable for their conduct as an alter ego.

372.    Further, each Defendant knowingly and substantially assisted with the commission of the attempted extrajudicial killing.  Defendants bin Salman, Alqahtani, Alassiri, and Alasaker planned, oversaw, and coordinated the hunting of Dr. Saad in the United States as well as the mission to kill Dr. Saad in Canada.  Defendant bin Salman took additional steps to lure Dr. Saad back to Saudi Arabia, where he could be more easily killed, including personally sending him threatening electronic messages via WhatsApp, causing the issuance of false and baseless arrest warrants, and ordering the detention and disappearance of two of Dr. Saad's children.

373.    Defendant MiSK knowingly provided substantial assistance through its actions to recruit individuals who served as covert agents and helped to hunt Dr. Saad in the United States.  At

all times, it was dominated and controlled by, and served as a mere instrumentality of Defendants bin Salman and Alasker, and accordingly it was aware of its role in the overall scheme.

374.    The U.S.-Based Covert Agent Defendants and the Tiger Squad Defendants each provided substantial assistance by carrying out the orders of their superiors.  This included, for the U.S.-Based Covert Agent Defendants, infiltrating Dr. Saad's networks in an attempt to locate him, and, for the Tiger Squad Defendants, obtaining Canadian tourist visas and/or traveling to Canada with the intent to murder Dr. Saad.

375.    Each Defendant was aware of his, her, or its role in the overall scheme.  Plainly, the Tiger Squad Defendants understood that they had been dispatched to carry out an unlawful act.  Moreover, by virtue of their connections to Defendants bin Salman and Alasaker (through Defendant MiSK and otherwise), and considering Defendant bin Salman's history of eliminating his hand-selected targets by any means necessary, the U.S.-Based Covert Agent Defendants were well aware of Defendant bin Salman's objectives and the reasons why they were deployed to identify Dr. Saad's location.

376.    In addition, Defendants bin Salman, Alqahtani, and Alassiri possessed and exercised command and operational control over the Tiger Squad Defendants in connection with the attempted extrajudicial killing of Dr. Saad.  Defendants bin Salman, Alqahtani, and Alassiri authorized, directed, and permitted the Tiger Squad Defendants to commit violations of the TVPA and of the law of nations.

377.    Defendants bin Salman and Alasaker possessed and exercised command and operational control over the U.S.-Based Covert Agent Defendants in connection with the attempted extrajudicial killing of Dr. Saad.  Defendants bin Salman and Alasaker authorized, directed, and

permitted the U.S.-Based Covert Agent Defendants to commit violations of the TVPA and of the law of nations.

378.    At all relevant times, Defendants bin Salman, Alqahtani, Alassiri, and Alasaker had the legal authority and practical ability to exert control over their subordinates, including the Tiger Squad Defendants and the U.S.-Based Covert Agent Defendants, who directly participated in the attempted extrajudicial killing of Dr. Saad.  On information and belief, the attempted extrajudicial killing was committed pursuant to the authority of Defendants bin Salman, Alqahtani, Alassiri, and Alasaker.

379.    At all times, Defendants Alqahtani, Alassiri, Alasaker, the U.S.-Based Covert Agent Defendants, and the Tiger Squad Defendants acted as agents and/or subagents of Defendant bin Salman for the purpose of locating and extrajudicially killing Dr. Saad.  Defendant bin Salman exercised control over the scope and manner of the hunt for Dr. Saad, and he conferred on these agents and/or subagents the authority to accomplish his mission.  Defendants Alqahtani, Alassiri, Alasaker, the U.S-Based Covert Agent Defendants, and the Tiger Squad Defendants, in turn, undertook their activities in accordance with and within the scope of this grant of authority.

380.    The attempted extrajudicial killing of Dr. Saad was part of a pattern and practice of taking unlawful and violent measures to remove individuals associated with the United States whom Defendant bin Salman, in particular, viewed as obstacles.  At all relevant times, Defendants bin Salman, Alqahtani, Alassiri, and Alasaker knew of and approved this pattern and practice, including the violations committed against Dr. Saad.  Alternatively, Defendants bin Salman, Alqahtani, Alassiri, and Alasaker reasonably should have known about this pattern and practice, including the violations committed against Dr. Saad.  Defendants bin Salman, Alqahtani, Alassiri,

and Alasaker failed to take all necessary measures to investigate and prevent these violations of international law, or to punish personnel under their command for committing such abuses.

381.    Defendant bin Salman orchestrated the conduct alleged herein from Saudi Arabia. Moreover, that conduct involved an attempt to return Dr. Saad to Saudi Arabia so that he could be killed there, and alternatively, to trap him wherever he was in order to kill him.

382.    Dr. Saad does not have access to a fair and impartial legal system in Saudi Arabia and seeking redress in Saudi Arabia for claims involving the named defendants would be futile.

## FIRST CAUSE OF ACTION

**Attempted Extrajudicial Killing in Violation of the Torture Victim Protection Act**
*Against Defendant bin Salman, Defendant Alasaker, Defendant Alqahtani, Defendant Alassiri, Defendant Alharbi, the U.S.-Based Covert Agent Defendants, and the Tiger Squad Defendants*

383.    Dr. Saad realleges and incorporates by reference the allegations set forth in paragraphs 1 through 382 of this Complaint as if fully set forth herein.

384.    The attempted murder of Dr. Saad by Defendants bin Salman, Alasaker, Alqahtani, Alassiri, the U.S.-Based Covert Agent Defendants, and the Tiger Squad Defendants, acting in concert, constitutes an attempted extrajudicial killing as defined by the Torture Victim Protection Act, Pub. L. No. 102-256, 106 Stat. 73 (1992) (codified at 28 U.S.C. § 1350 note).

385.    The attempted extrajudicial killing was not authorized by any court or judgment; Dr. Saad was not convicted of or sentenced for any crime.

386.    Defendants bin Salman, Alqahtani, Alassiri, and Alasaker personally committed, or exercised command responsibility over, the U.S.-Based Covert Agent Defendants and the Tiger Squad Defendants to commit the attempted extrajudicial killing of Dr. Saad.

387.    Alternatively, Defendants bin Salman, Alqahtani, Alassiri, and Alasaker conspired with, or aided and abetted subordinates, including the U.S.-Based Covert Agent Defendants and the Tiger Squad Defendants, in their attempt to extrajudicially kill Dr. Saad.

388.    In addition, the U.S.-Based Covert Agent Defendants and the Tiger Squad Defendants personally committed, conspired with, or aided and abetted the commission of the attempted extrajudicial killing of Dr. Saad.

389.    Defendants' acts were committed under apparent authority or color of law of the government of Saudi Arabia.

390.    Defendants bin Salman, Alasaker, Alqahtani, Alassiri, and the Tiger Squad Defendants acted with specific intent to kill Dr. Saad.  The U.S.-Based Covert Agent Defendants provided knowing substantial assistance and agreed to participate in an unlawful act.

391.    Defendants undertook substantial steps in furtherance of the attempted extrajudicial killing, including but not limited to sending Dr. Saad threatening messages to compel him to travel to vulnerable territory where he could be killed; kidnapping and torturing members of his family in a further effort to coerce him to return to Saudi Arabia; hunting for the location, contact information, and other valuable information about Dr. Saad by asking intrusive questions of Dr. Saad's family and friends and using deceptive means within the United States in an attempt to identify his precise whereabouts and pattern of movements; directing and carrying out a plot to travel to Canada with the express purpose of murdering Dr. Saad; and directing a plot to travel through the United States to carry out a religious ruling endorsing the killing of Dr. Saad.

392.    Defendants' attempted extrajudicial killing of Dr. Saad caused Dr. Saad severe physical and mental pain and suffering.

393.    As a result of Defendants' attempted extrajudicial killing in violation of the TVPA,

Dr. Saad is entitled to damages in an amount to be determined at trial.

394.    Defendants' acts were deliberate, willful, intentional, wanton, malicious, and

oppressive, and should be punished by an award of punitive damages in an amount to be

determined at trial.

395.    Additionally, Dr. Saad is entitled to a declaratory judgment stating that Defendants

have violated the TVPA by attempting to extrajudicially kill Dr. Saad.

<u>SECOND CAUSE OF ACTION</u>

**Extrajudicial Killing in Violation of the Law of Nations under the ATS**
*Against Defendant bin Salman, Defendant Alasaker, Defendant Alqahtani, Defendant*
*Alassiri, Defendant Alharbi, the U.S.-Based Covert Agent Defendants, and the Tiger Squad*
*Defendants*

396.    Dr. Saad realleges and incorporates by reference the allegations set forth in

paragraphs 1 through 382 of this Complaint as if fully set forth herein.

397.    The attempted extrajudicial killing was not authorized by any court or judgment;

Dr. Saad was not convicted of or sentenced for any crime.

398.    Defendants bin Salman, Alqahtani, Alassiri, and Alasaker personally committed,

or exercised command responsibility over, the U.S.-Based Covert Agent Defendants and the Tiger

Squad Defendants to commit the attempted extrajudicial killing of Dr. Saad.

399.    Alternatively, Defendants bin Salman, Alqahtani, Alassiri, and Alasaker engaged

in a joint criminal enterprise with, conspired with, or aided and abetted subordinates, including the

U.S.-Based Covert Agent Defendants and the Tiger Squad Defendants, in their attempt to

extrajudicially kill Dr. Saad.

176

400.    In addition, the U.S.-Based Covert Agent Defendants and the Tiger Squad Defendants personally committed, engaged in a joint criminal enterprise with, conspired with, or aided and abetted one another in the commission of the attempted extrajudicial killing of Dr. Saad.

401.    Defendants' acts were committed under apparent authority or color of law of the government of Saudi Arabia.

402.    Defendants bin Salman, Alasaker, Alqahtani, Alassiri, and the Tiger Squad Defendants acted with specific intent to kill Dr. Saad.  The U.S.-Based Covert Agent Defendants provided knowing substantial assistance and agreed to participate in an unlawful act.

403.    Defendants undertook substantial steps in furtherance of the attempted extrajudicial killing, including but not limited to sending Dr. Saad threatening messages to compel him to travel to vulnerable territory where he could be killed; kidnapping and torturing members of his family in a further effort to coerce him to return to Saudi Arabia; hunting for the location, contact information, and other valuable information about Dr. Saad by asking intrusive questions of Dr. Saad's family and friends and using deceptive means within the United States in an attempt to identify his precise whereabouts and pattern of movements; directing and carrying out a plot to travel to Canada with the express purpose of killing Dr. Saad; and directing a plot to travel through the United States to carry out a religious ruling endorsing the killing of Dr. Saad.

404.    The attempted extrajudicial killing constitutes a "tort . . . committed in violation of the law of nations or a treaty of the United States" under the Alien Tort Statute, 28 U.S.C. § 1350, in that it violated customary international law prohibiting extrajudicial killings and persecution as reflected, expressed, defined, and codified in customary international law, multilateral treaties and other international instruments, international and domestic judicial decisions, and other authorities.

177

405.    Defendants' attempted extrajudicial killing of Dr. Saad caused Dr. Saad severe physical and mental pain and suffering.

406.    As a result of Defendants' attempted extrajudicial killing in violation of the law of nations, Dr. Saad is entitled to damages in an amount to be determined at trial.

407.    Defendants' acts were deliberate, willful, intentional, wanton, malicious, and oppressive, and should be punished by an award of punitive damages in an amount to be determined at trial.

408.    Additionally, Dr. Saad is entitled to a declaratory judgment stating that Defendants have violated the law of nations by attempting to extrajudicially kill Dr. Saad.

## THIRD CAUSE OF ACTION

### Intentional Infliction of Emotional Distress
### *Against all Defendants*

409.    Dr. Saad realleges and incorporates by reference the allegations set forth in paragraphs 1 through 382 of this Complaint as if fully set forth herein.

410.    Defendants are liable to Dr. Saad for intentional infliction of emotional distress because they engaged in, conspired to commit, and/or aided and abetted the commission of extreme and outrageous conduct that intentionally or recklessly caused Dr. Saad severe emotional distress.

411.    In particular, Defendants' attempt to kill Dr. Saad—which included, *inter alia*, hunting him down in the United States, traveling to Canada with the materials necessary to clean up the crime, directing a plot to travel through the United States to kill Dr. Saad, and kidnapping

his children in an attempt to lure him back to Saudi Arabia to kill him—was *per se* extreme and outrageous.

412.    This extreme and outrageous conduct was deliberately calculated to cause Dr. Saad extreme suffering.  Alternatively, at a minimum, Defendants were reckless with respect to the likelihood of causing Dr. Saad severe emotional distress.

413.    Dr. Saad has in fact suffered severe emotional distress requiring medical treatment as a result of Defendants' conduct and he is entitled to damages in an amount to be determined at trial.  Indeed, Dr. Saad has suffered from anxiety, insomnia, increased hypertension, fatigue, and headaches as a result of Defendants' conduct.

414.    Defendants' acts were deliberate, willful, intentional, wanton, malicious, and oppressive, and should be punished by an award of punitive damages in an amount to be determined at trial.

**PRAYER FOR RELIEF**

WHEREFORE, Dr. Saad demands judgment as follows:

    A.  awarding Dr. Saad compensatory damages in an amount to be determined at trial for all injuries suffered as a result of Defendants' wrongdoing;

    B.  awarding Dr. Saad declaratory relief declaring that Defendants have violated Dr. Saad's rights as set forth herein;

    C.  awarding Dr. Saad punitive and exemplary damages, according to proof;

    D.  awarding Dr. Saad prejudgment interest as allowed by law;

    E.  awarding Dr. Saad reasonable attorneys' fees and costs incurred in this action; and

    F.  awarding such other and further relief as the Court deems just and proper.

Dated:  February 4, 2021

                         Respectfully submitted,

                         JENNER & BLOCK LLP

                         */s/ David Pressman*
                         David Pressman
                         D.C. Bar No. 1013431
                         Jenner & Block LLP
                         919 Third Avenue
                         New York, NY 10022
                         Telephone:  (212) 891-1654
                         Fax: (212) 891-1699
                         dpressman@jenner.com

*/s/ Lindsay Harrison*
Lindsay Harrison
D.C. Bar No. 977407
Jenner & Block LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
Telephone:  (202) 639-6865
Fax:  (202) 639-6066
lharrison@jenner.com