# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. SAAD ALJABRI, <br><br>         Plaintiff, <br><br>    v. <br><br> MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD, *et al.* <br><br>         Defendants. | Civil Action No. 1:20-cv-02146-TJK |

**PLAINTIFF'S SECOND MOTION FOR ALTERNATIVE SERVICE**

Plaintiff Dr. Saad Aljabri ("Dr. Saad" or "Plaintiff"), through undersigned counsel, hereby moves the Court to authorize alternative service under Federal Rule of Civil Procedure 4(f)(3) on Defendants Ahmed Abdullah Fahad Albawardi ("Defendant Albawardi"), Bader Mueedh Saif Alqahtani ("Defendant Bader Alqahtani"), and Bijad Alharbi ("Defendant Alharbi") (collectively, the "Second Alternative Service Defendants").[1] Plaintiff proposes to serve Defendants Albawardi and Bader Alqahtani by sending messages directly to each defendant through the messaging applications WhatsApp and Signal, and by mail to each defendant's place of employment. Service via WhatsApp, Signal, and mail are the best means to provide Defendants Albawardi and Bader Alqahtani with actual notice of the lawsuit and minimize offense to foreign law. Plaintiff proposes to serve Defendant Alharbi by mail to the Presidency of State Security of the Kingdom of Saudi Arabia, the agency responsible for his detention. Serving Defendant Alharbi through the agency

---

[1] Defendant Alharbi was named as a defendant in Plaintiff's original Complaint, Dkt. 1; Defendants Albawardi and Bader Alqahtani were named as John Doe defendants in Plaintiff's original Complaint, and after discovery of their identities, were first identified by name as defendants in Plaintiff's Amended Complaint, Dkt. 66.

responsible for his detention is not prohibited by international agreement and is consistent with Saudi law on service of process.

WHEREFORE, for the reasons stated herein, in the accompanying Memorandum in Support, as well as Appendix A attached thereto, Plaintiff respectfully requests that the Court authorize Plaintiff to effect alternative service upon the Second Alternative Service Defendants.

Dated: February 4, 2021

Respectfully submitted,

JENNER & BLOCK LLP

/s/ David Pressman

David Pressman
D.C. Bar No. 1013431
Jenner & Block LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 891-1654
Fax: (212) 891-1699
dpressman@jenner.com

Lindsay Harrison
D.C. Bar No. 977407
Jenner & Block LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
Telephone: (202) 639-6865
Fax: (202) 639-6066
lharrison@jenner.com

*Counsel for Plaintiff*