# EXHIBIT C

**APPENDIX A**
**PROPOSED METHODS OF ALTERNATIVE SERVICE**

| Defendant | Proposed Methods of Alternative Service |
|---|---|
| Ahmed Abdullah Fahad Albawardi | (1) By WhatsApp message to Defendant Albawardi's personal WhatsApp account.[1]<br><br>(2) By Signal message to Defendant Albawardi's personal Signal account.<br><br>(3) By mail to his employer's address located at:[2]<br><br>    National Information Center<br>    Makkah Al-Mukarramah Branch Road<br>    Sulaymaniyah 11452, Riyadh<br>    Saudi Arabia |
| Bader Mueedh Saif Alqahtani | (1) By WhatsApp message to Defendant Bader Alqahtani's personal WhatsApp account.<br><br>(2) By Signal message to Defendant Bader Alqahtani's personal Signal account.<br><br>(3) By mail to his employer's address located at:[3]<br><br>    National Information Center<br>    Makkah Al-Mukarramah Branch Road<br>    Sulaymaniyah 11452, Riyadh<br>    Saudi Arabia |
| Bijad Alharbi | (1) By mail to his place of detention located at:<br><br>    The Office of the Presidency of State Security<br>    Al Olaya<br>    Riyadh 11543<br>    Saudi Arabia |

---

[1] At the Court's request, Plaintiff will submit the personal phone numbers referred to in this motion for review in camera.

[2] National Information Center, Gov.sa, https://www.my.gov.sa/wps/portal/snp/pages/agencies/agencyDetails/AC344/!ut/p/z0/04_Sj9CPykssy0xPLMnMz0vMAfIjo8zivQIsTAwdDQz9LQwNzQwCnS0tXPwMvYwNDAz0g1Pz9L30o_ArAppiVOTr7JuuH1WQWJKhm5mXlq8f4ehsbGKiX5DtHg4AKpDQyg!!/.

[3] *Id.*