# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DR. SAAD ALJABRI,

    Plaintiff,

    v.

MOHAMMED BIN SALMAN BIN
ABDULAZIZ AL SAUD, *et al.*

    Defendants.

Civil Action No. 1:20-cv-02146-TJK

**[PROPOSED] SEALED ORDER GRANTING LEAVE TO
SERVE CERTAIN DEFENDANTS BY ALTERNATIVE MEANS**

THIS MATTER is before the Court on the Second Motion for Alternative Service (the "Motion") of Plaintiff Dr. Saad Aljabri ("Dr. Saad" or "Plaintiff"), pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure. For the reasons set forth in Plaintiff's Memorandum of Law in support of the Motion, IT IS HEREBY ORDERED that:

1. Plaintiff's motion is GRANTED, and Plaintiff has leave to serve Defendants Ahmed Abdullah Fahad Albawardi ("Defendant Albawardi"), Bader Mueedh Saif Alqahtani ("Defendant Bader Alqahtani"), and Bijad Alharbi ("Defendant Alharbi") by alternative means.

2. Plaintiff shall serve Defendants Albawardi and Bader Alqahtani by WhatsApp message, by Signal message, and by mail as described in Appendix A to the Memorandum of Law in Support of Plaintiff's Motion for Alternative Service ("Appendix A").

3. In addition, Plaintiff shall serve Defendant Alharbi by mail as described in Appendix A.

4. This Order shall apply *nunc pro tunc* to the date on which Plaintiff served Defendants Albawardi and Bader Alqahtani by alternative means authorized by this Order.

2

      5.      The service as effected above shall be sufficient to satisfy due process and provide actual notice, and shall be sufficient for all purposes under the Federal Rules of Civil Procedure.

SO ORDERED.

DATE:

                                                      _____
                                                      United States District Judge