AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-02146-TJK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Hani Fakri Hamed
was received by me on *(date)* 2/5/21 .

☑ I personally served the summons on the individual at *(place)* 130 Dartmouth Street Apt. 207 Boston, MA  on *(date)* 2/6/21 4:44 PM ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: 7 hours and 45 minutes of waiting time at the location @ $75.00 per hour.

My fees are $ 581.25 for travel and $ _____ for services, for a total of $ 581.25 .

I declare under penalty of perjury that this information is true.

Date: 2/7/21

Server's signature

Merrell Smallwood, JD, Constable
Printed name and title

71 Commercial St 112 Boston, MA 02109.
Server's address

Additional information regarding attempted service, etc: Summons, Amended Complaint and Standing Order. Defendant acknowledged that he was Hani Fakri Hamed. Physical description: Middle Eastern male 5'2"-5'4", 45, Beard and glasses.