AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Dr. Saad Aljabri<br>*Plaintiff*<br>v.<br>Mohammed bin Salman bin Abdulaziz al Saud, et al.<br>*Defendant* | ) ) ) ) ) Case No. 20-cv-02146-TJK |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Youssef Alrajhi, Mohammed Alhamed, and Layla Abuljadayel *.

Date: 02/09/2021

/s/Alexandra E. Chopin
*Attorney's signature*

Alexandra E. Chopin (490736)
*Printed name and bar number*

Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, D.C. 20037
*Address*

alexandra.chopin@squirepb.com
*E-mail address*

(202) 457-6000
*Telephone number*

(202) 457-6315
*FAX number*

*reserving all of Defendants' defenses, including as to jurisdiction.