# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DR. SAAD ALJABRI,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:20-cv-02146-TJK |
| **MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD,** *et al.* | ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL OF ALAN T. DICKEY AS COUNSEL OF RECORD

Please withdraw the appearance of Alan T. Dickey as counsel for Defendants Youssef Alrajhi, Mohammed Alhamed, and Layla Abuljadayel. The basis for this notice pursuant to LCvR 83.2(h) and 83.6(b) is that Mr. Dickey is no longer employed with Squire Patton Boggs (US) LLP. The undersigned attorneys who have appeared on Defendants' behalf from Squire Patton Boggs (US) LLP will continue to represent Defendants in this matter. No trial date has been set.

Dated: February 9, 2021
Washington, D.C.

*/s/ Mitchell R. Berger*
Mitchell R. Berger (DC 385467)
Benjamin D. Wood (DC 487799)
Alexandra E. Chopin (DC 490736)
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, N.W.
Washington, D.C. 20037
Phone: 202-457-6000
Fax:    202-457-6315
mitchell.berger@squirepb.com
benjamin.wood@squirepb.com
alexandra.chopin@squirepb.com

*Attorneys for Defendants Youssef Alrajhi, Mohammed Alhamed, and Layla Abuljadayel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2021, I caused a true and correct copy of the foregoing Notice of Withdrawal of Counsel Alan T. Dickey on behalf of Defendants Youssef Alrajhi, Mohammed Alhamed, and Layla Abuljadayel to be served through the Court's CM/ECF System on all counsel of record in this action.

                                                */s/ Mitchell R. Berger*
                                                Mitchell R. Berger (DC 385467)