AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Dr. Saad Aljabri | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    20-cv-02146-TJK |
| Mohammed bin Salman bin Abdulaziz al Saud, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ahmed Abdullah Fahad Albawardi*                                                                                    .

Date:      02/12/2021

\* Reserving all of Defendant's defenses,
including, but not limited to, service of process
and jurisdiction.

/s/ Jessica N. Carmichael
*Attorney's signature*

Jessica N. Carmichael (998952)
*Printed name and bar number*

Carmichael Ellis & Brock, PLLC
108 N. Alfred Street, 1st FL
Alexandria, VA 22314

*Address*

jessica@carmichaellegal.com
*E-mail address*

(703) 684-7908
*Telephone number*

(703) 684-7908
*FAX number*