AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Dr. Saad Aljabri<br>*Plaintiff*<br>v.<br>Mohammed bin Salman bin Abdulaziz al Saud, et al<br>*Defendant* | )<br>)<br>)   Case No.   20-cv-02146-TFK<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ahmed Abdullah Fahad Albawardi                                                                                          .

Date:   02/12/2021

/s/ Barry J. Pollack
*Attorney's signature*

Barry J. Pollack (434513)
*Printed name and bar number*

The Law Offices of Barry J. Pollack
1629 K Street, NW Suite 300
Washington, DC 20006
*Address*

barryjpollack@gmail.com
*E-mail address*

(202) 230-9647
*Telephone number*

*FAX number*