# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAAD ALJABRI,<br><br>　　*Plaintiff*,<br><br>v.<br><br>MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD, *et al*.,<br><br>　　*Defendants*. | Civil Action No. 20-2146 (TJK) |

## CONSENT MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO THE AMENDED COMPLAINT

Defendant His Royal Highness Crown Prince Mohammed bin Salman bin Abdulaziz Al Saud (the "Crown Prince") and the other Appearing Defendants[1] request an enlargement of time until April 5, 2021, to respond to the Amended Complaint, ECF No. 66.[2] Prior to filing this motion, undersigned counsel discussed the relief sought herein with counsel for Plaintiff Saad Aljabri ("Plaintiff"). Plaintiff's counsel consents to the motion.

Plaintiff filed his original Complaint on August 6, 2020. ECF No. 1. On December 7, 2020, the Appearing Defendants filed motions to dismiss the Complaint. ECF Nos. 58-62. After

---

[1] The "Appearing Defendants" include the Crown Prince, the Prince Mohammed bin Salman Abdulaziz Foundation ("MiSK Foundation"), Bader Alasaker, Saud Alqahtani, Ahmed Alassiri, Khalid Ibrahim Abdulaziz Algasem, Mishal Fahad Alsayed, Bandar Saeed Alhaqbani, Ibrahim Hamad Abdulrahman Alhomid, Saud Abdulaziz Alsaleh, Ahmed Abdullah Fahad Albawardi, Youssef Alrajhi, Mohammed Alhamed, and Layla Abuljadayel.

[2] The Amended Complaint names three new defendants: Bader Mueedh Saif Alqahtani ("B. Alqahtani"), Hani Fakri Hamed ("Hamed"), and Ahmed Abdullah Fahad Albawardi ("Albawardi"). Albawardi has retained counsel and joins in this motion. B. Alqahtani and Hamed have not yet retained counsel. Once they do, counsel for the Appearing Defendants will ensure they are aware of this motion and ask whether they intend to join.

the filing of the motions to dismiss, Plaintiff's counsel informed the Appearing Defendants that Plaintiff intended to amend the Complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B) and requested the Appearing Defendants' consent to extend his deadline to file an amended complaint from December 28, 2020, to February 5, 2021.  The Appearing Defendants consented, and on December 17, 2020, Plaintiff filed a consent motion to extend the deadline to amend his Complaint to February 5, 2021.  ECF No. 65.  On December 18, 2020, the Court granted Plaintiff's motion.  Plaintiff filed his Amended Complaint on February 4, 2021.  ECF No. 66.

The Court may extend the time to respond to the Amended Complaint "for good cause." Fed. R. Civ. P. 6(b)(1).  Good cause exists here.  The enlargement sought by the Appearing Defendants is similar to the enlargement that the Court granted to Plaintiff to amend his Complaint.  With the benefit of that enlargement, Plaintiff turned his 107-page, 278-paragraph original Complaint against 14 defendants into a 181-page, 414-paragraph Amended Complaint against 17 defendants.  The Amended Complaint and the nature of Plaintiff's claims raise a host of complex factual and legal issues, including issues of personal and subject-matter jurisdiction and immunity, that require investigation in advance of filing a motion to dismiss.  An extension of the response deadline to April 5, 2021, will afford the Appearing Defendants with sufficient time to investigate those issues, thereby promoting the efficient adjudication of this case.

For the foregoing reasons, the Appearing Defendants request an enlargement of time until April 5, 2021, to respond to the Amended Complaint.

Dated:   February 12, 2021                     Respectfully submitted,

/s/ Mitchell R. Berger                                    /s/ Michael K. Kellogg

Mitchell R. Berger (DC 385467)              Michael K. Kellogg (DC 372049)
Benjamin D. Wood (DC 487799)              Gregory G. Rapawy (DC 493973)
Alexandra E. Chopin (DC 490736)           Andrew C. Shen (DC 500071)
**SQUIRE PATTON BOGGS (US) LLP**     **KELLOGG, HANSEN, TODD, FIGEL**
2550 M Street, N.W.                                 **& FREDERICK, P.L.L.C.**
Washington, D.C. 20037                          1615 M Street, N.W., Suite 400
(202) 457-6000                                          Washington, D.C. 20036
                                                                  (202) 326-7900
*Attorneys for Defendants*
*Mohammed Alhamed, Youssef Alrajhi,*    *Attorneys for Defendant*
*and Layla Abduljadayel*                          *Mohammed bin Salman bin Abdulaziz*
                                                                  *Al Saud*


/s/ Barry J. Pollack                                       /s/ William W. Taylor, III

Barry J. Pollack (DC 434513)                   William W. Taylor, III (DC 84194)
**THE LAW OFFICES OF BARRY J.**         Margarita K. O'Donnell (DC 1005972)
  **POLLACK, LLC**                                   **ZUCKERMAN SPAEDER LLP**
1629 K Street, N.W., Suite 300                 1800 M Street, N.W., Suite 1000
Washington, D.C. 20006                          Washington, D.C. 20036
(202) 230-9647                                          (202) 778-1800

                                                                  *Attorneys for Defendants*
                                                                  *Bader Alasaker and Prince Mohammed*
s/ Jessica N. Carmichael                          *bin Salman bin Abdulaziz Foundation*
                                                                  *d/b/a MiSK Foundation*
Jessica N. Carmichael (DC 998952)
**CARMICHAEL ELLIS & BROCK,**
  **PLLC**
108 N. Alfred Street, 1st Floor
Alexandria, Virginia 22314
(703) 684-7908
jessica@carmichaellegal.com

*Attorney for Defendants*
*Saud Alqahtani, Ahmed Alassiri,*
*Khalid Ibrahim Abdulaziz Algasem,*
*Mishal Fahad Alsayed, Ibrahim Hamad*
*Abdulrahman Alhomid, Saud Abdulaziz*
*Alsaleh, Bandar Saeed Alhaqbani,*
*and Ahmed Abdullah Fahad Albawardi*

## CERTIFICATE OF SERVICE

I certify that on February 12, 2021, I electronically filed the foregoing Consent Motion for Enlargement of Time To Respond to the Amended Complaint using the ECF system, which sent notice of filing in this matter to all counsel of record.

/s/ Michael K. Kellogg
Michael K. Kellogg
*Attorney for Defendant*
*Mohammed bin Salman bin Abdulaziz*
*Al Saud*