IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAAD ALJABRI,<br> *Plaintiff*,<br>v.<br>MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD, *et al.*,<br> *Defendants*. | Civil Action No. 20-2146 (TJK) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Consent Motion for Enlargement of Time To Respond to the Amended Complaint, it is hereby

ORDERED that the Motion is GRANTED, and it is further

ORDERED that the deadline for His Royal Highness Crown Prince Mohammed bin Salman bin Abdulaziz Al Saud, the Prince Mohammed bin Salman Abdulaziz Foundation ("MiSK Foundation"), Bader Alasaker, Saud Alqahtani, Ahmed Alassiri, Khalid Ibrahim Abdulaziz Algasem, Mishal Fahad Alsayed, Bandar Saeed Alhaqbani, Ibrahim Hamad Abdulrahman Alhomid, Saud Abdulaziz Alsaleh, Ahmed Abdullah Fahad Albawardi, Youssef Alrajhi, Mohammed Alhamed, and Layla Abuljadayel.to respond to the Amended Complaint filed by Plaintiff Saad Aljabri is April 5, 2021.

SO ORDERED this ____ day of _____ 2021.

                _____
                Hon. Timothy J. Kelly
                United States District Judge

**Local Rule 7(k) Appendix:  Names and Addresses of Attorneys
Entitled to Be Notified of This Entry**

David Pressman
JENNER & BLOCK LLP
919 Third Avenue
Floor 38
New York, NY 10022

Lindsay C. Harrison
JENNER & BLOCK LLP
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412

Michael K. Kellogg
Gregory G. Rapawy
Andrew C. Shen
KELLOGG, HANSEN, TODD,
   FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W.
Suite 400
Washington, DC 20036

William W. Taylor, III
Margarita K. O'Donnell
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W.
Suite 1000
Washington, DC 20036

Barry J. Pollack
THE LAW OFFICES OF
   BARRY J. POLLACK, LLC
1629 K Street, N.W.
Suite 300
Washington, DC 20006

Mitchell R. Berger
Alan T. Dickey
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, N.W.
Washington, DC 20037