AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Dr. Saad Aljabri | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 20-cv-02146-TFK |
| Mohammed bin Salman bin Abdulaziz al Saud, et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bader Al-Qahtani                                                                                                              .

Date: 02/18/2021

/s/ Barry J. Pollack
*Attorney's signature*

Barry J. Pollack (434513)
*Printed name and bar number*

The Law Offices of Barry J. Pollack
1629 K Street, NW Suite 300
Washington, DC 20006

*Address*

barryjpollack@gmail.com
*E-mail address*

(202) 230-9647
*Telephone number*

*FAX number*