IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. SAAD ALJABRI, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | )   Civil Action No. 1:20-cv-02146-TJK |
| | ) |
| MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME FOR
BADER ALQAHTANI TO FILE A RESPONSIVE PLEADING**

On February 15, 2021, the Court granted the Consent Motion for Enlargement of Time to Respond to the Amended Complaint [DE 76] for the then-appearing defendants, ordering them to respond to the amended complaint by April 5, 2021. The Consent Motion contemplated that when additional defendants subsequently appeared, they would likewise seek an enlargement of time so that all responsive pleadings would be due on the same date. *See* DE 76 at 1 n. 2. Bader Alqahtani was added as a defendant for the first time in the amended complaint. Undersigned counsel entered an appearance today on his behalf. Bader Alqahtani hereby seeks an enlargement of time to file a responsive pleading to April 5, 2021. Undersigned counsel has conferred with counsel for the plaintiff. The plaintiff consents to this motion.

Respectfully Submitted,

_____/s/_____
Barry J. Pollack (DC Bar #434513)
Law Offices of Barry J. Pollack, LLC
1629 K Street, N.W., Suite 300
Washington, DC 20006
202-230-9647
barryjpollack@gmail.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of February, 2021, I filed the foregoing pleading through the ECF system, which shall then send an electronic copy of this pleading to all parties in this action.

/s/
Barry J. Pollack