IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. SAAD ALJABRI, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>MOHAMMED BIN SALMAN BIN )<br>ABDULAZIZ AL SAUD, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:20-cv-02146-TJK |

**[PROPOSED] ORDER**

Upon consideration of the Consent Motion for an Enlargement of Time for Bader Alqahtani to File a Responsive Pleading and the entire record herein, it is on this _____ day of February 2021 hereby

ORDERED that the Consent Motion for an Enlargement of Time for Bader Alqahtani to File a Responsive Pleading is GRANTED; and it is further

ORDERED that Bader Alqahtani shall file his pleading responsive to the amended complaint no later than April 5, 2021.

_____
The Hon. Timothy J. Kelly
United States District Judge