AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Dr. Saad Aljabri )<br>*Plaintiff* )<br>v. )<br>Mohammed bin Salman bin Abdulaziz al Saud, et al. )<br>*Defendant* ) | Case No.  20-cv-02146-TJK |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Bader Mueedh Saif Alqahtani*                                    .

Date:   02/18/2021                              /s/ Jessica N. Carmichael
                                                                    *Attorney's signature*

                                                                    Jessica N. Carmichael (998952)
                                                                    *Printed name and bar number*

\* Reserving all of Defendant's defenses,
including, but not limited to, service of process
and jurisdiction.

                                                                    Carmichael Ellis & Brock, PLLC
                                                                    108 N. Alfred Street, 1st FL
                                                                    Alexandria, VA 22314
                                                                    *Address*

                                                                    jessica@carmichaellegal.com
                                                                    *E-mail address*

                                                                    (703) 684-7908
                                                                    *Telephone number*

                                                                    (703) 684-7908
                                                                    *FAX number*