AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Dr. Saad Aljabri | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 20-cv-02146-TJK |
| Mohammed bin Salman bin Abdulaziz al Saud, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Hani Fakri Hamed*.

Date: 02/19/2021

/s/Benjamin D. Wood
*Attorney's signature*

Benjamin D. Wood (DC 478799)
*Printed name and bar number*

Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, D.C. 20037
*Address*

benjamin.wood@squirepb.com
*E-mail address*

(202) 457-6000
*Telephone number*

(202) 457-6315
*FAX number*

*reserving all of Defendant's defenses, including as to jurisdiction.