# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DR. SAAD ALJABRI,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:20-cv-02146-TJK |
| **MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD,** *et al.*, | ) |
| Defendants. | ) |

## UNOPPOSED MOTION OF DEFENDANT HANI FAKRI HAMED FOR EXTENSION OF TIME TO RESPOND TO THE AMENDED COMPLAINT

Defendant Hani Fakri Hamed, through undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Local Rule 7, and this Court's Standing Order in Civil Cases (Dkt. #10), respectfully moves for an extension of time, from February 27, 2021, until and including April 5, 2021, to answer, move with respect to, or otherwise respond to, the Amended Complaint (Dkt. #66).  In filing this Motion for Extension of Time, Mr. Hamed expressly reserves, and does not waive, any defenses to the Amended Complaint, including all defenses relating to personal jurisdiction and the Court's subject matter jurisdiction.

Plaintiff filed a return of service on February 8, 2021 (Dkt. #70), stating that Mr. Hamed was served personally with a summons and a copy of the Amended Complaint on February 6, 2021, following which the Clerk of the Court set the date of February 27, 2021, as the deadline for Mr. Hamed to respond to the Amended Complaint (*id.*, ECF Notice).

Plaintiff's counsel, David Pressman, has stated that Plaintiff does not oppose this Motion for Extension of Time.

There is good cause for the requested extension of time, because Mr. Hamed seeks to coordinate the date of his response to the Amended Complaint with the deadline of April 5, 2021, previously established by the Court for the Appearing Defendants to respond to the Amended Complaint. *See* Minute Order of February 15, 2021. Plaintiff added Mr. Hamed as a new defendant in his Amended Complaint, and the requested extension of time will allow his undersigned counsel to work with Mr. Hamed in preparing a response to the allegations against him in an efficient manner that avoids duplication of arguments that likely will be made by one or more of the Appearing Defendants.

No previous extensions of Mr. Hamed's deadline to respond to the Amended Complaint have been sought or granted.

Mr. Hamed is unaware of any other deadlines that will be affected by the requested extension, and respectfully submits that extending his deadline to respond to the Amended Complaint will have no effect on any other deadline in this action.

Defendant Hani Fakri Hamed accordingly requests that the Court extend his time to respond to Plaintiff's Amended Complaint until and including April 5, 2021.

LOCAL CIVIL RULE 7(m) CERTIFICATION

Pursuant to Local Civil Rule 7(m), I hereby certify that we conferred with Plaintiff's counsel, David Pressman, who stated that Plaintiff does not oppose an extension until April 5, 2021, of the time for Hani Fakri Hamed to respond to the Amended Complaint.

Dated:  Washington, DC
        February 19, 2021

/s/Mitchell R. Berger
Mitchell R. Berger (DC 385467)
Benjamin D. Wood (DC 478799)
Alexandra E. Chopin (DC 490736)
Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, D.C.  20037
Telephone:  (202) 457-6000
Facsimile:  (202) 457-6315
mitchell.berger@squirepb.com
benjamin.wood@squirepb.com
alexandra.chopin@squirepb.com

*Attorneys for Defendant Hani Fakri Hamed*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2021, I caused a true and correct copy of the foregoing Unopposed Motion of Defendant Hani Fakri Hamed For Extension of Time to Respond to the Amended Complaint to be served through the Court's CM/ECF System on all counsel of record in this action.

*/s/Mitchell R. Berger*
Mitchell R. Berger (DC 385467)
Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, D.C.  20037
Telephone:  (202) 457-6000
Facsimile:  (202) 457-6315
mitchell.berger@squirepb.com

*Attorney for Defendant Hani Fakri Hamed*