UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DR. SAAD ALJABRI,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:20-cv-02146-TJK |
| ) | |
| **MOHAMMED BIN SALMAN BIN** ) | |
| **ABDULAZIZ AL SAUD,** *et al.,* ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

## [PROPOSED] ORDER

UPON CONSIDERATION of the Unopposed Motion of Defendant Hani Fakri Hamed for Extension of Time to Respond to the Amended Complaint pursuant to Fed. R. Civ. P. 6(b), and the record herein, and for good cause shown, it is hereby

ORDERED that Defendants' Motion is hereby GRANTED, and that Defendant Hani Fakri Hamed shall have until and including April 5, 2021, to answer, move with respect to, or otherwise respond to, Plaintiff's Amended Complaint (Dkt. #66).

SO ORDERED this __ day of February 2021.

　　　　　　　　　　　　　　　　　　　　　　　Hon. Timothy J. Kelly
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　　　　　　　　for the District of Columbia