IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. SAAD ALJABRI,<br><br>Plaintiff,<br><br>v.<br><br>MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD, *et al.*<br><br>Defendants. | Civil Action No. 1:20-cv-02146-TJK |

**AFFIDAVIT OF THOMAS MUSTERS
AS PROOF OF SERVICE OF SUMMONS AND AMENDED COMPLAINT ON
DEFENDANTS ALBAWARDI AND BADER ALQAHTANI VIA WHATSAPP AND
SIGNAL**

I, THOMAS MUSTERS, declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a Forensic Investigator at Computer Forensics Inc. On February 22, 2021, I effected service on Defendants Ahmed Abdullah Fahad Albawardi ("Defendant Albawardi") and Bader Mueedh Saif Alqahtani ("Defendant Bader Alqahtani") via WhatsApp and Signal.[1]

2. Specifically, on February 22, 2021, at the request of counsel for Plaintiff Dr. Saad Aljabri, I sent the following documents, in English and Arabic, to Defendants Albawardi and Bader Alqahtani via WhatsApp: Summons (Dkt. 69); Amended Complaint (Dkt. 66); Civil Cover Sheet (Dkt. 1-1); and the Court's Standing Order (Dkt. 5) (the "Service Package"). Along with the Service Package, I also sent both defendants messages (the "Service Messages"), in both English

---

[1] I understand that on February 12, 2021, the Court issued an order granting Plaintiff's request to serve Defendants Albawardi and Bader Alqahtani by these electronic means. Dkt. 73.

and Arabic, via WhatsApp, which explained that they were being served as a defendant in the *Aljabri v. bin Salman* case.[2]

3. WhatsApp allows a user to see when a message that the user transmitted has been successfully sent, when the message was successfully delivered to the recipient's phone, and, in some cases, when the recipient has read the message (known as "read receipts").[3]

4. I was able to confirm that the Service Package and the Service Messages were delivered to Defendants Albawardi and Bader Alqahtani via WhatsApp, meaning that the messages were successfully delivered to the recipients' phones. Additionally, I was able to confirm that the Service Package and the Service Messages were opened by both Defendants Albawardi and Bader Alqahtani, because WhatsApp displayed read receipts for the Service Package and the Service Messages.

5. To capture the delivery status of each WhatsApp message, I took screenshots showing the messages were delivered and read. True and correct copies of these screenshots for Defendants Albawardi and Bader Alqahtani are attached hereto as Exhibits A and B.

6. I was also able to confirm that both Defendants Albawardi and Bader Alqahtani opened WhatsApp soon after the Service Package and the Service Messages were delivered, which I could determine because the Defendants opened WhatsApp and appeared online. WhatsApp allows users to see when other WhatsApp users have opened the WhatsApp application and are

---

[2] I had also previously transmitted to Defendants Albawardi and Bader Alqahtani the English language Service Package on February 5, 2021, and the Arabic language Service Package on February 12, 2021, before the Court granted the Second Alternative Service Motion on February 12, 2021.

[3] *See How to Check Read Receipts*, WhatsApp, https://faq.whatsapp.com/android/security-and-privacy/how-to-check-read-receipts/ (Android); *How to Check Read Receipts*, WhatsApp, https://faq.whatsapp.com/iphone/security-and-privacy/how-to-check-read-receipts (iPhone).

currently "online." There is no way to prevent other users from seeing whether a WhatsApp user has opened the application while connected to the internet. I created a JavaScript program that, relying on this functionality, monitored the WhatsApp accounts of Defendants Albawardi and Bader Alqahtani and recorded the time that each defendant appeared online after the Service Packages and Service Messages were delivered. Exs. C and D (screenshots showing Defendants Albawardi and Bader Alqahtani were using WhatsApp while online soon after the Service Package and Service Messages were delivered, as indicated by the red box added to the screenshots showing the console logs of the JavaScript program or the WhatsApp messages).

7. In order to appear "online" on WhatsApp, users must have opened the WhatsApp application while their device was connected to the internet. By opening the WhatsApp application following my transmission of the Service Package and Service Messages, Defendants Albawardi and Bader Alqahtani would necessarily have encountered both the Service Package and Service Messages upon opening the application.

8. On February 22, 2021, I also sent the Service Package and Service Messages via Signal to Defendant Albawardi.

9. Signal allows a user to see when a message that the user transmitted has been successfully sent and when the message has been successfully delivered to the recipient's device.[4]

10. Using this functionality within Signal, I was able to confirm that the Service Package and the Service Messages were sent to Defendant Albawardi.

---

[4] Unlike WhatsApp, a sender of a Signal message will only receive a read receipt if: (1) the recipient has enabled read receipts, and (2) the recipient adds the sender's phone number to their contacts. Unless both occur, the sender will only see that the message has been delivered, even if the recipient has read the message.

11. To capture the delivery status of each Signal message, I took screenshots showing the messages were delivered. True and correct copies of these screenshots for Defendant Albawardi are attached hereto as Exhibit E.

*Defendant Albawardi*

12. On February 22, 2021 at 1:21 PM ET (UTC-5), I sent the Service Package and Service Messages to Defendant Albawardi via WhatsApp. The Service Package and Service Messages were delivered to Defendant Albawardi at 1:21 PM ET (UTC-5). Defendant Albawardi opened the messages used to transmit the Service Package and the Service Messages on February 22, 2021 at 1:21 PM ET (UTC-5), which is indicated by the read receipts for each message. Ex. A (screenshot of the WhatsApp messages to Defendant Albawardi). Defendant Albawardi accessed WhatsApp and was online on February 22, 2021 at 1:21 PM ET (UTC-5), at the same time the Service Package and Service Messages were delivered to him. Ex. C.

13. On February 22, 2021 at 1:27 PM ET (UTC-5), I sent the Service Package and Service Messages to Defendant Albawardi via Signal. The Service Package and Service Messages were delivered. Ex. E (screenshots of the Signal messages to Defendant Albawardi).[5]

*Defendant Bader Alqahtani*

14. On February 22, 2021 at 1:24 PM ET (UTC-5), I sent the Service Package and Service Messages to Defendant Bader Alqahtani via WhatsApp. The Service Package and Service Messages were delivered to Defendant Bader Alqahtani at 1:42 PM ET (UTC-5). Defendant Bader Alqahtani opened the messages used to transmit the Service Package and the Service Messages on February 22, 2021 at 1:42 PM ET (UTC-5), which is indicated by the read receipts for each

---

[5] The personal phone numbers of the defendants have been redacted in the exhibits when visible. At the Court's request, I understand that the Plaintiff will submit the personal phone numbers referred to in this affidavit for review in camera.

message. Ex. B (screenshot of the WhatsApp messages to Defendant Bader Alqahtani). Defendant Bader Alqahtani accessed WhatsApp and was online at the same time the Service Package and Service Messages were delivered and read. Ex. D.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 9th day of March 2021, in Oakville, Canada.

Thomas Musters



Notary Public  MANDIP KAUR BAINS