# EXHIBIT E

 Ahmed Abdullah Fahad Albawardi @ · ▮▮▮▮▮▮▮▮▮▮     

 **Aljabri v. bin Salman_Service of Process_Albawardi_En...**
16.25 MB

You, Ahmed Abdullah Fahad Albawardi, are hereby summoned and required to serve on Plaintiff Dr. Saad Aljabri's attorney, Jenner & Block LLP, 919 Third Avenue, New York, NY 10022-3908, United States, an answer to the amended complaint in the matter of Aljabri v. bin Salman, 1:20-cv-02146 (U.S. District Court for the District of Columbia). The following documents, in both English and Arabic, are included as attachments to this message: Summons; Civil Cover Sheet; Amended Complaint; and Judge Kelly's Standing Order.

Feb 22 1:27pm

أنت، احمد عبد فهد البواردي، مستدعى ومطلوب لتقديم على محامي المدعي الدكتور سعد الجبري، جينر آند بلوك إل إل بي، 919 ثيرد أفينيو، نيويورك، نيويورك 10022-3908، الولايات المتحدة، رد على الشكوى المعدلة فيما يتعلق بقضية الجبري ضد بن سلمان (1:20-cv-02146) (المحكمة الجزئية الأمريكية لمنطقة كولومبيا). الوثائق التالية، باللغتين الإنجليزية والعربية، مدرجة كمرفق لهذه الرسالة: الاستدعاء؛ صفحة الغلاف المدنية؛ الشكوى المعدلة؛ و أمر القاضي كيلي.

Feb 22 1:27pm

 Send a message    

 Ahmed Abdullah Fahad Albawardi @...

📄 **Aljabri v. bin Salman_Service of Process_Albawa...**
16.25 MB

You, Ahmed Abdullah Fahad Albawardi, are hereby summoned and required to serve on Plaintiff Dr. Saad Aljabri's attorney, Jenner & Block LLP, 919 Third Avenue, New York, NY 10022-3908, United States, an answer to the amended complaint in the matter of Aljabri v. bin Salman, 1:20-cv-02146 (U.S. District Court for the District of Columbia). The following documents, in both English and Arabic, are included as attachments to this message: Summons; Civil Cover Sheet; Amended Complaint; and Judge Kelly's Standing Order.

Feb 22 1:27pm

**Sent**      Monday, February 22, 2021 1:27 PM (1614018449646)
**Received** Monday, February 22, 2021 1:27 PM (1614018449646)
**To**

 Ahmed Abdullah Fahad Albawardi