IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. SAAD ALJABRI,<br><br>    Plaintiff,<br><br>    v.<br><br>MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD, *et al.*<br><br>    Defendants. | Civil Action No. 1:20-cv-02146-TJK |

## DECLARATION OF DAVID PRESSMAN
## AS PROOF OF SERVICE OF SUMMONS AND AMENDED COMPLAINT ON DEFENDANTS ALBAWARDI AND BADER ALQAHTANI

I, DAVID PRESSMAN, hereby declare under penalty of perjury that the following is true and correct:

1. I am a partner with the law firm of Jenner & Block LLP, and I represent Plaintiff Dr. Saad Aljabri in the above-captioned action. I am admitted to practice before this court. I submit this Declaration pursuant to Federal Rule of Civil Procedure 4(l)(1). The statements made in this Declaration are based on my personal knowledge.

2. As set forth in more detail below, Plaintiff served Defendants Ahmed Abdullah Fahad Albawardi ("Defendant Albawardi") and Bader Mueedh Saif Alqahtani ("Defendant Bader Alqahtani") pursuant to the methods set forth in the Court's February 12, 2021 Order at 1 (Dkt. 73) granting in part Plaintiff's Motion for Alternative Service (Dkt. 67-1).

*Defendant Albawardi*

3. On February 22, 2021, Plaintiff effected service on Defendant Albawardi via WhatsApp and Signal, as described in more detail in the Affidavit of Thomas Musters as Proof of

Service of Summons and Amended Complaint on Defendants Albawardi and Bader Alqahtani via WhatsApp and Signal ("Musters Affidavit"), Dkt. 87 ¶¶ 12-13.

4. On February 23, 2020, my firm mailed a copy of the summons, the amended complaint, the civil cover sheet, the Court's Standing Order, and translations of each of these documents (collectively, the "Service Package") to Defendant Albawardi by Federal Express ("FedEx") International Priority to: National Information Center, Makkah Al-Mukarramah Branch Road, Sulaymaniyah 11452, Riyadh, Saudi Arabia. *See* Ex. A (FedEx proof of delivery). The Service Package was delivered to Defendant Albawardi via FedEx on March 1, 2021, at 12:17 PM AST (UTC+3) and signed for by "A. Abdullah." *See* Ex. A (FedEx proof of delivery).[1]

*Defendant Bader Alqahtani*

5. On February 22, 2020, Plaintiff effected service on Defendant Bader Alqahtani via WhatsApp, as described in more detail in the Musters Affidavit. Dkt. 87 ¶ 14.

6. On February 23, 2020, my firm mailed the Service Package to Defendant Bader Alqahtani via FedEx International Priority to: National Information Center, Makkah Al-Mukarramah Branch Road, Sulaymaniyah 11452, Riyadh, Saudi Arabia. *See* Ex. B (FedEx proof of delivery). The Service Package was delivered to Defendant Bader Alqahtani via FedEx on March 1, 2021, at 12:17 PM AST (UTC+3) and signed for by "B. Bader." *See* Ex. B (FedEx proof of delivery).

---

[1] I understand that following the delivery of the Service Package, the package was returned to the local FedEx facility.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 9, 2021                                             /s/ David Pressman
                                                                                        David Pressman