# EXHIBIT A

March 01, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 7729 2887 1331

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | A.ABDULLAH | **Delivery Location:** | AYYA |
| **Service type:** | International Priority | | |
| **Special Handling:** | Deliver Weekday | | RIYADH, 11452 |
| | | **Delivery date:** | Mar 1, 2021 12:17 |

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 7729 2887 1331 | **Ship Date:** | Feb 23, 2021 |
| | | **Weight:** | 2.3 LB/1.04 KG |

**Recipient:**
AHMED ABDULLAH FAHAD ALBAWARDI, NATIONAL INFORMATION CENTER
MAKKAH AL-MUKARRAMAH BRANCH ROAD
SULAYMANIYAH
RIYADH, SA, 11452

**Shipper:**
J B,
919 3RD AVE
NEW YORK CITY, NY, US, 10022

**Reference**   70154-10001



Thank you for choosing FedEx