IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. SAAD ALJABRI,<br><br>    Plaintiff,<br><br>    v.<br><br>MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD, *et al.*<br><br>    Defendants. | Civil Action No. 1:20-cv-02146-TJK |

**[PROPOSED] ORDER**

The Court having considered Plaintiff's Motion to Unseal and the entire record herein, IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the Clerk shall unseal Docket Number 67, its accompanying exhibits, and Docket Number 73.


Date: _____                         _____
                                              UNITED STATES DISTRICT JUDGE