IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DR. SAAD ALJABRI,

    Plaintiff,

    v.

MOHAMMED BIN SALMAN BIN
ABDULAZIZ AL SAUD, *et al*.

    Defendants.

Civil Action No. 1:20-cv-02146-TJK

## PLAINTIFF'S CONSENT MOTION TO UNSEAL

Having successfully completed service of process on Defendants Ahmed Abdullah Fahad Albawardi ("Defendant Albawardi") and Bader Mueedh Saif Alqahtani ("Defendant Bader Alqahtani"), Plaintiff Dr. Saad Aljabri ("Plaintiff"), by and through his undersigned counsel, hereby moves this Court for an Order unsealing Docket Number 67, its accompanying exhibits, and Docket Number 73 (collectively, the "Sealed Filings"). As grounds therefore, Plaintiff states as follows:

    1.    On February 4, 2021, Plaintiff filed a Motion for Leave to File Motion for Alternative Service and Affidavits Requesting Foreign Mailing Under Seal ("Sealing Motion"), requesting permission to file a Motion for Alternative Service (the "Second Alternative Service Motion") and Affidavits Requesting Foreign Mailing (the "Second Affidavits") under seal in order to allow Plaintiff to effectuate service under Rules 4(f)(3) and 4(f)(2)(C)(ii) of the Federal Rules of Civil Procedure, respectively. Dkt. 67. Plaintiff requested and was granted leave to file the Second Alternative Service Motion, Second Affidavits, and related documents under seal "to ensur[e] that the Second Alternative Service Defendants are not able to frustrate Plaintiff's ability

to effectuate service."[1]  *Id.* at 2.  Plaintiff stated that he "will move to unseal" the Sealed Filings "[o]nce he has successfully effectuated service on the Second Alternative Service Defendants under Rule 4(f)(2)(C)(ii) and/or Rule 4(f)(3)."  *Id.* at 6.[2]  On February 9, 2021, the Court entered an Order granting the Sealing Motion.

2.     On February 12, 2021, the Court issued a Sealed Order ("Second Alternative Service Order") granting Plaintiff's Second Alternative Service Motion as to Defendants Albawardi and Bader Alqahtani pursuant to Rules 4(f)(3) and 4(f)(2)(C)(ii) and denying Plaintiff's motion as to Defendant Alharbi.  Dkt. 73.  As described in more detail in the Affidavit of Thomas Musters as Proof of Service of Summons and Amended Complaint on Defendants Albawardi and Bader Alqahtani via WhatsApp and Signal, on February 22, 2021, Plaintiff served Defendants Albawardi and Bader Alqahtani via WhatsApp and Defendant Albawardi via Signal message, pursuant to Appendix A of the Second Alternative Service Order.  Dkt. 87 ¶¶ 12-14.

3.     As described in more detail in the Declaration of David Pressman as Proof of Service of Summons and Complaint on Defendants Albawardi and Bader Alqahtani, Plaintiff also effectuated service on Defendants Albawardi and Bader Alqahtani via mail pursuant to the Second Alternative Service Order.  Dkt. 88 ¶¶ 4, 6.

4.     Because Plaintiff has now served Defendants Albawardi and Bader Alqahtani, sealing of the Sealed Filings, which related to service of those defendants, is no longer required.  Therefore, in accordance with Plaintiff's pledge to move to unseal the Sealed Filings, Dkt. 67 at

---

[1] The Second Alternative Service Defendants are Defendants Ahmed Abdullah Fahad Albawardi ("Defendant Albawardi"), Bader Mueedh Saif Alqahtani ("Defendant Bader Alqahtani"), and Bijad Alharbi ("Defendant Alharbi").

[2] Also on February 4, 2021, Plaintiff attempted service by foreign mailings under Rule 4(f)(2)(C)(ii).  In each case, the recipient refused delivery.

6, Plaintiff respectfully requests an Order unsealing Docket Number 67, its accompanying exhibits, and Docket Number 73.

5.      Plaintiff has conferred with counsel for Defendants Albawardi and Bader Alqahtani consistent with Local Civil Rule 7(m) and Paragraph 11 of this Court's Standing Order.  Counsel for Defendants Albawardi and Alqahtani do not oppose this motion if they have an opportunity to review the Sealed Filings and raise any objections before they are placed on the public docket.

6.      Accordingly, Plaintiff respectfully requests this Court's authorization to share the Sealed Filings with counsel for Defendants Albawardi and Bader Alqahtani.  If authorized, Plaintiff will share the Sealed Filings with counsel for Defendants Albawardi and Bader Alqahtani within one business day of the Court's authorization.  Plaintiff requests that the Court order Defendants Albawardi and Alqahtani to file any objections to unsealing the Sealed Filings within three business days thereafter.  Plaintiff further requests that, in the event no objection is filed within that timeframe, the Sealed Filings shall be unsealed.

WHEREFORE, Plaintiff respectfully requests this Court issue an Order unsealing Docket Number 67, its accompanying exhibits, and Docket Number 73, subject to the procedure for counsel for Defendants Albawardi and Bader Alqahtani to object as described above.

Dated: March 11, 2021

Respectfully submitted,

JENNER & BLOCK LLP

/s/ David Pressman
David Pressman
D.C. Bar No. 1013431
Jenner & Block LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 891-1654
Fax: (212) 891-1699
dpressman@jenner.com

/s/ Lindsay Harrison
Lindsay Harrison
D.C. Bar No. 977407
Jenner & Block LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
Telephone: (202) 639-6865
Fax: (202) 639-6066
lharrison@jenner.com

*Counsel for Plaintiff*