# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. SAAD ALJABRI,<br><br>    Plaintiff,<br><br>    v.<br><br>MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD, *et al*.<br><br>    Defendants. | Civil Action No. 1:20-cv-02146-TJK |

## [PROPOSED] ORDER

The Court having considered Plaintiff's Consent Motion to Unseal and the entire record herein, IT IS ORDERED that the motion is GRANTED.  It is FURTHER ORDERED that:

1. Plaintiff shall provide counsel for Defendants Albawardi and Bader Alqahtani with unredacted copies of Docket Number 67, its accompanying exhibits, and Docket Number 73 within one business day of the date of this Order;

2. Within three business days thereafter, Defendants Albawardi and Bader Alqahtani shall file any objections to unsealing with the Court, along with a proposed briefing schedule, as applicable;

3. If no objection is timely filed, the Clerk shall unseal Docket Number 67, its accompanying exhibits, and Docket Number 73.

Date: _____              _____
                                   UNITED STATES DISTRICT JUDGE