20cv 2146
Unexecuted
TJK

**From:**
DHL EXPRESS RIYADH
DHL WARE HOUSE EXIT – 16 SULAY AREA (DHL EHRO
PO BOX 756 CENTRAL
11411 RIYADH
SAUDI ARABIA

**To:**
USDC DDC
0 333 CONSTITUTION AVENUE NORTHWEST
DISTRICT OF COLUMBIA DC DISTRICT OF COLUMB
20002 WASHINGTON
UNITED STATES OF AMERICA

Contact: CLERK
Origin: RUH

U407  US – DCA – DCA

Ref Code: RT3037803904
Content Description: LETTER OR CORRESPONDENCE

WAYBILL 18 1372 1254

Pce/Shpt Weight: 0.91 KG
Date: 2021-03-13
Piece: 1/1

MAR 16 2021
Angela D. Caesar, Clerk of Court
U.S. Bankruptcy Court, District of Columbia

Maximum recommended weight 2 kg/4.4 lb
made from recycled materials