# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAAD ALJABRI, *Plaintiff*, v. MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD, *et al.*, *Defendants*. | Civil Action No. 20-2146 (TJK) |

## DECLARATION OF ANDREW C. SHEN IN SUPPORT OF DEFENDANT MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD'S MOTION TO DISMISS AMENDED COMPLAINT

I, Andrew C. Shen, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that:

1.  I respectfully submit this Declaration in Support of Defendant Mohammed bin Salman bin Abdulaziz Al Saud's Motion To Dismiss Amended Complaint.

2.  I am a partner in the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. in Washington, D.C., which represents His Royal Highness Mohammed bin Salman bin Abdulaziz Al Saud ("the Crown Prince" or "Prince Mohammed bin Salman") in this litigation. The following facts are based on my personal knowledge or on information provided to me. If called upon as a witness, I could and would testify competently to them.

3.  Attached as Exhibit A is a true and correct copy of the January 27, 2021 Reasons on *Ex-Parte* Orders issued by the Ontario Superior Court of Justice in *Sakab Saudi Holding Company v. Saad Khalid S Al Jabri*.

4.  Attached as Exhibit B is a true and correct copy of the March 11, 2021 Ruling on Set Aside Motions issued by the Ontario Superior Court of Justice in *Sakab Saudi Holding Company v. Saad Khalid S Al Jabri*.

5.  Attached as Exhibit C is a true and correct copy of the October 4, 2017 request of the National Central Bureau of INTERPOL of the Kingdom of Saudi Arabia for the issuance of a red notice concerning Saad Aljabri (Control No. A-267/1-2018).

6.  Attached as Exhibit D is a true and correct copy of the July 4, 2018 Decision of the Commission for the Control of INTERPOL's Files in *Request Concerning Saad Aljabri* (Ref. CCF/R960.17).

7.     Attached as Exhibit E is a true and correct copy of the January 22, 2021 *Mareva* Injunction Order issued by the Ontario Superior Court of Justice in *Sakab Saudi Holding Company v. Saad Khalid S Al Jabri*.

8.     Attached as Exhibit F is a true and correct copy of the April 1, 2021 Declaration of Fahad Nasser Al Arfaj in Support of Defendants' Motions To Dismiss.

9.     Attached as Exhibit G is a true and correct copy of the June 21, 2017 (1438/09/26 AH) press release published by the Saudi Press Agency announcing that His Majesty King Salman bin Abdulaziz Al Saud ("King Salman") had issued a royal order selecting Prince Mohammed bin Salman to serve as Crown Prince of the Kingdom of Saudi Arabia.

10.    Attached as Exhibit H is a true and correct copy of the January 23, 2015 (1436/04/03 AH) press release published by the Saudi Press Agency announcing that King Salman had issued a royal decree appointing Prince Mohammed bin Salman to the position of Minister of Defense of the Kingdom of Saudi Arabia.

11.    Attached as Exhibit I is a true and correct copy of Royal Order A/292, issued July 21, 2017 (1438/10/26 AH), appointing the Crown Prince to the position of Chairman of the Council of Political and Security Affairs of the Kingdom of Saudi Arabia, and a certified translation of the same.

12.    Attached as Exhibit J is a true and correct copy of the November 4, 2017 (1439/02/15 AH) press release published by the Saudi Press Agency announcing that King Salman had issued a series of royal orders concerning the formation and mandate of the Supreme Anti-Corruption Committee of the Kingdom of Saudi Arabia.

- 3 -

13. Attached as Exhibit K is a true and correct copy of Royal Order No. 44935, issued June 23, 2017 (1438/09/28 AH), granting the Crown Prince various oversight authorities, and a certified translation of the same.

14. Attached as Exhibit L is a true and correct copy of a record of the Public Prosecution's Office setting forth the charges and judgments against Omar bin Saad bin Khaled Al Jabri and Sarah bint Saad bin Khaled Al Jabri, and a certified translation of the same.

15. Attached as Exhibit M is a true and correct copy of the December 7, 2020 Declaration of Sujit Choudhry in Support of Defendants' Motions To Dismiss.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: April 5, 2021
Washington, D.C.

_____
Andrew C. Shen