# Exhibit C

ALJABRI Saad

Control number: A-267/1-2018

Requesting country: the Kingdom of Saudi Arabia

File no.: 2017/221029

Date of publication: 9/1/2018

Updated on: 9/1/2018

Fugitive wanted for prosecution

Caution: escape risk

Circulation to the media (including internet) of the extract of the notice as published on Interpol's public website: NO

# 1. Identity particulars

| | |
|---|---|
| Family name: | ALJABRI |
| Forename: | Saad |
| Sex: | Unknown |
| Date and place of birth: | 11/1/1959 –Hail– the Kingdom of Saudi Arabia |
| Nationality: | the Kingdom of Saudi Arabia (Confirmed) |
| Family name at birth: | ALJABRI |
| Marital status: | Married |

Father's family name and forenames: ALJABRI Khalid

Mother's maiden name and forenames: Alghomez Noura

| | |
|---|---|
| Occupation: | Government employee |
| Languages spoken: | Arabic, English |

Countries likely to be visited: Turkey (Istanbul), Turkey (Ankara), Canada (Ottawa)

**Identity documents:**

| Nationality | Type | Number | Issue date | Expiration date | City | Country |
|---|---|---|---|---|---|---|
| 1. Saudi Arabia | Passport | T258384 | 28/12/2016 | 11/9/2026 | Riyadh | Saudi Arabia |
| 2. Saudi Arabia | Passport | D098889 | 6/11/2016 | 13/9/2021 | Riyadh | Saudi Arabia |
| 3. Saudi Arabia | Passport | S004267 | 29/7/2005 | 27/6/2008 | Riyadh | Saudi Arabia |

# 2. Case

Facts of the case

| Town | Country | date |
|---|---|---|
| Riyadh | Saudi Arabia | from 1/1/2015 to 31/12/2016 |

**Summary of facts of the case**

ALJABRI Saad was a signed in a sovereign position in Riyadh in 2015-2016 in the Saudi government and abuse his job power, embezzling public money and laundering money, and he was able to leave the country before his arrest.

Investigations in the monitoring rounds on public money resulted in a strong relationship between the aforementioned and a number of government employees who were entrusted with public money and their involvement in gaining money illegally has been proven. The investigation of the financial transactions of those employees proved that he had embezzled with them large sums of public money. Statements of several detainees in embezzlement cases who worked near the job position of the mentioned stated that they gained money under his direction and planning in illegal ways to ease their way for him to gain vast amounts of money while he was in position, investigations showed that their embezzlements had happened several times in different occasions.

After reviewing property records, we found that he owns a lot of expensive cars, in addition to real-estate records showed that he owns expensive real-estates and these values do not match his monthly income. We have found that his wealth was made by him embezzling and misusing his office power.

**Additional information about the case:**

The embezzled funds are valued in billions of Saudi Riyals that are not counted yet and the request shall be updated with any new information when gathered.

Investigation of monitoring rounds of public money showed that there is a strong relation between the mentioned and several employees who were entrusted with public money which proves their involvement by gaining money illegally. Investigation and monitoring of financial transaction of said employees and the mentioned showed violations proving his embezzlement with them of vast amounts of public money. Statements of several detainees in embezzlement cases who worked near the job position of the mentioned stated that they gained money under his direction and planning in illegal ways to ease their way for him to gain vast amounts of money while he was in position, investigations showed that their embezzlements had happened several times in different occasions.

By reviewing property records, we found that he owns a lot of expensive cars, in addition to real-estate records showed that he owns expensive real-estates and these values do not match his monthly income.

**Fugitive wanted for prosecution**

**Arrest warrant and decision judicial 1/1**

Charge: embezzlement of public money.

Applied law: anti-money laundering law issued by royal decree number 43 of the year 1957.

Maximum potential punishment: years: 15.

Details: punishment of money laundering reaches 1 year to 15 years of imprisonment, and misuse of office power reaches two years.

Arrest and judicial decision of arrest:

| Number | Date of issue | Issued by | Country | Location |
|---|---|---|---|---|
| 67936 | 12/9/2017 | the public prosecution | The Kingdom of Saudi Arabia | Riyadh |

Secretariat has a copy of the arrest memorandum in the language of the requesting country: Yes.

## 3. Wanted action when finding the person:

Locate and arrest with a view to extradition:

Assurance are given that extradition will be sought upon arrest of the person, in conformity with national laws and/or the applicable bilateral and multilateral treaties .

Provisional arrest :

This request is to be treated as formal request for provisional arrest, in conformity with national laws and/or the applicable bilateral and multilateral treaties .

Informing the national central bureau in Riyadh, the Kingdom of Saudi Arabia (reference number of NCB: 10395. Dated: 4/10/2017. and the ICPO-INTERPOL general secretariat.