# Exhibit E

Court File No.   CV-21-00655418-00CL

## ONTARIO
## SUPERIOR COURT OF JUSTICE
## (COMMERCIAL LIST)

| | | |
|---|---|---|
| THE HONOURABLE | ) | FRIDAY, THE 22nd DAY OF |
| JUSTICE GILMORE | ) | JANUARY, 2021 |
| | ) | |

BETWEEN:

**SAKAB SAUDI HOLDING COMPANY, ALPHA STAR AVIATION SERVICES COMPANY, ENMA AL ARED REAL ESTATE INVESTMENT AND DEVELOPMENT COMPANY, KAFA'AT BUSINESS SOLUTIONS COMPANY, SECURITY CONTROL COMPANY, ARMOUR SECURITY INDUSTRIAL MANUFACTURING COMPANY, SAUDI TECHNOLOGY & SECURITY COMPREHENSIVE CONTROL COMPANY, TECHNOLOGY CONTROL COMPANY, NEW DAWN CONTRACTING COMPANY and SKY PRIME INVESTMENT COMPANY**

Plaintiffs

- and -

**SAAD KHALID S AL JABRI, DREAMS INTERNATIONAL ADVISORY SERVICES LTD., 1147848 B.C. LTD., NEW EAST (US) INC., NEW EAST 804 805 LLC, NEW EAST BACK BAY LLC, NEW EAST DC LLC, JAALIK CONTRACTING LTD., NADYAH SULAIMAN A AL JABBARI, KHALID SAAD KHALID AL JABRI, MOHAMMED SAAD KH AL JABRI, NAIF SAAD KH AL JABRI, SULAIMAN SAAD KHALID AL JABRI, HISSAH SAAD KH AL JABRI, SALEH SAAD KHALID AL JABRI, CANADIAN GROWTH INVESTMENTS LIMITED, GRYPHON SECURE INC., INFOSEC GLOBAL INC. and QFIVE GLOBAL INVESTMENT INC.**

Defendants

## ORDER

### NOTICE

If you, the Defendant Saad Khalid S Al Jabri ("Al Jabri"), disobey this order you may be held to be in contempt of court and may be imprisoned, fined or have your assets seized.  You are entitled to apply on at least twenty-four (24) hours notice to

- 2 -

the Plaintiffs, for an order granting you sufficient funds for ordinary living expenses and legal advice and representation.

Any other person who knows of this order and does anything which helps or permits Al Jabri to breach the terms of this Order may also be held to be in contempt of court and may be imprisoned, fined or have their assets seized.

THIS MOTION, made by the Plaintiffs, without notice, for an interim Order in the form of a *Mareva* injunction restraining the Defendant Al Jabri from dissipating his assets and other relief, was heard this day by judicial videoconference via Zoom due to the COVID-19 pandemic.

ON READING the Motion Record, including the Notice of Motion; the Affidavit of Abdulaziz Alnowaiser sworn January 18, 2021; the Affidavit of Neil David Hargreaves sworn January 18, 2021; the Affidavit of Abdulaziz Hamad Al Fahad sworn January 17, 2021; the Affidavit of James Bart Holladay sworn January 18, 2021; the Affidavit of Elizabeth Wozniak sworn January 18, 2021; and the Factum and Book of Authorities of the Plaintiffs;

AND ON NOTING the undertaking of the Plaintiffs to abide by any Order this Court may make concerning damages arising from the granting and enforcement of this Order;

AND UPON hearing the submissions of the lawyers for the Plaintiffs;

*Mareva* **Injunction**

1.     THIS COURT ORDERS that Al Jabri, and his servants, employees, agents, assigns and anyone else acting on his or their behalf or in conjunction with any of them, and any and all persons with notice of this injunction, are restrained from directly or indirectly, by any means whatsoever:

- 3 -

(a)    selling, removing, disposing of, dissipating, alienating, transferring, assigning, encumbering, or similarly dealing with any of Al Jabri's assets, or any assets in which he has any type of interest, wherever situate, including but not limited to:

(i)    Dreams International Advisory Services Ltd., 1147848 B.C. Ltd., New East (US) Inc., New East 804 805 LLC, New East Back Bay LLC, New East DC LLC and Jaalik Contracting Ltd, including any property or assets held directly or indirectly of any of them; and

(ii)    the accounts and assets listed in **Schedule "1"**, **Schedule "2"**, **Schedule "3"**, **Schedule "4"**, **Schedule "5"**, **Schedule "6"** and **Schedule "7"** hereto;

(b)    instructing, requesting, counselling, demanding, or encouraging any other person to do so; and

(c)    facilitating, assisting in, aiding, abetting, or participating in any acts the effect of which is to do so.

2.    THIS COURT ORDERS that paragraph 1 applies to all of Al Jabri's assets whether or not they are in his own name and whether they are solely or jointly owned. For the purpose of this Order, Al Jabri's assets include, but are not limited to:

(a)    any asset which he has the power, directly or indirectly, to dispose of or deal with as if it were his own. Al Jabri is to be regarded as having such power if a third party holds or controls the assets in accordance with his direct or indirect instructions;

- 4 -

(b)     anything regarded in law or equity as property or as an interest in property, any right or interest that can be transferred for value from one person to another, any right, including a contingent or future right, to be paid money or receive any other kind of property, and any cause of action in which Al Jabri has any interest;

(c)     any bank, investment or other account of Al Jabri at any bank, financial or other institution;

(d)     any motor vehicle, trailer, or other vehicle registered to Al Jabri;

(e)     any real property in which Al Jabri has any interest;

(f)     any and all other personal property of Al Jabri; and

(g)     any and all share certificates, negotiable instruments and the like of Al Jabri.

3.      THIS COURT ORDERS that, without limiting the scope of paragraph 1, Al Jabri is further prohibited from dealing with or using in any manner any secured credit, including but not limited to any credit card, loan, or line of credit, for which payment is secured against any personal or real property in which Al Jabri has any interest, pending further order of this Court.

**Ordinary Living Expenses**

4.      THIS COURT ORDERS that Al Jabri may apply for an Order, on at least twenty-four (24) hours notice to the Plaintiffs, specifying the amount of funds which Al Jabri is entitled to spend on ordinary living expenses and legal advice and representation.

- 5 -

**Disclosure of Information**

5.      THIS COURT ORDERS that Al Jabri prepare and provide to the Plaintiffs within ten (10) days of the date of service of this Order, a sworn statement detailing the nature, value, and location of his assets worldwide, including all assets referred to in paragraph 2 herein, whether in his own name or not and whether solely or jointly owned or whether held in trust for any other party.

6.      THIS COURT ORDERS that Al Jabri submit to examinations under oath within ten (10) days of the delivery by Al Jabri of the aforementioned sworn statement.

7.      THIS COURT ORDERS that if Al Jabri refuses to provide the information referred to in paragraph 5 herein, he is contempt of court and may render Al Jabri liable to be imprisoned, fined, or have his assets seized.

**Third Parties**

8.      THIS COURT ORDERS the banks listed in **Schedule "1"**, **Schedule "2"**, **Schedule "3"**, **Schedule "4"**, **Schedule "5"**, **Schedule "6"** and **Schedule "7"** and any other banks, financial institutions or other financial entities that are served with a copy of this Order (the "Banks") to forthwith freeze and prevent any removal or transfer of monies or assets of Al Jabri held in any account or on credit on behalf of Al Jabri, with the Banks, until further Order of the Court, including but not limited to the accounts listed in **Schedule "1"**, **Schedule "2"**, **Schedule "3"**, **Schedule "4"**, **Schedule "5"**, **Schedule "6"** and **Schedule "7"** hereto.

9.      THIS COURT ORDERS that the Banks forthwith disclose and deliver up to the Plaintiffs any and all records held by the Banks concerning Al Jabri's assets, accounts and safety deposit

- 6 -

boxes, including the existence, nature, value and location of any monies or assets or credit, wherever situate, held on behalf of Al Jabri by the Banks.

10.     THIS COURT ORDERS that any of the Banks that know or become aware of any safety deposit box held by or on behalf of Al Jabri are directed to forthwith advise the Plaintiffs of the location of such safety deposit boxes and provide the Plaintiffs, or such other person as authorized to act on behalf of the Plaintiffs, with access to such safety deposit boxes, including without limitation, access to the contents of such safety deposit boxes.

**Variation, Discharge or Extension of Order**

11.     THIS COURT ORDERS that anyone served with or notified of this Order may apply to the Court at any time to vary or discharge this order, on four (4) days notice to the Plaintiffs.

12.     THIS COURT ORDERS that the Plaintiffs shall apply for an extension of this Order on February 1, 2021, failing which this Order will terminate.

**Service**

13.     THIS COURT ORDERS that service of this Order may be effected by delivering same to any party located in Ontario by email, PDF or facsimile.

**Foreign Proceedings**

14.     THIS COURT HEREBY REQUESTS the aid and recognition of any court, tribunal, regulatory or administrative body having jurisdiction in Canada, the British Virgin Islands, the Kingdom of Saudi Arabia, Switzerland, Turkey, the United Kingdom, and the United States, or in any other foreign jurisdiction necessary, to give effect to this Order and to assist the Plaintiffs and

- 7 -

its respective agents in carrying out the terms of this Order.  All courts, tribunals, regulatory and administrative bodies are hereby respectfully requested to make such orders and to provide such assistance to the Plaintiffs as may be necessary or desirable to give effect to this Order.

15.     Insofar as this Order purports to have any effect outside of the territorial jurisdiction of this court, no person shall be affected by it or concerned by the terms of it until this Order is declared enforceable or registered or enforced by a foreign court of competent jurisdiction for that purpose, unless that person is:

    (a)     a party to this action or any agent of a party to this action; or

    (b)     a person who is subject to the judicial jurisdiction of this court, who has received written notice of this Order within the territorial jurisdiction of this court.

THE HONOURABLE JUSTICE GILMORE

ENTERED AT / INSCRIT À TORONTO
ON / BOOK NO:
LE / DANS LE REGISTRE NO:

JAN 2 2 2021

PER / PAR:

## SCHEDULE "1"

### Assets in Canada

**Bank Accounts**

| Bank | Asset | Account Holder | Account Number |
|------|-------|----------------|----------------|
| HSBC Bank Canada | Bank Account | Saad Khalid S Al Jabri | 051-028727-150 |

**Real Estate**

| Person / Entity in Possession | Asset | Description |
|-------------------------------|-------|-------------|
| 1147848 B.C. Ltd | Real Estate | 14 The Bridle Path, Toronto, M2L 1C8; PIN 10126 – 0242; Described as: <br><br> PT LT 8 CON2 EYS TWP OF YORK AS IN TB288346 EXCEPT THE EASEMENT THEREIN; TORONTO (N YORK), CITY OF TORONTO |

## SCHEDULE "2"

### Assets in the Kingdom of Saudi Arabia

**Bank Accounts**

| Bank | Asset | Account Holder | Account Number |
|------|-------|----------------|----------------|
| Alawwal Bank | Bank Account | Saad Khalid S Al Jabri | SA1450000000010374772001 |
| Alawwal Bank | Bank Account | Saad Khalid S Al Jabri | 010374772028 |
| Alawwal Bank | Bank Account | Saad Khalid S Al Jabri | SA4250000000010374772079 |
| Alawwal Bank | Bank Account | Saad Khalid S Al Jabri | SA1750000000010374772044 |
| Alawwal Bank | Bank Account | Saad Khalid S Al Jabri | SA2050000000010374772087 |
| Alawwal Bank | Bank Account | Saad Khalid S Al Jabri | SA3950000000010374772036 |
| Alawwal Bank | Bank Account | Saad Khalid S Al Jabri | SA7050000000010374772060 |
| Alawwal Bank | Bank Account | Saad Khalid S Al Jabri | SA9250000000010374772052 |
| Alawwal Bank | Bank Account | Jaalik Contracting Ltd. | SA1150000000038045737015 |
| Alawwal Bank | Bank Account | Jaalik Contracting Ltd. | SA3350000000038045737007 |
| Banque Saudi Fransi | Bank Account | Jaalik Contracting Ltd. | 89083800124 |
| National Commercial Bank – Saudi Arabia | Bank Account | Saad Khalid S Al Jabri | 25747544000108 |
| National Commercial Bank – Saudi Arabia | Bank Account | Saad Khalid S Al Jabri | 25747544000206 |

- 2 -

| Bank | Asset | Account Holder | Account Number |
|------|-------|----------------|----------------|
| Riyad Bank | Bank Account | Saad Khalid S Al Jabri | 2390006410440 |
| Riyad Bank | Bank Account | Saad Khalid S Al Jabri | 2390006419906 |
| Riyad Bank | Bank Account | Saad Khalid S Al Jabri | 2660027919940 |
| Riyad Bank | Bank Account | Saad Khalid S Al Jabri | 2660027910440 |
| Riyad Bank | Bank Account | Saad Khalid S Al Jabri | 2660027913840 |
| Riyad Bank | Bank Account | Saad Khalid S Al Jabri and AbdulRahman Khaled Saadallah AlJabri | 2390182669940 |
| Samba Financial Group SJSC | Bank Account | Saad Khalid S Al Jabri | 2610341164 |
| Samba Financial Group SJSC | Bank Account | Saad Khalid S Al Jabri | 2640069160 |
| Samba Financial Group SJSC | Bank Account | Jaalik Contracting Ltd. | 2807002609 |
| Saudi British Bank | Bank Account | Saad Khalid S Al Jabri | 020-007498-001 |

- 3 -

**Real Estate**

| Person / Entity in Possession | Asset | Description |
|---|---|---|
| Saad Khalid S Al Jabri | Real Estate | Deed No. 310111004681<br><br>Plot No. 1728, Block No. 139 of plan No. 2924 located in Al-Falah Neighborhood in the city of Riyadh |
| Saad Khalid S Al Jabri | Real Estate | Deed No. 910120029195<br><br>Plot No. 295, Block No. 16 of plan No. 3119 located in Qurtuba Neighborhood in the city of Riyadh |
| Saad Khalid S Al Jabri | Real Estate | Deed No. 410108034053<br><br>Plot No. 296, Block No. 16 of plan No. 3119 located in Qurtuba Neighborhood in the city of Riyadh |
| Saad Khalid S Al Jabr | Real Estate | Deed No. 310105034341<br><br>Plot No. 1932/2 of plan No. 2825 located in Al Hazm Neighborhood in the city of Riyadh |
| Saad Khalid S Al Jabri | Real Estate | Deed No. 310107032212<br><br>Plot No. 191, Block No. 21 of plan No. 2163 located in Shabra Neighborhood in the city of Riyadh |
| Saad Khalid S Al Jabri | Real Estate | Deed No. 320107000839<br><br>Plot No. 4, Block No. 55 of plan No. 1/7/78/[letter *ba'*] located in Batha Quraish Neighborhood in the city Mecca |
| Saad Khalid S Al Jabri | Real Estate | Deed No. 420219007961<br><br>Plot No. 170, of plan No. 302/[letter *jim*]/[letter *sin*] located in South Obhur Neighborhood in the city of Jeddah |
| Saad Khalid S Al Jabri | Real Estate | Deed No. 620118002302<br><br>Plot No. 133, of plan No. 1/15/23/[letter *ba'*] located in Prince Abdullah Al-Faisal Al-Shisha Neighborhood in Mecca |
| Saad Khalid S Al Jabri | Real Estate | Deed No. 520211017433 |

- 4 -

| Person / Entity in Possession | Asset | Description |
|---|---|---|
|  |  | Flat No. 3/1, Third floor of Buildings situated on an unnumbered plot of plan No. 459/[letter *ba'*] located in Al-Shati Neighborhood in Jeddah |
| Saad Khalid S Al Jabri | Real Estate | Deed No. 240114004385 <br><br> The entire remaining part of the land located in southern Al Hurra Al Gharbiya Neighborhood in Medina |
| Saad Khalid S Al Jabri | Real Estate | Deed No. 320220013373 <br><br> Plot No. 19/[letter *ba'*], of plan No. 272/[letter *ba'*], located in Al-Zumurud Neighborhood in Jeddah |
| Saad Khalid S Al Jabri | Real Estate | Deed No. 920215021391 <br><br> The remaining parts of plot No. 227, of plan No. South Obhur located in South Obhur Neighborhood in Jeddah |
| Saad Khalid S Al Jabri | Real Estate | Deed No. 310117029316 <br><br> Plot No. 31/2, of plan No. 205, located in Al-Raid Neighborhood in the city of Riyadh |
| Saad Khalid S Al Jabri | Real Estate | Deed No. 310117029317 <br><br> Plot No. 31/3, of plan No. 205, located in Al-Raid Neighborhood in the city of Riyadh |
| Saad Khalid S Al Jabri | Real Estate | Deed No. 310117029321 <br><br> Plot No. 34/3, of plan No. 205, located in Al-Raid Neighborhood in the city of Riyadh |
| Saad Khalid S Al Jabri | Real Estate | Deed No. 310113063232 <br><br> Plot No. 36/2, of plan No. 205, located in Al-Raid Neighborhood in the city of Riyadh |
| Nadyah Sulaiman A Aljabbari | Real Estate | Deed No. 310116008543 <br><br> Plot No. 472, of plan No. 2301, located in Al Khaleej Neighborhood in the city of Riyadh |
| Nadyah Sulaiman A Aljabbari | Real Estate | Deed No. 310121030831 |

| Person / Entity in Possession | Asset | Description |
|---|---|---|
|  |  | Plot No. 1732, Block No. 139 of plan No. 2924 located in Al Falah Neighborhood in the city of Riyadh |
| Nadyah Sulaiman A Aljabbari | Real Estate | Deed No. 610116038809 Plot No. 35, of plan No. 2688, located in Al Janadriyah Neighborhood in Riyadh |
| Khalid Saad Khalid Al Jabri | Real Estate | Deed No. 810122036301 Plot No. 34/2, of plan No. 205, located in Al-Raid Neighborhood in the city of Riyadh |
| Saleh Saad Khalid Al Jabri | Real Estate | Deed No. 510112043372 Plot No. 35/1, of plan No. 205, located in Al-Raid Neighborhood in the city of Riyadh |
| Omar Saad Khalid al Jabri | Real Estate | Deed No. 310112043369 Plot No. 37/3, of plan No. 205, located in Al-Raid Neighborhood in the city of Riyadh |
| Naif Saad KH Al Jabri | Real Estate | Deed No. 910112043371 Plot No. 37/1, of plan No. 205, located in Al-Raid Neighborhood in the city of Riyadh |
| Sulaiman Saad Khalid Al Jabri | Real Estate | Deed No. 410112043375 Plot No. 33/1, of plan No. 205, located in Al-Raid Neighborhood in the city of Riyadh |
| Hissah Saad KH Al Jabri | Real Estate | Deed No. 910112043374 Plot No. 31/4, of plan No. 205, located in Al-Raid Neighborhood in the city of Riyadh |
| Hissah Saad KH Al Jabri | Real Estate | Deed No. 510105046583 Plot No. 883, Block No. 728 of plan No. 1637 located in Al Yasmin Neighborhood in the city of Riyadh |

**SCHEDULE "3"**

**Assets in Switzerland**

**Bank Accounts**

| Bank | Asset | Account Holder | Account Number |
|------|-------|----------------|----------------|
| HSBC Private Bank (Suisse) SA | Bank Account | Saad Khalid S Al Jabri | CH0708689050913184674 |
| HSBC Private Bank (Suisse) SA | Bank Account | Saad Khalid S Al Jabri | 1502433 |
| HSBC Private Bank (Suisse) SA | Bank Account | Saad Khalid S Al Jabri | 13309779 |
| HSBC Private Bank (Suisse) SA | Bank Account | Dreams International Advisory Ltd. | CH4708689050914082271 |
| HSBC Private Bank (Suisse) SA | Bank Account | Dreams International Advisory Ltd. | 14343334 |

**SCHEDULE "4"**

**Assets in Turkey**

**Bank Accounts**

| Bank | Asset | Account Holder | Account Number |
|---|---|---|---|
| HSBC Bank A.S. | Bank Account | Saad Khalid S Al Jabri | TR510012300482102065377599 |
| Turkiye Cumhuriyeti Ziraat Bankasi A.S. | Bank Account | Saad Khalid S Al Jabri | TR480001000202749473005003 |
| Turkiye Cumhuriyeti Ziraat Bankasi A.S. | Bank Account | Saad Khalid S Al Jabri | TR210001000202749473005004 |
| Turkiye Garanti Bankasi A.S. | Bank Account | Saad Khalid S Al Jabri | TR940006200136600009097977 |
| Turkiye Garanti Bankasi A.S. | Bank Account | Saad Khalid S Al Jabri | TR240006200136600009097976 |

## SCHEDULE "5"

### Assets in the United Kingdom

**Bank Accounts**

| Bank | Asset | Account Holder | Account Number |
|---|---|---|---|
| Citibank UK | Bank Account | Saad Khalid S Al Jabri | Unknown |
| HSBC UK | Bank Account | Saad Khalid S Al Jabri | 91832514 |
| Royal Bank of Scotland | Bank Account | Saad Khalid S Al Jabri | 00100385 |

SCHEDULE "6"

Assets in the United States – Massachusetts

**Bank Accounts**

| Bank | Asset | Account Holder | Account Number |
|------|-------|----------------|----------------|
| HSBC Bank USA NA | Bank Account | New East 804 805 LLC | 0605184356 |
| HSBC Bank USA NA | Bank Account | New East Back Bay LLC | 0605183929 |
| HSBC Bank USA NA | Bank Account | New East (US) Inc. | 0605184364 |

**Real Estate**

| Person / Entity in Possession | Asset | Description |
|-------------------------------|-------|-------------|
| New East Back Bay LLC | Real Estate | Unit W10-C, Mandarin Oriental, 776 Boylston Street, Boston, Massachusetts, USA<br>Parcel 0401037856 |
| New East Back Bay LLC | Real Estate | Unit 5203, Four Seasons Boston, One Dalton Place, Boston, Massachusetts, USA<br>Parcel 0401149310 |
| New East Back Bay LLC | Real Estate | Unit 5202, Four Seasons Boston, One Dalton Place, Boston, Massachusetts, USA<br>Parcel 0401149308 |
| New East (US) Inc. | Real Estate | Pent House PH-01, Millennium Place, 580 Washington Street, Boston Massachusetts, USA<br>Parcel 0304488502 |
| New East (US) Inc. | Real Estate | Unit 714, Millennium Place, 580 Washington Street, Boston, Massachusetts, USA<br>Parcel 0304488242 |

- 2 -

| Person / Entity in Possession | Asset | Description |
|---|---|---|
| New East (US) Inc. | Real Estate | Unit 3E, Millennium Place, 580 Washington Street, Boston, Massachusetts, USA<br><br>Parcel 0304488052 |
| New East 804 805 LLC | Real Estate | Unit 805, Millennium Place, 580 Washington Street, Boston, Massachusetts, USA<br><br>Parcel 0304488266 |
| New East 804 805 LLC | Real Estate | Unit 804, Millennium Place, 580 Washington Street, Boston, Massachusetts, USA<br><br>Parcel 0304488264 |

### SCHEDULE "7"

**Assets in the United States – District of Columbia**

**Bank Accounts**

| Bank | Asset | Account Holder | Account Number |
|------|-------|----------------|----------------|
| HSBC Bank USA NA | Bank Account | New East DC LLC | 0605187223 |
| HSBC Bank USA NA | Bank Account | Saad Khalid S Al Jabri | 389-09170-7 |

**Real Estate**

| Person / Entity in Possession | Asset | Description |
|-------------------------------|-------|-------------|
| New East DC LLC | Real Estate | Millennium Square Condominium – 111 23rd Street, NW, in Washington DC – Penthouse<br>Deed: 2008094210 |

**SAKAB SAUDI HOLDING COMPANY et al.**                    and                    **SAAD KHALID S AL JABRI et al.**
Plaintiffs                                                                                                Defendants

Court File No. CV-21-00655418-00CL

<table>
<tr><td></td><td>

**ONTARIO**
**SUPERIOR COURT OF JUSTICE**
**(COMMERCIAL LIST)**

PROCEEDING COMMENCED AT
TORONTO

---

**ORDER**

---

**BENNETT JONES LLP**
3400 One First Canadian Place
P.O. Box 130
Toronto ON  M5X 1A4

**Munaf Mohamed QC (#10114)**
Email:        mohamedm@bennettjones.com
Telephone:  (403) 298-4456

**Amanda C. McLachlan (#58365O)**
Email:        mclachlana@bennettjones.com
Telephone:  (416) 777-5393

**Jonathan G. Bell (#55457P)**
Email:        bellj@bennettjones.com
Telephone:  (416) 777-6511

Lawyers for the Plaintiffs

</td></tr>
</table>