# Exhibit K




المملكة العربية السعودية
الديوان الملكي
(٠٦١)
الأوامر الملكية

رقم الصادر: ٤٤٩٣٥
تاريخ الصادر: ٢٨ / ٠٩ / ١٤٣٨
المرفقات:

" سري للغاية "

صاحب السمو الملكي ولي العهد
نائب رئيس مجلس الوزراء

السلام عليكم ورحمة الله وبركاته:

نشير إلى الفقرة (د) من المادة الخامسة من النظام الأساسي للحكم الصادر بالأمر رقم (٩٠/أ) وتاريخ ١٤١٢/٨/٢٧هـ التي قضت بأن يكون ولي العهد متفرغاً لولاية العهد، وما يكلفه به الملك من أعمال، وإلى المادة (الرابعة والأربعين) منه التي قضت بأن الملك هو المرجع لجميع السلطات في الدولة (القضائية والتنفيذية والتنظيمية)، وإلى المادة (الخامسة والستين) منه التي قضت بأن للملك تفويض بعض الصلاحيات لولي العهد بأمر ملكي.

وبعد الاطلاع على نظام مجلس الوزراء الصادر بالأمر رقم (١٣/أ) وتاريخ ١٤١٤/٣/٣هـ، ونظام تأديب الموظفين الصادر بالمرسوم الملكي رقم (م/٧) وتاريخ ١٣٩١/٢/١هـ، ونظام ديوان المراقبة العامة الصادر بالمرسوم الملكي رقم (م/٩) وتاريخ ١٣٩١/٢/١١هـ، ونظام هيئة التحقيق والادعاء العام الصادر بالمرسوم الملكي رقم (م/٥٦) وتاريخ ١٤٠٩/٩/٢٤هـ وتعديلاته، وتنظيم الهيئة الوطنية لمكافحة الفساد الصادر بقرار مجلس الوزراء رقم (١٦٥) وتاريخ ١٤٣٢/٥/٢٨هـ، وعلى الأنظمة والأوامر والمراسيم الملكية والقرارات والتعليمات ذات الصلة.

وبناءً على ما تقتضيه المصلحة العامة للدولة في أن يمارس ولي عهدنا سلطاتنا المتعلقة بشؤون الدولة ذات الصلة بالأجهزة الرقابية والنيابة العامة والإشراف عليها ومتابعتها واتخاذ ما يلزم حيالها.

١٠٣



الديوان الملكي

رقم الصادر : ٤٤٩٣٥
تاريخ الصادر : ٢٨ / ٠٩ / ١٤٣٨
المرفقات :



المملكة العربية السعودية
الديوان الملكي
(٠٦١)

الأوامر الملكية

اعتمدوا ممارسة سلطاتنا المنصوص عليها في الأنظمة والتنظيمات المتعلقة بشؤون الدولة ذات الصلة بالأجهزة الرقابية والنيابة العامة والإشراف عليها ومتابعتها – دون المساس بحقنا في مباشرتها في أي وقت – ولكم في سبيل ذلك اتخاذ ما ترونه من إجراءات أو تدابير أو إصدار أوامر أو قرارات تتصل بذلك ، وذلك اعتباراً من تاريخ أمرنا هذا.. فأكملوا ما يلزم بموجبه.

سلمان بن عبدالعزيز آل سعود

١٠٣

| | |
|---|---|
| Kingdom of Saudi Arabia | Royal Court |
| | Outgoing No. 44935 |
| | Date: 28/09/1438 AH (06/23/2017 AD) |
| | Attach: |
| Royal Court        //LOGO// | **BARCODE** |
| (061) | |
| **Royal Orders** | |

<div style="border:1px solid;">

"Very Confidential"

**His Royal Highness Crown Prince**

**and Deputy Prime Minister**

May Peace and Mercy of Allah be upon you!

With reference to paragraph (D) of Article 5 of the Basic Law of Governance issued by Royal Order No. (A/90), dated 27/08/1412 AH (03/02/1992 AD) which states that the Crown Prince shall devote himself exclusively to the office of the Crown Prince and shall perform any other duties assigned to him by the King, and to Article 44 thereof which states that the King shall be the final reference to all authorities in the state (the Judicial, the Executive and the Regulatory Authorities), and to Article 65 thereof which states that the King may delegate certain powers to the Crown Prince by Royal Order.

And after perusal of the law of the Council of Ministers issued by the Royal Order No. (A/13), dated 03/03/1414 AH (08/21/1993 AD), the Law of Employee Discipline issued by Royal Decree No. (M/7), dated 01/02/1391 AH (03/29/1971 AD), the Law of the General Court of Audit issued by Royal Decree No. (M/9), dated 11/02/1391 AH (04/08/1971 AD), the Law of the Bureau of Investigation and Public Prosecution issued by Royal Decree No. (M/56), dated 24/09/1409 AH (04/30/1989 AD) and its amendments, the regulation of the National Anti-Corruption Commission issued by the Council of Ministers Resolution No. (165), dated 28/05/1432 AH (05/02/2011 AD) and the relevant Laws, Royal Orders and Decrees, Resolutions and Instructions.

Based on the imperatives of the State public interest dictating that our Crown Prince exercises our authorities pertaining to the State affairs related to the oversight entities and Public Prosecution as well as follow-up and supervision of the same and acting accordingly thereabout.

</div>

{Watermark Repeating:}
{alphanumeric code}
Top Secret

| | |
|---|---|
| Kingdom of Saudi Arabia | Royal Court |
| | Outgoing No. 44935 |
| | Date: 28/09/1438 AH (06/23/2017 AD) |
| | Attach: |
| Royal Court             //LOGO// | **BARCODE** |
| (061) | |
| **Royal Orders** | |

Proceed to approve exercising our authorities provided for in the laws and regulations pertaining to the State affairs related to the oversight entities and Public Prosecution as well as follow-up and supervision of the same without prejudice to our right to exercise the said authorities at any time. You may, to this end, take any measures; make any actions, or issue orders or decisions pertaining thereto as of the date provided herein. Therefore, proceed to complete the actions necessary in this regard.

*//SIGNATURE//*
**Salman bin Abdulaziz Al Saud**

{Watermark Repeating:}
{alphanumeric code}
Top Secret



# Certification of Translation

**COUNTY OF SUFFOLK**
**COMMONWEALTH OF MASSACHUSETTS**

On this day of December 4, 2020

Linguistic Systems, Inc., 260 Franklin Street, Suite 230, Boston, MA 02110 completed the attached translation into English of the file:

**Royal Order #44935.pdf**

I, Stefano Bellezza, certify that the attached translation has been translated by a qualified linguist fluent in both Arabic and English and is a true and correct English version of the original Arabic, to the best of the linguist's knowledge and belief.

Signature: _____
Stefano Bellezza
Translation Project Manager