# Exhibit L







المملكة العربيّة السعوديّة
النيابة العامة
(٢٤٨)

| الإسم | عمر بن سعد بن خالد الجبري |
|---|---|
| الهوية الوطنية | ١١٠٢٨٦٢٠٨١ |
| تاريخ الميلاد | ١٤١٩/٣/٥هـ |
| العمر | ٢٣ عام |
| العمل | طالب |
| بيانات الحكم | صدر حكم من المحكمة الجزائية بالرياض بموجب الصك رقم (٤٢١١٢٢٣٢٤) وتاريخ ١٤٤٢/٣/١٨هـ، المؤيد من محكمة الاستئناف بالرقم (٥٠٦٤١٣٩) وتاريخ ١٤٤٢/٥/٩هـ |
| التهم | ١- نقل مبلغ مالي قدره (٤٥,٥٠٠) يورو، ومبلغ قدره (٧٤٢,٢١٥) دولار أمريكي، ومبلغ قدره (٧٠,٠٠٠) جنيه استرليني، من داخل منزله وسلمها لأحد المتهمين لاخفائها لديه. |
| | ٢- تسلمه مبلغ مالي قدره (٢٠٠,٠٠٠) ريال سعودي، من أحد المتهمين. |
| | ٣- فتح حساب بنكي له بإسم أحد المتهمين وتلقيه مبالغ مالية عليه بما يخالف النظام. |
| | ٤- سحبه مبلغ مالي قدره (١,٠٠٠,٠٠٠) ريال من أحد حسابات والده بعد هربه بالإتفاق مع مدير فرع البنك والتصرف بها. |
| | ٥- التآمر والإتفاق مع والده وشقيقه وشخص أجنبي على الهروب من المملكة بطريقة غير نظامية. |
| | ٦- تضليل العدالة وإعاقة سيرها لعدم إبلاغ الجهات المختصة عن الجريمة. |
| | ٧- محاولة الخروج من المملكة بطريقة غير نظامية. |

المملكة العربية السعودية
النيابة العامة
KINGDOM OF SAUDI ARABIA
PUBLIC PROSECUTION




بسم الله الرحمن الرحيم

المملكة العربيّة السعوديّة
النيـابة العـامة
(٢٤٨)

| الإسم | سارة بنت سعد بن خالد الجبري |
|---|---|
| الهوية الوطنية | ١١٠٧٧١٧٧٦٩ |
| تاريخ الميلاد | ١٤٢٠/١١/٢٩هـ | العمر | ٢١ عام |
| العمل | طالبة |
| بيانات الحكم | صدر حكم من المحكمة الجزائية بالرياض بموجب الصك رقم (٤٢١١٢٢٣٢٤) وتاريخ ١٤٤٢/٣/١٨هـ، المؤيد من محكمة الاستئناف بالرقم (٥٠٦٤١٣٩) وتاريخ ١٤٤٢/٥/٩هـ |
| التهم | ١- فتح حساب بنكي لها بإسم أحد المتهمين وتلقيها مبالغ مالية عليه، بما يخالف النظام.<br>٢- التآمر والإتفاق مع والدها وشقيقها وشخص أجنبي على الهروب من المملكة بطريقة غير نظامية.<br>٣- تضليل العدالة وإعاقة سيرها لعدم إبلاغ الجهات المختصة عن الجريمة.<br>٤- محاولة الخروج من المملكة بطريقة غير نظامية. |
| الإدانات الثابتة المتعلقة بالمذكورة | أولاً/ إرتكابها جريمة غسل الأموال، والحكم عليها بسجنها مدة (ست) سنوات، وتغريمها مبلغ قدره(نصف مليون) ريال، ومنعها من السفر خارج المملكة مدة (ست) سنوات، ومصادرة العقار المسجل بإسمها، وفقاً لنظام مكافحة غسل الأموال.<br>ثانياً/ إرتكابها جريمة التآمر والإتفاق على الهروب من المملكة بطريقة غير نظامية، وتضليل جهات التحقيق، ومحاولة الخروج من المملكة بطريقة غير نظامية، والحكم عليها بسجنها مدة (سته أشهر)، وفق نظام أمن الحدود. |

المملكة العربية السعودية
النيابة العامة
KINGDOM OF SAUDI ARABIA
PUBLIC PROSECUTION





المملكة العربيّة السعوديّة
النيـابة العـامة
(٢٤٨)

| | |
|---|---|
| أولاً/ إرتكابه جريمة غسل الأموال، والحكم عليه بسجنه مدة (ثمان) سنوات، وتغريمه مبلغ قدره (مليون) ريال، ومنعه من السفر خارج المملكة مدة (ثمان) سنوات، ومصادرة العقار المسجل بإسمه، وفقاً لنظام مكافحة غسل الأموال.<br><br>ثانياً/ إرتكابه جريمة التآمر والإتفاق على الهروب من المملكة بطريقة غير نظامية، وتضليل جهات التحقيق، ومحاولة الخروج من المملكة بطريقة غير نظامية، والحكم عليه بسجنه مدة (سنة)، وفق نظام أمن الحدود. | الإدانات الثابتة المتعلقة بالمذكور |





**In the Name of Allah, the Lord of Mercy, the Giver of Mercy**

Kingdom of Saudi Arabia

Public Prosecution

(248)

| | |
|---|---|
| Outgoing No.: **401** |
| Date: 18/08/1442 AH - 04/01/2021 AD |
| Attachments: |



| | | | |
|---|---|---|---|
| **Name** | Omar bin Saad bin Khaled Al-Jabri | | |
| **National ID** | 1102862081 | | |
| **Date of Birth** | 05/03/1419 AH - 06/30/1998 AD | **Age** | 23 years old |
| **Occupation** | Student | | |
| **Details of the Judgment** | A judgment has been promulgated by the Riyadh Criminal Court, under the Instrument No. (421122324), dated 18/03/1442 AH – 11/04/2020 AD and upheld by the Court of Appeal with no. (5064139), dated 9/5/1442 AH – 12/24/2020 AD | | |
| **Charges** | 1- Transferring an amount of (45,500) euros, an amount of (742,215) US dollars, and an amount of (70,000) pounds sterling from his home and handing the said amounts over to one of the accused for the purpose of hiding them; <br> 2- Receiving an amount of (200,000) Saudi riyals from one of the accused. <br> 3- Opening a bank account for himself in the name of one of the accused, and receiving sums of money in the said account, in contravention of the System. <br> 4- Withdrawing an amount of (1,000,000) Saudi riyals from one of his father's accounts after his escape, in agreement with the bank branch manager and disposing of the said amount. <br> 5- Plotting and agreeing with his father, his brother, and a foreigner to flee the Kingdom in an irregular manner. <br> 6- Perjuring and perverting the course of justice, for not informing the competent authorities of the crime. <br> 7- Attempting to leave the Kingdom in an irregular manner. | | |

/handwritten signature/

| |
|---|
| Seal of the Kingdom of Saudi Arabia, |
| Public Prosecution |

**In the Name of Allah, the Lord of Mercy, the Giver of Mercy**

**Kingdom of Saudi Arabia**

**Public Prosecution**

**(248)**

| | |
|---|---|
| Outgoing No.: **401** |
| Date: 18/08/1442 AH - 04/01/2021 AD |
| Attachments: |



| | |
|---|---|
| **Name** | Sarah bint Saad bin Khaled Al-Jabri |
| **National ID** | 1107717769 |
| **Date of Birth** | 29/11/1420 AH - 03/05/2000 AD |

| | | | |
|---|---|---|---|
| **Date of Birth** | 29/11/1420 AH - 03/05/2000 AD | **Age** | 21 years old |
| **Occupation** | Student | | |

| | |
|---|---|
| **Details of the Judgment** | A judgment has been promulgated by the Riyadh Criminal Court, under the Instrument No. (421122324), dated 18/03/1442 AH – 11/04/2020 AD and upheld by the Court of Appeal with no. (5064139), dated 9/5/1442 AH – 12/24/2020 AD |
| **Charges** | 1- Opening a bank account for herself in the name of one of the accused, and receiving sums of money in the said account, in contravention of the System. <br> 2- Plotting and conspiring with her father, her brother, and a foreigner to flee the Kingdom in an irregular manner. <br> 3- Perjuring and perverting the course of justice, for not informing the competent authorities of the crime. <br> 4- Attempting to leave the Kingdom in an irregular manner. |
| **Proved Offences of the Said Female** | First: Committing the crime of money laundering, and she has been sentenced to (six) years imprisonment, a fine of (half a million) Saudi riyals, and being prevented from traveling outside the Kingdom for a period of (six) years, along with confiscating the property registered in her name, in accordance with the Anti-Money Laundering Law. <br><br> Second: Committing the crime of plotting and conspiring with others to flee the Kingdom in an irregular manner, perverting the course of the investigation, and attempting to leave the Kingdom in an irregular manner. She has been sentenced to (six months) imprisonment, in accordance with the Border Security Law. |

*/handwritten signature/*

| |
|---|
| Seal of the Kingdom of Saudi Arabia, |
| Public Prosecution |

**In the Name of Allah, the Lord of Mercy, the Giver of Mercy**

**Kingdom of Saudi Arabia**

**Public Prosecution**

**(248)**

| | |
|---|---|
| Outgoing No.**: 401** | |
| Date: 18/08/1442 AH - 04/01/2021 AD | |
| Attachments: | |



| | |
|---|---|
| **Proved Offences of the Said Male** | First: Committing the crime of money laundering, and he has been sentenced to (eight) years imprisonment, a fine of (a million) Saudi riyals, and being prevented from traveling outside the Kingdom for a period of (eight) years, along with confiscating the property registered in his name, in accordance with the Anti-Money Laundering Law.<br><br>Second: Committing the crime of plotting and conspiring with others to flee the Kingdom in an irregular manner, perverting the course of the investigation, and attempting to leave the Kingdom in an irregular manner. He has been sentenced to (one) year imprisonment, in accordance with the Border Security Law. |

*/handwritten signature/*

| |
|---|
| Seal of the Kingdom of Saudi Arabia, |
| Public Prosecution |



# Certification of Translation

## COUNTY OF SUFFOLK
## COMMONWEALTH OF MASSACHUSETTS

April 1, 2021

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from «Arabic» into «English» of the attached document:

**«Omar and Sara Aljabri»**

Linguistic Systems, Inc. adheres to an ISO-certified quality management system that ensures best practices are always followed in the selection of linguists skilled in both the languages and subject matters necessary for every translation.

*Benardette McEvoy*

Benardette McEvoy
Principal Account Manager
Linguistic Systems

Linguistic Systems, Inc.

260 Franklin Street, Suite 230, Boston MA 02110 • Phone 617-528-7400 • Fax 617-528-7490 • www.linguist.com

Certifications: ISO 9001 • ISO 17100 • ISO 18587 • ISO 27001