UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DR. SAAD ALJABRI,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **MOHAMMED BIN SALMAN BIN** ) <br> **ABDULAZIZ AL SAUD,** *et al.* ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:20-cv-02146-TJK |

### [PROPOSED] ORDER

This action is before the Court on the Motion to Dismiss the Amended Complaint of Defendants Yousef Alrajhi, Mohammed Alhamed, Layla Abuljadayel, and Hani Fakri Hamed ("Motion"). Upon consideration of Defendants' Motion and memorandum of law in support, Plaintiff's opposition thereto, Defendants' reply in support of the Motion, and the record herein, it is hereby

**ORDERED** that Defendants' Motion to Dismiss is **GRANTED**.

**SO ORDERED** this __ day of _____, 202_.

_____
Hon. Timothy J. Kelly
United States District Judge

**Local Rule 7(k) Appendix:**
**Names and Addresses of Attorneys**
**Entitled To Be Notified of This Entry**

David Pressman
JENNER & BLOCK LLP
919 Third Avenue
Floor 38
New York, NY 10022

Lindsay C. Harrison
JENNER & BLOCK LLP
1099 New York Avenue, N.W.
Suite 900
Washington, D.C. 20001-4412

Michael K. Kellogg
Gregory G. Rapawy
Andrew C. Shen
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W.
Suite 400
Washington, D.C. 20036

William W. Taylor, III
Margarita K. O'Donnell
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W.
Suite 1000
Washington, D.C. 20036

Barry J. Pollack
THE LAW OFFICES OF
BARRY J. POLLACK, LLC
1629 K Street, N.W.
Suite 300
Washington, D.C. 20006

Mitchell R. Berger
Benjamin D. Wood
Alexandra E. Chopin
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, N.W.
Washington, D.C. 20037