# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. SAAD ALJABRI,<br><br>    Plaintiff,<br><br>    v.<br><br>MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD, *et al*.<br><br>    Defendants. | Civil Action No. 1:20-cv-02146-TJK |

**CONSENT MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS**

Plaintiff Dr. Saad Aljabri ("Dr. Saad" or "Plaintiff") respectfully moves this Court pursuant to Federal Rule of Procedure 6(b) to extend his deadline to respond to the motions to dismiss filed by Defendants Mohammed bin Salman bin Abdulaziz Al Saud, Prince Mohammed bin Salman Abdulaziz Foundation d/b/a MiSK Foundation, Bader Alasaker, Saud Alqahtani, Ahmed Alassiri, Khalid Ibrahim Abdulaziz Algasem, Mishal Fahad Alsayed, Bandar Saeed Alhaqbani, Ibrahim Hamad Abdulrahman Alhomid, Saud Abdulaziz Alsaleh, Youssef Alrajhi, Mohammed Alhamed, Layla Abuljadayel, Ahmed Abdullah Fahad Albawardi, Bader Mueedh Saif Alqahtani, and Hani Fakri Hamed (the "Appearing Defendants") from April 19, 2021, to June 11, 2021.

Dr. Saad filed an Amended Complaint in this matter on February 4, 2021. Dkt. 66. The Appearing Defendants sought and received extensions of their response time to April 5, 2021. Dkts. 76, 78, 83; Minute Orders dated February 15, 19, 22, 2021. The Appearing Defendants ultimately filed 239 pages of memoranda of law, 113 pages of exhibits, and two expert reports. Dkts. 92-96.

1

Plaintiff now seeks an extension of his response deadline to and including June 11, 2021, which is similar to the extensions the Court granted to the Appearing Defendants. Plaintiff respectfully submits that good cause exists for this extension. The Appearing Defendants' submissions are voluminous; raise new factual issues requiring investigation; introduce multiple expert opinions; and implicate many issues of law across sixteen defendants.

This is Plaintiff's first request for an extension of his deadline to respond to the Appearing Defendants' motions to dismiss. Granting the extension will not affect any other previously set deadline. Plaintiff's request for an extension of time until June 11, 2021 will not prejudice the parties.

Pursuant to Local Rule 7(m), Plaintiff has conferred with counsel for the Appearing Defendants who stated that they consent to this motion for extension of Plaintiff's time to respond to the Appearing Defendants' motions to dismiss.

For the foregoing reasons, Plaintiff respectfully requests that this Court grant his Consent Motion for Extension of Time to Respond to Defendants' Motions to Dismiss.

| | |
|---|---|
| Dated: April 9, 2021 | Respectfully submitted, |
| | JENNER & BLOCK LLP |
| | /s/ *David Pressman* |
| | David Pressman<br>D.C. Bar No. 1013431<br>Jenner & Block LLP<br>919 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 891-1654<br>Fax: (212) 891-1699<br>dpressman@jenner.com |
| | Lindsay Harrison<br>D.C. Bar No. 977407<br>Jenner & Block LLP |

                    1099 New York Avenue, NW
                    Suite 900
                    Washington, DC 20001-4412
                    Telephone: (202) 639-6865
                    Fax: (202) 639-6066
                    lharrison@jenner.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on April 9, 2021, I electronically filed the foregoing CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS and the accompanying proposed order with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel and parties of record.

Dated: April 9, 2021                                    /s/ *David Pressman*
                                                        David Pressman
                                                        Counsel for Plaintiff