IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. SAAD ALJABRI,<br><br>    Plaintiff,<br><br>    v.<br><br>MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD, *et al*.<br><br>    Defendants. | Civil Action No. 1:20-cv-02146-TJK |

**[PROPOSED] ORDER**

Upon consideration of the Consent Motion for Extension of Time to Respond to Defendants' Motions to Dismiss, it is hereby ORDERED that the Consent Motion is GRANTED. Plaintiff must respond to Defendants' Motions to Dismiss by June 11, 2021.

IT IS SO ORDERED.

DATE:

_____
United States District Judge