UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAAD ALJABRI, <br><br> *Plaintiff,* <br><br> v. <br><br> MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD *et al.*, <br><br> *Defendants.* | Civil Action No. 1:20-cv-02146-TJK |

**CERTIFICATE REQUIRED BY LCvR 26.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Defendant Prince Mohammed Bin Salman Abdulaziz Foundation, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of Prince Mohammed Bin Salman Abdulaziz Foundation, which have any outstanding securities in the hands of the public: SNK Corporation.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated:  April 9, 2021

Respectfully submitted,

*/s/ William W. Taylor, III*
William W. Taylor, III (D.C. Bar No. 84194)
Margarita K. O'Donnell (D.C. Bar No. 1005972)

- 2 -

          ZUCKERMAN SPAEDER LLP
          1800 M Street, NW, Suite 1000
          Washington, DC 20036
          Tel: (202) 778-1800
          Fax: (202) 822-8106
          E-mail: wtaylor@zuckerman.com
          E-mail: modonnell@zuckerman.com

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 9, 2021, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system thereby serving all registered users in this case.

<em>/s/ William W. Taylor, III</em><br>
William W. Taylor, III