IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. SAAD ALJABRI,<br><br>    Plaintiff,<br><br>    v.<br><br>MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD, *et al*.<br><br>    Defendants. | Civil Action No. 1:20-cv-02146-TJK |

**CONSENT MOTION FOR LEAVE TO FILE
CONSOLIDATED BRIEF IN EXCESS OF FORTY-FIVE PAGES**

Plaintiff Dr. Saad Aljabri ("Dr. Saad") respectfully moves this Court pursuant to Local Rule 7(e) for leave to file a single, consolidated brief of no more than 140 pages in opposition to the motions to dismiss of sixteen defendants: Defendants Mohammed bin Salman bin Abdulaziz Al Saud, Prince Mohammed bin Salman Abdulaziz Foundation d/b/a MiSK Foundation, Bader Alasaker, Saud Alqahtani, Ahmed Alassiri, Khalid Ibrahim Abdulaziz Algasem, Mishal Fahad Alsayed, Bandar Saeed Alhaqbani, Ibrahim Hamad Abdulrahman Alhomid, Saud Abdulaziz Alsaleh, Youssef Alrajhi, Mohammed Alhamed, Layla Abuljadayel, Ahmed Abdullah Fahad Albawardi, Bader Mueedh Saif Alqahtani, and Hani Fakri Hamed (the "Appearing Defendants"). *See* Dkts. 92–96. Counsel for Defendants have consented to this request. In support, Dr. Saad states as follows:

1. Dr. Saad filed an Amended Complaint on February 4, 2021. Dkt. 66.

2. On April 5, 2021, the Appearing Defendants filed five motions to dismiss. Dkts. 92–96.

3. Defendant bin Salman received permission to file, and filed, a brief of 70 pages. Dkt. 55; Minute Order dated November 24, 2020; Dkt. 92.

4. In total, the Answering Defendants filed with their motions to dismiss 239 pages of memoranda of law, 113 pages of exhibits, and two expert reports. Dkts. 92–96.

5. Dr. Saad sought and received an extension of his time to oppose Defendants' motions to dismiss to June 11, 2021. Dkt. 97; Minute Order dated April 12, 2021.

6. Were Dr. Saad to respond separately to each of Defendants' five motions to dismiss, the Local Rules would permit 225 pages of memoranda of law (5 motions of 45 pages each), and Dr. Saad could fairly seek 239 pages to match what Defendants collectively received. Local Rule 7(e).

7. Dr. Saad instead proposes to file a single, consolidated opposition of no more than 140 pages.

8. Dr. Saad respectfully submits that good cause exists to grant this request. First, Dr. Saad proposes to file a memorandum that is approximately 100 pages shorter than the memoranda to which he is responding. Second, the Answering Defendants raise a number of arguments, and each motion raises individualized arguments requiring an individualized response. Third, a single consolidated memorandum will streamline the presentation of issues for the Court.

9. Pursuant to Local Rule 7(m), Plaintiff has conferred with counsel for the Appearing Defendants who stated that they consent to this motion to file a consolidated opposition to their motions to dismiss in excess of forty-five pages.

For the foregoing reasons, Plaintiff respectfully requests that this Court grant his Consent Motion for Leave to File Consolidated Brief in Excess of Forty-Five Pages.

|  |  |
|---|---|
| Dated: May 24, 2021. | Respectfully submitted,<br><br>JENNER & BLOCK LLP<br><br>*/s/ David Pressman*<br><br>David Pressman<br>D.C. Bar No. 1013431<br>Jenner & Block LLP<br>919 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 891-1654<br>Fax: (212) 891-1699<br>dpressman@jenner.com<br><br>Lindsay Harrison<br>D.C. Bar No. 977407<br>Jenner & Block LLP<br>1099 New York Avenue, NW<br>Suite 900<br>Washington, DC 20001-4412<br>Telephone: (202) 639-6865<br>Fax: (202) 639-6066<br>lharrison@jenner.com<br><br>*Counsel for Plaintiff* |