IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. SAAD ALJABRI,<br><br>    Plaintiff,<br><br>    v.<br><br>MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD, *et al*.<br><br>    Defendants. | Civil Action No. 1:20-cv-02146-TJK |

**[PROPOSED] ORDER**

Upon consideration of the Consent Motion for Leave to File Consolidated Brief in Excess of Forty-Five Pages, it is hereby ORDERED that the Consent Motion is GRANTED. Plaintiff may file a single, consolidated brief of no more than 140 pages in opposition to Defendants' Motions to Dismiss by June 11, 2021.

IT IS SO ORDERED.

DATE:

_____
United States District Judge