AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Dr. Saad Aljabri )<br>*Plaintiff* )<br>v. )<br>Mohammed bin Salman bin Abdulaziz al Saud, et al. )<br>*Defendant* ) | Case No.  20-cv-02146-TJK |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff- Dr. Saad Aljabri                              .

Date:  06/11/2021

/s/ Zachary C. Schauf
*Attorney's signature*

Zachary C. Schauf (1021638)
*Printed name and bar number*

Jenner & Block LLP
1099 New York Avenue, NW, Suite 900
Washington, D.C. 20001
*Address*

zschauf@jenner.com
*E-mail address*

(202) 637-6391
*Telephone number*

(202) 639-6066
*FAX number*