AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Dr. Saad Aljabri | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 20-cv-02146-TJK |
| Mohammed bin Salman bin Abdulaziz al Saud, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff- Dr. Saad Aljabri    .

Date:    06/11/2021

/s/ Jason P. Hipp
*Attorney's signature*

Jason P. Hipp (NY Bar- 5232277) (D.D.C.#- NY0397)
*Printed name and bar number*

Jenner & Block LLP
919 Third Avenue
New York, New York 10022
*Address*

jhipp@jenner.com
*E-mail address*

(212) 407-1784
*Telephone number*

(212) 891-1699
*FAX number*