IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. SAAD ALJABRI,<br><br>    Plaintiff,<br><br>    v.<br><br>MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD, *et al.*<br><br>    Defendants. | Civil Action No. 1:20-cv-02146-TJK |

**<u>DECLARATION OF JASON P. HIPP</u>**

I, Jason P. Hipp, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I respectfully submit this Declaration in Support of Plaintiff Dr. Saad Aljabri's Opposition to Defendants' Motions to Dismiss Amended Complaint.

2. I am an associate in the law firm of Jenner & Block LLP in New York, New York, which represents Dr. Saad Aljabri ("Dr. Saad") in this litigation. I am admitted to practice before this Court. The following facts are based on my personal knowledge or on information provided to me.

3. The Amended Complaint alleges that, on or around October 15, 2018, six members of the Tiger Squad traveled to Canada to kill Dr. Saad. Dkt. 66 (Amended Complaint) ¶ 334 (identifying six members). The Amended Complaint also alleges that five members of the Tiger Squad traveled to Canada on the same flight: an October 15, 2018 Air Canada flight AC839 from Frankfurt, Germany to Ottawa International Airport in Ottawa, Ontario, Canada. *Id.* My firm was informed that the five members of the Tiger Squad who traveled on flight AC839 on October 15,

1

2018 are Defendants Khalid Ibrahim Abdulaziz Algasem, Mishal Fahad Alsayed, Ibrahim Hamad Abdulrahman Alhomid, Ahmed Abdullah Fahad Albawardi, and Bader Mueedh Saif Alqahtani.

4. On April 26, 2021, a representative of Air Canada's Law Branch wrote to my firm advising us that Air Canada flight AC839 on October 15, 2018, traveled into and through the United States en route to Canada.

5. Attached as Exhibit A is a true and correct copy of the June 10, 2021 Declaration of François Larocque in support of Dr. Saad's Opposition to Defendants' Motions to Dismiss Amended Complaint.

6. Attached as Exhibit B is a true and correct copy of the June 9, 2021 Declaration of Chibli W. Mallat in support of Dr. Saad's Opposition to Defendants' Motions to Dismiss Amended Complaint.

7. Attached as Exhibit C is a true and correct copy of the June 9, 2021 Declaration of Beth Van Schaack in support of Dr. Saad's Opposition to Defendants' Motions to Dismiss Amended Complaint.

8. Attached as Exhibit D is a true and correct copy of the June 9, 2021 Declaration of John Philip Mudd in support of Dr. Saad's Opposition to Defendants' Motions to Dismiss Amended Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 10th day of June 2021.

_____
Jason P. Hipp