IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAAD ALJABRI,<br>    *Plaintiff*,<br>v.<br>MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD, *et al*.,<br>    *Defendants*. | Civil Action No. 20-2146 (TJK) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME
TO FILE REPLY BRIEFS IN SUPPORT OF MOTIONS TO DISMISS
THE AMENDED COMPLAINT**

Defendant His Royal Highness Crown Prince Mohammed bin Salman bin Abdulaziz Al Saud (the "Crown Prince") and the other Appearing Defendants[*] request an enlargement of time until August 2, 2021, to file reply briefs in support of their motions to dismiss the Amended Complaint. Prior to filing this motion, undersigned counsel discussed the relief sought herein with counsel for Plaintiff Saad Aljabri ("Plaintiff"). Plaintiff's counsel consents to the motion.

Plaintiff filed his Amended Complaint on February 4, 2021. ECF No. 66. On April 5, 2021, the Appearing Defendants filed motions to dismiss the Amended Complaint. ECF Nos. 92-96. After the filing of the motions to dismiss, Plaintiff's counsel requested the consent of the Appearing Defendants to an extension of time to respond to the motions to dismiss. The

---

[*] The Appearing Defendants are the Crown Prince, the Prince Mohammed bin Salman bin Abdulaziz Foundation, Bader Alasaker, Saud Alqahtani, Ahmed Alassiri, Khalid Ibrahim Abdulaziz Algasem, Mishal Fahad Alsayed, Bandar Saeed Alhaqbani, Ibrahim Hamad Abdulrahman Alhomid, Saud Abdulaziz Alsaleh, Ahmed Abdullah Fahad Albawardi, Youssef Alrajhi, Mohammed Alhamed, Layla Abuljadayel, Bader Mueedh Saif Alqahtani, and Hani Fakri Hamed.

Appearing Defendants consented, and on April 9, 2021, Plaintiff filed a consent motion to extend the deadline to respond to the motions to dismiss to June 11, 2021.  ECF No. 97.  On April 12, 2021, the Court granted Plaintiff's motion.  Plaintiff filed his opposition brief on June 11, 2021.  ECF No. 102.

The Court may extend the time to file reply briefs "for good cause."  Fed. R. Civ. P. 6(b)(1).  Here, good cause exists.  The enlargement sought by the Appearing Defendants is similar to the enlargement that the Court granted to Plaintiff to respond to the motions to dismiss.  With the benefit of that enlargement, Plaintiff filed a 140-page opposition brief, along with an expert report and four declarations (including one that Plaintiff seeks to seal and that Plaintiff has yet to disclose to defense counsel).  ECF No. 102.  Plaintiff's opposition, and accompanying expert report and declarations, raise a number of factual and legal issues implicating the Court's jurisdiction to hear this case and the viability of Plaintiff's claims.  An extension of the reply deadline to August 2, 2021, will afford the Appearing Defendants with sufficient time to examine those issues, thereby promoting the efficient adjudication of this case.  Moreover, the extension will provide the Court and the parties with adequate time both to resolve the status of the supporting declaration that Plaintiff seeks to seal and for the Appearing Defendants to formulate any necessary response to that declaration.

For the foregoing reasons, the Appearing Defendants request an enlargement of time until August 2, 2021, to file reply briefs in support of their motions to dismiss the Amended Complaint.

Dated: June 14, 2021

Respectfully submitted,

/s/ Mitchell R. Berger

Mitchell R. Berger (DC 385467)
Benjamin D. Wood (DC 487799)
Alexandra E. Chopin (DC 490736)
**SQUIRE PATTON BOGGS (US) LLP**
2550 M Street, N.W.
Washington, D.C. 20037
(202) 457-6000

*Attorneys for Defendants*
*Mohammed Alhamed, Youssef Alrajhi,*
*Layla Abduljadayel, and Hani Fakri Hamed*

/s/ Michael K. Kellogg

Michael K. Kellogg (DC 372049)
Gregory G. Rapawy (DC 493973)
Andrew C. Shen (DC 500071)
**KELLOGG, HANSEN, TODD, FIGEL**
   **& FREDERICK, P.L.L.C.**
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900

*Attorneys for Defendant*
*Mohammed bin Salman bin Abdulaziz*
*Al Saud*

/s/ Barry J. Pollack

Barry J. Pollack (DC 434513)
**THE LAW OFFICES OF BARRY J.**
   **POLLACK, LLC**
1629 K Street, N.W., Suite 300
Washington, D.C. 20006
(202) 230-9647

/s/ William W. Taylor, III

William W. Taylor, III (DC 84194)
Margarita K. O'Donnell (DC 1005972)
**ZUCKERMAN SPAEDER LLP**
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
(202) 778-1800

*Attorneys for Defendants*
*Bader Alasaker and Prince Mohammed*
*bin Salman bin Abdulaziz Foundation*
*d/b/a MiSK Foundation*

s/ Jessica N. Carmichael

Jessica N. Carmichael (DC 998952)
**CARMICHAEL ELLIS & BROCK,**
   **PLLC**
108 N. Alfred Street, 1st Floor
Alexandria, Virginia 22314
(703) 684-7908
jessica@carmichaellegal.com

*Attorney for Defendants*
*Saud Alqahtani, Ahmed Alassiri,*
*Khalid Ibrahim Abdulaziz Algasem,*
*Mishal Fahad Alsayed, Ibrahim Hamad*
*Abdulrahman Alhomid, Saud Abdulaziz*
*Alsaleh, Bandar Saeed Alhaqbani,*
*Ahmed Abdullah Fahad Albawardi, and*
*Bader Mueedh Saif Alqahtani*

## **CERTIFICATE OF SERVICE**

I certify that on June 14, 2021, I electronically filed the foregoing Consent Motion for Enlargement of Time To File Reply Briefs in Support of Motions To Dismiss the Amended Complaint using the ECF system, which sent notice of filing in this matter to all counsel of record.

/s/ Michael K. Kellogg
Michael K. Kellogg
*Attorney for Defendant*
*Mohammed bin Salman bin Abdulaziz Al Saud*