# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SAAD ALJABRI,

    *Plaintiff*,

v.

MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD *et al.*,

    *Defendants*.

Civil Action No. 20-2146 (TJK)

**UNDER SEAL**

## ORDER

    Upon consideration of Plaintiff's *Ex Parte* Motion for Leave to Designate Portions of Documents as Attorneys' Eyes Only and Highly Sensitive Documents ("Sealing Motion"), it is hereby **ORDERED** that the motion is **GRANTED IN PART**. It is further **ORDERED** that the Court shall treat the Sealing Motion and attached exhibits as proposed highly sensitive documents (HSD). Standing Order No. 21-3, *In re: Procedures for the Filing, Service, and Management of Highly Sensitive Documents*, ¶ 3(a). It is further **ORDERED** that, as to the information in the Sealing Motion and attached exhibits that Plaintiff has proposed to redact, Defendants' counsel shall not disclose or permit the disclosure of this information, directly or indirectly, to any other person or entity, including their clients (the Defendants), except for counsel's employees who have responsibility for litigating this matter, who themselves shall also not further disclose or permit disclosure of this information.

    It is further **ORDERED** that, by July 14, 2021, Plaintiff shall file a motion, consistent with the Standing Order, "in the CM/ECF system, under seal as appropriate, without the proposed HSD that is the subject of the motion attached" that "explain[s], without disclosure of any highly sensitive information, why the proposed HSD should be subject to heightened

protections." *Id*. "Service of the motion shall be in accordance with regular practice and service of the HSD may be made by any manner specified in Fed. R. Civ. P. 5(b)(2). . . ." *Id*. It is further **ORDERED** that Defendants shall file any opposition to Plaintiff's motion by July 21, 2021. Finally, the parties shall address in their submissions whether this Order should remain under seal.

    **SO ORDERED.**

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: July 8, 2021