IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. SAAD ALJABRI,<br><br>    Plaintiff,<br><br>    v.<br><br>MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD, *et al*.<br><br>    Defendants. | Civil Action No. 1:20-cv-02146-TJK |

**[PROPOSED] ORDER GRANTING MOTION FOR
LEAVE TO DESIGNATE UNREDACTED DOCUMENTS AS
HIGHLY SENSITIVE DOCUMENTS**

The Court having considered Plaintiff's Motion for Leave to Designate Portions of Documents as Highly Sensitive Documents ("HSDs"), IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the Clerk shall: (1) designate the Proposed HSDs as HSDs; (2) allow the unredacted versions of the documents designated as HSDs to remain filed outside of the CM/ECF system and under seal; and (3) authorize the filing of redacted versions of Exhibits C and D to the June 11, 2021 Motion to Seal and the July 8, 2021 Sealed Order (Dkt. 106) on the public docket.

Date: _____

_____
UNITED STATES DISTRICT JUDGE