IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. SAAD ALJABRI,<br><br>　　*Plaintiff*,<br><br>v.<br><br>MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD, *et al*.,<br><br>　　*Defendants*. | Civil Action No. 20-2146 (TJK) |

**DEFENDANT MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO DESIGNATE UNREDACTED DOCUMENTS AS HIGHLY SENSITIVE DOCUMENTS**

　　Defendant His Royal Highness Crown Prince Mohammed bin Salman bin Abdulaziz Al Saud (the "Crown Prince") respectfully submits this response to Plaintiff Saad Aljabri's Motion for Leave to Designate Unredacted Documents as Highly Sensitive Documents (ECF No. 107). The Crown Prince does not oppose Plaintiff's requested relief, subject to his reservation of the right to move to unseal the information covered by the Court's July 8, 2021 Order (ECF No. 106). Undersigned counsel respectfully submits, however, that because we are barred at the present time from sharing with our client the redacted portions of the documents subject to the July 8, 2021 Order, we are unable to adequately respond to the serious and incendiary assertions made in those documents. Our silence on these issues should not be construed as an acknowledgement that any of the statements are true or accurate.

-2-

Dated: July 15, 2021						Respectfully submitted,

							/s/ *Michael K. Kellogg*

							Michael K. Kellogg (DC 372049)
							Gregory G. Rapawy (DC 493973)
							Andrew C. Shen (DC 500071)
							**KELLOGG, HANSEN, TODD, FIGEL**
							  **& FREDERICK, P.L.L.C.**
							1615 M Street, N.W., Suite 400
							Washington, D.C. 20036
							(202) 326-7900

							*Attorneys for Defendant*
							*Mohammed bin Salman bin Abdulaziz Al Saud*

**CERTIFICATE OF SERVICE**

I certify that on July 15, 2021, I electronically filed the foregoing Response to Plaintiff's Motion for Leave to Designate Unredacted Documents as Highly Sensitive Documents, using the ECF system, which sent notice of filing in this matter to all counsel of record.

*/s/ Michael K. Kellogg*

Michael K. Kellogg
*Attorney for Defendant*
*Mohammed bin Salman bin Abdulaziz Al Saud*