IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. SAAD ALJABRI,<br><br>  *Plaintiff*,<br><br>v.<br><br>MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD, *et al.*,<br><br>  *Defendants*. | Civil Action No. 20-2146 (TJK) |

**CONSENT MOTION FOR LEAVE TO FILE A REPLY BRIEF
IN EXCESS OF TWENTY-FIVE PAGES AND TO EXTEND THE DUE DATE
FOR ALL REPLIES BY SEVEN DAYS**

Pursuant to Local Rule 7(e), Defendant Crown Prince Mohammed bin Salman bin Abdulaziz Al Saud respectfully moves for leave to file a reply brief of no more than 45 pages in support of his motion to dismiss the Amended Complaint filed by Plaintiff Saad Aljabri ("Aljabri"). *See* ECF No. 66. In addition, the Crown Prince and the other Appearing Defendants[1] request an enlargement of time until August 9, 2021, to file reply briefs. Counsel for Aljabri has agreed to these requests, on the condition that the page limit for replies from all 16 Appearing Defendants be limited to a cumulative total of 135 pages. The Crown Prince and the other Appearing Defendants consent to this condition.

Given the serious allegations made in the Amended Complaint and the complexity of the legal issues raised by Aljabri's claims, the Crown Prince respectfully submits that an extension

---

[1] In addition to the Crown Prince, the other Appearing Defendants are Youssef Alrajhi, Mohammed Alhamed, Layla Abuljadayel, Hani Fakri Hamed, Prince Mohammed bin Salman Abdulaziz Foundation ("MiSK Foundation"), Bader Alasaker, Saud Alqahtani, Ahmed Alassiri, Mishal Fahad Alsayed, Khalid Ibrahim Abdulaziz Algasem, Saud Abdulaziz Alsaleh, Bandar Saeed Alhaqbani, Ibrahim Hamad Abdulrahman Alhomid, Ahmed Abdullah Fahad Albawardi, and Bader Mueedh Saif Alqahtani.

of the 25-page limit in Local Rule 7(e) is warranted. Aljabri has filed a 140-page opposition to the omnibus motion to dismiss filed by the Appearing Defendants. The vast majority of that opposition is directed toward the arguments made by the Crown Prince in his motion to dismiss and largely adopted by the remaining Appearing Defendants. *See* ECF No. 102. An extension of the page limit is necessary to adequately respond to the complex and lengthy arguments in Aljabri's opposition. Moreover, the Crown Prince expects that many of the arguments made in his briefing will again be adopted in whole or in part in the reply briefs filed by other Appearing Defendants. An extension of the page limit for the Crown Prince's reply brief will therefore streamline the presentation of issues to the Court and reduce the cumulative page count of Appearing Defendants' reply briefs in support of their respective motions to dismiss.[2]

For the foregoing reasons, the Crown Prince respectfully requests leave to file a reply brief of no more than 45 pages in support of his motion to dismiss the Amended Complaint. In addition, the Crown Prince seeks a one-week extension of time, to August 9, for the filing of reply briefs by all Appearing Defendants. The extra week will allow for coordination among the Appearing Defendants in order to reduce repetition. This additional time is also appropriate because the Appearing Defendants were not provided with a copy of a declaration filed in support of Aljabri's opposition until July 13, 2021 – more than a month after the opposition brief was filed. *See* ECF No. 106. Plaintiff also consents to this extension.

---

[2] The Appearing Defendants have already substantially reduced the briefing in this action. Under Local Rule 7(e), each of the 16 appearing Defendants were entitled to file a motion to dismiss of 45 pages each (a cumulative total of 720 pages) and reply briefs of 25 pages each (a cumulative total of 400 pages). Instead, the Appearing Defendants collectively filed five opening briefs totaling 239 pages and, if the Court grants this request to extend the page limits for the Crown Prince's reply brief, will file five reply briefs totaling no more than 135 pages (45 pages for the Crown Prince and 90 pages for the remaining 15 Appearing Defendants).

-3-

Dated: July 26, 2021											Respectfully submitted,

        /s/ *Michael K. Kellogg*
Michael K. Kellogg (DC 372049)
Gregory G. Rapawy (DC 493973)
Andrew C. Shen (DC 500071)
**KELLOGG, HANSEN, TODD, FIGEL &**
   **FREDERICK, P.L.L.C.**
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900

*Attorneys for Defendant*
*Mohammed bin Salman bin Abdulaziz Al Saud*

**CERTIFICATE OF SERVICE**

I certify that on July 26, 2021, I electronically filed the foregoing Consent Motion for Leave To File a Reply Brief in Excess of Twenty-Five Pages and To Extend the Due Date for All Replies by Seven Days using the ECF system, which sent notice of filing in this matter to all counsel of record.

/s/ Michael K. Kellogg
Michael K. Kellogg
*Attorney for Defendant*
*Mohammed bin Salman bin Abdulaziz Al Saud*