**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAAD ALJABRI, | |
| *Plaintiff*, | |
| v. | Civil Action No. 20-2146 (TJK) |
| MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD, *et al.*, | |
| *Defendants*. | |

---

## [PROPOSED] ORDER

---

UPON CONSIDERATION of the Consent Motion for Leave To File a Reply Brief in Excess of Twenty-Five Pages and To Extend the Due Date for All Replies by Seven Days, it is hereby ORDERED that the Motion is GRANTED.

It is further ORDERED that His Royal Highness Mohammed bin Salman bin Abdulaziz Al Saud ("Crown Prince") may file a reply brief of no more than 45 pages in support of his motion to dismiss the Amended Complaint filed by Plaintiff Saad Aljabri and that the page limit for the replies from all 16 Appearing Defendants[*] is 135 pages.

---

[*] In addition to the Crown Prince, the other Appearing Defendants are Youssef Alrajhi, Mohammed Alhamed, Layla Abuljadayel, Hani Fakri Hamed, Prince Mohammed bin Salman Abdulaziz Foundation ("MiSK Foundation"), Bader Alasaker, Saud Alqahtani, Ahmed Alassiri, Mishal Fahad Alsayed, Khalid Ibrahim Abdulaziz Algasem, Saud Abdulaziz Alsaleh, Bandar Saeed Alhaqbani, Ibrahim Hamad Abdulrahman Alhomid, Ahmed Abdullah Fahad Albawardi, and Bader Mueedh Saif Alqahtani.

IT IS FURTHER ORDERED that the deadline for the Crown Prince and the other Appearing Defendants to file reply briefs in support of their motions to dismiss the Amended Complaint is extended to August 9, 2021.

SO ORDERED this _____ day of _____ 2021.


_____
Hon. Timothy J. Kelly
United States District Judge for the
District of Columbia

**Local Rule 7(k) Appendix:  Names and Addresses of Attorneys**
**Entitled To Be Notified of This Entry**

David Pressman
Jason P. Hipp
JENNER & BLOCK LLP
919 Third Ave
Floor 38
New York, NY 10022

Lindsay C. Harrison
Zachary C. Schauf
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412

Michael K. Kellogg
Gregory G. Rapawy
Andrew C. Shen
KELLOGG, HANSEN, TODD,
   FIGEL & FREDERICK, P.L.L.C.
1615 M Street, NW
Suite 400
Washington, DC 20036

William W. Taylor, III
Margarita K. O'Donnell
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Suite 1000
Washington, DC 20036

Barry J. Pollack
THE LAW OFFICES OF
   BARRY J. POLLACK, LLC
1629 K Street, NW
Suite 300
Washington, DC 20006

Mitchell R. Berger
Benjamin D. Wood
SQUIRE PATTON BOGGS (US) LLP
2550 M Street, NW
Washington, DC 20037