# EXHIBIT A

## Suffolk County - 20/20 Perfect Vision i2 Document Detail Report

**Current datetime: 8/5/2021 4:26:49 PM**

| Doc# | Document Type | Town | Book/Page | File Date | Consideration |
|---|---|---|---|---|---|
| 37172 | CERTIFICATE | | 57877/298 | 05/01/2017 | |
| **Property-Street Address and/or Description** | | | | | |
| **Grantors** | | | | | |
| NEW EAST BACK BAY LLC | | | | | |
| **Grantees** | | | | | |
| **References-Book/Pg  Description  Recorded Year** | | | | | |
| **Registered Land Certificate(s)-Cert#  Book/Pg** | | | | | |



# The Commonwealth of Massachusetts
## Secretary of the Commonwealth
### State House, Boston, Massachusetts 02133

**William Francis Galvin**
Secretary of the
Commonwealth



2017 00037172
Bk: 57877  Pg: 298   Page: 1 of 1
Recorded: 05/01/2017 02:04 PM
ATTEST:Stephen J. Murphy, Register
Suffolk County Registry of Deeds

**April 21, 2017**

TO WHOM IT MAY CONCERN:

    I hereby certify that a certificate of organization of a Limited Liability Company was filed in this office by

**NEW EAST BACK BAY LLC**

in accordance with the provisions of Massachusetts General Laws Chapter 156C on **June 23, 2015.**

    I further certify that said Limited Liability Company has filed all annual reports due and paid all fees with respect to such reports; that said Limited Liability Company has not filed a certificate of cancellation or withdrawal; and that said Limited Liability Company is in good standing with this office.

    I also certify that the names of all managers listed in the most recent filing are: **KHALID AL JABRI, SAAD AL JABRI, JONATHAN M. WAINWRIGHT**

    I further certify, the names of all persons authorized to execute documents filed with this office and listed in the most recent filing are: **KHALID AL JABRI, SAAD AL JABRI, JONATHAN M. WAINWRIGHT**

    The names of all persons authorized to act with respect to real property listed in the most recent filing are: **KHALID AL JABRI, SAAD AL JABRI, JONATHAN M. WAINWRIGHT**



In testimony of which,

I have hereunto affixed the

Great Seal of the Commonwealth

on the date first above written.

*William Francis Galvin*
Secretary of the Commonwealth

Processed By:jbm

## Suffolk County - 20/20 Perfect Vision i2 Document Detail Report

Current datetime: 8/5/2021 4:28:06 PM

| Doc# | Document Type | Town | Book/Page | File Date | Consideration |
|---|---|---|---|---|---|
| 37175 | UNIT DEED | | 57877/302 | 05/01/2017 | 4300000.00 |

**Property-Street Address and/or Description**

776 BOYLSTON ST UNIT W10-C PKG SPS G13 &amp; G18-V

**Grantors**

TOBIN JANET T,   TOBIN MANDARIN REALTY TRUST

**Grantees**

NEW EAST BACK BAY LLC

**References-Book/Pg  Description  Recorded Year**

47500/89   UD   2011

**Registered Land Certificate(s)-Cert#  Book/Pg**

MASSACHUSETTS EXCISE TAX
Suffolk County District ROD # 001
Date: 05/01/2017 02:04 PM
Ctrl# 169205 16646 Doc# 00037175
Fee: $19,608.00 Cons: $4,300,000.00

CANCELLED

2017 00037175
Bk: 57877 Pg: 302   Page: 1 of 2
Recorded: 05/01/2017 02:04 PM
ATTEST:Stephen J. Murphy, Register
Suffolk County Registry of Deeds

# RESIDENTIAL CONDOMINIUM UNIT DEED

Janet T. Tobin, Trustee of The Tobin Mandarin Realty Trust u/d/t dated December 6, 2010 and recorded at the Suffolk Registry of Deeds at Book 47500 Page 84 ("Grantor"), with a mailing address of 776 Boylston Street, Unit W10-C, Boston, MA 02199

For consideration paid of FOUR MILLION THREE HUNDRED THOUSAND AND 00/100 DOLLARS ($4,300,000.00),

Grants to New East Back Bay LLC, a Massachusetts limited liability company ("Grantee"), with a mailing address c/o Jonathan M. Wainwright, Esq., Cadwalader, Wickersham & Taft LLP, One World Trade Center Financial Center, New York, NY 10281,

with **QUITCLAIM COVENANTS**

Unit No. W10-C of The 776 Boylston Residences Secondary Condominium, created by Master Deed dated August 5, 2008 and recorded on August 8, 2008 in the Suffolk County Registry of Deeds in Book 43904, Page 58, as amended.

The post office address of the unit is: 776 Boylston Street, Unit No. W10-C, Boston, MA 02199.

The unit is shown on the floor plan recorded with the Master Deed, to which is affixed a verified statement in the form provided by G.L. c. 183A s.8, and is conveyed subject to and with the benefit of the obligations, restrictions, rights and liabilities contained in G.L.c. 183A, the Master Deed, and the Declaration of Trust, as amended.

Each of the units in the Condominium is intended for residential purposes and such other uses as are set forth in the Master Deed, as amended.

The unit is also conveyed with the right and easement to the exclusive use of parking spaces G13 and G18-V and storage space P300-S as set forth in the Master Deed and shown on the plans recorded with the Master Deed, as amended of record.

The undivided percentage interest of the unit in the common areas and facilities is 1.55903%.

Grantor hereby waives and releases any estate of homestead in the premises hereby conveyed and hereby waives and releases any estate of homestead therein.

For Grantor's title see unit deed dated January 20, 2011 and recorded on same date in the Suffolk County Registry of Deeds in Book 47500, Page 89.

[SIGNATURES ON FOLLOWING PAGE]

Address of Unit is: 776 Boylston Street, Unit No. W10-C, Boston, MA 02199
Parking Spaces G13, G18-V, Storage Sp. P300-S

Executed under seal this _10th_ day of ~~March~~ _April_, 2017.

                                    THE TOBIN MANDARIN REALTY TRUST,

                                    _Janet J Tobin Trustee_
                                    By: Janet T. Tobin, Trustee

COMMONWEALTH OF MASSACHUSETTS

_Suffolk_, ss. _EMF_

On this _10th_ day of ~~March~~ _April_, 2017, before me, the undersigned notary public, personally appeared Janet T. Tobin, Trustee as aforesaid, proved to me through satisfactory evidence of identification, which were _she is personally known to me_ to be the person whose name is signed on the preceding or attached document, and acknowledged to me that she signed it voluntarily for its stated purpose.

                                      _Elaine M. Flegert_
[SEAL: ELAINE M. FLEGERT, Notary Public, Massachusetts, Commission Expires Oct 26, 2018]
                                    Notary Public
                                    My Commission Expires _October 26, 2018_