# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. SAAD ALJABRI,              ) | |
|                                ) | |
|     Plaintiff                  ) | |
|                                ) | |
| v.                             ) | Civil Action No. 1:20-cv-02146-TJK |
|                                ) | |
| MOHAMMED BIN SALMAN BIN        ) | |
| ABDULAZIZ AL SAUD, *et al.*,   ) | |
|                                ) | |
|     Defendants.                ) | |
|                                ) | |

## MESSRS. ALQAHTANI, ALASSIRI, ALSALEH, ALSAYED, ALGASEM, ALHAQBANI, ALHOMID, ALBAWARDI, AND BADER ALQAHTANI ADOPTION OF THE CO-DEFENDANTS RESPONSES TO THE PLAINTIFF'S SUPPLEMENTAL AUTHORITY

On November 1, 2021, the Plaintiff filed a notice of supplemental authority. Dkt. No. 115. Saud Alqahtani, Ahmed Alassiri, Saud Abdulaziz Alsaleh, Mishal Fahad Alsayed, Khalid Ibrahim Abdulaziz Algasem, Bandar Saeed Alhaqbani, Ibrahim Hamad Abdulrahman Alhomid, Ahmed Abdullah Fahad Albawardi, and Bader Mueedh Saif Alqahtani (for purposes of this Notice, the "Adopting Defendants") hereby adopt, in their entirety, their co-defendants' Responses to Plaintiff's Notice of Supplemental Authority. Contrary to the Plaintiff's claim in his Supplemental Authority, at 3, the Adopting Defendants have shown that their alleged actions were as agents in their official capacity at the behest of the Saudi Government and/or the immune Crown Prince. *See* Def.'s Mot. to Dismiss, ECF No. 93 at BACKGROUND; §I; and Reply Br., ECF No. 114 at §I ("Aljabri cannot overcome these Defendants' immunity, since these Defendants are all alleged to be government officials acting within their official roles under the command and control of the Crown Prince acting as agents of the Saudi government.").

Further, as the other defendants have noted, even if *Broidy Capital Management v. Muzin*, No. 20-7040, 12 F. 4th 789 (D.C. Cir. Sept. 3, 2021), were applicable to the Adopting Defendants, which it is not (*see* Crown Prince's Resp. to Pl. Supp. Auth. at §A), and even if connections to the United States were relevant to the defendant's immunity, which they are not (*see* Crown Prince's Reply on Mot. to Dismiss, ECF No. 110 at 20-21), there are no "close connections of the [Adopting Defendants] and the claims to the United States." *Broidy*, 12 F.4th at 801. *See* Def.'s Mot. to Dismiss, ECF No. 93 at BACKGROUND; §II; and Reply Br., ECF No. 114 at §III (discussing lack of connection between the Adopting Defendants and the claims against them to the United States as each of the claims against these Defendants is "grounded in an alleged plot directed from Saudi Arabia to attempt to kill Aljabri in Canada").

Respectfully Submitted,

/s/
Barry J. Pollack (DC Bar #434513)
Law Offices of Barry J. Pollack, LLC
1629 K Street, N.W., Suite 300
Washington, DC 20006
202-230-9647
barryjpollack@gmail.com

/s/
Jessica N. Carmichael (DC Bar #998952)
CARMICHAEL ELLIS & BROCK, PLLC
108 N. Alfred Street, 1st FL
Alexandria, Virginia 22314
(703) 684-7908
jessica@carmichaellegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of November 2021, I filed the foregoing pleading through the ECF system, which shall then send an electronic copy of this pleading to all parties in this action.

/s/
Jessica N. Carmichael