IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAAD ALJABRI,<br><br>Plaintiff,<br><br>v.<br><br>MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD, et al.<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§ Case No. 1:20-cv-02146-TJK<br>§<br>§<br>§<br>§<br>§ |

**DEFENDANT PRINCE MOHAMMED BIN SALMAN ABDULAZIZ FOUNDATION'S RESPONSE TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant Prince Mohammed Bin Salman Abdulaziz Foundation ("MiSK Foundation" or "Foundation") submits this response to Plaintiff Saad Aljabri's Notice of Supplemental Authority. The MiSK Foundation adopts and incorporates by reference the response of the Crown Prince regarding *Broidy Capital Management LLC v. Muzin*, 12 F.4th 789 (D.C. Cir. 2021), *Jane W. v. Thomas*, 2021 WL 4206665 (E.D. Pa. Sept. 15, 2021), and *Sakab Saudi Holding Co. v. Aljabri*, No. 1:21-cv-10529-NMG (D. Mass.). The Foundation also adopts and incorporates by reference the response of Mr. Alasaker.

*Broidy* supports granting immunity to the MiSK Foundation. *Broidy* made no distinction between individuals and private corporations in its immunity analysis. Although Plaintiff previously argued that "FSIA—not the common law—applies" to the Foundation as a non-governmental organization, Opp'n at 42, *Broidy* explained that "FSIA applies only to states and their 'agenc[ies] or instrumentalit[ies],' *excluding* private entities or individuals," *Broidy*, 12 F.4th at 802 (quoting *Samantar v. Yousuf*, 560 U.S. 305, 316, 319, 324–35 (2010)) (emphasis added). Accordingly, *Broidy* supports applying the common law of conduct-based immunity to the Foundation, which is a private entity.

In addition, the allegations in the Amended Complaint entitle the Foundation to immunity and *Broidy* does not hold otherwise. In *Broidy*, the corporation was a United States entity, which had "a consulting agreement" with Qatar that "expressly disclaim[ed] the creation of an agency relationship." *Id.* at 800. Based on that "kind of loose and limited agency relationship," the D.C. Circuit held that there was no immunity. *Id.* at 801. Here, the Foundation is a foreign entity alleged (in conclusory fashion) to be a "front" of a high-ranking foreign official. *See* MiSK Foundation Mot'n to Dismiss at 19.

    Respectfully submitted,

    */s/ William W. Taylor, III*
    By: William W. Taylor, III (D.C. Bar No. 84194)
    Margarita K. O'Donnell (D.C. Bar No. 1005972)
    ZUCKERMAN SPAEDER LLP
    1800 M Street, NW, Suite 1000
    Washington, DC 20036
    Tel: (202) 778-1800
    Fax: (202) 822-8106
    E-mail: wtaylor@zuckerman.com
    E-mail: modonnell@zuckerman.com
    *Attorneys for Defendant Prince Mohammed Bin Salman Abdulaziz Foundation*

## CERTIFICATE OF SERVICE

I certify that on November 8, 2021, I electronically filed the foregoing Defendant Prince Mohammed Bin Salman Abdulaziz Foundation's Response to Plaintiff's Notice of Supplemental Authority, using the ECF system, which sent notice of filing in this matter to all counsel of record.

*/s/ William W. Taylor, III*

William W. Taylor, III
*Attorney for Prince Mohammed Bin Salman Abdulaziz Foundation*