# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. SAAD ALJABRI, <br><br> Plaintiff, <br><br> v. <br><br> MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD, *et al.* <br><br> Defendants. | Civil Action No. 1:20-cv-02146-TJK |

## PLAINTIFF'S MOTION FOR LEAVE TO SERVE TWO THIRD-PARTY SUBPOENAS IN ORDER TO PREVENT DESTRUCTION OF EVIDENCE

Plaintiff Dr. Saad Aljabri ("Dr. Saad" or "Plaintiff"), through undersigned counsel, hereby moves the Court for leave to serve two third-party subpoenas upon Air Canada and Deutsche Lufthansa AG ("Lufthansa") seeking the production of documents pursuant to Federal Rule of Civil Procedure 45.  Absent such relief, key documents currently maintained by these third parties may be destroyed, thereby depriving Dr. Saad of evidence relevant to the allegations in this case.

WHEREFORE, for the reasons stated herein, in the accompanying Memorandum of Law in Support, and in the Declaration of Jason Hipp attached hereto, Plaintiff respectfully requests that the Court authorize Plaintiff to serve the proposed third-party subpoenas upon Air Canada and Lufthansa.

| | |
|---|---|
| Dated: December 3, 2021 | Respectfully submitted, |
| | JENNER & BLOCK LLP |
| | /s/ David Pressman |
| | David Pressman<br>D.C. Bar No. 1013431<br>Jason P. Hipp<br>DDC No. NY0397<br>Jenner & Block LLP<br>919 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 891-1654<br>Fax: (212) 891-1699<br>dpressman@jenner.com<br>jhipp@jenner.com |
| | Lindsay Harrison<br>D.C. Bar No. 977407<br>Zachary C. Schauf<br>D.C. Bar No. 1021638<br>Jenner & Block LLP<br>1099 New York Avenue, NW<br>Suite 900<br>Washington, DC 20001-4412<br>Telephone: (202) 639-6865<br>Fax: (202) 639-6066<br>lharrison@jenner.com<br>zschauf@jenner.com |
| | *Counsel for Plaintiff* |