# EXHIBIT B

919 THIRD AVENUE NEW YORK, NY 10022-3908                          JENNER & BLOCK LLP

April 2, 2021

Jason P. Hipp
Tel +1 212 407 1784
JHipp@jenner.com

VIA EMAIL

David J. Shapiro, Chief Legal Officer (david.shapiro@aircanada.ca)
Louise-Helene Senecal, Assistant General Counsel (louise-helene.senecal@aircanada.ca)
Air Canada
7373 Boulevard de la Côte-Vertu Ouest
Montreal, QC H4Y 1H4, Canada

Re:   Aljabri v. bin Salman et al., 20-cv-2146 (D.D.C.) — Legal Hold Notice

Dear Mr. Shapiro and Ms. Senecal:

      This Firm represents Plaintiff Dr. Saad Aljabri ("Dr. Saad") in pending litigation, *Aljabri v. bin Salman et al.*, 20-cv-2146 (D.D.C.) (the "Litigation"). We write to inform you that you may possess Potentially Relevant Information (as defined below) in the Litigation. We request that you retain, preserve, and do not destroy or delete all such information.

      The Litigation, filed on August 6, 2020, alleges, among other things, that Defendants (listed below) attempted to extrajudicially kill Plaintiff Dr. Saad. Dkt. 1. Plaintiff filed an amended complaint on February 4, 2021. Dkt. 66. The following individuals and entities are named as Defendants in the pending lawsuit:[1]

- Mohammed bin Salman bin Abdulaziz al Saud - محمد بن سلمان بن عبد العزيز آل سعود
- Prince Mohammed bin Salman Abdulaziz Foundation d/b/a MiSK Foundation - مؤسسة الأمير محمد بن سلمان بن عبد العزيز
- Bader Alasaker - بدر العساكر
- Saud Alqahtani - سعود القحطاني
- Ahmed Alassiri - أحمد العسيري
- Khalid Ibrahim Abdulaziz Algasem - خالد إبراهيم عبد العزيز القاسم
- Mishal Fahad Alsayed - مشعل فهد السيد
- Bandar Saeed Alhaqbani - بندر سعيد الحقباني

---

[1] This list includes the original Arabic versions of the Defendants' names as well as English translations. For the avoidance of doubt, this Legal Hold Notice covers all records relating to these individuals, including records containing or referring to their original Arabic names or alternate English spellings.

April 2, 2021
Page 2

- Ibrahim Hamad Abdularahman Alhomid - إبراهيم حمد عبد الرحمن الحميد
- Saud Abdulaziz Alsaleh - سعود عبد العزيز الصالح
- Ahmed Abdullah Fahad Albawardi - أحمد عبد الله فهد البواردي
- Bader Mueedh Saif Alqahtani - بدر معيض سيف القحطاني
- Youssef Alrajhi - يوسف الراجحي
- Hani Fakri Hamed - هاني فخري حامد
- Mohamed Alhamed - محمد الحامد
- Layla Abuljadayel - ليلي أبو الجدايل
- Bijad Alharbi - بجاد الحربي

Potentially Relevant Information as used in this Legal Hold Notice includes all documents, records, communications, and data, including memoranda, letters, spreadsheets, databases, calendars, telephone logs, computer files and disks, emails (including attachments), audio- and videotapes, CDs and DVDs, handwritten notes, drafts, files, archives, and other material related in any way to the following categories of documents:

- All documents, communications, and records dated January 1, 2018 to the present regarding Defendants Mishal Fahad Alsayed, Khalid Ibrahim Abdulaziz Algasem, Ibrahim Hamad Abdulrahman Alhomid, Ahmed Abdullah Fahad Albawardi, Bader Mueedh Saif Alqahtani, and Saud Abdulaziz Alsaleh, including but not limited to information on their reservations, carriage, checked baggage, flight number(s) and date(s), flight origin and destination, form of payment for carriage, or form of identification; any manifests, including PNR, eAPIS, and IAPI data or equivalents, bearing the names of these individuals; and any record of interaction with law enforcement or other security officials by or relating to these individuals.

- All documents, communications, and records dated January 1, 2018 to the present relating to Air Canada flight AC839, from Frankfurt, Germany, to Ottawa, Ontario, Canada on or around October 15, 2018, including but not limited to passenger lists, information on reservations, carriage, checked baggage, form of payment for carriage, or form of identification for all passengers; any manifests, including PNR, eAPIS, and IAPI data or equivalents relating to passengers on this flight; and any record of interaction with law enforcement or other security officials relating to this flight or any individuals who reserved travel on this flight.

- All documents, communications, and records dated January 1, 2018 to the present relating to Air Canada flight AC875, from Frankfurt, Germany, to Montreal, Canada on or around July 2, 2018, including but not limited to passenger lists, information on reservations, carriage, checked baggage, form of payment for carriage, or form of identification for all passengers; any manifests, including PNR, eAPIS, and IAPI data or equivalents relating to

April 2, 2021
Page 3

- passengers on this flight; and any record of interaction with law enforcement or other security officials relating to this flight or any individuals who reserved travel on this flight.

- All documents, communications, and records dated July 1, 2018 to December 31, 2018 relating to travel between Riyadh, Kingdom of Saudi Arabia, and any port of entry in Canada by individuals traveling on a passport issued by the Kingdom of Saudi Arabia, including but not limited to information on their reservations, carriage, checked baggage, flight number(s) and date(s), flight origin and destination, form of payment for carriage, or form of identification; any manifests, including PNR, eAPIS, and IAPI data or equivalents; and any record of interaction with law enforcement or other security officials by or relating to the travel of any such individuals.

This affirmative and continuing duty to preserve and maintain all Potentially Relevant Information pursuant to this Legal Hold Notice applies both to hard-copy documents and electronically stored information ("ESI"). Accordingly, please retain and preserve all Potentially Relevant Information, whether paper, electronic, or otherwise, wherever located, including in paper files, on computers, on removable electronic media, or in any other format or location.

Effective immediately, please do not delete, overwrite, or otherwise alter or destroy any documents or files (print or electronic) that may contain Potentially Relevant Information. The obligation to retain and preserve Potentially Relevant Information applies to Potentially Relevant Information that currently exists or is created in the future. Therefore, you should preserve all existing Potentially Relevant Information and continue to preserve information in the future. If your business practices involve the routine destruction, recycling, relocation, or mutation of documents or files that may contain Potentially Relevant Information, please (1) halt such business practices; (2) sequester or remove such material from that business practice; or (3) arrange for the preservation of complete and accurate duplicates or copies of such material, suitable for later discovery.

In addition, please note the following concerning the preservation of Potentially Relevant Information:

- <u>Email and ESI</u>: Preserve relevant email and electronic information of any kind (*i.e.*, any information that is created, stored, or accessible on, or uses or can use, computer technology). Do not delete any potentially relevant email (or attachments to any email) in any inbox, outbox, "deleted items" folder, or other location, or any potentially relevant email that may be sent or received in the future.
- <u>Duplicate Records</u>: All duplicate copies of potentially relevant records should be preserved.
- <u>"Unofficial" Files</u>: You should not distinguish between "official" company files and "personal" or other "non-official" files for purposes of preserving Potentially Relevant Information. All Potentially Relevant Information should be preserved, including any

April 2, 2021
Page 4

- files or copies of files that employees may have in addition to "official" or "company" files, including any files stored off-site.
- <u>Backup Tapes and Offline Data</u>: You should preserve backup tapes and offline data. Backup tapes (especially if used for disaster recovery purposes) and offline data may not be reasonably accessible, but may still contain Potentially Relevant Information.
- <u>Other Possible Sources</u>: All sources of Potentially Relevant Information should be included in your preservation efforts, including, for example, any laptops, personal computers, handheld devices (such as BlackBerry devices), or removable media, such as USB drives. In addition, you should preserve any Potentially Relevant Information on network shared drives, individual user drives, local email servers, self-created CDs or DVDs, and home computers, if applicable.

In the future, we may seek discovery of some or all of the Potentially Relevant Information from you as necessary. Until then, please continue to protect and preserve all of this information.

Please circulate this Legal Hold Notice to any individuals at Air Canada, or at contractors, subcontractors, or other third parties subject to Air Canada's control, who can be reasonably expected to have Potentially Relevant Information in their possession, custody, or control. Further, please ensure that any such recipients confirm receipt of this notice and identify any Potentially Relevant Information in their possession, custody, or control.

Please provide written confirmation within 14 days of your receipt of this Legal Hold Notice that you intend to comply with the request herein by preserving the Potentially Relevant Information identified above. Please contact me by phone or email if you have any questions about the nature or scope of this notice. Thank you for your cooperation with this important matter.

Sincerely,

Jason P. Hipp