IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. SAAD ALJABRI,<br><br>   Plaintiff,<br><br>   v.<br><br>MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD, *et al*.<br><br>   Defendants. | Civil Action No. 1:20-cv-02146-TJK |

**[PROPOSED] <u>ORDER</u>**

The Court having considered Plaintiff's Motion for Leave to Serve Two Third-Party Subpoenas In Order To Prevent Destruction Of Evidence and the entire record herein, IT IS ORDERED that the motion is GRANTED. Plaintiff is hereby authorized to serve third-party document subpoenas on Air Canada and Lufthansa, as requested in Plaintiff's motion.

Date: _____                    _____
                                                                                  UNITED STATES DISTRICT JUDGE