IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAAD ALJABRI<br><br>Plaintiff,<br><br>v.<br><br>MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD, et al.<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§   Case No. 1:20-cv-02146-TJK<br>§<br>§<br>§<br>§<br>§ |

**NOTICE OF INTENT TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO SERVE TWO THIRD-PARTY SUBPOENAS**

Defendants hereby notify the Court of their position, as stated to Plaintiff during the Local Rule 7(m) conferral process, with respect to Plaintiff's motion for leave to serve two third-party subpoenas and Mr. Alasaker's intent to respond to Plaintiff's motion.

On December 1, 2021, counsel for Plaintiff contacted all Defendants' counsel and asked for Defendants' position on a motion for leave to serve two third-party subpoenas by the end of the next day. Declaration of Margarita K. O'Donnell, Ex. A. On December 2, 2021, counsel for Bader Alasaker and the Prince Mohammed bin Salman bin Abdulaziz Foundation, on behalf of Defendants, asked Plaintiff to provide additional detail on the information sought by the proposed third-party subpoenas. *Id.* Plaintiff's counsel responded that "[t]he subpoenas seek a limited set of records held by Air Canada and Lufthansa relating to Defendants' travel, chiefly in 2018," and reiterated that the subpoenas did "not seek any records pertaining to Defendants bin Salman, the MiSK Foundation, and the U.S.-Based Covert Agent Defendants." *Id.* Plaintiff's counsel did not provide the specific information sought by the proposed third-party subpoenas. *Id.*

In response, undersigned counsel informed Plaintiff that Defendants "take no position until we see the motion itself and the proposed subpoenas." *Id.* On December 3, 2021, Plaintiff filed his motion, which included the two putative subpoenas. However, Plaintiff's motion stated that "Defendants' counsel indicated that they take no position with respect to the relief sought herein at this time." ECF 121-1 at 5.

Through the filing of his motion on December 3, 2021, Plaintiff provided the specific information sought by the two subpoenas. The Defendants have reviewed the motion and Mr. Alasaker, and possibly other Defendants, intend to file an opposition to Plaintiff's motion by December 17, 2021, which is the deadline under operation of the Local Rules.

Respectfully submitted,

　/s/ Margarita K. O'Donnell
By: William W. Taylor, III (D.C. Bar No. 84194)
Margarita K. O'Donnell (D.C. Bar No. 1005972)
ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036
Tel: (202) 778-1800
Fax: (202) 822-8106
E-mail: wtaylor@zuckerman.com
E-mail: modonnell@zuckerman.com

*Attorneys for Bader Alasaker and the Prince Mohammed bin Salman bin Abdulaziz Foundation*

## CERTIFICATE OF SERVICE

I certify that on December 6, 2021, I electronically filed the foregoing Notice Of Intent To Respond To Plaintiff's Motion For Leave To Serve Two Third-Party Subpoenas, using the ECF system, which sent notice of filing in this matter to all counsel of record.

<u>*/s/ Margarita K. O'Donnell*</u>

Margarita K. O'Donnell

*Attorney for Bader Alasaker and the Prince Mohammed bin Salman bin Abdulaziz Foundation*