# EXHIBIT A

**Ventresca, Ivano**
___

| | |
|---|---|
| **From:** | O'Donnell, Margarita K. |
| **Sent:** | Thursday, December 2, 2021 5:51 PM |
| **To:** | Hipp, Jason P.; Pressman, David; Kellogg, Michael K.; Berger, Mitchell; adickey@czlaw.com; Chopin, Alexandra; Wood, Benjamin; Shen, Andrew C.; Rapawy, Gregory G.; Taylor, William W.; bpollack@robbinsrussell.com; Carmichael, Jessica; Ventresca, Ivano |
| **Cc:** | Harrison, Lindsay C.; Schauf, Zachary C. |
| **Subject:** | RE: [EXTERNAL] Aljabri v bin Salman et al - Rule 26(f) Conference |

Jason,

Thanks for your response. We take no position until we see the motion itself and the proposed subpoenas.

Regards,
Maggie

---

**From:** Hipp, Jason P. <JHipp@jenner.com>
**Sent:** Thursday, December 2, 2021 12:08 PM
**To:** O'Donnell, Margarita K. <modonnell@zuckerman.com>; Pressman, David <DPressman@jenner.com>; Kellogg, Michael K. <mkellogg@kellogghansen.com>; Berger, Mitchell <mitchell.berger@squirepb.com>; adickey@czlaw.com; Chopin, Alexandra <alexandra.chopin@squirepb.com>; Wood, Benjamin <benjamin.wood@squirepb.com>; Shen, Andrew C. <ashen@kellogghansen.com>; Rapawy, Gregory G. <grapawy@kellogghansen.com>; Taylor, William W. <wtaylor@zuckerman.com>; bpollack@robbinsrussell.com; Carmichael, Jessica <jessica@carmichaellegal.com>; Ventresca, Ivano <iventresca@zuckerman.com>
**Cc:** Harrison, Lindsay C. <LHarrison@jenner.com>; Schauf, Zachary C. <ZSchauf@jenner.com>
**Subject:** RE: [EXTERNAL] Aljabri v bin Salman et al - Rule 26(f) Conference

**EXTERNAL**

Maggie,

Thanks for your response.  Subpoenas are necessary because Air Canada and Lufthansa have refused to voluntarily preserve records and are unable to confirm that the records sought will exist after the end of this year.  The subpoenas seek a limited set of records held by Air Canada and Lufthansa relating to Defendants' travel, chiefly in 2018.  The subpoenas do not seek any records pertaining to Defendants bin Salman, the MiSK Foundation, and the U.S.-Based Covert Agent Defendants.

Please let us know if you consent.

Thanks,
Jason

---

**From:** O'Donnell, Margarita K. <modonnell@zuckerman.com>
**Sent:** Thursday, December 2, 2021 9:15 AM
**To:** Pressman, David <DPressman@jenner.com>; Kellogg, Michael K. <mkellogg@kellogghansen.com>; Berger, Mitchell <mitchell.berger@squirepb.com>; adickey@czlaw.com; Chopin, Alexandra <alexandra.chopin@squirepb.com>; Wood, Benjamin <benjamin.wood@squirepb.com>; Shen, Andrew C. <ashen@kellogghansen.com>; Rapawy, Gregory G. <grapawy@kellogghansen.com>; Taylor, William W. <wtaylor@zuckerman.com>; bpollack@robbinsrussell.com;

Carmichael, Jessica <jessica@carmichaellegal.com>; Ventresca, Ivano <iventresca@zuckerman.com>
**Cc:** Harrison, Lindsay C. <LHarrison@jenner.com>; Schauf, Zachary C. <ZSchauf@jenner.com>; Hipp, Jason P. <JHipp@jenner.com>
**Subject:** RE: [EXTERNAL] Aljabri v bin Salman et al - Rule 26(f) Conference

External Email – Exercise Caution
Dear David

Thanks for your email. The description in your email was not specific about the substance of the documents/information you intend to subpoena. We would appreciate it if you could provide more detail about the relief sought by the motion, namely the specific information sought by the potential subpoenas to Air Canada and Lufthansa. In addition, it seems that a preservation letter would be sufficient to address any concern about potential document destruction by the airlines. Can you tell us why a subpoena is necessary?

Thanks so much. I'll be in a deposition until early evening today. I've added one of our associates, Ivano Ventresca, to this email chain, so we try to address any issues that come up today.

Regards,
Maggie


**From:** Pressman, David <DPressman@jenner.com>
**Sent:** Wednesday, December 1, 2021 5:04 PM
**To:** Kellogg, Michael K. <mkellogg@kellogghansen.com>; Berger, Mitchell <mitchell.berger@squirepb.com>; adickey@czlaw.com; Chopin, Alexandra <alexandra.chopin@squirepb.com>; Wood, Benjamin <benjamin.wood@squirepb.com>; Shen, Andrew C. <ashen@kellogghansen.com>; Rapawy, Gregory G. <grapawy@kellogghansen.com>; O'Donnell, Margarita K. <modonnell@zuckerman.com>; Taylor, William W. <wtaylor@zuckerman.com>; bpollack@robbinsrussell.com; Carmichael, Jessica <jessica@carmichaellegal.com>
**Cc:** Harrison, Lindsay C. <LHarrison@jenner.com>; Schauf, Zachary C. <ZSchauf@jenner.com>; Hipp, Jason P. <JHipp@jenner.com>
**Subject:** RE: [EXTERNAL] Aljabri v bin Salman et al - Rule 26(f) Conference

**EXTERNAL**

Counsel,

I hope this finds you well and that you had a nice Thanksgiving.

In light of your refusal to participate in a Rule 26(f) conference, we intend to seek leave from the Court to serve two third-party document subpoenas on Air Canada and Lufthansa. This limited relief is necessary to prevent the destruction of evidence relevant to Plaintiffs' claims concerning certain Defendants' travel that may be destroyed after December 31, 2021. The subpoenas do not seek any information concerning Defendants Mohammed bin Salman, the MiSK Foundation, or the U.S.-Based Covert Agent Defendants. Please let us know by COB tomorrow if you will consent to Plaintiff's motion.

Best,
David


**From:** Kellogg, Michael K. <mkellogg@kellogghansen.com>
**Sent:** Wednesday, November 24, 2021 11:51 AM
**To:** Pressman, David <DPressman@jenner.com>; Berger, Mitchell <mitchell.berger@squirepb.com>;

adickey@czlaw.com; Chopin, Alexandra <alexandra.chopin@squirepb.com>; Wood, Benjamin <benjamin.wood@squirepb.com>; Shen, Andrew C. <ashen@kellogghansen.com>; Rapawy, Gregory G. <grapawy@kellogghansen.com>; O'Donnell, Margarita <modonnell@zuckerman.com>; Taylor, Bill <wtaylor@zuckerman.com>; bpollack@robbinsrussell.com; Carmichael, Jessica <jessica@carmichaellegal.com>
**Cc:** Harrison, Lindsay C. <LHarrison@jenner.com>; Schauf, Zachary C. <ZSchauf@jenner.com>; Hipp, Jason P. <JHipp@jenner.com>
**Subject:** Re: [EXTERNAL] Aljabri v bin Salman et al - Rule 26(f) Conference

External Email – Exercise Caution
David:

Your request for a Rule 26(f) conference is premature. The Local Rules provide that "[t]he requirements of . . . [Rule] 26(f)[] shall not apply in cases in which no answer has yet been filed." D.D.C. LCvR 16.3(b). Currently all appearing defendants have pending, fully-briefed motions to dismiss, which raise serious challenges to subject matter jurisdiction, personal jurisdiction, and the legal viability of Plaintiff's claims. None has filed an answer.

I hope you have a Happy Thanksgiving.

Michael

---

**From:** "Pressman, David" <DPressman@jenner.com>
**Date:** Monday, November 22, 2021 at 10:33 PM
**To:** "Berger, Mitchell" <mitchell.berger@squirepb.com>, "adickey@czlaw.com" <adickey@czlaw.com>, "Chopin, Alexandra" <alexandra.chopin@squirepb.com>, "Wood, Benjamin" <benjamin.wood@squirepb.com>, "Shen, Andrew C." <ashen@kellogghansen.com>, "Kellogg, Michael K." <mkellogg@kellogghansen.com>, "Rapawy, Gregory G." <grapawy@kellogghansen.com>, "O'Donnell, Margarita" <modonnell@zuckerman.com>, "Taylor, Bill" <wtaylor@zuckerman.com>, Barry Pollack <bpollack@robbinsrussell.com>, "Carmichael, Jessica" <jessica@carmichaellegal.com>
**Cc:** "Harrison, Lindsay C." <LHarrison@jenner.com>, "Schauf, Zachary C." <ZSchauf@jenner.com>, "Hipp, Jason P." <JHipp@jenner.com>
**Subject:** [EXTERNAL] Aljabri v bin Salman et al - Rule 26(f) Conference

Counsel:

We write to request a conference under Federal Rule of Civil Procedure 26(f). Please let us know no later than 5 pm EST on Wednesday, November 24 some proposed times for a conference on November 29 or November 30.

I hope this finds you well. Happy Thanksgiving.

Best,
David Pressman

Counsel for Plaintiff

---

**Amb. David Pressman**

**Jenner & Block LLP**
919 Third Avenue, New York, NY 10022-3908 | jenner.com
+1 212 891 1654 | TEL
DPressman@jenner.com

Download V-Card  |  View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.