IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAAD ALJABRI<br><br>Plaintiff,<br><br>v.<br><br>MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD, et al.<br><br>Defendants. | §<br>§<br>§<br>§<br>§ Case No. 1:20-cv-02146-TJK<br>§<br>§<br>§<br>§<br>§ |

### CORRECTED DECLARATION OF MARGARITA K. O'DONNELL

I, Margarita K. O'Donnell, declare that:

1. I am a partner at the law firm of Zuckerman Spaeder, LLP, in Washington D.C. and am admitted in the District Court for the District of Columbia. I am counsel for Defendant Bader Alasaker. If called as a witness, I could and would testify competently to the information set forth herein.

2. Attached hereto as Exhibit A is a true and correct copy of e-mail correspondence between Defendants' counsel and Plaintiff's counsel from November 22, 2021 through December 2, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of December, 2021 at Washington, D.C.

By: _/s/ Margarita K. O'Donnell_

Margarita K. O'Donnell