# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DR. SAAD ALJABRI,** | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 1:20-cv-02146-TJK |
| | ) |
| **MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD,** *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## [PROPOSED] ORDER

Upon consideration of the Plaintiff's Motion for Leave to File Third-Party Subpoenas, the Opposition of Bader Alasaker, Saud Alqahtani, Ahmed Alassiri, Mishal Fahad Alsayed, Khalid Ibrahim Abdulaziz Algasem, Saud Abdulaziz Alsaleh, Bandar Saeed Alhaqbani, Ibrahim Hamad Abdulrahman Alhomid, Ahmed Abdullah Fahad Albawardi, and Bader Mueedh Saif Alqahtani to Plaintiff's Motion for Leave to File Third-Party Subpoenas, any reply to that Opposition and the entire record herein, it is by this Court on this ___ day of _____, hereby

ORDERED that the Plaintiff's Motion for Leave to File Third-Party Subpoenas is DENIED.

_____
The Hon. Timothy J. Kelly
United States District Judge