IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. SAAD ALJABRI,<br><br>    Plaintiff,<br><br>    v.<br><br>MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD, *et al*.<br><br>    Defendants. | Civil Action No. 1:20-cv-02146-TJK<br><br>**NOTICE OF WITHDRAWAL**<br>**OF COUNSEL** |

    PLEASE TAKE NOTICE that David Pressman, with the consent of Plaintiff Dr. Saad Aljabri ("Dr. Saad"), hereby withdraws as counsel for Dr. Saad and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter. The basis for this notice is that David Pressman will be leaving Jenner & Block LLP and returning to United States Government service, and therefore is no longer able to continue representing private parties or participate in this case. Having already entered appearances in this litigation, Lindsay C. Harrison, Jason P. Hipp, and Zachary C. Schauf of Jenner & Block LLP will continue to represent Dr. Saad in this proceeding. No trial date has been set.

Dated: New York, New York
       August 1, 2022

By:   /s/ David Pressman
David Pressman
Jenner & Block LLP
1155 Avenue of the Americas
New York, NY 10036
212-891-1654
dpressman@jenner.com


/s/ Dr. Saad Aljabri
Dr. Saad Aljabri

*Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that, on August 1, 2022, I caused a true and correct copy of the foregoing to be served through the Court's CM/ECF system on all counsel of record in this action.

Dated: New York, New York
August 1, 2022

By:   /s/ David Pressman
David Pressman