# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DR. SAAD ALJABRI** § § § | |
| Plaintiff, § | Civil Action No. 1:20-cv-02146-TJK |
| § v. § § | |
| **MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD, et al.,** § § § | |
| Defendants. § § | |

## DEFENDANT BADER ALASAKER'S ADOPTION OF THE NOTICE OF SUPPLEMENTAL AUTHORITY

On September 27, 2022, Defendants Youseff Alrajhi, Mohammed Alhamed, Layla Abuljadayel, and Hani Fakri Hamed filed a Notice of Supplemental Authority ("Notice") in support of their pending motion to dismiss the Amended Complaint in this action, citing the two recent decisions in *Force v. Islamic Republic of Iran*, No. 16-1468, 2022 U.S. Dist. LEXIS 118083 (D.D.C. July 5, 2022) (Moss, J.), and *Cabrera v. Islamic Republic of Iran*, No. 1:19-cv-03835 (D.D.C.) (Bates, J.), (Order of August 23, 2022). *See* ECF No. 130. Bader Alasaker, who is also the subject of Plaintiff's federal claims, adopts and incorporates by reference the Notice in support of his pending motion to dismiss the Amended Complaint. *See* ECF No. 94.

Respectfully submitted,

*/s/ William W. Taylor, III*
By: William W. Taylor, III (D.C. Bar No. 84194)
Margarita K. O'Donnell (D.C. Bar No. 1005972)
**ZUCKERMAN SPAEDER LLP**
1800 M Street, NW, Suite 1000

-2-

        Washington, DC 20036
        Tel: (202) 778-1800
        Fax: (202) 822-8106
        E-mail: wtaylor@zuckerman.com
        E-mail: modonnell@zuckerman.com

*Attorneys for Defendant Bader Alasaker*

## CERTIFICATE OF SERVICE

I certify that on September 29, 2022, I electronically filed the foregoing Defendant Bader Alasaker's Adoption of the Notice of Supplemental Authority, using the ECF system, which sent notice of filing in this matter to all counsel of record.

*/s/ William W. Taylor, III*
William W. Taylor, III
*Attorney for Defendant Bader Alasaker*