IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DR. SAAD ALJABRI, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:20-cv-02146-TJK |
| | ) | |
| MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF ADOPTION OF MESSRS. ALQAHTANI, ALASSIRI, ALSALEH, ALSAYED, ALGASEM, ALHAQBANI, ALHOMID, ALBAWARDI, AND BADER ALQAHTANI
OF NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants Saud Alqahtani, Ahmed Alassiri, Mishal Fahad Alsayed, Khalid Ibrahim Abdulaziz Algasem, Saud Abdulaziz Alsaleh, Bandar Saeed Alhaqbani, Ibrahim Hamad Abdulrahman Alhomid, Ahmed Abdullah Fahad Albawardi, and Bader Mueedh Saif Alqahtani (for purposes of this Notice, the "Defendants") hereby adopt the Notice of Supplemental Authority filed by Defendants Youssef Alrajhi, Mohammed Alhamed, Layla Abuljadayel and Hani Fakri Hamed on September 27, 2022 in support of their Motion to Dismiss the Amended Complaint (ECF No. 130) and ask that the Court consider the authority cited in the Notice of Supplemental Authority in its consideration of the Defendants' Motion to Dismiss the Amended Complaint (ECF No. 93).

Respectfully Submitted,

/s/
Barry J. Pollack (DC Bar #434513)
Law Offices of Barry J. Pollack, LLC
1629 K Street, N.W., Suite 300
Washington, DC 20006
202-230-9647
barryjpollack@gmail.com

/s/

                Jessica N. Carmichael (DC Bar #998952)
                CARMICHAEL ELLIS & BROCK, PLLC
                108 N. Alfred Street, 1st FL
                Alexandria, Virginia 22314
                (703) 684-7908
                jessica@carmichaellegal.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 29th day of September 2022, I filed the foregoing pleading through the ECF system, which shall then send an electronic copy of this pleading to all parties in this action.

                                                      _____/s/_____
                                                            Jessica N. Carmichael