UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAAD ALJABRI,

    *Plaintiff*,

v.

MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD et al.,

    *Defendants*.

Civil Action No. 20-2146 (TJK)

## ORDER

For the reasons stated in the Court's accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendants' Motions to Dismiss, ECF Nos. 92, 93, 94, 95, and 96, are **GRANTED**.

    **SO ORDERED.**

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: September 30, 2022