**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DR. SAAD ALJABRI,<br><br>    Plaintiff,<br><br>    v.<br><br>MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD, *et al.*<br><br>    Defendants. | Civil Action No. 1:20-cv-02146-TJK |

**DR. SAAD ALJABRI'S RESPONSE TO THE COURT'S**
**OCTOBER 3, 2022 ORDER TO SHOW CAUSE**

Plaintiff Dr. Saad Aljabri ("Dr. Saad") files this response to the Court's October 3, 2022 minute order directing Dr. Saad to show cause why this case should not be dismissed as to Defendant Bijad Alharbi for insufficient service of process.

Dr. Saad does not intend to pursue further attempts to serve Defendant Alharbi at this time and acknowledges that the Court may dismiss the action as to Alharbi pursuant to Rule 4(m).[1] Dr. Saad intends to seek appellate review of the Court's September 30, 2022 memorandum opinion and order dismissing Dr. Saad's claims against the served defendants, which Dr. Saad respectfully maintains is incorrect. *See* Dkts. 133 & 134. Following the dismissal of Alharbi, all claims against all defendants will have been disposed of, and in view of the Court's denial of jurisdictional discovery, the case may be closed. To facilitate appellate review, Dr. Saad respectfully requests that, in connection with its order dismissing the claims as to Alharbi, the Court enter a final

---

[1] Dr. Saad preserves for appeal his objection to the Court's denial of his Motion for Alternative Service as to Defendant Alharbi, Dkt. 67-1. *See Order*, Dkt. 73 (denying motion as to Defendant Alharbi).

judgment making clear that the Court has disposed of all claims against all parties and that the action has been dismissed.

Dated: October 14, 2022                               Respectfully submitted,

                                                      JENNER & BLOCK LLP

                                                       /s/ Lindsay Harrison

                                                      Lindsay Harrison
                                                      D.C. Bar No. 977407
                                                      Zachary C. Schauf
                                                      D.C. Bar No. 1021638
                                                      Jenner & Block LLP
                                                      1099 New York Avenue, NW
                                                      Suite 900
                                                      Washington, DC 20001-4412
                                                      Telephone:  (202) 639-6865
                                                      Fax:  (202) 639-6066
                                                      lharrison@jenner.com
                                                      zschauf@jenner.com

                                                      Jason P. Hipp
                                                      DDC No. NY0397
                                                      Jenner & Block LLP
                                                      1155 Avenue of the Americas
                                                      New York, NY 10036
                                                      Telephone:  (212) 891-1654
                                                      Fax: (212) 891-1699
                                                      jhipp@jenner.com

                                                      *Counsel for Plaintiff Dr. Saad Aljabri*