# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAAD ALJABRI,<br><br>        *Plaintiff*,<br><br>    v.<br><br>MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD et al.,<br><br>        *Defendants*. | Civil Action No. 20-2146 (TJK) |

## ORDER

Upon consideration of Plaintiff's Response to the Court's October 3, 2022, Show Cause Order, ECF No. 135, it is hereby **ORDERED** that Defendant Bijad Alharbi is **DISMISSED** under Fed. R. Civ. P. 4(m) due to Plaintiff's failure to timely effect service. In light of the Court's Order granting the remaining Defendants' Motions to Dismiss, ECF No. 133, it is hereby **ORDERED** that this case is **DISMISSED** in its entirety. This is a final, appealable Order. The Clerk of Court is directed to close the case.

**SO ORDERED.**

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: October 19, 2022