# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. SAAD ALJABRI,<br><br>    Plaintiff,<br><br>    v.<br><br>MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD, *et al*.<br><br>    Defendants. | Civil Action No. 1:20-cv-02146-TJK |

## NOTICE OF APPEAL

Notice is hereby given this 28th day of October, 2022 that Plaintiff Dr. Saad Aljabri appeals to the United States Court of Appeals for the District of Columbia Circuit from the final order dismissing this action in its entirety entered on October 21, 2022 (Dkt. 136), and all prior orders merged into that final order or that are otherwise appealable, including the memorandum opinion and order of this Court entered on September 30, 2022 granting defendants' motions to dismiss (Dkts. 133, 134) and the order of this Court entered on February 12, 2021 denying Dr. Saad's motion for alternative service as to Defendant Bijad Alharbi (Dkt. 73).

| | |
|---|---|
| Dated: October 28, 2022 | Respectfully submitted, |

*/s/ Lindsay Harrison*
Lindsay Harrison
D.C. Bar No. 977407
Zachary C. Schauf
D.C. Bar No. 1021638
Jenner & Block LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
Telephone:  (202) 639-6865
Fax:  (202) 639-6066
lharrison@jenner.com
zschauf@jenner.com

Jason P. Hipp
DDC No. NY0397
Jenner & Block LLP
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 891-1654
Fax: (212) 891-1699
jhipp@jenner.com

*Counsel for Plaintiff Dr. Saad Aljabri*