# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 22-7150**  **September Term, 2023**

**1:20-cv-02146-TJK**

**Filed On: August 16, 2024** [2070534]

Saad Aljabri, Dr.,

    Appellant

    v.

Mohammed bin Salman bin Abdulaziz al Saud, et al.,

    Appellees

### M A N D A T E

    In accordance with the judgment of July 9, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                      **FOR THE COURT:**
                        Mark J. Langer, Clerk

            BY:    /s/
                      Daniel J. Reidy
                      Deputy Clerk

Link to the judgment filed July 9, 2024