# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 22-7150**  **September Term, 2023**

FILED ON: JULY 9, 2024

SAAD ALJABRI, DR.,
   APPELLANT

v.

MOHAMMED BIN SALMAN BIN ABDULAZIZ AL SAUD, ET AL.,
   APPELLEES

Appeal from the United States District Court
for the District of Columbia
(No. 1:20-cv-02146)

Before: RAO and CHILDS, *Circuit Judges*, and ROGERS, *Senior Circuit Judge*

### **J U D G M E N T**

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the district court's dismissal of all claims against Saudi Prime Minister Mohammed bin Salman bin Abdulaziz al Saud be affirmed; the district court's order denying jurisdictional discovery be reversed; the judgment of dismissal with respect to Bader Alasaker and Saud Alqahtani be vacated; the dismissal of claims against Mohammed Alhamed and Layla Abuljadayel be affirmed, except that the dismissal should be without prejudice; and the case be remanded for jurisdictional discovery, in accordance with the opinion of the court filed herein this date.

### **Per Curiam**

          **FOR THE COURT:**
          Mark J. Langer, Clerk

      BY: /s/

          Daniel J. Reidy
          Deputy Clerk

Date: July 9, 2024
Opinion for the court filed by Circuit Judge Childs.