**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

<table>
<tr><td>

DR. SAAD ALJABRI,

     Plaintiff,

     v.

MOHAMMED BIN SALMAN BIN
ABDULAZIZ AL SAUD, *et al*.

     Defendants.

</td><td>

Civil Action No. 1:20-cv-02146-TJK

</td></tr>
</table>

## JOINT STATUS REPORT REGARDING JURISDICTIONAL DISCOVERY

On August 19, 2024, the Court ordered the parties to meet, confer, and submit a joint report by September 16, 2024 regarding a plan for the jurisdictional discovery contemplated by the Court of Appeals. *See* Minute Order, August 19, 2024. Having so conferred, the parties now jointly propose the following schedule for jurisdictional discovery between the parties:

- **September 30, 2024** – Plaintiff to serve requests for production of documents on Bader Alasaker and Saud Alqahtani ("Defendants").[1]

- **November 4, 2024** – Defendants to serve responses and objections to Plaintiff's document requests, and Defendants' production of documents to be substantially completed.

- **November 13, 2024** – Plaintiff to serve up to five interrogatories each on Mr. Alasaker and Mr. Alqahtani.[2]

---

[1] On appeal, Plaintiff challenged this Court's dismissal of his claims only as to Defendants Mohammed bin Salman, Bader Alasaker, Saud Alqahtani, Layla Abuljadayel, and Mohammed Alhamed. The Court of Appeals affirmed the dismissal of Plaintiff's claims against bin Salman, modified the dismissal of Plaintiff's claims against Abuljadayel and Alhamed to be without prejudice, and vacated the judgment of dismissal with respect to Alasaker and Alqahtani to allow for certain jurisdictional discovery. *See Aljabri v. bin Salman*, 106 F.4th 1157, 1165 (D.C. Cir. 2024).

[2] Plaintiff proposed to and prefers to serve interrogatories at the outset of jurisdictional discovery on September 30, 2024, but agreed to Defendants' request to defer interrogatories until after the substantial completion of document discovery. Because Defendants' interrogatory responses may disclose information meriting supplemental document requests, Plaintiff reserves the right to serve

- **December 12, 2024** – Defendants to serve responses and objections to Plaintiff's interrogatories.

- **December 23, 2024** – Parties to submit a joint status report on the status of written discovery and the need for depositions and additional interrogatories (if any).

In the event a dispute about jurisdictional discovery arises, the parties will comply with the procedure described in Local Civil Rule 7(m) and this Court's Standing Order in Civil Cases (Dkt. 5).

---

supplemental document requests after receipt of Defendants' interrogatory responses. Defendants reserve the right to object to any additional discovery.

Dated: September 16, 2024

Respectfully submitted,

*/s/ William W. Taylor, III*
William W. Taylor, III (D.C. Bar No. 84194)
Margarita K. O'Donnell (D.C. Bar No. 1005972)
ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036
Tel: (202) 778-1800
Fax: (202) 822-8106
wtaylor@zuckerman.com
modonnell@zuckerman.com

*Counsel for Defendant Bader Alasaker*

*/s/ Barry J. Pollack*
Barry J. Pollack (DC Bar #434513)
HARRIS ST. LAURENT & WESCHLER LLP
1775 Pennsylvania Ave. NW, Ste. 650
Washington, DC 20006
Tel: (202) 617-5971
bpollack@hs-law.com

Jessica Carmichael
CARMICHAEL ELLIS & BROCK, PLLC
108 N Alfred Street, 1st Floor
Alexandria, VA 22314
jessica@carmichaellegal.com
Tel: (703) 684-7908

*Counsel for Defendant Saud Alqahtani*

*/s/ Lindsay Harrison*
Lindsay Harrison (D.C. Bar No. 977407)
JENNER & BLOCK LLP
1099 New York Avenue, NW, Ste. 900
Washington, DC 20001-4412
Telephone: (202) 639-6865
Fax: (202) 639-6066
lharrison@jenner.com

Jason P. Hipp (DDC No. NY0397)
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 891-1654
Fax: (212) 891-1699
jhipp@jenner.com

*Counsel for Plaintiff Dr. Saad Aljabri*